UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-01966-AVC |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | JANUARY 3, 2020 |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Patrick M. Noonan, as attorney for the defendants, Yale University, Peter Salovey, Jonathan Holloway, Marvin Chun, David Post, Mark Solomon, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers and Carole Goldberg.

**THE DEFENDANTS,**

**YALE UNIVERSITY,**
**PETER SALOVEY, JONATHAN**
**HOLLOWAY, MARVIN CHUN,**
**JOE GORDON, DAVID POST,**
**MARK SOLOMON, ANN KUHLMAN,**
**LYNN COOLEY, PAUL GENECIN,**
**STEPHANIE SPANGLER,**
**SARAH DEMERS, AND**
**CAROLE GOLDBERG**

BY: /s/ Patrick M. Noonan
    Patrick M. Noonan (#ct00189)
    Colleen Noonan Davis (#ct27773)
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    (203) 458-9168
    pnoonan@ddnctlaw.com

## __CERTIFICATION__

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan