UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAIFULLAH KHAN,
  plaintiff,

v.

YALE UNIVERSITY, et al.,
  defendant.

No. 3:19-CV-01966(AVC)

JAN 8 2020 PM 3:58
FILED-USDC-CT-HARTFORD

### ORDER OF TRANSFER

In the interests of justice and judicial economy, the above-identified case is hereby transferred to the Honorable Kari A. Dooley for trial and any further proceedings. All further pleadings or documents in this matter should be filed with the clerk's office in Bridgeport, Connecticut, and bear docket number 3:19-CV-01966(KAD).

It is so ordered this 8th day of January 2020, at Hartford, Connecticut.

/s/
Alfred V. Covello
United States District Judge