AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| SAIFULLAH KHAN ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:19-CV-01966-KAD |
| YALE UNIVERSITY, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jane Doe                                                                                                                        .

Date:   01/24/2020                                                             /s/ James M. Sconzo
                                                                                              *Attorney's signature*

                                                                                    James M. Sconzo, ct 04571
                                                                                     *Printed name and bar number*

                                                                                              Carlton Fields
                                                                                            One State Street
                                                                                               Suite 1800
                                                                                          Hartford, CT  06103
                                                                                                  *Address*

                                                                                   jsconzo@carltonfields.com
                                                                                             *E-mail address*

                                                                                            (860) 392-5000
                                                                                          *Telephone number*

                                                                                            (860) 392-5058
                                                                                             *FAX number*