AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| SAIFULLAH KHAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:19-CV-01966-KAD |
| YALE UNIVERSITY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jane Doe                                                                                                        .

Date:      01/24/2020

/s/ Brendan Gooley
*Attorney's signature*

Brendan Gooley, ct 30584
*Printed name and bar number*

Carlton Fields
One State Street
Suite 1800
Hartford, CT  06103
*Address*

bgooley@carltonfields.com
*E-mail address*

(860) 392-5000
*Telephone number*

(860) 392-5058
*FAX number*