UNITED STATES DISTRICT COURT
DISTRICT ON CONNECTICUT

| | | |
|---|---|---|
| **SAIFULAH KHAN** | : | **3:19-CV-01966 KAD** |
| **V.** | : | |
| **YALE UNIVERSITY, ET AL** | : | **MARCH 4, 2020** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the plaintiff:

**SAIFULAH KHAN**

| | |
|---|---|
| March 4, 2020 | /s/Kevin M. Smith        /s/ |
| Date | Signature |
| | |
| Ct27657 | Kevin M. Smith |
| Connecticut Bar Number | |
| | |
| 203-393-3017 | 383 Orange Street, First Floor |
| | New Haven, CT 06511 |
| Telephone Number | Address |
| | |
| 203-393-9745 | ksmith@pattisandsmith.com |
| Fax Number | |

**CERTIFICATION**

    This is to certify that on March 4, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

                                                          /s/ Kevin M. Smith  /s/