UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:19-cv-01966-KAD |
| V. | : | |
| YALE UNIVERSITY, ET AL.,<br>    Defendants. | : | MARCH 18, 2020 |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendants Yale University, Peter Salovey, Jonathon Holloway, Marvin Chun, Joseph Gordon, David Post, Mark Solomon, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, and Jane Doe file this Motion requesting that the Court extend the Defendants' deadline to respond to Plaintiff's Complaint from March 24, 2020, to April 7, 2020.

Defendants have been working to respond to Plaintiff's Complaint, but the additional time is necessary to allow Defendants to fully respond to the Complaint, particularly in light of the fact that counsel for Jane Doe has competing deadlines in another case before Your Honor and, although the recent COVID-19 outbreak may not have directly affected this case *per se*, counsel for Jane Doe has been required to take time away from substantive work to ensure, *inter alia*, that they are able to continue operations in the event of a physical shutdown of their office. Plaintiff consents to Defendants' Motion. This is the first request for an extension of time of this deadline. The requested extension will not affect any other deadlines established by the Court.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS, P.A.
    One State Street, Suite 1800
    Hartford, CT  06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

Her Attorneys


DEFENDANTS YALE UNIVERSITY, PETER SALOVEY, JONATHON HOLLOWAY, MARVIN CHUN, JOSEPH GORDON, DAVID POST, MARK SOLOMON, ANN KUHLMAN, LYNN COOLEY, PAUL GENECIN, STEPHANIE SPANGLER, SARA DEMERS, AND CAROLE GOLDBERG

By: */s/Patrick M. Noonan*
    Patrick M. Noonan, Esq.
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Rd.
    Guilford, CT 06437
    PNoonan@ddnctlaw.com
    T: 203-458-9168
    F: 203-458-4424
    Federal Bar Number: ct00189

## CERTIFICATION OF SERVICE

This is to certify that on this 18th day of March 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

/s/Brendan N. Gooley
Brendan N. Gooley