UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | APRIL 3, 2020 |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendants Yale University, Peter Salovey, Jonathon Holloway, Marvin Chun, Joseph Gordon, David Post, Mark Solomon, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, and Jane Doe file this Motion requesting that the Court extend the Defendants' deadline to respond to Plaintiff's Complaint from April 7, 2020, to April 28, 2020.

Defendants have been working to respond to Plaintiff's Complaint, but the additional time is necessary to allow Defendants to fully respond to the Complaint in light of the impact that the ongoing pandemic has had on counsels' operations. Plaintiff does not object to Defendants' Motion. This is the second request for an extension of time of this deadline. The requested extension will not affect any other deadlines established by the Court.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
bgooley@carltonfields.com

Her Attorneys


DEFENDANTS YALE UNIVERSITY, PETER SALOVEY, JONATHON HOLLOWAY, MARVIN CHUN, JOSEPH GORDON, DAVID POST, MARK SOLOMON, ANN KUHLMAN, LYNN COOLEY, PAUL GENECIN, STEPHANIE SPANGLER, SARA DEMERS, AND CAROLE GOLDBERG

By: /s/*Patrick M. Noonan*
Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437
PNoonan@ddnctlaw.com
T: 203-458-9168
F: 203-458-4424
Federal Bar Number: ct00189

2

## CERTIFICATION OF SERVICE

This is to certify that on this 3rd day of April 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

        */s/Brendan N. Gooley*
        Brendan N. Gooley