### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN, | |
| Plaintiff, | |
| v. | Case No. 3:19-cv-001966-KAD |
| YALE UNIVERSITY, ET AL., | April 28, 2020 |
| Defendants. | |

### Motion to Dismiss by Jane Doe

Pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Rules of this Court, defendant Jane Doe moves to dismiss the claims against her, Counts Seven (Defamation) and Eight (Tortious Interference with Business Relations), in the Complaint dated December 13, 2019 (Doc. No. 1) (the "Complaint").  In the alternative, Jane moves to dismiss those claims under Connecticut's "anti-SLAPP" statute, Conn. Gen. Stat. § 52-196a.

For the reasons set forth in the accompanying Memorandum of Law, the Court should grant this Motion and dismiss Counts Seven (Defamation) and Eight (Tortious Interference with Business Relations) in their entirety and with prejudice.

Respectfully submitted,

DEFENDANT JANE DOE

By: */s/ James M. Sconzo*
James M. Sconzo
Brendan N. Gooley
CARLTON FIELDS P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
bgooley@carltonfields.com

Her Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on this 28th day of April 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                    /s/James M. Sconzo
                                                    James M. Sconzo