# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>  Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ET AL.,<br><br>  Defendants. | Case No. 3:19-cv-001966-KAD |

DECLARATION OF JANE DOE

JANE DOE, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over eighteen years of age.

2. I make this declaration based on my personal knowledge.

3. Yale University ("Yale") is a highly selective, private university that I had to apply to. It is a privilege to attend Yale.

4. In 2015, I reported to Yale and the Yale Police Department conduct by Plaintiff that I believed violated my rights and Yale policies against sexual misconduct. I also decided to make a formal complaint to Yale's University-Wide Committee on Sexual Misconduct ("UWC") so that Yale could adjudicate my complaint and determine whether and what disciplinary action was warranted.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on _____April 27_____, 2020.



JANE DOE