# Exhibit F



**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE FOR CIVIL RIGHTS, REGION I
5 POST OFFICE SQUARE, 8th FLOOR
BOSTON, MASSACHUSETTS 02109-3921

December 18, 2017

Peter Salovey
President
Yale University
c/o Caroline Hendel, esq.
Sent via e-mail to caroline.hendel@yale.edu

                                            Re:      Complaint No. 01-11-2027
                                                            Yale University

Dear President Salovey:

This letter is to inform you that the U.S. Department of Education's Office for Civil Rights (OCR) is closing the monitoring of the above-referenced complaint filed against Yale University (University) in March 2011.

The original complaint alleged that a sexually hostile environment existed on campus at the University, to which the University had not responded in a prompt and equitable manner. The complaint specifically referenced an October 2010 incident and further alleged an ongoing pattern of sexual harassment. The complaint also alleged that the University did not have a Title IX Coordinator and had an inadequate grievance process for addressing complaints of sex discrimination. On June 11, 2012, the University signed a voluntary resolution agreement with OCR to resolve the complaint. OCR proceeded to monitor the University's compliance with the Agreement and Title IX's obligations to respond promptly and effectively to incidents of sexual harassment and violence.

OCR conducted its investigation and monitoring under the authority of Title IX of the Education Amendments of 1972 and its implementing regulation at 34 C.F.R. Part 106 (Title IX), which prohibit discrimination on the basis of sex. The University is subject to Title IX because it receives Federal financial assistance from the U.S. Department of Education.

Upon receiving notice of the complaint, the University voluntarily and proactively made changes to its procedures and practices related to Title IX compliance. The University instituted a new Title IX grievance procedure called the University-Wide Committee on Sexual Misconduct (UWC) to provide for the prompt and equitable response to grievances alleging sexual misconduct. The University implemented a new structure of trained Title IX Coordinators and widely publicized information regarding the contact information and duties of the coordinators. The University also developed a protocol between the Yale Police Department and the coordinators to ensure the appropriate sharing of information on possible Title IX incidents.

With the goal of raising awareness and transparency, the University launched a comprehensive website outlining all of the University's policies, procedures and resources related to sexual

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

misconduct, such as the Sexual Harassment and Assault and Response & Education Center (SHARE). The website also clarified the level of confidentiality each process affords. The University provided further information on these policies, procedures, and resources to the community through revamped trainings for staff and students. Additionally, to ensure it was addressing all aspects of the its climate, the University formed the Advisory Committee on Campus Climate; appointed a Vice President for Student Life; added an additional Student Affairs Fellow to work with students to prevent high risk drinking and sexual misconduct; employed students trained as undergraduate Consent and Communication educators (CCEs) who "provide education and create dialogue about a wide range of issues," including issues related to sexual misconduct; formed a committee to study hazing and initiations; and created a Title IX working group composed of the various components involved in the University's Title IX compliance efforts. Finally, the University began publishing reports to the community regarding the outcomes of complaints processed by both the UWC and the Title IX Coordinators.

In addition to continuing the steps discussed above, the University agreed to additional action items outlined in the Agreement. The Agreement called for the University to report to OCR on the University's notification to the community of its Title IX Coordinators; the outcome of the University Title IX Coordinator's review of all informal and formal complaints of sexual misconduct; the coordination between the University Title IX Coordinator and Yale Police Department (YPD); and the results of the University Title IX Coordinator's assessment on trends, patterns, and the efficacy of the University's Title IX compliance. It also required the University to provide documentation to OCR of notices it provides to the community about its Title IX grievance procedures (e.g., the UWC and records of complaints processed under them). In addition, the University was required to report to OCR on training it provides for relevant students and staff. Further, the University had to provide documentation relating to its periodic climate assessments; efforts to ensure adequate resources for its SHARE and notice of SHARE to students; and efforts to promote responsible drinking, expand student leadership councils to promote norms of responsible conduct, and address hazing and initiations. OCR's monitoring of the Agreement and the information gathered is discussed in more detail below.

**First Monitoring Report**

OCR received the University's first formal report under the Agreement on September 15, 2012. The monitoring submission included copies of pamphlets, bulletin board publications, key chain tags, and links to webpages publicizing the Title IX coordinators' information, UWC, and University resources for sexual misconduct; the Title IX complaint report form; a copy of the reports of complaints of sexual misconduct from July 2011 through July 2012; and documentation related to nearly 100 trainings from fall 2011 to fall 2012 provided to various students, staff, faculty, and administrators regarding sexual misconduct and the University's response mechanisms and resources.

The University also shared information on a number of steps it took to promote appropriate and responsible behaviors among undergraduates, particularly in regard to alcohol and hazing. This included adding two new positions to focus on sexual misconduct prevention. The University also created the Task Force on Alcohol and Other Drugs, focusing on safety and education, programming, and communications. It also convened the University Council Committee on

Alcohol comprised of Yale alumni and parents, an advisory group to the President and senior administrators, as well as relevant experts on college life. Additionally, the University required students and organizations hosting parties off-campus with more than 50 guests to register with the University. The University also prohibited fall term rush, pledge, and recruiting activities by all Greek organizations. OCR received copies of guidance on these efforts and changes that the University distributed to students.

