# Exhibit G

Legislative History for Connecticut Act

**PA 17-71**

SB981

| | | |
|---|---|---|
| House | 6876-6958 | 83 |
| Senate | 2235-2239, 2276-2277 | 7 |
| Judiciary | 4601-4614, 4778-4781, 4917-4929, 4932-4934, 4936-4937 | 36 |
| | | **126** |

Transcripts from the Joint Standing Committee Public Hearing(s) and/or Senate and House of Representatives Proceedings

Connecticut State Library
Compiled 2018

CONNECTICUT
GENERAL ASSEMBLY
HOUSE

PROCEEDINGS
2017

VOL.60
PART 16
6584 - 6960

```
aa                                                       336
HOUSE OF REPRESENTATIVES                        June 5, 2017
```

mine as well just give us an example of how probable cause would differ from preponderance of the evidence and why those two different standards are important?

    Through you, Mr. Speaker.

DEPUTY SPEAKER RYAN (139TH):

    Representative Tong.

REP. TONG (147TH):

    Through you, Mr. Speaker, I'm sure there's a Connecticut Supreme Court case that defines probable cause in the civil litigation context.  It is sometimes a source of confusion because we often usually see probable cause in the criminal law context under the fourth amendment but probable cause in Connecticut is used in our civil law statutes, most often in the pre-judgement remedy context and so what I can say on the fly is that probable cause is a showing of a probability, a likelihood of prevailing on the merits, akin to the likelihood that you would see in an injunction hearing.