IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ET AL.,<br><br>　　　　Defendants. | Case No. 3:19-cv-001966-KAD |

DECLARATION OF BRENDAN N. GOOLEY

　　BRENDAN N. GOOLEY, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over eighteen years of age.

2. I make this declaration based on my personal knowledge.

3. I am counsel for Jane Doe in this action.

4. Exhibit B to the Memorandum of Law in Support of Jane Doe's Motion to Dismiss is a true and accurate copy of Yale's publicly available UWC Procedures.

5. Exhibit C to the Memorandum of Law in Support of Jane Doe's Motion to Dismiss is a true and accurate copy of the publicly available 2011 Dear Colleague Letter issued by the Department of Education's Office for Civil Rights.

6. Exhibit D to the Memorandum of Law in Support of Jane Doe's Motion to Dismiss is a true and accurate copy of the publicly available letter sent to Yale by the Department of Education's Office for Civil Rights dated June 15, 2012.

7. Exhibit E to the Memorandum of Law in Support of Jane Doe's Motion to Dismiss is a true and accurate copy of the publicly available Voluntary Resolution Agreement between Yale and the Department of Education's Office for Civil Rights.

8. Exhibit F to the Memorandum of Law in Support of Jane Doe's Motion to Dismiss is a true and accurate copy of the letter sent to Yale by the Department of Education's Office for Civil Rights dated December 18, 2017.

9. Exhibit G to the Memorandum of Law in Support of Jane Doe's Motion to Dismiss is a true and accurate copy of publicly available excerpts from the legislative history of Connecticut's anti-SLAPP statute.

10. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2020.

_____
BRENDAN N. GOOLEY