UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:19-CV-01966 (KAD) |
| | : | |
| YALE UNIVERSITY, et. al. | : | |
|     Defendants. | : | May 12, 2020 |

**CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANTS' MOTION TO DISMISS**

The Plaintiff in this action respectfully request that the deadline for the Plaintiff to reply to the Jane Doe Defendant's motion to dismiss be extended by an additional 14 days up to and including June 2, 2020. In support hereof, the undersigned represents the following:

1. The undersigned has conferred with the Defendants, and they have indicated that they have no objection to this motion.

2. No party will incur prejudice by the delay. The parties will continue to cooperate in discovery.

3. The undersigned has a time-sensitive matter that is due the day prior to the May 19, 2020 deadline, which will require his full attention and resources. Due to the ongoing coronavirus pandemic, he is operating with severely limited assistance, thus making it nearly impossible for him to meet the May 19, 2020 deadline. Consequently, he will be unable to prepare an adequate response to the Defendants' motion to dismiss if the deadline remains May 19, 2020.

WHEREFORE, the undersigned respectfully requests that the Court grant the Plaintiff's motion.

        The Plaintiff

        BY:

        /s/ Norman A. Pattis /s/

        NORMAN A. PATTIS
        Pattis & Smith, LLC
        Juris No. 13120
        383 Orange Street, First FL.
        New Haven, CT  06511
        Tel. 203-393-3017
        Fax 203-393-9745
        npattis@pattisandsmith.com

## **CERTIFICATION**

I hereby certify that on May 12, 2020, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        BY:

        /s/ Norman A. Pattis /s/

        NORMAN A. PATTIS
        Pattis & Smith, LLC
        Juris No. 13120