UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | JUNE 11, 2020 |

**MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendant Jane Doe files this Motion requesting that the Court extend her deadline to file a Reply Memorandum of Law in Further Support of Her Motion to Dismiss from June 16, 2020, to June 23, 2020.

Jane has been working on her Reply, but the additional time is necessary to allow Jane to fully respond to Plaintiff's arguments in his Opposition to Jane's Motion, particularly in light of the fact that counsel for Jane Doe has competing deadlines in another case before Your Honor. The Yale Defendants consent to this Motion and Plaintiff does not object to this Motion.

This is the first request for an extension of time of this deadline.  The requested extension will not affect any other deadlines established by the Court.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
bgooley@carltonfields.com

Her Attorneys

<u>**CERTIFICATION OF SERVICE**</u>

This is to certify that on this 11th day of June 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

<u>      */s/Brendan N. Gooley*          </u>
Brendan N. Gooley

122659609