UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JUNE 22, 2020 |

**MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendant Jane Doe files this Motion requesting that the Court extend her deadline to file a Reply Memorandum of Law in Further Support of Her Motion to Dismiss from June 23, 2020, to June 30, 2020.

Jane has been working on her Reply, but the additional time is necessary to allow Jane to fully respond to Plaintiff's arguments in his Opposition to Jane's Motion.  This Motion was not filed earlier because Jane was not sure whether she would require additional time to file her reply. The Yale Defendants consent to this Motion and Plaintiff does not object to this Motion.

This is the second request for an extension of time of this deadline.  The requested extension will not affect any other deadlines established by the Court.

                                          DEFENDANT JANE DOE,

                                          By: _/s/ Brendan N. Gooley_
                                              James M. Sconzo (ct04571)
                                              Brendan N. Gooley (ct30584)
                                              CARLTON FIELDS, P.A.
                                              One State Street, Suite 1800
                                              Hartford, CT  06103
                                              Tel.: 860-392-5000
                                              Fax: 860-392-5058
                                              Email: jsconzo@carltonfields.com
                                                        bgooley@carltonfields.com

                                              Her Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 22nd day of June 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                            */s/Brendan N. Gooley*
                                            Brendan N. Gooley

122758674