IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ET AL.,<br><br>Defendants. | Case No. 3:19-cv-001966-KAD<br><br>December 23, 2020 |

**JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER**

The Parties (Saifullah Khan, Yale University, the Individual Yale Defendants, and Jane Doe) jointly request that the Court modify the Scheduling Order in this case (ECF 17) as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Fact Depositions | August 3, 2020 | 6 Months After the Court's Ruling on Jane Doe's Motion to Dismiss |
| Plaintiff's Expert Disclosure Deadline | August 28, 2020 | 2 Months After the Court's Ruling on Jane Doe's Motion to Dismiss |
| Completion of Depositions of Plaintiff's Experts | November 16, 2020 | 4 Months After the Court's Ruling on Jane Doe's Motion to Dismiss |
| Defendants' Expert Disclosure Deadline | December 30, 2020 | 8 Months After the Court's Ruling on Jane Doe's Motion to Dismiss |
| Completion of Depositions of Defendants' Experts | February 26, 2021 | 10 Months After the Court's Ruling on Jane Doe's Motion to Dismiss |
| Close of Discovery | February 26, 2021 | 10 Months After the Court's Ruling on Jane Doe's Motion to Dismiss |
| Dispositive Motions Deadline | March 30, 2021 | 12 Months After the Court's Ruling on Jane Doe's Motion to Dismiss |

WHEREFORE, the Parties respectfully request that the Court modify the Scheduling Order in this case (ECF 17) in accordance with the changes requested above.

        Respectfully submitted,

        PLAINTIFF SAIFULLAH KHAN

By: */s/ Norman A. Pattis*
    Norman A. Pattis
    Pattis & Smith, LLC
    Juris No. 13120
    383 Orange Street, First Fl.
    New Haven, CT 06511
    Tel.: 203-393-3017
    Fax: 203-393-9745
    Email: npattis@pattisandsmith.com

    His Attorney

DEFENDANT YALE UNIVERSITY AND THE INDIVIDUAL YALE DEFENDANTS

By: */s/ Patrick M. Noonan*
    Patrick M. Noonan
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    Tel.: 203-458-9168
    Fax: 203-458-4424
    Email: pnoonan@ddnctlaw.com

    Their Attorney

DEFENDANT JANE DOE

By: */s/ James M. Sconzo*
    James M. Sconzo
    Brendan N. Gooley
    CARLTON FIELDS P.A.
    One State Street, Suite 1800
    Hartford, CT  06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

    Her Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 23rd day of December 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                                      /s/ *James M. Sconzo*
                                                                      James M. Sconzo

124399528