**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL NO. 3:19-CV-01966 (KAD) |
| : | |
| YALE UNIVERSITY, et. al. : | |
|     Defendants. : | January 14, 2021 |

## NOTICE OF APPEAL

The Plaintiff, Saifullah Khan, hereby gives notice that he appeals the January 7, 2021 decision of the Court granting Jane Doe's motion to dismiss his claims against her.

The Plaintiff

BY:

/s/ Norman A. Pattis /s/

NORMAN A. PATTIS
Pattis & Smith, LLC
Juris No. 13120
383 Orange Street, First FL.
New Haven, CT  06511
Tel. 203-393-3017
Fax 203-393-9745
npattis@pattisandsmith.com

## CERTIFICATION

I hereby certify that on January 14, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:

/s/ Norman A. Pattis /s/

NORMAN A. PATTIS