# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN,      : | |
|     Plaintiff,      : | |
| : | |
| v.      : | CIVIL NO. 3:19-CV-01966 (KAD) |
| : | |
| YALE UNIVERSITY, et. al.      : | |
|     Defendants.      : | January 26, 2021 |

## MOTION FOR JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)

Pursuant to Fed. R. Civ. P. 54(b), the Plaintiff, Saifullah Khan, respectfully moves the Court to enter a final judgment on its January 7, 2021 order granting Jane Doe's motion to dismiss his claims against her (Dkt. 40).

The Court's order effectively ends Mr. Khan's case against Jane Doe as the Court has dismissed all of his claims against her. There is no reason for the Court not to enter judgment on Mr. Khan's claims against Jane Doe, and the remaining defendants have agreed with the Plaintiff that the resolution of Mr. Khan's appeal could have a bearing on how his claims against them proceed. After a brief pre-trial, the parties have conferred and are in agreement that the Court should consider entering judgment, thereby eliminating any potential delay and confusion as the litigation involving the remaining parties proceeds.

Mr. Khan's appeal cannot proceed smoothly until the Court enters judgment. Thus, he respectfully requests the Court to enter judgment in accordance with its January 7, 2021 order.

THE PLAINTIFF

By: /s/ NORMAN A. PATTIS /s/
    NORMAN A. PATTIS
    PATTIS & SMITH, LLC
    383 Orange Street
    New Haven, CT 06511
    TEL: 203.393.3017
    FAX: 203.393.9745
    npattis@pattisandsmith.com
    ct13120

## **CERTIFICATION**

I hereby certify that on January 26, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:

/s/ Norman A. Pattis /s/

NORMAN A. PATTIS