UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAIFULLAH KHAN

       Plaintiff,

v.                                                       Case No. 3:19-cv-01966(KAD)

YALE UNIVERSITY, PETER SALOVEY,
JONATHON HALLOWAY, MARVIN CHUN,
JOE GORDON, DAVID POST, MARK SOLOMON,
ANN KUHLMAN, LYNN COOLEY, PAUL GENECIN,
STEPHANIE SPANGLER, SARAH DEMERS,
JANE DOE, CAROLE GOLDBERG, UNKNOWN PERSONS,

       Defendants.

## PARTIAL JUDGMENT

This matter came on for consideration of Defendant Jane Doe's Motion to Dismiss before the Honorable Kari A. Dooley, United States District Judge. The Court, having considered the full record of the case including applicable principles of law, having dismissed all claims against Jane Doe on January 7, 2021, and having issued an order granting Plaintiff's motion pursuant to Fed. R. Civ. P. 54(b); it is hereby

ORDERED, ADJUDGED AND DECREED that judgment be and is hereby entered in favor of Jane Doe.

Dated at Bridgeport, Connecticut, this 9th day of February 2021.

                                                                    ROBIN D. TABORA, Clerk

                                                                    By: /s/ Kristen Gould
                                                                         Kristen Gould
                                                                         Deputy Clerk

EOD: 2/09/2021