IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ET AL.,<br><br>　　　　Defendants. | Case No. 3:19-cv-001966-KAD<br><br>September 1, 2021 |

**JOINT STATUS REPORT**

The Parties (Saifullah Khan, Yale University, the Individual Yale Defendants, and Jane Doe) jointly submit this Status Report pursuant to the Court's February 5, 2021 Order (ECF 47).

At this time, the Second Circuit's docket indicates that Plaintiff's appeal is tentatively scheduled for oral argument during the week of October 25, 2021.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PLAINTIFF SAIFULLAH KHAN


　　　　　　　　　　　　　　　By: */s/ Norman A. Pattis*
　　　　　　　　　　　　　　　　　　Norman A. Pattis
　　　　　　　　　　　　　　　　　　Pattis & Smith, LLC
　　　　　　　　　　　　　　　　　　383 Orange Street, First Fl.
　　　　　　　　　　　　　　　　　　New Haven, CT 06511
　　　　　　　　　　　　　　　　　　Tel.: 203-393-3017
　　　　　　　　　　　　　　　　　　Fax: 203-393-9745
　　　　　　　　　　　　　　　　　　Email: npattis@pattisandsmith.com
　　　　　　　　　　　　　　　　　　Federal Bar No: ct13120

　　　　　　　　　　　　　　　　　　His Attorney

127131203.1

2

        DEFENDANT YALE UNIVERSITY AND
        THE INDIVIDUAL YALE DEFENDANTS

By: */s/ Patrick M. Noonan*
    Patrick M. Noonan
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    Tel.: 203-458-9168
    Fax: 203-458-4424
    Email: pnoonan@ddnctlaw.com
    Federal Bar No: ct00189

    Their Attorney


        DEFENDANT JANE DOE

By: */s/ James M. Sconzo*
    James M. Sconzo
    Brendan N. Gooley
    CARLTON FIELDS P.A.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com
    Federal Bar No: ct04571

    Her Attorneys

127131203.1

## CERTIFICATION OF SERVICE

This is to certify that on this 1st day of September 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                        */s/ Patrick M. Noonan*
                                          Patrick M. Noonan

126993337