## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>        Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ET AL.,<br><br>        Defendants. | Case No. 3:19-cv-001966-KAD<br><br>December 1, 2021 |

## JOINT STATUS REPORT

The Parties (Saifullah Khan, Yale University, the Individual Yale Defendants, and Jane Doe) jointly submit this Status Report pursuant to the Court's February 5, 2021 Order (ECF 47).

The Second Circuit heard oral argument on Plaintiff's appeal on October 29, 2021, but has not yet issued a decision regarding Plaintiff's appeal.

        Respectfully submitted,

        PLAINTIFF SAIFULLAH KHAN

        By: */s/Norman A. Pattis*
        Norman A. Pattis
        Pattis & Smith, LLC
        383 Orange Street, First Fl.
        New Haven, CT 06511
        Tel.: 203-393-3017
        Fax: 203-393-9745
        Email: npattis@pattisandsmith.com
        Federal Bar No: ct13120

        His Attorney

DEFENDANT YALE UNIVERSITY AND
THE INDIVIDUAL YALE DEFENDANTS


By: */s/Patrick M. Noonan*
    Patrick M. Noonan
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    Tel.: 203-458-9168
    Fax: 203-458-4424
    Email: pnoonan@ddnctlaw.com
    Federal Bar No: ct00189

    Their Attorney


DEFENDANT JANE DOE


By: */s/ James M. Sconzo*
    James M. Sconzo
    Brendan N. Gooley
    CARLTON FIELDS P.A.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
          bgooley@carltonfields.com
    Federal Bar No: ct04571

    Her Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on this 1st day of December 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                */s/ Patrick M. Noonan*
                                                  Patrick M. Noonan