# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN, <br><br> Plaintiff, <br><br> v. <br><br> YALE UNIVERSITY, ET AL., <br><br> Defendants. | Case No. 3:19-cv-001966-KAD <br><br> March 1, 2022 |

## JOINT STATUS REPORT

The Parties (Saifullah Khan, Yale University, the Individual Yale Defendants, and Jane Doe) jointly submit this Status Report pursuant to the Court's February 5, 2021 Order (ECF 47).

The Second Circuit heard oral argument on Plaintiff's appeal on October 29, 2021, but has not yet issued a decision regarding Plaintiff's appeal.

Respectfully submitted,

PLAINTIFF SAIFULLAH KHAN

By: */s/Norman A. Pattis*
Norman A. Pattis
Pattis & Smith, LLC
383 Orange Street, First Fl.
New Haven, CT 06511
Tel.: 203-393-3017
Fax: 203-393-9745
Email: npattis@pattisandsmith.com
Federal Bar No: ct13120

His Attorney

DEFENDANT YALE UNIVERSITY AND
THE INDIVIDUAL YALE DEFENDANTS


By: */s/Patrick M. Noonan*
 Patrick M. Noonan
 Donahue, Durham & Noonan, P.C.
 741 Boston Post Road
 Guilford, CT 06437
 Tel.: 203-458-9168
 Fax: 203-458-4424
 Email: pnoonan@ddnctlaw.com
 Federal Bar No: ct00189

 Their Attorney


DEFENDANT JANE DOE


By: */s/ James M. Sconzo*
 James M. Sconzo
 Brendan N. Gooley
 CARLTON FIELDS P.A.
 One State Street, Suite 1800
 Hartford, CT  06103
 Tel.: 860-392-5000
 Fax: 860-392-5058
 Email: jsconzo@carltonfields.com
  bgooley@carltonfields.com
 Federal Bar No: ct04571

 Her Attorneys

2

**CERTIFICATION OF SERVICE**

      This is to certify that on this 1st day of March 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                  */s/ Patrick M. Noonan*
                                                  Patrick M. Noonan