### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>      Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, ET AL.,<br><br>      Defendants. | Case No. 3:19-cv-001966-KAD<br><br>June 1, 2022 |

### JOINT STATUS REPORT

The Parties (Saifullah Khan, Yale University, the Individual Yale Defendants, and Jane Doe) jointly submit this Status Report pursuant to the Court's February 5, 2021 Order (ECF 47).

The Second Circuit has certified questions concerning Plaintiff's appeal to the Connecticut Supreme Court. The Connecticut Supreme Court is expected to hold oral argument in September 2022 and issue a decision regarding the certified questions at some point thereafter.

Respectfully submitted,

PLAINTIFF SAIFULLAH KHAN

By: */s/Norman A. Pattis*
   Norman A. Pattis
   Pattis & Smith, LLC
   383 Orange Street, First Fl.
   New Haven, CT 06511
   Tel.: 203-393-3017
   Fax: 203-393-9745
   Email: npattis@pattisandsmith.com
   Federal Bar No: ct13120

His Attorney

DEFENDANT YALE UNIVERSITY AND
THE INDIVIDUAL YALE DEFENDANTS


By: */s/Patrick M. Noonan*
    Patrick M. Noonan
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    Tel.: 203-458-9168
    Fax: 203-458-4424
    Email: pnoonan@ddnctlaw.com
    Federal Bar No: ct00189

    Their Attorney


DEFENDANT JANE DOE


By: */s/ James M. Sconzo*
    James M. Sconzo
    Brendan N. Gooley
    CARLTON FIELDS P.A.
    One State Street, Suite 1800
    Hartford, CT  06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com
    Federal Bar No: ct04571

    Her Attorneys

## CERTIFICATION OF SERVICE

      This is to certify that on this 1st day of June 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                            */s/ Patrick M. Noonan*
                                              Patrick M. Noonan