**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:19-CV-01966 (KAD) |
| | : | |
| YALE UNIVERSITY, et. al. | : | |
| Defendants. | : | August 29, 2022 |

## <u>JOINT STATUS REPORT</u>

The Parties (Saifullah Khan, Yale University, the Individual Yale Defendants, and Jane Doe) jointly submit this Status Report pursuant to the Court's February 5, 2021 Order (ECF 47). The Connecticut Supreme Court will hear argument on certified questions by the Second Circuit regarding the Jane Doe defendants on September 14, 2022. The parties await that decision as it will resolve issues central to the case.


Date: August 29, 2022

The Plaintiff

BY:

<u>/s/ Norman A. Pattis /s/</u>

NORMAN A. PATTIS
Pattis & Smith, LLC
Juris No. 13120
383 Orange Street, First FL.
New Haven, CT  06511
Tel. 203-393-3017
Fax 203-393-9745
npattis@pattisandsmith.com

## **CERTIFICATION**

I hereby certify that on August 29, 2022, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:

By: */s/Norman A. Pattis*

     Norman A. Pattis
     Pattis & Smith, LLC
     383 Orange Street, First
     Fl. New Haven, CT
     06511 Tel.: 203-393-
     3017
     Fax: 203-393-9745
     Email: npattis@pattisandsmith.com
     Federal Bar No: ct13120

     His Attorney

     DEFENDANT YALE UNIVERSITY
     AND THE INDIVIDUAL YALE
     DEFENDANTS

By: */s/Patrick M. Noonan*

     Patrick M. Noonan
     Donahue, Durham & Noonan, P.C.
     741 Boston Post Road
     Guilford, CT 06437
     Tel.: 203-458-9168
     Fax: 203-458-4424
     Email: pnoonan@ddnctlaw.com
     Federal Bar No: ct00189

     Their Attorney

DEFENDANT JANE DOE

By: _/s/ James M. Sconzo_

James M. Sconzo
Brendan N. Gooley
CARLTON FIELDS
P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
        bgooley@carltonfields.com
Federal Bar No: ct04571

Her Attorneys