**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:19-CV-01966 (KAD) |
| | : | |
| YALE UNIVERSITY, et. al. | : | |
|     Defendants. | : | December 14, 2022 |

## JOINT STATUS REPORT

The Parties await a ruling from the Connecticut Supreme Court on the questions certified to it by the United States Court of Appeals for the Second Circuit.

Date: December 14, 2022

                        The Plaintiff

                        BY:

                        /s/ Norman A. Pattis /s/

                        NORMAN A. PATTIS
                        Pattis & Smith, LLC
                        Juris No. 13120
                        383 Orange Street, First FL.
                        New Haven, CT  06511
                        Tel. 203-393-3017
                        Fax 203-393-9745
                        npattis@pattisandsmith.com

## **CERTIFICATION**

I hereby certify that on August 29, 2022, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:

By: /s/Norman A. Pattis

Norman A. Pattis
Pattis & Smith, LLC
383 Orange Street, First
Fl. New Haven, CT
06511 Tel.: 203-393-3017
Fax: 203-393-9745
Email: npattis@pattisandsmith.com
Federal Bar No: ct13120

His Attorney


DEFENDANT YALE UNIVERSITY
AND THE INDIVIDUAL YALE
DEFENDANTS

By: /s/Patrick M. Noonan

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Tel.: 203-458-9168
Fax: 203-458-4424
Email: pnoonan@ddnctlaw.com
Federal Bar No: ct00189

Their Attorney


DEFENDANT JANE DOE

By: /s/ James M. Sconzo

James M. Sconzo
Brendan N. Gooley
CARLTON FIELDS
P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
       bgooley@carltonfields.com
Federal Bar No: ct04571

Her Attorneys