UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:19-CV-01966 (KAD) |
| | : | |
| YALE UNIVERSITY, et. al. | : | |
|     Defendants. | : | February 22, 2023 |

## JOINT STATUS REPORT

The Parties continue to wait for a ruling from the Connecticut Supreme Court on the questions certified to it by the United States Court of Appeals for the Second Circuit.

Date: February 22, 2023

                                                  The Plaintiff

                                                  BY:

                                                  /s/ Norman A. Pattis /s/

                                                  NORMAN A. PATTIS
                                                  Pattis & Smith, LLC
                                                  Juris No. 13120
                                                  383 Orange Street, First FL.
                                                  New Haven, CT  06511
                                                  Tel. 203-393-3017
                                                  Fax 203-393-9745
                                                  npattis@pattisandsmith.com

## CERTIFICATION

I hereby certify that on August 29, 2022, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY:

By: /s/Norman A. Pattis

Norman A. Pattis
Pattis & Smith, LLC
383 Orange Street, First
Fl. New Haven, CT
06511 Tel.: 203-393-3017
Fax: 203-393-9745
Email: npattis@pattisandsmith.com
Federal Bar No: ct13120

His Attorney


DEFENDANT YALE UNIVERSITY
AND THE INDIVIDUAL YALE
DEFENDANTS

By: /s/Patrick M. Noonan

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Tel.: 203-458-9168
Fax: 203-458-4424
Email: pnoonan@ddnctlaw.com
Federal Bar No: ct00189

Their Attorney


DEFENDANT JANE DOE

By: /s/ James M. Sconzo

        James M. Sconzo
        Brendan N. Gooley
        CARLTON FIELDS P.A.
        One State Street, Suite 1800
        Hartford, CT  06103
        Tel.: 860-392-5000
        Fax: 860-392-5058
        Email: jsconzo@carltonfields.com
                bgooley@carltonfields.com
        Federal Bar No: ct04571

        Her Attorneys