## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:19-CV-01966 (KAD) |
| | : | |
| YALE UNIVERSITY, et. al. | : | |
|     Defendants. | : | AUGUST 4, 2023 |

## STATUS REPORT

The Connecticut Supreme Court answered the certified questions posed by the Second Circuit incident to the appeal of the dismissal of action herein against Jane Doe. The matter has been referred back to the Second Circuit and further letter briefs have been filed. A decision by the Second Circuit is expected any day now.

Dated: August 4, 2023

                                              THE PLAINTIFF

                                              BY:

                                              /s/ Norman A. Pattis /s/

NORMAN A. PATTIS
Pattis & Smith, LLC
Bar no. ct13120
383 Orange Street, First FL.
New Haven, CT  06511
Tel. 203-393-3017
Fax 203-393-9745
npattis@pattisandsmith.com

## **CERTIFICATION**

 I hereby certify that on August 4, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        BY:

        /s/ Norman A. Pattis /s/

        NORMAN A. PATTIS
        Pattis & Smith, LLC
        Bar no. ct13120