**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YALE UNIVERSITY, ET AL.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-001966-KAD<br><br>November 2, 2023 |

## JOINT STATUS REPORT

The Parties (Saifullah Khan, Yale University, the Individual Yale Defendants, and Jane Doe) jointly submit this Status Report pursuant to the Court's February 5, 2021 Order (ECF 47).

The Second Circuit has remanded this case. The Parties propose that they confer for purposes of drafting a new Rule 26(f) Report and that they file that Report by December 1, 2023.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PLAINTIFF SAIFULLAH KHAN


　　　　　　　　　　　　　　　By: */s/ Norman A. Pattis*
　　　　　　　　　　　　　　　　　　Norman A. Pattis
　　　　　　　　　　　　　　　　　　Pattis & Smith, LLC
　　　　　　　　　　　　　　　　　　383 Orange Street, First Fl.
　　　　　　　　　　　　　　　　　　New Haven, CT 06511
　　　　　　　　　　　　　　　　　　Tel.: 203-393-3017
　　　　　　　　　　　　　　　　　　Fax: 203-393-9745
　　　　　　　　　　　　　　　　　　Email: npattis@pattisandsmith.com
　　　　　　　　　　　　　　　　　　Federal Bar No: ct13120

　　　　　　　　　　　　　　　　　　His Attorney

2

        DEFENDANT YALE UNIVERSITY AND
        THE INDIVIDUAL YALE DEFENDANTS

By: */s/ Patrick M. Noonan*
     Patrick M. Noonan
     Donahue, Durham & Noonan, P.C.
     741 Boston Post Road
     Guilford, CT 06437
     Tel.: 203-458-9168
     Fax: 203-458-4424
     Email: pnoonan@ddnctlaw.com
     Federal Bar No: ct00189

     Their Attorney


        DEFENDANT JANE DOE

By: */s/ Brendan N. Gooley*
     James M. Sconzo
     Brendan N. Gooley
     CARLTON FIELDS P.A.
     One State Street, Suite 1800
     Hartford, CT  06103
     Tel.: 860-392-5000
     Fax: 860-392-5058
     Email: jsconzo@carltonfields.com
            bgooley@carltonfields.com
     Federal Bar No: ct30584

     Her Attorneys

## **CERTIFICATION OF SERVICE**

      This is to certify that on this 2nd day of November 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                           */s/ Brendan N. Gooley*
                                            Brendan N. Gooley