**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of October, two thousand twenty-three.

Before:      Debra Ann Livingston,
                *Chief Judge*,
         Amalya L. Kearse,
         Reena Raggi,
                *Circuit Judges*.

_____

Saifullah Khan,

        Plaintiff - Appellant,

v.

Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Unknown Persons,

        Defendants,

Jane Doe,

        Defendant - Appellee.

**JUDGMENT**

Docket No. 21-95

_____

The appeal in the above captioned case from a partial judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the partial judgment is AFFIRMED IN PART so much as it dismissed as untimely Khan's tortious interference claim based on Doe's 2015 statements, and VACATED IN PART so much as it dismissed on absolute immunity grounds Khan's defamation and tortious interference claims based on Doe's 2018 statements, and the case is REMANDED for further proceedings consistent with this Court's opinion.

                                                            For the Court:
                                                            Catherine O'Hagan Wolfe,
                                                            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 11/15/2023**