# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN ) | CIVIL ACTION NO. |
| PLAINTIFF ) | 3:19cv01966-KAD |
| vs. ) | |
| YALE UNIVERSITY, ET AL ) | |
| DEFENDANTS ) | DECEMBER 11, 2023 |

### ADDENDUM TO RULE 26F

Due to a scrivener's error on the part of Mr. Khan's counsel, the 26f report indicated that the parties agreed to waiver initial disclosures. Mr. Khan does not waive. He requests that the parties be required to do them within 30 days. The undersigned has discussed with counsel for the defendants, and they object.

Additionally, Mr. Khan requests permission to take up to 20 depositions.

RESPECTFULLY SUBMITTED,
PLAINTIFF, SAIFULLAH KHAN

By     /s/     Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
Pattis & Associates, LLC
383 Orange St., First Floor
New Haven, CT  06511
Email:  npattis@pattislaw.com
Telephone:  203-393-3017
Facsimile:   203-393-9745
Federal Bar Number: ct13120

## CERTIFICATION

I certify that a copy of the above will be immediately delivered electronically on **December 11, 2023** to all counsel of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served as follows:

**YALE UNIVERSITY, DEFENDANT**
Patrick M. Noonan, Esq.
CARMODY, TORRANCE, SANDAK AND HENNESSEY LLP
741 Boston Post Rd.
Guilford, CT  06437
Email: PNoonan@carmodylaw.com
Telephone:  203-458-9168
Facsimile:    203-458-4424
Federal Bar Number:  ct00189

**JANE DOE, DEFENDANT**
James M. Sconzo, Esq.
CARLTON FIELDS
One State Street, Suite 1800
Hartford, CT  06103
Email:  JSconzo@carltonfields.com
Telephone:  860-392-5022
Facsimile:    860-392-5058
Federal Bar Number:  ct04571

                                                                  /s/     Norman A. Pattis, Esq.
                                                                   **Norman A. Pattis, Esq.**