UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | JANUARY 30, 2024 |

## MOTION TO SEAL
## REPLY IN FURTHER SUPPORT OF MOTION FOR JUDGMENT OF DISMISSAL

Pursuant to Local Rule 5(e) and this Court's Order holding that Defendant Jane Doe is entitled to anonymity in this action (ECF 12), Defendant Jane Doe respectfully moves to file her Reply in Further Support of Her Motion for Judgment of Dismissal ("Reply") and Exhibits to her Reply ("Exhibits") under seal. Good cause exists to seal the Reply and Exhibits for substantially the same reasons as articulated in Jane's Motion to Seal (ECF 73) her Motion for Judgment of Dismissal (ECF 74) and Memorandum in Support of that Motion (ECF 75).

In short, and as discussed in more detail in Jane's prior Motion to Seal, Jane's Reply and the Exhibits thereto contain information that would compound the harm caused by Plaintiff's misconduct in this case by, among other things, showing the public how they can learn Jane's real name, which Plaintiff disclosed in violation of this Court's Anonymity Order. The Reply also references inappropriate but putative "settlement" communications.

        DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
 James M. Sconzo (ct04571)
 Brendan N. Gooley (ct30584)
 CARLTON FIELDS, P.A.
 One State Street, Suite 1800
 Hartford, CT  06103
 Tel.: 860-392-5000
 Fax: 860-392-5058
 Email: jsconzo@carltonfields.com
    bgooley@carltonfields.com

Her Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on this 30th day of January 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                */s/Brendan N. Gooley*
                                                Brendan N. Gooley