UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | MARCH 4, 2024 |

## MOTION TO SEAL EXCERPTS OF MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT JANE DOE'S MOTION FOR A PROTECTIVE ORDER

Pursuant to Local Rule 5(e) and this Court's Order holding that Defendant Jane Doe is entitled to anonymity in this action (ECF 12), Defendant Jane Doe respectfully moves to file portions of her Memorandum of Law in Support of her Motion for a Protective Order ("Memorandum of Law") under seal. Good cause exists to seal the excerpts of the Memorandum of Law because the excerpts would lead readers of the Memorandum of Law to Plaintiff's dissemination of Jane's name in violation of this Court's Order granting Jane anonymity, thereby compounding the harm caused by Plaintiff's violations of this Court's Order.

As this Court is aware, Plaintiff has refused to remove the offending disclosures despite admitting that the disclosures "w[ere] done in violation of [this] Court['s] order granting" Jane anonymity. Plaintiff's offending disclosures remain accessible to the general public through a simple Google search. Aspects of Jane's Memorandum of Law would direct readers of the Memorandum of Law to the disclosures themselves or search results showing the disclosures.

Jane therefore seeks permission to file two versions of her Memorandum of Law: An unredacted version under seal, and a redacted version that redacts information that could lead readers of the Memorandum of Law to Plaintiff's offending disclosures.

Jane also notes that the need for this Motion to Seal is based on Plaintiff's refusal to remove

the offending disclosures and that Plaintiff's decision to maintain the disclosures despite his admission that they violate this Court's Order and the fact that they are causing Jane and this Court to have to file and decide Motions that should be unnecessary instead of litigating this case (such as this Motion) constitutes another reason why the Court should grant Jane Doe's Motion for Judgment of Dismissal.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
     James M. Sconzo (ct04571)
     Brendan N. Gooley (ct30584)
     CARLTON FIELDS, P.A.
     One State Street, Suite 1800
     Hartford, CT  06103
     Tel.: 860-392-5000
     Fax: 860-392-5058
     Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

     Her Attorneys

## <u>CERTIFICATION OF SERVICE</u>

This is to certify that on this 4th day of March 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.


                                                */s/Brendan N. Gooley*

                                              Brendan N. Gooley