UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | MARCH 4, 2024 |

**DEFENDANT JANE DOE'S**
**MOTION FOR A PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P 26(c) and Local Rule 26, and for good cause shown, Defendant Jane Doe moves for a protective order, as described in the attached Memorandum of Law and Proposed Protective Order attached to the Memorandum of Law. The Court should grant Jane Doe's Motion for the reasons set forth in the accompanying Memorandum of Law.

                                            DEFENDANT JANE DOE,

                                            By: */s/ Brendan N. Gooley*
                                                 James M. Sconzo (ct04571)
                                                 Brendan N. Gooley (ct30584)
                                                 CARLTON FIELDS, P.A.
                                                 One State Street, Suite 1800
                                                 Hartford, CT  06103
                                                 Tel.: 860-392-5000
                                                 Fax: 860-392-5058
                                                 Email: jsconzo@carltonfields.com
                                                                   bgooley@carltonfields.com

                                                 Her Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 4th day of March 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                       */s/ Brendan N. Gooley*
                                       Brendan N. Gooley