# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | MARCH 4, 2024 |

## <u>DECLARATION OF BRENDAN N. GOOLEY</u>

Pursuant to 28 U.S.C. § 1746, Brendan N. Gooley states:

1. I am counsel for Defendant Jane Doe ("Jane") in this action.

2. On January 30, 2024, I spoke to counsel for Plaintiff to determine Plaintiff's position on Jane's forthcoming Motion for a Protective Order (the "Motion") and in a good faith effort to eliminate or reduce the area of controversy regarding Jane's Motion.

3. That conversation resulted in a narrowing of the controversy related to the Motion but did not eliminate the dispute - Plaintiff objects to the Motion and will be filing an opposition.

4. During the meet and confer, Plaintiff's counsel noted, however, that there is no reason for Plaintiff to be denied access to documents that are already within the public domain. Such documents might include, for example, Plaintiff's recorded statements about this case during media interviews.

5. Counsel for Jane agrees that Plaintiff should not be precluded from having documents that are in the public domain, as that term is defined in the Proposed Protective Order. Counsel for Jane has therefore exempted such documents from the scope of the Proposed Protective Order

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2024.

Brendan N. Gooley