UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | MARCH 5, 2024 |

## MOTION FOR EXTENSION OF TIME

Defendant Jane Doe ("Jane") respectfully moves for an extension of time to respond to Plaintiff's Complaint. Jane seeks until thirty (30) days after a decision on her Motion for Judgment of Dismissal or, alternatively, sixty (60) days from the current deadline of March 8, 2024.

Jane makes this Motion in light of (1) Jane's pending Motion for Judgment of Dismissal, (2) the time commitments associated with briefing that Motion and the associated Motion for a Protective Order, and (3) counsel's schedule, including preparing for a major trial set to begin at the end of March. Jane's Motion for Judgment of Dismissal may obviate the need for Jane to respond to the Complaint. Counsel for Jane has spent significant time over the last two plus months briefing her Motion for Judgment of Dismissal and Motion for a Protective Order. In the midst of all that, counsel for Jane has had to spend an extraordinary amount of time preparing for a trial set to begin the last week of March, including briefing more than twenty pre-trial Motions.

This is Jane's first request for an extension of this deadline. The Yale Defendants consent to this Motion. Plaintiff consents to this Motion.

Jane thus requests that the Court grant her an extension until thirty (30) days after a ruling on her Motion for Judgment of Dismissal or, in the alternative, sixty (60) days from March 8, 2024.

                        DEFENDANT JANE DOE,

                By: */s/ Brendan N. Gooley*
                     James M. Sconzo (ct04571)
                     Brendan N. Gooley (ct30584)
                     CARLTON FIELDS, P.A.
                     One State Street, Suite 1800
                     Hartford, CT  06103
                     Tel.: 860-392-5000
                     Fax: 860-392-5058
                     Email: jsconzo@carltonfields.com
                              bgooley@carltonfields.com

                     Her Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 5th day of March 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

*/s/ Brendan N. Gooley*
Brendan N. Gooley