UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | |
| | : | |
| Plaintiff, | : | |
| V. | : | Case No. 3:19-cv-01966(KAD) |
| | : | |
| YALE UNIVERSITY, ET AL. | : | |
| | : | |
| Defendants | : | March 8, 2024 |

## MOTION FOR LEAVE TO AMEND ANSWER TO ADD AFFIRMATIVE DEFENSES

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 7(f) of the Local Rules of United States District Court for the District of Connecticut, the defendant, Yale University, moves this Court for an Order granting it leave to amend its Answer to three add Affirmative Defenses sounding in unclean hands, after acquired evidence, and statute of limitations. In support of this Motion, the defendant submits a Memorandum of Law.

Consistent with Local Rule 7 (f), a redlined comparison of the proposed Amended Answer with Affirmative Defenses is attached as **Exhibit A**, and a clean copy of the proposed Amended Answer with Affirmative Defenses is attached as **Exhibit B**. Undersigned counsel has inquired of all counsel for non-moving parties as to their position on the Motion. Counsel for the defendant, Jane Doe, agrees to the Motion, and counsel for the plaintiff, Saifullah Khan, takes no position on the Motion.

Respectfully submitted,


By: _____ *Patrick M. Noonan* _____
　　　　　　 Patrick M. Noonan (ct00189)
　　　　　　 Giovanna Tiberii Weller (ct11187)
　　　　　　 Carmody Torrance Sandak & Hennessy LLP
　　　　　　 741 Boston Post Road
　　　　　　 Guilford, CT 06437
　　　　　　 Phone: 203-458-9168
　　　　　　 Email: pnoonan@carmodylaw.com
　　　　　　 Email: gweller@carmodylaw.com


## **CERTIFICATION OF SERVICE**

I hereby certify that on March 8, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


___ *Patrick M. Noonan* _____
Patrick M. Noonan