UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | MARCH 15, 2024 |

**MOTION TO SEAL JANE DOE'S PROPOSED SUR-REPLY**

Pursuant to Local Rule 5(e) and this Court's Order holding that Defendant Jane Doe is entitled to anonymity in this action (ECF 12), Defendant Jane Doe respectfully moves to file her Proposed Sur-Reply and Exhibits thereto under seal. The Proposed Sur-Reply and Exhibits would exacerbate Plaintiff's violation of this Court's anonymity Order and cause further injury to Jane by telling readers where they would need to look to learn Jane's real name.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
       bgooley@carltonfields.com

Her Attorneys

1

**CERTIFICATION OF SERVICE**

    This is to certify that on this 15th day of March 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                          */s/Brendan N. Gooley*
                                                          Brendan N. Gooley