Civil- (Dec-2008)

**HONORABLE:** Kari A. Dooley
**DEPUTY CLERK** Kristen Gould   **RPTR/ECRO/TAPE** Tracy Gow
**TOTAL TIME:** ____ hours 38 minutes
**DATE:** 3/18/2024   **START TIME:** 9:57am   **END TIME:** 10:35am
**LUNCH RECESS** FROM: ____ TO: ____
**RECESS** (if more than ½ hr)  FROM: ____ TO: ____

**CIVIL NO.** 3:19-cv-01966-KAD

| | |
|---|---|
| Saifullah Khan | Norman A. Pattis |
| | Plaintiff's Counsel |
| vs | |
| Yale University et al | Gooley, Sconzo, Weller |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing   [ ] Show Cause Hearing
[ ] Evidentiary Hearing   [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] Def #74   Motion: Emergency Motion for Judgment of Dismissal *Sealed   [ ] granted [✓] denied [ ] advisement

[ ] Briefs(s) due ____   [ ] Proposed Findings due ____   Response due ____

Hearing continued until ____ at ____

**Notes:** As ordered on the record, the Defendant shall not identify Jane Doe in any social media communication and he shall remove his posts that reference the same. Motions 81, 82 and 89 are referred to a Magistrate Judge.