UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | MARCH 29, 2024 |

**MOTION TO SEAL**
**REPLY IN FURTHER SUPPORT OF MOTION FOR A PROTECTIVE ORDER**

Pursuant to Local Rule 5(e) and this Court's Order holding that Defendant Jane Doe is entitled to anonymity in this action (ECF 12), Defendant Jane Doe respectfully moves to file her Reply in Further Support of her Motion for a Protective Order ("Reply") under seal. Good cause exists to seal the Reply because the Reply contains "privileged and confidential information" (*see* ECF 93), including but not limited to references to misconduct by Plaintiff in this case that could be misused to compound the harm that Plaintiff's actions have caused Jane.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
       bgooley@carltonfields.com

Her Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 29th day of March 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                               */s/Brendan N. Gooley*
                                               Brendan N. Gooley