## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| SAIFULLAH KHAN ) | CIVIL ACTION NO. |
| ) | 3:19-CV-01966-KAD |
| PLAINTIFF ) | |
| VS. ) | |
| ) | |
| YALE UNIVERSITY, ET AL ) | |
| ) | |
| DEFENDANTS ) | APRIL 1, 2024 |

_____

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff's counsel respectfully requests an extension of time of six months within which to complete all discovery, including depositions of expert witnesses. The reason is that Counsel has been advised by Plaintiff that he is hiring additional counsel to assist with the discovery aspect of his case.   In addition, this file is voluminous, and we are in the process of forwarding a copy of our client's file.

1

Wherefore, we respectfully request that an Extension of Time be granted to on or after **October 15, 2024**.

**PLAINTIFF, SAIFULLAH KHAN**

By:   /s/   Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
**PATTIS & PAZ, LLC**
383 Orange Avenue, 1st Floor
New Haven, CT  06511
Phone:  203-393-3017
Fax:   203-393-9745
Federal Bar #:  ct13120
Email:  npattis@pattispazlaw.com

**ORDER**

The foregoing Motion for Extension of Time having been considered, it is hereby ORDERED:

**GRANTED / DENIED**

UNITED STATES DISTRICT COURT

By_____

Judge / Clerk

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of April, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

                                                /s/   Norman A. Pattis, Esq.