AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Saifullah Khan | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:19-cv-01966-KAD |
| Yale University, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Saifullah Khan.

Date:   4/1/24

/s/Alexander T. Taubes, Esq.
*Attorney's signature*

Alexander T. Taubes ct30100
*Printed name and bar number*
470 James St., Ste 007
New Haven, CT 06513

*Address*

alextt@gmail.com
*E-mail address*

203-909-0048
*Telephone number*

*FAX number*

Print    Save As...    Reset