UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | APRIL 5, 2024 |

**MOTION TO SEAL MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO CONTINUE ANONYMITY**

Pursuant to Local Rule 5(e), this Court's Orders holding that Defendant Jane Doe is entitled to anonymity in this action (ECF 12, 91), and this Court's Orders sealing related documents (ECF 93), Defendant Jane Doe respectfully moves to file her Memorandum of Law in Support of Motion to Continue Anonymity ("Memorandum of Law") and the exhibits thereto ("Exhibits") under seal. Good cause exists to seal the Memorandum of Law and Exhibits because the Memorandum of Law and Exhibits contain "privileged and confidential information" (*see* ECF 93), including but not limited to references to misconduct by Plaintiff in this case that could be misused to compound the harm that Plaintiff's actions have caused Jane.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
       bgooley@carltonfields.com

Her Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on this 5th day of April 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

*/s/Brendan N. Gooley*
Brendan N. Gooley
