UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | APRIL 5, 2024 |

**DEFENDANT JANE DOE'S OBJECTION TO PLAINTIFF'S MOTION TO VACATE**

Defendant Jane Doe respectfully objects to Plaintiff's Motion to Vacate (ECF 89) this Court's Orders (ECF 12, 91) conferring anonymity on Jane. Contemporaneously with this Objection, Jane is filing a Motion to Continue Anonymity. Jane incorporates here the arguments in that Motion and submits that Plaintiff's Motion to Vacate should be denied.

                                          DEFENDANT JANE DOE,

                               By: */s/ Brendan N. Gooley*
                                        James M. Sconzo (ct04571)
                                        Brendan N. Gooley (ct30584)
                                        CARLTON FIELDS, P.A.
                                        One State Street, Suite 1800
                                        Hartford, CT  06103
                                        Tel.: 860-392-5000
                                        Fax: 860-392-5058
                                        Email: jsconzo@carltonfields.com
                                                         bgooley@carltonfields.com

                                          Her Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on this 5th day of April 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

        */s/Brendan N. Gooley*
        Brendan N. Gooley