UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| SAIFULLAH KHAN ) | CIVIL ACTION NO. |
| ) | 3:19-CV-01966-KAD |
| PLAINTIFF ) | |
| VS. ) | |
| ) | |
| YALE UNIVERSITY, ET AL ) | |
| ) | |
| DEFENDANTS ) | APRIL 5, 2024 |

_____

**PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER - REVISED**

Due to a scrivener's error under the filing of DE 100, the Plaintiff, in accordance with Local Rule 7.1(b), hereby moves the Court for leave to Modify the Scheduling Order to extend the Discovery date of **April 15, 2025** to **October 15, 2025.** In support of this motion, Plaintiff submits the following:

1. Plaintiff's counsel respectfully requests an extension of time of six months within which to complete all discovery, including depositions of expert witnesses. The reason is that Counsel has been advised by Plaintiff that he has hired additional counsel, Attorney Alex Taubes, who has recently filed an Appearance, to assist with the discovery aspect of his case. In addition, this file is voluminous, and we are in the process of forwarding a copy of our client's file to Attorney Taubes.

1

2.     Counsel's office has contacted opposing counsel on this matter, and they take the foregoing position on said extension:

Attorney Patrick Noonan @ Carmody Torrance, et al – Unknown at this time. Our office spoke with his office on April 4, 2024, and they asked us to email Attorney Noonan.  We have not had a reply from either Attorney Noonan or his office.

Attorney Brendan Gooley @ Carlton Fields - They take no position.

Wherefore, we respectfully request that a Modification of the Scheduling Order be granted to on or after **October 15, 2025**.

**PLAINTIFF, SAIFULLAH KHAN**

By:    /s/     Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
**PATTIS & PAZ, LLC**
383 Orange Avenue, 1st Floor
New Haven, CT  06511
Phone:  203-393-3017
Fax:   203-393-9745
Federal Bar #:  ct13120
Email:  npattis@pattispazlaw.com

**ORDER**

The foregoing Motion for Extension of Time having been considered, it is hereby ORDERED:

**GRANTED / DENIED**

UNITED STATES DISTRICT COURT

By_____

Judge / Clerk

## CERTIFICATION OF SERVICE

I hereby certify that on this 5th day of April, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

          /s/    Norman A. Pattis, Esq.