UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JUNE 14, 2024 |

**MOTION TO SEAL**
**MOTION FOR SUR-REPLY**

Pursuant to Local Rule 5(e) and this Court's Orders holding that Defendant Jane Doe is entitled to anonymity in this action (*e.g.*, ECF 12) and in order to properly protect her privacy, Defendant Jane Doe respectfully moves to file her Motion for a Sur-Reply, her attached Proposed Sur-Reply, and the Exhibits attached thereto under seal. Good cause exists to seal these documents because, among other reasons, the Proposed Sur-Reply contains "privileged and confidential information" (*see* ECF 93), including but not limited to extremely sensitive (and false) accusations against Jane mentioned in the Proposed Sur-Reply and discussed in more detail in one of the exhibits thereto. The Court should grant this Motion. (*See, e.g.*, ECF 93 (sealing documents).)

                                                               DEFENDANT JANE DOE,

                                        By: */s/ Brendan N. Gooley*
                                                  James M. Sconzo (ct04571)
                                                  Brendan N. Gooley (ct30584)
                                                  CARLTON FIELDS, P.A.
                                                  One State Street, Suite 1800
                                                  Hartford, CT  06103
                                                  Tel.: 860-392-5000
                                                  Fax: 860-392-5058
                                                  Email: jsconzo@carltonfields.com
                                                                     bgooley@carltonfields.com

                                                  Her Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 14th day of June 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                             */s/Brendan N. Gooley*
                                             Brendan N. Gooley