Civil- (Dec-2008)

HONORABLE: Maria E. Garcia
DEPUTY CLERK: Nick Langello
RPTR/ECRO/TAPE: CourtSmart
TOTAL TIME: ___ hours  49 minutes
DATE: 6/20/2024   START TIME: 11:01 AM   END TIME: 11:50 AM
LUNCH RECESS   FROM: ___ TO: ___
RECESS (if more than ½ hr)   FROM: ___ TO: ___

CIVIL NO. 3:19-cv-01966-KAD

Khan
vs
Yale University et al

Alexander Taubes
Plaintiff's Counsel

Giovanna Weller, Brendan Gooley
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing
☐ Show Cause Hearing
☐ Evidentiary Hearing
☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Stat. Conf.

☑ …..#81   Motion for Protective Order (Redacted)   ☐ granted ☐ denied ☑ advisement
☑ …..#82   Motion SEALED mot. for a Protective Order   ☐ granted ☐ denied ☑ advisement
☑ …..#100  Motion for Extension of Time - moot   ☐ granted ☐ denied ☑ advisement
☑ …..#105  Motion for Extension of Time   ☐ granted ☐ denied ☑ advisement
☐ …..#___  Motion   ☐ granted ☐ denied ☐ advisement
☐ …..#___  Motion   ☐ granted ☐ denied ☐ advisement
☐ …..#___  Motion   ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion   ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion   ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion   ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion   ☐ granted ☐ denied ☐ advisement
☐ …..   ☐ Briefs(s) due ___   ☐ Proposed Findings due ___   Response due ___
☐ …..   ___   ☐ filed ☐ docketed
☐ …..   ___   ☐ filed ☐ docketed
☐ …..   ___   ☐ filed ☐ docketed
☐ …..   ___   ☐ filed ☐ docketed
☐ …..   ___   ☐ filed ☐ docketed
☐ …..   ___   ☐ filed ☐ docketed
☐ …..   Hearing continued until ___ at ___

Notes: