UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JUNE 24, 2024 |

**MOTION TO SEAL**
**SECOND EMERGENCY MOTION FOR JUDGMENT OF DISMISSAL**

Pursuant to Local Rule 5(e) and this Court's Orders holding that Defendant Jane Doe is entitled to anonymity in this action (ECF 12, ECF 91, ECF 119), Defendant Jane Doe respectfully moves to file her Second Emergency Motion for Judgment of Dismissal ("Motion"), Memorandum of Law in Support of that Motion ("Memorandum of Law"), and Exhibit to the Memorandum of Law ("Exhibit") under seal.  Good cause exists to seal the Motion, Memorandum of Law, and Exhibit because they contain information that would allow individuals who read them to identify Jane and would thereby gut the anonymity that Jane is entitled to and because they could be misused to exacerbate the abuse and harm to Jane that these documents seek to end.  In accordance with the Court's prior rulings (*see, e.g.*, ECF 93, ECF 117), Jane therefore respectfully requests that the Court seal her Motion, Memorandum of Law, and Exhibit.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
bgooley@carltonfields.com

Her Attorneys

## **CERTIFICATION OF SERVICE**

This is to certify that on this 24th day of June 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                 */s/ Brendan N. Gooley*
                                                 Brendan N. Gooley