UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN, | : |
|     Plaintiff, | : |
| V. | :    Case No. 3:19-cv-01966(KAD) |
| YALE UNIVERSITY, ET AL. | : |
|     Defendant. | : |

**APPEARANCE**

PLEASE ENTER THE APPEARANCE of the undersigned in the above-captioned action on behalf of the defendant, Yale University, in addition to the attorneys currently appearing on behalf of Yale University.

Respectfully submitted,

By: _____
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: mlaurato@carmodylaw.com

{N6005816}

## CERTIFICATION OF SERVICE

I hereby certify that on June 26, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Maria L. Laurato*
Maria L. Laurato

{N6005816}