AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| Saifullah Khan | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:19-cv-1966 (KAD) |
| Yale University et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Saifullah Khan                                                                                                     .

Date:   06/27/2024                                                            /s/ Mario Cerame
                                                                                        *Attorney's signature*

                                                                                Mario Cerame ct30125
                                                                                *Printed name and bar number*

                                                                                Brignole, Bush & Lewis LLC
                                                                                73 Wadsworth Street
                                                                                Hartford CT 06106
                                                                                *Address*

                                                                                mario@brignole.com
                                                                                *E-mail address*

                                                                                (860) 527-9973
                                                                                *Telephone number*

                                                                                (860) 527-5929
                                                                                *FAX number*