UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JUNE 27, 2024 |

## MOTION FOR EXTENSION OF TIME

The Parties move for an extension of time up to and including July 8, 2024, to submit the Joint Status Report with Proposed Language regarding Defendant Jane Doe's Motion for a Protective Order.  (*See* ECF 121 (ordering Parties to submit that Joint Status Report by June 27, 2024).)  The Parties were unable to meet and confer on June 21, 2024 due to a personal emergency.  Plaintiff has since provided Jane and the Yale Defendants with a proposal that Jane and the Yale Defendants are considering.  Additional time is requested to properly consider Plaintiff's proposal and to determine if the disputes between the Parties can be narrowed or resolved.  The Parties request an extension up to and including July 8, 2024, for that purpose.  This is the Parties first request for an extension of this deadline.  All Parties are in agreement that this Motion for Extension of Time should be granted.  This Motion was not filed at least three days before the Court's deadline because it was not clear if additional time would be needed at that time.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
bgooley@carltonfields.com

Her Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 27th day of June 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                    */s/ Brendan N. Gooley*
                                    Brendan N. Gooley