UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN <br><br> PLAINTIFF <br><br> v. <br><br> YALE UNIVERSITY, ET AL. <br><br> DEFENDANT | DOCKET NO. 3:19-cv-01966(KAD) <br><br><br> June 28, 2024 |

## EMERGENCY MOTION FOR JUDGMENT OF DISMISSAL OF THE PLAINTIFF'S COMPLAINT

Pursuant to this Court's inherent authority and/or Federal Rule of Civil Procedure 41(b), the Defendants Yale University and the collective Yale University employees (collectively, "Yale Defendants"), respectfully request the Court render a judgment of dismissal of the Plaintiff's complaint with prejudice because of the Plaintiff's misconduct in this action, including but not limited to recent conduct that violates this Court's Order of June 19, 2024 (ECF 119). The Court should grant this Motion for the reasons set forth in the accompanying Memorandum of Law. In further support of this Motion, the Yale Defendants also incorporate by reference the Second Emergency Motion for Judgment of Dismissal and Memorandum of Law in Support filed by defendant, Jane Doe, on June 24, 2024 (ECF 123).

{N6005923}

Respectfully submitted,

Yale University, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Peter Salovey, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg

By: _____
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on June 28, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Giovanna Tiberii Weller