# Mario Cerame

| | |
|---|---|
| **From:** | Mario Cerame |
| **Sent:** | Friday, June 28, 2024 12:03 PM |
| **To:** | 'Gooley, Brendan N.' |
| **Cc:** | Sconzo, James M.; Giovanna Tiberii Weller; Patrick M. Noonan; Ikechukwu Ubaike; 'alextt@gmail.com'; Norm Pattis |
| **Subject:** | RE: MET in Khan v. Yale et al. |
| **Attachments:** | attempt.to.access.entry123.pdf |

Attorney Gooley,

Yesterday I requested, among other things, a copy of your Emergency Motion to Dismiss. The docket remains sealed as to me and I don't have a copy of your motion. I requested access yesterday from the court but still do not have it as of sending this email (see attached). I left a voicemail message with the courtroom deputy Ms. Santos and attempted to reach her by email as well.

I note that under the FRCP, ultimately, the obligation for service falls on a party filing a motion, and I do not yet have a copy of your motion.

As your email below indicates, when I asked you for these documents, you declined to provide them. Accordingly, unless this changes before I file the motion, I will represent in my Motion for Extension of time that I don't have a copy of your motion, and you declined to provide sealed documents when asked.

This email also notes that I attempted to reach your office telephonically yesterday and although you responded by email, you did not return my call. I also left a message for you and your assistant about twenty minutes ago. I indicated in my messages that I hoped to resolve this situation without this email, and I indicated in my messages that this email would have a severe tone.

Because you have styled the motion an "Emergency" motion, it is an emergency situation by your own definition, and I need these documents pursuant to this emergency. The obligation is on your office to provide a copy of the documents to opposing counsel, and I do not have a copy of these documents in this emergency.

Of course, I will continue to attempt to obtain these documents through other sources. The ultimate obligation to provide these documents, however, lies not with these other individuals or my ability to find them or communicate with them. The obligation to serve opposing counsel—which now includes me—lies with your client, as the moving party.

My office number is 860.527.9973 and my cell is 607.351.3820. I am not far from your firm's Hartford office and, if necessary, I will drive to your office and pick up the documents right away. I will do so because, as you have represented, this is an emergency situation.


Yours sincerely,

Mario Cerame
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106
Phone: (860) 527-9973
Fax: (860) 527-5929



**From:** Gooley, Brendan N. [mailto:BGooley@carltonfields.com]
**Sent:** Thursday, June 27, 2024 4:02 PM
**To:** Mario Cerame
**Cc:** Sconzo, James M.; Giovanna Tiberii Weller; Patrick M. Noonan
**Subject:** RE: MET in Khan v. Yale et al.

Hi Mario:

Attorneys Pattis and Taubes have everything, but if there's something you can't get from them let me know and I'll send it to you.

Best,

Brendan

**Brendan N. Gooley**
Attorney at Law | Carlton Fields
One State Street
Suite 1800 | Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058
BGooley@carltonfields.com

**From:** Mario Cerame <mcerame@brignole.com>
**Sent:** Thursday, June 27, 2024 3:56 PM
**To:** Gooley, Brendan N. <BGooley@carltonfields.com>
**Cc:** Sconzo, James M. <JSconzo@carltonfields.com>; Giovanna Tiberii Weller <GWeller@carmodylaw.com>; Patrick M. Noonan <PNoonan@carmodylaw.com>
**Subject:** RE: MET in Khan v. Yale et al.

**EXTERNAL SENDER: This Message is from outside the organization.**

The docket entries are as of yet still sealed to me. I have contacted the courtroom deputy to obtain access, but have not yet heard back.

In light of the seal and orders concerning confidentiality of filings, are counsel for Doe and Yale willing to share these sealed documents with counsel? I would need them to represent my client.

Mario


Mario Cerame
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106
Phone: (860) 527-9973
Fax: (860) 527-5929



**From:** Gooley, Brendan N. [mailto:BGooley@carltonfields.com]
**Sent:** Thursday, June 27, 2024 1:32 PM
**To:** Mario Cerame
**Cc:** Sconzo, James M.; Giovanna Tiberii Weller; Patrick M. Noonan
**Subject:** RE: MET in Khan v. Yale et al.

Hi Attorney Cerame:

We do not consent as the current briefing schedule does not involve any free speech issues.  The only issue before the Court is whether Plaintiff violated a Court Order.  We interpret your request to imply that you are looking into whether the Court's Order raised free speech concerns, but that is a separate matter that Plaintiff should have looked into and sought reconsideration on if he thought it was warranted before he engaged in the conduct at issue.

Best,

Brendan

**Brendan N. Gooley**
Attorney at Law | Carlton Fields
One State Street
Suite 1800 | Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058
BGooley@carltonfields.com

**From:** Mario Cerame <mcerame@brignole.com>
**Sent:** Thursday, June 27, 2024 12:25 PM
**To:** Gooley, Brendan N. <BGooley@carltonfields.com>
**Cc:** Sconzo, James M. <JSconzo@carltonfields.com>
**Subject:** MET in Khan v. Yale et al.

**EXTERNAL SENDER: This Message is from outside the organization.**

Dear Attorney Gooley,

I have been asked to come into the Khan v. Yale et al. case as concerns some free speech issues.  I would like to ask for an extension of time aand whether you'd consent.  I'd ask for 10 days, but if you're not willing or able to consent to a 10 day extension, I'd ask what you may be willing to accept.

I have sent an identical request to attorney Weller.

Thank you very much for the consideration.


Yours sincerely,

Mario

Mario Cerame
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106
Phone: (860) 527-9973
Fax: (860) 527-5929



This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-527-9973, and immediately delete this message and all of its attachments.

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-527-9973, and immediately delete this message and all of its attachments.