UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KHAN | : |
| v. | :    3:19-cv-1966 (KAD) |
| YALE UNIVERSITY et al. | :    JUNE 28, 2024 |

## MOTION FOR ORDER

The Plaintiff moves this honorable court to order the clerk to grant undersigned access to all sealed documents in this case necessary to represent the interests of the Plaintiff. The clerk of the court has indicated in writing that an order of the court is necessary to effect such access. *See* attachment.

                                                Respectfully submitted,

                                                SAIFULLAH KHAN

JUNE 28, 2024                */s/ Mario Cerame ct30125*
                                                Mario Cerame
                                                Brignole, Bush & Lewis LLC
                                                73 Wadsworth Street
                                                Hartford, Connecticut 06106
                                                T: 860.527.9973
                                                F: 860.527.5929
                                                E: mario@brignole.com

                                                HIS ATTORNEYS

## **CERTIFICATION**

      I hereby certify that on June 28, 2024, a copy of the foregoing was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/_____
Mario Cerame