# Mario Cerame

| | |
|---|---|
| **From:** | Mario Cerame |
| **Sent:** | Friday, June 28, 2024 2:51 PM |
| **To:** | 'Kristen Gould' |
| **Cc:** | Sarah Santos; 'Norm Pattis'; 'Giovanna Tiberii Weller'; 'Gooley, Brendan N.' |
| **Subject:** | RE: Access to Sealed Documents in Khan v. Yale et al |

Dear Ms. Gould,

Thank you kindly for your email.

So you know the legal instrument? I understand that this is not legal advice. I contacted chambers and was told to ask the deputy, which I did, and then you emailed me.  Sounds like I need a motion for order.

Mario


Mario Cerame
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106
Phone: (860) 527-9973
Fax: (860) 527-5929



---

**From:** Kristen Gould [mailto:Kristen_Gould@ctd.uscourts.gov]
**Sent:** Friday, June 28, 2024 2:49 PM
**To:** Mario Cerame
**Cc:** Sarah Santos; 'Norm Pattis'; 'Giovanna Tiberii Weller'; 'Gooley, Brendan N.'
**Subject:** RE: Access to Sealed Documents in Khan v. Yale et al

Hi Attorney Cerame,

We cannot give you access to the sealed documents without a court order.

Best,
Kristen

 **Kristen Gould**
**Courtroom Deputy to the Honorable Kari A. Dooley**
United States District Court
District of Connecticut
O: (203) 579-5656

**From:** Mario Cerame <mcerame@brignole.com>
**Sent:** Thursday, June 27, 2024 4:12:36 PM
**To:** Sarah Santos <Sarah_Santos@ctd.uscourts.gov>
**Cc:** Norm Pattis <NPattis@pattisandsmith.com>; Giovanna Tiberii Weller <GWeller@carmodylaw.com>; Gooley, Brendan N. <BGooley@carltonfields.com>
**Subject:** Access to Sealed Documents in Khan v. Yale et al

**CAUTION - EXTERNAL:**

Dear Ms. Santos,

I left a voicemail message for you a moment ago.

I filed an appearance today in Khan v. Yale et al. 3:19-cv-1966 (KAD). I don't have access to sealed documents in the case. I need access to those documents to represent my client. What do I need to do to get access to those documents?

Thank you sincerely for the time and consideration.

Yours sincerely,

Mario

Mario Cerame
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106
Phone: (860) 527-9973
Fax: (860) 527-5929



This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-527-9973, and immediately delete this message and all of its attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.