UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KHAN | : |
| v. | :     3:19-cv-1966 (KAD) |
| YALE UNIVERSITY et al. | :     JUNE 28, 2024 |

### MOTION FOR RECONSIDERATION CONCERNING ENTRY 136

Undersigned recognizes that motions for reconsideration are disfavored and only makes this motion in good faith to ensure the record accurately reflects the state of affairs as to the attorneys identified in the Court's judgment at entry 136. Undersigned assures the Court that this is not a routine filing; undersigned cannot recall ever asking for reconsideration in federal court previously—it may have occurred, but I have no recollection of it. The filing is occasioned by the hurried and pressured nature of the emergency hearing and the necessity to preserve the factual record for appellate review as concerns the present procedural posture.

**Undersigned sincerely thanks the Court for the additional time that was granted.** Nonetheless, the Plaintiff requests reconsideration of the court's order denying in part the motion for additional time. See ECF no. 136. Specifically, the purpose of the motion is to clarify what may be a misapprehension of facts or, in the alternative, to supplement for appellate review certain facts that should be in the record.

The Court bases its order in substantial part is that "Plaintiff is represented by four capable attorneys." The record should reflect the following facts, as understood by undersigned:

- Undersigned understands that Attorney Kevin Smith has never been active in this case. His appearance appears to have been a convenience for Attorney Pattis. He is no longer in the firm of Attorney Pattis. *See generally* https://www.pattispazlaw.com. The firm under his name in the docket appears to no longer bear his name. *Id.* Mr. Khan has no

- recollection of ever substantively discussing the case with Attorney Smith.  Mr. Khan's last recollection of speaking with Attorney Smith was at a train station, informally and outside of any legal context, more than a year ago.  Attorney Smith has not filed a withdrawal, but he is not a capable attorney who is active in the case and able to respond.
- Attorney Taub was retained principally for the purpose of discovery issues.  Although he is a fine attorney, is a credit to the bar and is someone that undersigned has respect for, Attorney Taub was not retained by Mr. Khan for content area knowledge as to free speech issues. Undersigned, in contrast, was retained specifically for the purposes of the motions here, which implicate especially thorny and complex issues of free speech law. Undersigned notes that Attorney Taub is not a member of the First Amendment Lawyers Association, and after speaking with him in a telephonic conversation, Attorney Taub kindly expressed respect and deference to undersigned's experience concerning free speech issues.  Mr. Khan should be able to choose his counsel as to this vital issue.
- Attorney Pattis is unavailable due to schedule conflicts with a family emergency and a trial in state court in the Judicial District of New Britain.  His office has confirmed with undersigned he cannot handle this motion.  He is certainly a capable attorney but he is not able to represent the Plaintiff on the motion on the given timetable.

**Again, undersigned sincerely thanks the Court for the additional time that was granted.**  Undersigned does not believe the time is adequate, however, for the reasons previously stated.

WHEREFORE, the Plaintiff requests that the motion be reconsidered by this honorable Court.

                                        Respectfully submitted,

                                        SAIFULLAH KHAN

JUNE 28, 2024               */s/ Mario Cerame ct30125*
                                        Mario Cerame
                                        Brignole, Bush & Lewis LLC
                                        73 Wadsworth Street
                                        Hartford, Connecticut 06106
                                        T: 860.527.9973
                                        F: 860.527.5929
                                        E: mario@brignole.com

                                        HIS ATTORNEYS

**CERTIFICATION**

      I hereby certify that on June 28, 2024, a copy of the foregoing was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/_____
Mario Cerame