UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | JUNE 28, 2024 |

## MOTION TO SEAL
## OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Pursuant to Local Rule 5(e) and this Court's Orders holding that Defendant Jane Doe is entitled to anonymity in this action (ECF 12, ECF 91, ECF 119), Defendant Jane Doe respectfully moves to file her Objection to Plaintiff's Motion for Extension of Time ("Objection") under seal.

Good cause exists to seal the Objection because it (1) contains information that could allow individuals who read it to identify Jane and would thereby gut the anonymity that Jane is entitled to, and (2) quotes and otherwise references documents that are sealed.

In accordance with the Court's prior rulings (*see, e.g.*, ECF 93, ECF 117), Jane therefore respectfully requests that the Court seal her Objection.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
bgooley@carltonfields.com

Her Attorneys

136286201.1

## CERTIFICATION OF SERVICE

This is to certify that on this 28th day of June 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                      */s/ Brendan N. Gooley*
                                                      Brendan N. Gooley

136286201.1