UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KHAN | : |
| v. | : 3:19-cv-1966 (KAD) |
| YALE UNIVERSITY et al. | : JULY 5, 2024 |

**MOTION FOR EXTENSION OF TIME CONCERNING SANCTIONS OR CONTEMPT HEARING ON MOTION TO DISMISS**

The Plaintiff requests an additional five days to respond to the pending emergency motions to dismiss. *See* ECF Nos. 123, 130. The Defendants **do not consent**. Undersigned readily recognizes that the Court is unlikely to grant the motion. However, being that a motion to extend time has not been filed as concerns Yale's motion to dismiss, counsel believes in good faith that this motion is necessary to perfect claims for review.

The reasons for this motion are substantially similar to the prior motion for extension of time. *See* ECF Nos. 131 and 137. Attorneys Gooley and Weller have been cordial and professional in supplying sealed documents, but there are a number of documents in the record still sealed to undersigned and undersigned doesn't know what he doesn't know. In addition, the issues presented here are especially nuanced and complex: communications are at issue, and punishment for communications based on the content of the communication implicates the First Amendment—vagueness, overbreadth, facial and as-applied, etc.

Given the sealed nature of documents, as well as the holiday season, undersigned has been unable to collaborate with others for fear of violating restrictions on sealed documents. Normally, undersigned would communicate with other free speech attorneys and professors nationally in a case like this. Being that the court has restricted information that is in the public domain—information available in criminal proceedings open to the public—undersigned is

especially careful and cautious about what information he shares, especially this early in the litigation. This lack of resources has also made analysis more difficult and time consuming. Accordingly, in addition to reasons previously identified in CM?ECF entries Requests additional time to ensure his own compliance with requirements concerning sealed documents while offering his client zealous and effective representation.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | SAIFULLAH KHAN |
| JULY 5, 2024 | */s/ Mario Cerame ct30125* |
|  | Mario Cerame |
|  | Brignole, Bush & Lewis LLC |
|  | 73 Wadsworth Street |
|  | Hartford, Connecticut 06106 |
|  | T: 860.527.9973 |
|  | F: 860.527.5929 |
|  | E: mario@brignole.com |
|  | HIS ATTORNEYS |

## **CERTIFICATION**

      I hereby certify that on JULY 5, 2024, a copy of the foregoing was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ _____
Mario Cerame