UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KHAN | : |
| v. | : 3:19-cv-1966 (KAD) |
| YALE UNIVERSITY et al. | : JULY 5, 2024 |

### OBJECTION TO EMERGENCY MOTIONS TO DISMISS

Doe and Yale have filed Emergency Motions to Dismiss and Memoranda in Support (Motions). See ECF Nos. 123 (Doe's Motion), 130 (Yale's Motion). Because the issues overlap extensively, the Plaintiff files a single Objection and Memorandum of Law in Opposition to both. The Court should deny the Motions. Dismissal would be unconstitutional, and the doctrines relied upon are either inadequately briefed, do not apply to these facts, or Defendants have not made an adequate showing. A memorandum in support of the objection is supplied.

Respectfully submitted,

SAIFULLAH KHAN

JULY 5, 2024

/s/ Mario Cerame ct30125
Mario Cerame
Brignole, Bush & Lewis LLC
73 Wadsworth Street
Hartford, Connecticut 06106
T: 860.527.9973
F: 860.527.5929
E: mario@brignole.com

HIS ATTORNEYS

## CERTIFICATION

      I hereby certify that on July 5, 2024, a copy of the foregoing was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ _____
Mario Cerame