# Exhibit A

All Files > **Khan: Sealed Documents For Attorney Cerame**

| NAME | UPDATED ↓ |
|---|---|
| RE_ Notice as to Lack of Access.msg | Jun 29, 2024 by Brendan Gooley |
| RE_ MET in Khan v_ Yale et al_.msg | Jun 29, 2024 by Brendan Gooley |
| Sealed Exhibit A to Sealed Memorandum of Law.pdf | Jun 29, 2024 by Brendan Gooley |
| Motion to Continue Anonymity (Sealed).pdf | Jun 29, 2024 by Brendan Gooley |
| Sealed Memorandum in Support of Second Emergency Motion for Judgment Of Dismissal (Jane Do... | Jun 29, 2024 by Brendan Gooley |
| Sealed Second Emergency Motion for Judgment Of Dismissal (Jane Doe).pdf | Jun 29, 2024 by Brendan Gooley |

# RE: MET in Khan v. Yale et al.

From
>   Gooley, Brendan N.

To
>   'Mario Cerame'

Cc
>   Sconzo, James M.; 'Giovanna Tiberii Weller'; Patrick Noonan

Recipients
>   mcerame@brignole.com; JSconzo@carltonfields.com; GWeller@carmodylaw.com; PNoonan@carmodylaw.com

Hi Mario:

I did not refuse to give you the documents. As I wrote yesterday, I offered to provide them if you were unable to obtain them from Attorneys Pattis and Taubes, your co-counsel. ("Attorneys Pattis and Taubes have everything, *but if there's something you can't get from them let me know and I'll send it to you.*"). I reiterate that I believe your co-counsel should be providing you with documents that were properly served in this case before you appeared, but I am happy to provide you with documents you are unable to get from them. Because it seems that you are unable to obtain the filing from Attorneys Pattis and Taubes, it is attached.

Best,

Brendan

| | |
|---|---|
| **From:** | Mario Cerame |
| **To:** | Gooley, Brendan N.; Giovanna Tiberii Weller |
| **Subject:** | RE: Mario Cerame shared the folder "KHAN Adversaries" with you |
| **Date:** | Sunday, June 30, 2024 11:29:13 AM |
| **Attachments:** | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |

**EXTERNAL SENDER: This Message is from outside the organization.**

I was able to download 6 documents, as shown in the attached image.

**From:** Gooley, Brendan N. [mailto:BGooley@carltonfields.com]
**Sent:** Saturday, June 29, 2024 8:27 PM
**To:** Giovanna Tiberii Weller; Mario Cerame
**Subject:** RE: Mario Cerame shared the folder "KHAN Adversaries" with you

Hi Mario:

I have uploaded the documents and my previous emails conveying them to you to a Box folder and have invited you.

They can be accessed 

Best,

Brendan

**Brendan N. Gooley**
Attorney at Law | Carlton Fields
One State Street
Suite 1800 | Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058
BGooley@carltonfields.com

**From:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Sent:** Saturday, June 29, 2024 8:16 PM
**To:** Mario Cerame <mcerame@brignole.com>
**Cc:** Gooley, Brendan N. <BGooley@carltonfields.com>
**Subject:** RE: Mario Cerame shared the folder "KHAN Adversaries" with you

**EXTERNAL SENDER: This Message is from outside the organization.**

Please add Brendan's email to the folder, and he will upload the motions you requested. Giovanna

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510

Search Files and Folders

Upgrade Plan 

All Files > **Khan: Sealed Documents For Attorney Cerame**

| NAME | UPDATED ↓ | SIZE |
|---|---|---|
| RE_ Notice as to Lack of Acc... | Yesterday by Brendan Goo... | 10.4 MB |
| RE_ MET in Khan v_ Yale et ... | Yesterday by Brendan Goo... | 6.4 MB |
| Sealed Exhibit A to Sealed M... | Yesterday by Brendan Goo... | 5.3 MB |
| Motion to Continue Anonym... | Yesterday by Brendan Goo... | 3.8 MB |
| Sealed Memorandum in Sup... | Yesterday by Brendan Goo... | 846.9 KB |
| Sealed Second Emergency M... | Yesterday by Brendan Goo... | 122.5 KB |