# Exhibit B

| | |
|---|---|
| **From:** | Gooley, Brendan N. |
| **To:** | Mario Cerame; Giovanna Tiberii Weller |
| **Subject:** | RE: Mario Cerame shared the folder "KHAN Adversaries" with you |
| **Date:** | Monday, July 1, 2024 7:16:10 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

Hi Mario:

Other than the documents I sent you, I don't know what documents you have or don't have (your filing on Friday referenced having certain sealed documents). If there are sealed filings that you believe you need but don't have, please let me know and I will provide them to you if I have them even though we believe Attorneys Pattis and Taubes should have already provided you with all sealed filings (particularly sealed filings made by Plaintiff given your insistence that the filing party should be serving documents on you).

Best,

Brendan

**Brendan N. Gooley**
Attorney at Law | Carlton Fields
One State Street
Suite 1800 | Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058
BGooley@carltonfields.com

**From:** Mario Cerame <mcerame@brignole.com>
**Sent:** Sunday, June 30, 2024 11:30 AM
**To:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Cc:** Gooley, Brendan N. <BGooley@carltonfields.com>
**Subject:** RE: Mario Cerame shared the folder "KHAN Adversaries" with you

**EXTERNAL SENDER: This Message is from outside the organization.**

I received these documents. Thank you for following up. If there are others let me know.

**From:** Giovanna Tiberii Weller [mailto:GWeller@carmodylaw.com]
**Sent:** Sunday, June 30, 2024 11:28 AM
**To:** Mario Cerame
**Cc:** Brendan Gooley (bgooley@carltonfields.com)
**Subject:** RE: Mario Cerame shared the folder "KHAN Adversaries" with you

Mario,

Brendan sent you the documents via a sharefile he created and sent to us. Did you get it? Giovanna