UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JULY 8, 2024 |

## JOINT MOTION FOR EXTENSION OF TIME

The Parties move for an extension of time up to and including Friday, July 12, 2024, to submit the Joint Status Report with Proposed Language regarding Defendant Jane Doe's Motion for a Protective Order. (*See* ECF 121 (ordering Parties to submit that Joint Status Report by June 27, 2024; ECF 129 (granting motion to extend time to July 8).) The Parties plan to meet and confer in person on Wednesday, July 10. Plaintiff has provided Jane and the Yale Defendants with a proposal; Jane provided a counterproposal; and Jane and Yale are considering a further revision on that proposal from Plaintiff. Additional time is requested to determine if the disputes between the Parties can be narrowed or resolved. The Parties request an extension up to and including July 12, 2024, for that purpose. This is the Parties second request for an extension of this deadline. All Parties are in agreement that this Motion for Extension should be granted. This Motion was not filed at least three days before the Court's deadline because it was not clear if additional time would be needed at that time. The parties have continued to work diligently, including over the weekend, to work through their issues.

Respectfully submitted,
Alexander T. Taubes, Esq.
470 James St., Ste 007
New Haven, CT 06513
alextt@gmail.com
(203) 909-0048