UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JULY 8, 2024 |

**OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS TO YALE**

The Court should deny Plaintiff's Motion for Extension of Time to submit his Opposition to Yale's Motion for Judgment of Dismissal for at least three reasons.

First, because it is moot, as Plaintiff already filed his Opposition. (ECF 157.)

Second, because it is improper, as Plaintiff did not file it until hours before his Opposition was due despite knowing about this deadline six days ahead of time (*see* Local Rule 7(b)(3)).

Third, because it is meritless for the reasons noted in Jane's Opposition (ECF 140) to Plaintiff's Motion for Reconsideration of the Court's partial grant of Plaintiff's last Motion for Extension of Time and for at least two additional reasons. Both of Plaintiff's Motions for Extension of Time are predicated on the notion that he needed to retain a free speech attorney and that his prior counsel, Attorney Pattis and his firm and Attorney Taubes, are not qualified to address free speech issues. This case has had issues of free speech from the beginning. Plaintiff's lawyers have handled those issues without any support from other lawyers. Attorney Pattis has had a career of handling cases involving free speech issues. Attorney Pattis and his firm represented Alex Jones in a free speech case that captivated the attention of the country. That free speech case, brought by the families impacted by the horrific Sandy Hook shootings, was one of the most sensational free speech cases to go to a jury trial. [Alex Jones ordered to pay $965 million in Sandy Hook defamation trial - ABC News (go.com)](#); [Notable cases taken by Attorney Norm Pattis](#)

(pattislawfirm.com). After the Alex Jones trial, Attorney Pattis represented a January 6 defendant, Joe Biggs. Proud Boy Joe Biggs sentenced to 17 years in Jan. 6 seditious conspiracy case (nbcnews.com) Attorney Pattis has ample experience with free speech. Likewise, Attorney Taubes is Plaintiff's sole counsel in a free speech / defamation case in which Plaintiff is suing an attorney who submitted an amicus brief to the Connecticut Supreme Court in this case and some fifteen organizations that were amici. *See Saifullah Khan v. Jewish Women International et al.*, HHD-CV24-6185738-S (docket available here). Attorney Taubes describes himself as having experience with free speech: Civil Rights Law - Taubes Law. It is not accurate to represent that Attorneys Pattis and Taubes are incapable of briefing free speech issues.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
          bgooley@carltonfields.com

Her Attorneys

## **CERTIFICATION OF SERVICE**

This is to certify that on this 8th day of July 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                 */s/ Brendan N. Gooley*
                                                 Brendan N. Gooley