UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KHAN | : |
| v. | : 3:19-cv-1966 (KAD) |
| YALE UNIVERSITY et al. | : JULY 8, 2024 |

## MOTION IN LIMINE TO ADMIT TRANSCRIPT

The Plaintiff moves in limine to admit Exhibit 1 for the hearing concerning the pending Emergency Motions to Dismiss. It is anticipated that there may be an objection from one or both Defendants concerning this exhibit. In accordance with FRE 201, 401, and 402, the motion should be granted.

"Motions *in limine* provide district courts the opportunity to rule in advance of trial on the admissibility and relevance of certain forecasted evidence. . . . A district court's inherent authority to manage the course of its trials encompasses the right to rule on motions *in limine*." *Bryant v. City of Hartford*, 585 F. Supp. 3d 179, 185 (D. Conn. 2022).

Exhibit 1 is a transcript. The document is described in considerable detail in the Plaintiff's Memorandum in Opposition to the Emergency Motions to Dismiss on page 2 and at footnote 1. A copy of the document has been made available to opposing counsel by way of a Microsoft Share Folder.

In accordance with FRE 201(c)(2), the Court "must" take judicial notice of the facts in the document. In accordance with FRE 401, the information referenced is relevant for the reasons identified in the Plaintiff's Memorandum in Opposition to the Emergency Motions to Dismiss. *See* ECF No. 157.1. In accordance with FRE

402, this relevant evidence is admissible.

Wherefore, the Court should admit Exhibit 1.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | SAIFULLAH KHAN |
| JULY 8, 2024 | /s/ *Mario Cerame ct30125* |
|  | Mario Cerame |
|  | Brignole, Bush & Lewis LLC |
|  | 73 Wadsworth Street |
|  | Hartford, Connecticut 06106 |
|  | T: 860.527.9973 |
|  | F: 860.527.5929 |
|  | E: mario@brignole.com |
|  | HIS ATTORNEYS |

## **CERTIFICATION**

      I hereby certify that on July 8, 2024, a copy of the foregoing was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Mario Cerame