# EXHIBIT A

All Files > **Khan: Sealed Documents For Attorney Cerame**

| NAME | UPDATED ↓ |
|---|---|
| RE_ Notice as to Lack of Access.msg | Jun 29, 2024 by Brendan Gooley |
| RE_ MET in Khan v_ Yale et al_.msg | Jun 29, 2024 by Brendan Gooley |
| Sealed Exhibit A to Sealed Memorandum of Law.pdf | Jun 29, 2024 by Brendan Gooley |
| Motion to Continue Anonymity (Sealed).pdf | Jun 29, 2024 by Brendan Gooley |
| Sealed Memorandum in Support of Second Emergency Motion for Judgment Of Dismissal (Jane Do... | Jun 29, 2024 by Brendan Gooley |
| Sealed Second Emergency Motion for Judgment Of Dismissal (Jane Doe).pdf | Jun 29, 2024 by Brendan Gooley |

# RE: MET in Khan v. Yale et al.

From
    Gooley, Brendan N.
To
    'Mario Cerame'
Cc
    Sconzo, James M.; 'Giovanna Tiberii Weller'; Patrick Noonan
Recipients
    mcerame@brignole.com; JSconzo@carltonfields.com; GWeller@carmodylaw.com; PNoonan@carmodylaw.com

Hi Mario:

I did not refuse to give you the documents. As I wrote yesterday, I offered to provide them if you were unable to obtain them from Attorneys Pattis and Taubes, your co-counsel. ("Attorneys Pattis and Taubes have everything, *but if there's something you can't get from them let me know and I'll send it to you*."). I reiterate that I believe your co-counsel should be providing you with documents that were properly served in this case before you appeared, but I am happy to provide you with documents you are unable to get from them. Because it seems that you are unable to obtain the filing from Attorneys Pattis and Taubes, it is attached.

Best,

Brendan

| | |
|---|---|
| **From:** | Mario Cerame |
| **To:** | Gooley, Brendan N.; Giovanna Tiberii Weller |
| **Subject:** | RE: Mario Cerame shared the folder "KHAN Adversaries" with you |
| **Date:** | Sunday, June 30, 2024 11:29:13 AM |
| **Attachments:** | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |

**EXTERNAL SENDER: This Message is from outside the organization.**

I was able to download 6 documents, as shown in the attached image.

**From:** Gooley, Brendan N. [mailto:BGooley@carltonfields.com]
**Sent:** Saturday, June 29, 2024 8:27 PM
**To:** Giovanna Tiberii Weller; Mario Cerame
**Subject:** RE: Mario Cerame shared the folder "KHAN Adversaries" with you

Hi Mario:

I have uploaded the documents and my previous emails conveying them to you to a Box folder and have invited you.

They can be accessed 

Best,

Brendan

**Brendan N. Gooley**
Attorney at Law | Carlton Fields
One State Street
Suite 1800 | Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058
BGooley@carltonfields.com

**From:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Sent:** Saturday, June 29, 2024 8:16 PM
**To:** Mario Cerame <mcerame@brignole.com>
**Cc:** Gooley, Brendan N. <BGooley@carltonfields.com>
**Subject:** RE: Mario Cerame shared the folder "KHAN Adversaries" with you

**EXTERNAL SENDER: This Message is from outside the organization.**

Please add Brendan's email to the folder, and he will upload the motions you requested. Giovanna

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510

Q Search Files and Folders

Upgrade Plan

All Files > **Khan: Sealed Documents For Attorney Cerame**

| NAME | UPDATED ↓ | SIZE |
|---|---|---|
| 📄 RE_ Notice as to Lack of Acc... | Yesterday by Brendan Goo... | 10.4 MB |
| 📄 RE_ MET in Khan v_ Yale et ... | Yesterday by Brendan Goo... | 6.4 MB |
| 📕 Sealed Exhibit A to Sealed M... | Yesterday by Brendan Goo... | 5.3 MB |
| 📕 Motion to Continue Anonym... | Yesterday by Brendan Goo... | 3.8 MB |
| 📕 Sealed Memorandum in Sup... | Yesterday by Brendan Goo... | 846.9 KB |
| 📕 Sealed Second Emergency M... | Yesterday by Brendan Goo... | 122.5 KB |

| | |
|---|---|
| **From:** | Gooley, Brendan N. |
| **To:** | Mario Cerame; Giovanna Tiberii Weller |
| **Subject:** | RE: Mario Cerame shared the folder "KHAN Adversaries" with you |
| **Date:** | Monday, July 1, 2024 7:16:10 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

Hi Mario:

Other than the documents I sent you, I don't know what documents you have or don't have (your filing on Friday referenced having certain sealed documents). If there are sealed filings that you believe you need but don't have, please let me know and I will provide them to you if I have them even though we believe Attorneys Pattis and Taubes should have already provided you with all sealed filings (particularly sealed filings made by Plaintiff given your insistence that the filing party should be serving documents on you).

Best,

Brendan

**Brendan N. Gooley**
Attorney at Law | Carlton Fields
One State Street
Suite 1800 | Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058
BGooley@carltonfields.com

**From:** Mario Cerame <mcerame@brignole.com>
**Sent:** Sunday, June 30, 2024 11:30 AM
**To:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Cc:** Gooley, Brendan N. <BGooley@carltonfields.com>
**Subject:** RE: Mario Cerame shared the folder "KHAN Adversaries" with you

**EXTERNAL SENDER: This Message is from outside the organization.**

I received these documents. Thank you for following up. If there are others let me know.

**From:** Giovanna Tiberii Weller [mailto:GWeller@carmodylaw.com]
**Sent:** Sunday, June 30, 2024 11:28 AM
**To:** Mario Cerame
**Cc:** Brendan Gooley (bgooley@carltonfields.com)
**Subject:** RE: Mario Cerame shared the folder "KHAN Adversaries" with you

Mario,

Brendan sent you the documents via a sharefile he created and sent to us. Did you get it? Giovanna