UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN<br>  Plaintiff, | :   CIVIL ACTION NO.<br>:   3:19-cv-01966-KAD<br>: |
| V. | : |
| YALE UNIVERSITY, ET AL.,<br>  Defendants. | :<br>:   JULY 9, 2024 |

## **OBJECTION TO PLAINTIFF'S MOTION IN LIMINE**

Yale University and the twelve individual Yale University Defendants (collectively, "Yale Defendants"), respectfully object to Plaintiff's Motion in Limine (ECF 161). The Yale Defendants incorporate and adopt the arguments in Jane Doe's Objection to Plaintiff's Motion in Limine, dated July 9, 2024 (ECF 169).

Respectfully submitted, Yale Defendants

By: _____
Giovanna Tiberii Weller (ct11187)
Patrick M. Noonan (ct00289)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: gweller@carmodylaw.com
Email: pnoonan@carmodylaw.com
Email: mlaurato@carmodylaw.com

{N6007853}

**CERTIFICATION OF SERVICE**

      I hereby certify that on July 9, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Maria L. Laurato
Maria L. Laurato