UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN | : NO.: 3:19-cv-01966 (KAD) |
| v. | : |
| YALE UNIVERSITY ET AL | : |
| | : JULY 11, 2024 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned respectfully moves to withdraw his appearance on behalf of the Plaintiff. The stated grounds are as follows:

1. The Plaintiff retained undersigned counsel's former Firm, Pattis & Smith LLC, as his counsel in this matter;

2. Undersigned counsel left his former Firm in September 2023 and has had no involvement with this matter;

3. Undersigned counsel recently received a request from the Plaintiff asking me to withdraw my appearance;

4. Undersigned counsel has sent a copy of this Motion to the Plaintiff;

5. Undersigned counsel represents that good cause exists to grant this motion to withdraw, as the Plaintiff remains a client of his former Firm and has other counsel as well.

THE PLAINTIFF

By:_____s/KMS/s_____
Attorney Kevin Smith
Juris No.: ct27657
Kevin Smith, Attorney at Law LLC

1

928 Chapel Street, Suite 208<br>
New Haven, CT 06510<br>
T: 475-477-7220<br>
F: 475-800-8077<br>
E: kms@kevinsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on Jul 11, 2024 the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the filing through the Court's CM/ECF System.

_____/s/_____
KEVIN M. SMITH