UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| SAIFULLAH KHAN          ) | CASE NO. 3:19-CV-01966 (KAD) |
|    PLAINTIFF          ) | |
|                     ) | |
| VS.          ) | |
|                     ) | |
| YALE UNIVERSITY, ET AL          ) | |
|    DEFENDANTS          ) | JULY 11, 2024 |

_____

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 2.02, the undersigned lead counsel, Norman A. Pattis, of PATTIS & PAZ, LLC, hereby respectfully moves the Court for permission to withdraw as lead counsel for the Plaintiff because the Plaintiff has discharged counsel. Plaintiff will not be without counsel as he is also represented by Attorney Alex Taubes and Attorney Mario Cerame.

                                      RESPECTFULLY SUBMITTED,
                                      PLAINTIFF, SAIFULLAH KHAN
                                      **By:**      **/s/    Norman A. Pattis, Esq.**
                                      Norman A. Pattis, Esq.
                                      PATTIS & PAZ, LLC
                                      383 Orange St., 1st Floor
                                      New Haven, CT  06511
                                      Tel:    203-393-3017
                                      Fax:   203-393-9745
                                      Email:  npattis@pattispazlaw.com
                                      Federal Bar No.:  ct13120

**CERTIFICATION**

I hereby certify that on July 11, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, a copy has also been emailed to the Plaintiff: **Saifullah Khan at:** sxmarai@gmail.com

                                                                                                      **/s/   Norman A. Pattis, Esq.**