UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN<br>Plaintiff, | : : : | CIVIL ACTION NO.<br>3:19-cv-01966-KAD |
| V. | : : | |
| YALE UNIVERSITY, ET AL.,<br>Defendants. | : : | JULY 24, 2024 |

### YALE DEFENDANTS' RESPONSE TO PLAINTIFF'S RULE 72.2 OBJECTION

Yale University and the twelve individual Yale University Defendants (collectively, "Yale Defendants"), hereby file their Response to the Plaintiff's Objection to Magistrate Judge Garcia's Ruling and Order at ECF 119 ("Ruling and Order") and Request for *De Novo* Review (ECF 153) (hereinafter, "Plaintiff's Rule 72.2 Objection").[1] The Yale Defendants incorporate and adopt the arguments in Jane Doe's Response to Plaintiff's Rule 72.2 Objection, dated July 9, 2024 (ECF 168).

Judge Garcia properly concluded that "without an Order preventing Plaintiff, directly or indirectly, from publicly disclosing Jane Doe's identity the anonymity order would be gutted and there is a reasonable likelihood this case could be litigated on social media." Ruling and Order at 15. Beyond that, Judge Garcia's Ruling and Order recognized that the "public has an abiding interest in ensuring that the values underpinning the confidentiality protections imposed by FERPA and Title IX are not subverted by collateral attacks in federal court." Ruling and Order at 10, citing *Doe v. Mass. Inst. of Tech.*, 46 F.4th 61, 76 (1st Cir. 2022).

---

[1] This Court's July 8, 2024 Text Order, which sets the time for a response to the Plaintiff's Rule 72.2 Objection, was directed specifically at the Defendant, Jane Doe. The Yale Defendants have submitted filings pertinent to the Ruling and Order, such as their Objection (ECF 102) to the Plaintiff's Motion to Vacate and their earlier Memorandum in Support (ECF 9) of the Plaintiff's Motion for Permission to Litigate Claims against Jane Doe Using a Pseudonym (ECF 2). These filings are referenced throughout the Ruling and Order. (*See, e.g.* Ruling and Order, at 2, 6-8, and 10). The Yale Defendants, therefore, submit this Response.

{N6010184}

The Ruling and Order is thoughtful, well-reasoned, and narrowly tailored to what Judge Garcia acknowledged are the relevant facts and procedural posture that make Jane Doe's anonymity "unique." Ruling and Order at 11. Plaintiff has failed to show that the Ruling and Order was clearly erroneous, and his Objection must be overruled.

Respectfully submitted, Yale Defendants

By: _____
Giovanna Tiberii Weller (ct11187)
Patrick M. Noonan (ct00289)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: gweller@carmodylaw.com
Email: pnoonan@carmodylaw.com
Email: mlaurato@carmodylaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 24, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Giovanna Tiberii Weller_
Giovanna Tiberii Weller