## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KHAN | : | |
| v. | : | 3:19-cv-1966 (KAD) |
| YALE UNIVERSITY et al. | : | JULY 24, 2024 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In anticipation of the hearing to be conducted on July 25, 2024, the Plaintiff identifies for the Court and adversaries the attached order denying motion to continue to proceed under a pseudonym in *Doe v. Butler University*, 1:22-cv-1828 (SEB)(MG) ECF No. 102 (S.D. Ind., July 23, 2024). This order may be referenced at oral argument.

Plaintiff still maintains, as argued on page 7-9 of the 72.2 objection, that a non-anonymous defendant does not have a right to proceed under a pseudonym in a case like this. That is a procedural right held by an anonymous plaintiff in the interest of encouraging adjudication of certain claims. Or it is a substantive speech right held by a truly anonymous defendant whose identity is unknown to a public-figure plaintiff before a case begins. This case is neither.

Nonetheless, to the extent that this Court does not agree, the order in *Doe v. Butler University, supra,* 1:22-cv-1828 may be persuasive here. The Plaintiff draws particular attention to the analysis starting at the bottom paragraph of page 3 through to the end of page 4, as well as the conclusion that a "desire to keep embarrassing information secret does not justify anonymity." *Id.* at 4.

2

        Respectfully submitted,

        SAIFULLAH KHAN

JULY 24, 2024        <u>*/s/ Mario Cerame ct30125*</u>
        Mario Cerame
        Brignole, Bush & Lewis LLC
        73 Wadsworth Street
        Hartford, Connecticut 06106
        T: 860.527.9973
        F: 860.527.5929
        E: mario@brignole.com

        HIS ATTORNEYS

**<u>CERTIFICATION</u>**

      I hereby certify that on July 24, 2024, a copy of the foregoing was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ _____
Mario Cerame