UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JULY 30, 2024 |

## EXHIBITS RELATED TO PLAINTIFF'S RULE 72.2 OBJECTION

Defendant Jane Doe respectfully submits the following Exhibits related to Plaintiff's Rule 72.2 Objection: (1) Access Guidelines; (2) Email from Lillian Perry, Official Court Reporter II, Judicial District of New Haven; and (3) Corrected Transcript, with additional redaction by Jane Doe.

DEFENDANT JANE DOE,

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
bgooley@carltonfields.com

Her Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on this 30th day of July 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                    */s/ Brendan N. Gooley*
                                                    Brendan N. Gooley