https://www.jud.ct.gov/faq/courtrec2.html

