| | |
|---|---|
| From: | Perry, Lillian |
| To: | mlaurato@carmodylaw.com |
| Cc: | Gooley, Brendan N.; Sweetland, Kelli |
| Date: | Wednesday, July 17, 2024 11:34:46 AM |
| Importance: | High |

**EXTERNAL SENDER: This Message is from outside the organization.**

Good morning, Maria

Would you please discard the transcript I delivered on Monday and use this copy in its place; an invoice will not be submitted as I indicated previously.   I have removed the last name of the victim per CGS 54-86e on page 47 which was stated on the record.   I have also included Attorney Gooley and the Office of the Chief State's Attorney  so they have in their possession the corrected transcript and would request any previously delivered transcript also be discarded.

As the Office Court Reporter for the Judicial District of New Haven, I am appreciative that this was brought to my attention and, along with my administration's guidance, we are able to rectify it.

Thank you very kindly, Lilly

Lillian Perry
Official Court Reporter II
Judicial District of New Haven
235 Church Street – Seventh Floor
(203) 503-6825

**From:** Perry, Lillian
**Sent:** Monday, July 15, 2024 4:06 PM
**To:** mlaurato@carmodylaw.com
**Subject:**

Hi  As promised.  Invoice to follow.

Thank you, Lilly

Lillian Perry
Official Court Reporter II
Judicial District of New Haven
235 Church Street – Seventh Floor
(203) 503-6825