```
NO: NNH CR15 0162194            :    SUPERIOR COURT

STATE OF CONNECTICUT            :    JUDICIAL DISTRICT
                                       OF NEW HAVEN

v.                              :    AT NEW HAVEN, CONNECTICUT

SAIFULLAH KHAN                  :    FEBRUARY 26, 2018
```

**CORRECTED**

BEFORE THE HONORABLE BRIAN T. FISCHER, JUDGE and JURY

A P P E A R A N C E S :

   <u>Representing the State</u>

      ATTORNEY MICHAEL PEPPER
      SENIOR ASSISTANT STATE'S ATTORNEY
      235 Church Street
      New Haven, Connecticut 06510

   <u>Representing the Defendant</u>

      PATTIS AND SMITH LAW FIRM
      ATTORNEY NORMAN PATTIS
      ATTORNEY DANIEL ERWIN
      383 Orange Street
      New Haven, Connecticut 06510

                                Recorded and Transcribed By
                                Mary Lou Coppola
                                Court Recording Monitor
                                235 Church Street
                                New Haven, Connecticut 06510

```
 1            Jane       [NAME OMMITTED] ,
 2     Having been duly sworn, was examined and testified as
 3  follows:
 4            THE COURT:  And you could have a seat, ma'am.
 5       Just pull that chair up and that microphone you could
 6       pull it down and that'll amplify your voice, but
 7       please try to keep your voice up the best you can.
 8       With that, I'll look to the State of Connecticut.
 9            ATTY. PEPPER:  Thank you.
10  DIRECT EXAMINATION BY ATTY. PEPPER:
11     Q    Jane    , how old are you?
12     A    I'm 24 years old
13     Q    Do you live in Connecticut?
14     A    I don't.
15     Q    Did you at one time?
16     A    I lived here during college.
17     Q    And where was college?
18     A    College was Yale University.
19     Q    When did you start Yale and when did you leave Yale?
20     A    I started Yale in 2012 and I graduated in 2016.
21     Q    Okay.  And what kind of degree?
22     A    I double majored in Slavic literature and Biology.
23     Q    And are you working out of state now?
24     A    I am.
25     Q    Okay.  When -- When you came to Yale how old were
26  you?
27     A    I was 18.
```

| | | |
|---|---|---|
| NO: NNH CR15 0162194 | : | SUPERIOR COURT |
| STATE OF CONNECTICUT | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| SAIFULLAH KHAN | : | FEBRUARY 26, 2018 |

C E R T I F I C A T I O N

I hereby certify that the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, at New Haven, Connecticut, before the Honorable Brian T. Fischer, Judge, on the 26th day of February, 2018.

Dated this 21st day of March, 2018, in New Haven, Connecticut.

*Lillian M. Perry, OCR 7/17/2024*

_____
Mary Lou Coppola
Court Recording Monitor