# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

**Date:** 7/25/2024

**Khan** Vs. **Yale University et al**

**Start Time:** 10:00am  **End Time:** 11:34am

Recess (if more than ½ hr) _____ to _____

**Total Time:** 1 hour(s) 34 minute(s)

**Case #:** 3:19-cv-01966-KAD
**Honorable Judge:** Kari A. Dooley
**Deputy Clerk:** Kristen Gould
**Counsel for Pla(s):** M. Cerame
**Counsel for Dft(s):** P. Noonan, G. Weller, B. Gooley
**Reporter/ECRO/Courtsmart:** Tracy Gow
**Interpreter:** _____ **Language:** _____
**Hearing held:** ☑ in person ☐ by video ☐ by telephone

## HEARING AND TIME

- ■ Motion/Oral Argument
- ☐ Show Cause Hearing
- ■ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: _____

## MOTIONS

- ■ Motion **123 - SEALED Motion for Judgment** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement
- ■ Motion **130 - Motion to Dismiss** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement
- ■ Motion **161 - So ordered on the record.** filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
- ☐ Status report due _____
- ☐ Hearing continued until _____ at _____

## NOTES

Rev. 3/21/24