✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  Connecticut

Khan

V.

Yale University et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:19-cv-01966-KAD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kari A. Dooley, USDJ | M. Cerame | P. Noonan, G. Weller, B. Gooley |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/25/2024 - Mtns Hearing | Tracy Gow | Kristen Gould |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/25/2024 | Yes | Full | *SEALED* |
| | 500 | 7/25/2024 | Yes | Full | Kahn Facebook post |
| | 501 | 7/25/2024 | Yes | Full | Chronicle of Higher Education |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages