UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|     Defendants. | : | AUGUST 16, 2024 |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant Jane Doe seeks an extension of time of seven (7) days up to and including August 26, 2024, to submit the revised language regarding her Motion for a Protective Order discussed during the Status Conference on August 13, 2024.  Additional time is required to propose and confer on a proposal due to the unavailability of certain individuals associated with Yale due to summer vacations.  This is the first request for an extension of this deadline.  Plaintiff consents. This Motion was not filed earlier because the need for an extension was not apparent at that time.

DEFENDANT JANE DOE,

By:  */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
        bgooley@carltonfields.com

Her Attorneys

2

## CERTIFICATION OF SERVICE

This is to certify that on this 16th day of August 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

/s/ Brendan N. Gooley
Brendan N. Gooley