UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|   Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|   Defendants. | : | AUGUST 26, 2024 |

## JOINT STATUS REPORT REGARDING PROPOSED PROTECTIVE ORDER

Pursuant to the Court's Order (ECF 191), the Parties submit this Joint Status Report regarding Jane Doe's Motion for a Protective Order (ECF 81). The Parties conferred regarding the Motion for a Protective Order following the Status Conference on August 13, 2024 and, based on the guidance provided by the Court, propose the attached Protective Order.

                                                    DEFENDANT JANE DOE,

                              By: */s/ Brendan N. Gooley*
                                  James M. Sconzo (ct04571)
                                  Brendan N. Gooley (ct30584)
                                  CARLTON FIELDS, P.A.
                                  One State Street, Suite 1800
                                  Hartford, CT  06103
                                  Tel.: 860-392-5000
                                  Fax: 860-392-5058
                                  Email: jsconzo@carltonfields.com
                                                bgooley@carltonfields.com

                                  Her Attorneys

2

**CERTIFICATION OF SERVICE**

      This is to certify that on this 26th day of August 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                            */s/ Brendan N. Gooley*
                                            Brendan N. Gooley