# EXHIBIT A

**From:** Gooley, Brendan N.
**To:** "Mario Cerame"; Alex Taubes
**Cc:** Sconzo, James M.
**Subject:** Khan
**Date:** Wednesday, October 9, 2024 5:39:13 PM

Hi Mario and Alex:

We are formulating a response to Plaintiff's Motion for a Limited Stay (ECF 201).  We have a few thoughts/questions we were hoping you could weigh in on:

1. We understand the official transcript from the criminal case to be the corrected transcript, which only contains Jane's first name.  Does Mr. Khan agree that the corrected transcript is now the official transcript and is he planning to submit the corrected transcript?  If so, is he willing to redact Jane's first name?  We expect that we will be able to agree to Mr. Khan's request regarding the transcript if Mr. Khan is planning to submit the corrected transcript and redact Jane's first name and Mr. Khan recognizes that any stay is limited to allowing him to provide the redacted, corrected transcript to USCIS and that he is still prohibited from disseminating Jane's name in any other way.  If that is not the case, please let us know so that we can appropriately frame our objection to this request.

2. We understand the portion of the official transcript from the criminal case in which the jury returns its verdict to be a certificate of disposition regarding the criminal case.  Is Mr. Khan willing to submit that portion of the transcript as the certificate of disposition?  If so, we expect we can agree to that because Jane's name is not in that potion of the transcript.  If not, please let us know why Mr. Khan believes the transcript in which the jury returns its verdict is not a certificate of disposition and please send us the document that Mr. Khan plans to submit as the certificate of disposition so that we can evaluate it and see whether we can propose a possible solution, such as redaction.

3. We understand the Indiana Protection Order to be related to the non-party male that made allegations against Mr. Khan in 2018.  We therefore do not believe that the Indiana Protection Order relates to Jane, that her name will not appear in documents related to that matter, and that Mr. Khan may have made a mistake in asserting that Jane's name is in these documents.  If it is the case that Jane's name does not appear in these documents, we believe this is a non-issue.  If Jane's name appears in the documents Mr. Khan plans to produce, please send them to us so that we can analyze them and see whether we can propose a possible solution, such as redaction.

Best,

Brendan



**Brendan N. Gooley**

Attorney at Law

One State Street
Suite 1800
Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058

BGooley@carltonfields.com | www.carltonfields.com
bio | vcard

**Carlton Fields is ISO 27001:2022 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*