# EXHIBIT B

| | |
|---|---|
| **From:** | Mario Cerame |
| **To:** | Gooley, Brendan N. |
| **Cc:** | Sconzo, James M.; Giovanna Tiberii Weller; Alex Taubes |
| **Subject:** | In reponse to your questions concerning the DHS Letter |
| **Date:** | Thursday, October 10, 2024 10:46:09 AM |

**EXTERNAL SENDER: This Message is from outside the organization.**

Attorney Gooley,

1. **No, we do not understand that to be the case without a ruling from a judge. We made this clear in prior filings.** We think what Doe's (and Yale's) counsel did in obtaining the document was at least improper, if not a violation of the CTRPC.

    We believe Doe and Yale, in that process, once again, specifically and intentionally avoided elementary due process rights of my client in obtaining that document. We were not heard on the issue, had no notice of the issue, and no officer of the court issued a judgment from which we could take appeal. No, we do not recognize your claim on the transcript as valid, and you have declined to present any case law or statutory law contra our position as articulated in filings.

    What is critical to me, and my client of course, is to comply with the directive from DHS in every possible way, without asking for any exceptions or exemptions that will create further delay or possible administrative mishap and imperil my client's life and liberty.

    Furthermore, the attempt to use this issue as a vehicle to legitimize the misuse of process as concerns the transcript is not understood as good faith litigation. I not willing to imperil my client's life for your convenience.

    I note again, as stated in the motion, we already submitted the unredacted version to DHS in 2021.

2. A "disposition" is both a procedural posture, and a shorthand for a particular document used internally by the court. We would provide a "certified disposition." That is, we would get a certified copy of the court's disposition document.

    There may be a process to obtain a more formal "certificate" issued from a clerk of court, but I have never seen such and it would be unusual and not something I would ordinarily seek for any purpose. I don't think there is such a process, but it is possible. In practice, we would always use a certified disposition for anything like this, because that is what is always used for things like this.

    Although I have not yet seen the document at issue, I don't believe Doe's name would appear. It is possible it appears. It should not appear, in the usual course of business for the

court, but it is possible—e.g. if there was a huge issue or motion practice about Doe, and there was a filing that uses her name in the title, her name may appear as recording the disposition and such of such a motion.

Who indicated to you a certificate of disposition was a portion of a transcript?  It is possible I am mistaken, and I welcome correction from someone who practices criminal law in this area.  I spoke with a colleague about this today, to verify if my perception was wrong, and he shared my belief.  I don't think you practice criminal law in state court (Attorney Weller's husband is very well versed in this area of the law, otoh) but I welcome correction if I am mistaken.

3. I do not know whether Doe's name features in the Indiana documents.  I will inquire and if it does not, I will let you know so that, perhaps, we can at least narrow the issues somewhat in accordance with FRCP 1.

We will vigorously oppose request for redaction because we believe, based on logic and reason, such imperils my client's life, as we indicate in our emergency motion.

Yours sincerely,

Mario Cerame
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106
Phone: (860) 527-9973
Fax: (860) 527-5929



---

**From:** Gooley, Brendan N. [mailto:BGooley@carltonfields.com]
**Sent:** Wednesday, October 09, 2024 5:39 PM
**To:** Mario Cerame; Alex Taubes
**Cc:** Sconzo, James M.
**Subject:** Khan

Hi Mario and Alex:

We are formulating a response to Plaintiff's Motion for a Limited Stay (ECF 201).  We have a few thoughts/questions we were hoping you could weigh in on:

1. We understand the official transcript from the criminal case to be the corrected transcript, which only contains Jane's first name.  Does Mr. Khan agree that the corrected transcript is now the official transcript and is he planning to submit the corrected transcript?  If so, is he willing to redact Jane's first name?  We expect that we will be able to agree to Mr. Khan's request regarding the transcript if Mr. Khan is planning to submit the corrected transcript and redact Jane's first name and Mr. Khan recognizes that any stay is limited to allowing him to provide the redacted, corrected transcript to USCIS and that he is still prohibited from disseminating Jane's name in any other way.  If that is not the case, please let us know so that we can appropriately frame our objection to this request.

2. We understand the portion of the official transcript from the criminal case in which the jury returns its verdict to be a certificate of disposition regarding the criminal case.  Is Mr. Khan willing to submit that portion of the transcript as the certificate of disposition?  If so, we expect we can agree to that because Jane's name is not in that potion of the transcript.  If not, please let us know why Mr. Khan believes the transcript in which the jury returns its verdict is not a certificate of disposition and please send us the document that Mr. Khan plans to submit as the certificate of disposition so that we can evaluate it and see whether we can propose a possible solution, such as redaction.

3. We understand the Indiana Protection Order to be related to the non-party male that made allegations against Mr. Khan in 2018.  We therefore do not believe that the Indiana Protection Order relates to Jane, that her name will not appear in documents related to that matter, and that Mr. Khan may have made a mistake in asserting that Jane's name is in these documents.  If it is the case that Jane's name does not appear in these documents, we believe this is a non-issue.  If Jane's name appears in the documents Mr. Khan plans to produce, please send them to us so that we can analyze them and see whether we can propose a possible solution, such as redaction.

Best,

Brendan



**Brendan N. Gooley**
Attorney at Law

One State Street
Suite 1800
Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058

BGooley@carltonfields.com | www.carltonfields.com
bio | vcard

**Carlton Fields is ISO 27001:2022 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-527-9973, and immediately delete this message and all of its attachments.