# EXHIBIT C

# BRIGNOLE, BUSH AND LEWIS

ATTORNEYS AND COUNSELLORS AT LAW

TIMOTHY BRIGNOLE*
DAVID W. BUSH
JOHN C. LEWIS III

———

KEVIN F. BRIGNOLE.
MARIO CERAME

*National Certification
as Civil Trial Attorney

73 WADSWORTH STREET
HARTFORD, CONNECTICUT 06106
(860) 527-9973
FAX (860) 527-5929
attorneys@brignole.com

GRANBY OFFICE:
261 SALMON BROOK STREET
GRANBY, CONNECTICUT 06035
(860) 653-5222

October 10, 2024

**BY FIRST CLASS AND ELECTRONIC MAIL**
Brendan Gooley, Esq.
One State Street
Suite 1800, Hartford, Connecticut 06103
BGooley@carltonfields.com

**Re: Formal Response to October 10, 2024 Email**

Dear Attorney Gooley,

Given the gravity of the circumstances, I believed I needed to formally respond to your October 10, 2024 email, a copy of which is attached. Some of what is expressed here was already stated in a short email this morning. Some of the information here was not previously stated.

In case you aren't aware, in this immigration context, the most minor variations are routinely used to justify denials. My client has the burden here, and review is infamously strict on the smallest details—things ordinary people would consider insignificant.

As to the "official transcript" issue, we do not share your understanding. Unless a judge says otherwise, the document you call "corrected" is an unlawfully redacted transcript. The official transcript is what was provided to us by the Superior Court on prior occasions without ex parte badgering and browbeating a court reporter. The documents to be submitted to DHS are the same documents exactly as we have already submitted them.

As I stated in our email, based on our understanding of what counsel to Doe and Yale did, it appears that once again, Doe and Yale both intentionally avoided elementary due process rights of my client in obtaining this unlawfully redacted transcript. We

Formal Response to October 19, 2024 Email
October 10, 2024, page 2 of 3

were not heard on the issue, had no notice of the issue, and no officer of the court issued a judgment from which we could take appeal.

You have declined to present any case law or statutory law contra our position as articulated in filings. You *have* cited a statute, but we have in turn explained how that statute does not make Doe a victim after a judgment of acquittal, and you have adduced no judicial authority contrariwise.

What is critical to us is to comply with the directive from DHS in every possible way, without asking for any exceptions or exemptions that will create further delay or possible administrative mishap, endangering my client's life and liberty. Furthermore, the attempt to use this issue as a vehicle to legitimize the misuse of process as concerns the unlawfully redacted transcript is not understood as good faith litigation. I am not willing to imperil my client's life for your convenience.

I note again, as stated in the motion, we already submitted the actual official transcript and all these documents to DHS in 2021.

As to a certificate of disposition, I do not know where your understanding comes from.  I welcome correction.  A "disposition" is both a procedural posture, and a document used internally by the court.  We are providing DHS a "certified disposition," a certified copy of the court's internal document. It a public document.

As to the Indiana documents, we will not provide you with a copy with these documents.  More specifically, we will not provide you with a copy of *any* of the documents at issue.  These documents are not discoverable. This is a confidential matter and according to the DHS letter, my client did not need to inform *anyone* about this matter.  My client has voluntarily done so in deference and respect for the court's order, notwithstanding that this order is a patently illegal order.

We have alerted the court that submitting these public documents to DHS would be violative of the gag order.  Our obligation ends there.  We believe your client has sufficient notice to fully litigate the issue.  If you disagree, you can seek an order from the court.

Yours sincerely

Mario Cerame

Formal Response to October 19, 2024 Email
October 10, 2024, page 3 of 3

Cc:
Attorney Giovanna Weller, Esq.
GWeller@carmodylaw.com

James Sconzo, Esq.
JSconzo@carltonfields.com

Attorney Alex Taubes, Esq.
alextt@gmail.com

Enclosure (1)