# EXHIBIT F

# **Authorization For Release of Immigration Records**

TO:   U.S. Citizenship and Immigration Services;
Department of Homeland Security;
Immigration and Customs Enforcement;
U.S. Customs and Border Protection

      This is to authorize you to furnish **CARLTON FIELDS P.A.P.C.**, Attorneys at Law, or their representative, including but not limited to Brendan Gooley, with any and all information and copies of records which they may request regarding Saifullah Khan and his immigration status, including but not limited to all documents concerning historical status, applications for status and any supporting documentation, and communications with Mr. Khan or anyone acting on his behalf, including but not limited to decisions on applications for status.  **A photostatic copy of this authorization shall be considered as effective and valid as the original.**

_____
Saifullah Khan

_____
Date