**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KHAN | : | |
| v. | : | 3:19-cv-1966  (KAD) |
| YALE UNIVERSITY et al. | : | OCTOBER 18, 2024 |

## WITHDRAWAL OF MOTION AT CM/ECF NO. 205

Plaintiff withdraws the motion filed at ECF No. 205 in this case.  The document was intended to be filed as an emergency motion on the docket.  It was mistakenly not filed as an emergency motion on the docket. This error was corrected by filing ECF No. 206, an otherwise identical document which was filed as an emergency motion on the docket.

Counsel sincerely apologizes for the error.

Respectfully submitted,

SAIFULLAH KHAN

OCTOBER 18, 2024

*/s/ Mario Cerame ct30125*
Mario Cerame
Brignole, Bush & Lewis LLC
73 Wadsworth Street
Hartford, Connecticut 06106
T: 860.527.9973
F: 860.527.5929
E: mario@brignole.com

HIS ATTORNEYS

**CERTIFICATION**

      I hereby certify that on OCTOBER 18, 2024, a copy of the foregoing was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Mario Cerame