UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | |
| | : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL. | : | October 20, 2024 |
| | : | |
| DEFENDANT | : | |

## YALE DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO VACATE ORDER OR FOR LIMITED STAY

Yale University and the twelve individual Yale University Defendants (collectively, "Yale Defendants"), hereby respond to the Plaintiff's Emergency Motion to Vacate Order, or, in the Alternative, For Limited Stay (ECF 206, "Plaintiff's Motion"). The Yale Defendants incorporate and adopt the arguments set forth in Jane Doe's Response to the Plaintiff's Motion, dated October 20, 2024, (ECF 212).

Respectfully submitted,

Yale University, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Peter Salovey, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg

By: /s/ *Maria L. Laurato*
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199

{N6025909}

Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

### **CERTIFICATION OF SERVICE**

I hereby certify that on October 20, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Maria L. Laurato*
Maria L. Laurato