UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KHAN | : |
| v. | : 3:19-cv-1966 (KAD) |
| YALE UNIVERSITY et al. | : OCTOBER 21, 2024 |

## INQUIRY CONCERNING PUBLIC ACCESS TO
## OCTOBER 21, 2024 PROCEEDINGS

Undersigned posed this question to the Clerk of Court and was directed to file the inquiry with the Court on the Docket.

Plaintiff and his counsel have received inquiries from the public expressing interest in attending proceedings this afternoon. One member of Court Staff indicated proceedings were open to the public. A review of the Court Calendar, where such public links are posted, does not include such a link.

Q: Are proceedings this afternoon open to the public? Plaintiff would like the public to be able to attend.

Respectfully submitted,

SAIFULLAH KHAN

OCTOBER 21, 2024

/s/ *Mario Cerame ct30125*
Mario Cerame
Brignole, Bush & Lewis LLC
73 Wadsworth Street
Hartford, Connecticut 06106
T: 860.527.9973
F: 860.527.5929
E: mario@brignole.com
HIS ATTORNEYS

## **CERTIFICATION**

      I hereby certify that on OCTOBER 21, 2024, a copy of the foregoing was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/_____
      Mario Cerame