OCR reviewed the webpages provided and found that the University's comprehensive website was widely publicized by the University and can be easily found through a general web search. OCR also went onsite in December 2012 to review sexual misconduct files and interview staff and students regarding the University's efforts. The University sent out an email notice, on OCR's behalf, to a sampling of students who filed sexual misconduct complaints during the July 1, 2011 to June 30, 2012 timeframe. OCR spoke with a number of students about their experience with the University's sexual misconduct complaint processes. Subsequently, OCR conducted follow-up telephone interviews with additional staff.

During the December 2012 onsite, OCR staff reviewed a sampling of approximately 45 files from complaints filed with the University from July 1, 2011 through June 30, 2012. OCR interviewed the UWC Chair onsite about a number of cases that had been reviewed. Subsequently, OCR also interviewed the University Title IX Coordinator and the former Secretary of the UWC regarding specific complaints. OCR found the University sufficiently complied with Title IX in its processing of complaints.

During interviews, OCR learned that the University Title IX Coordinator coordinated with the various Deputy Title IX Coordinators on a regular basis and convened regular meetings with a Title IX Steering Committee made up of various components of the University. The University Title IX Coordinator also coordinated with YPD pursuant to a University-developed protocol that OCR approved. The University Title IX Coordinator also maintained a comprehensive database of complaint data in order to periodically assess patterns and trends.

During OCR's monitoring onsite, OCR staff visited the new SHARE space and met with the Director as well as one of the new hires. OCR confirmed the University's also efforts to allocate additional resources to SHARE, including its own 24/7 physical offices within the Yale health building and additional staffing. The University also re-vamped SHARE's website and increased outreach and notifications to the community regarding SHARE.

While onsite, OCR also met with students who proactively contacted OCR to discuss their experiences with the complaint processes and with other interested current students to discuss the University's efforts. OCR staff also met with a focus group of CCEs and freshman counselors regarding various student-oriented trainings held by the University. OCR also discussed with all students the University's various initiatives and efforts, such as efforts on alcohol and hazing. OCR also interviewed, by telephone, the Special Assistant Dean on Gender Issues, the Vice President of Student Life, and the University Title IX Coordinator to discuss the various initiatives reported to us. Those interviewed reported a general increased awareness on campus of the University's Title IX resources and procedures as a result of the University's efforts.

Page 4 – OCR Complaint No. 01-11-2027

The University also submitted additional information to OCR during the 2012-2013 academic year regarding several ongoing initiatives. For example, the University provided OCR with information on the climate assessment conducted by the University Title IX Coordinator, which was released on May 15, 2013. The assessment aimed to "gauge the community's current understanding of Yale's policies, procedures, and resources relating to sexual misconduct; and to engage the community in broad discussion of the sexual climate." The assessment was based on almost 40 focus groups of various groups of students and staff, as well as individual interviews with key personnel. The University Title IX Coordinator also solicited input from students, faculty, staff, and administrators via email, letter, meeting, and/or anonymously online. The results of the climate assessment showed an increased awareness of sexual misconduct issues as well as the University's response mechanisms and resources and participants made suggestions for improving future training efforts, including the importance of ongoing communication and training beyond freshman year. The University also provided copies of notices to the community on efforts of the Dean's Office Task Force on Alcohol and Other Drugs and the University Council Committee on Alcohol. Correspondence on the initiatives included a solicitation for feedback and ideas from the community.

Following OCR's review of information related to the 2012-2013 academic year, OCR issued an interim monitoring letter to the University and Complainant in July 2013. OCR summarized the University's efforts and informed both parties that OCR was satisfied with the progress the University had made implementing the agreement.

**Second Monitoring Report**

OCR received the University's second formal monitoring report on September 16, 2013, which again contained summary information on each step outlined above and provided OCR with updates on what had previously been reviewed. The report included copies of publications and links to webpages publicizing the Title IX coordinators' information, UWC, and University resources for sexual misconduct; a revised the Title IX complaint report form; guidance for faculty staff and administrators for responding to reports of sexual misconduct; copies of revised UWC procedures and definitions of sexual misconduct, consent and harassment; copies of updated SHARE publications; and further information on continued climate assessments, including notifications to the community explaining the processes and soliciting feedback. The University also provided OCR with copies of the semi-annual reports to the community on sexual misconduct complaints. Due to concerns raised by the community on the characterization of several of the incidents in the reports, the University posted online and provided OCR with a copy of a FAQ document related to the reports and a list of hypothetical scenarios to illustrate issues with consent and how respondents may be disciplined by the University if a complaint is substantiated.

With regard to training, the University provided information that it continued to train students and relevant staff, including dates, copies and the audience of each training session. In fall 2013, the College also began requiring incoming freshmen to complete an online alcohol education program before they could register for classes. Various other student groups and staff were also invited to complete the program. The University also surveyed students about alcohol use and designed additional programming to address alcohol issues.

Page 5 – OCR Complaint No. 01-11-2027

OCR conducted an onsite visit in November 2013. Prior to our onsite visit, the University, on OCR's behalf, emailed complainants to solicit their input, and in addition, emailed the entire University undergraduate population to announce OCR was holding open office hours on campus to solicit feedback on the University's implementation of the Agreement. OCR spoke with numerous students and current and former staff while onsite and via telephone. OCR reviewed each case file from the semi-annual reports. Again, during our onsite visit, OCR interviewed the UWC Chair and University Title IX Coordinator about a large sampling of the cases selected by OCR and other initiatives by the University.

OCR found that two of the University's Deputy Title IX Coordinators (the Coordinator for Yale College, and the Coordinator for Employees) were re-designated as Senior Deputy Title IX Coordinators due to their "experience and expertise." Further, the University reported that the University Title IX Coordinator planned to convene a student advisory board to provide advice to the University's Title IX Steering Committee on "campus culture, training and educational programming, and complaint and disciplinary processes." OCR noted that the formation of the student advisory committee addressed concerns that OCR previously heard from students that they wished to have a role in the steering committee. Again, those interviewed reported a general increased awareness on campus of the University's Title IX resources and procedures as a result of the University's efforts.

**Final Monitoring Report**

On May 30, 2014, the University submitted its final monitoring report to OCR which included summary information on its efforts. Again, the report provided information required by each provision of the Agreement, including the continuation of the majority of initiatives already being implemented, as well as new initiatives and updates. The University provided OCR with copies of the semi-annual reports to demonstrate its continued efforts to be transparent with the community. In addition, the University's informed OCR that the Title IX Steering Committee began monthly meetings with members of the newly formed a student advisory board, a group created to advise the steering committee.

The University also provided a description of steps the University Title IX Coordinator was taking based on the climate assessment, including meeting with deans of each school to discuss school-specific findings, as well as meeting with the University Cabinet. In an effort to continue assessing the climate and effectiveness of its initiatives, the University also explained to OCR that it continued to make available its online anonymous feedback form and to survey its graduating seniors on their perceptions of the resources available for reporting incidents of sexual misconduct and the support services offered by SHARE. The University provided OCR with links to these feedback tools and copies of email to the community notifying them of the opportunity to provide feedback. Additionally, the University administered a survey in spring 2015 in collaboration with the Association of American Universities to gauge the prevalence of sexual misconduct on campus and the effectiveness of the University's efforts to address it. The University also informed OCR it was committed to reviewing information from the White House Task Force to Protect Students from Sexual Assault. Upon assessing the overall climate and trends, and with discussions with UWC members, the University formed a committee on faculty

Page 6 – OCR Complaint No. 01-11-2027

standards of conduct to help clarify and improve issues related to Title IX for faculty. The University continued to produce semi-annual public reports on all complaints.

The University also again provided a copy of a tracking log of its continued training efforts. SHARE staff attended numerous workshops and sessions with students, student groups, and staff and attended monthly meetings of Safety Net, a group comprised of student group leaders, including fraternities and sororities; members of the Women's Center; CCEs; and administrators who focus on issues of mental health, alcohol, and sexual assault. In addition, SHARE strengthened its relationship with the New Haven Rape Crisis Center, including their representatives in the Freshmen Counselor orientation. The University also produced new training videos with CCEs and relevant staff to explain the role of the UWC, SHARE, the Title IX coordinators, and police. Additionally, the University provided information on its continued efforts to lower high risk drinking. Incoming students continued to be required to take an online alcohol education course. More than 1500 students attended training sessions lead by staff from the Alcohol and Other Drugs Harm Reduction Initiative at Yale. In addition, the University reviewed findings from the University Committee on Alcohol and implemented additional initiatives.

**Conclusion**

Throughout the course of the monitoring, OCR reviewed information provided by the University, including reviewing hundreds of complaints processed by the University. OCR interviewed relevant staff, conducted numerous interviews with relevant University staff, and conducted focus groups with student groups to test the veracity and accuracy of the information provided by the University. OCR also communicated with the complainants, current and former students, current and former staff, and parents who proactively reached out to OCR to share their perspectives on the complaint processes and the University's various initiatives. Additionally, OCR closely monitored publicly available information relevant to our monitoring on the University's website, news outlets, and social media sites. Throughout our monitoring, OCR provided the University with feedback on the information gathered and discussed concerns, including those raised to OCR by students. The University welcomed all feedback and made changes based on the feedback received. Based on all of the information reviewed, OCR has concluded that the University sufficiently complied with the terms of the Agreement and as of the date of its last monitoring report on May 30, 2014. OCR deems the monitoring of this complaint to be complete, and therefore, the complaint is closed.

OCR appreciates the cooperation provided by you and your colleagues in the General Counsel's office, and by University staff. Should you have any questions about this letter, please contact Civil Rights Investigator Molly O'Halloran at (617) 289-0058 or Molly.O'Halloran@ed.gov.

Sincerely,

Meena Morey Chandra *w/p AMM*
Acting Regional Director