UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN : <br> : <br> PLAINTIFF : <br> : <br> v. : <br> : <br> YALE UNIVERSITY, ET AL. : <br> : <br> DEFENDANT : <br> : | DOCKET NO. 3:19-cv-01966(KAD) <br><br><br><br><br> NOVEMBER 19, 2024 |

**JOINT REQUEST FOR CLARIFICATION ON COURT'S ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL**

The parties respectfully file this Joint Request for Clarification on the Court's Order (*Garcia, J.*) denying without prejudice the plaintiff's Motion to Compel. (ECF 225, the "Order").

On November 13, 2024, Magistrate Judge Garcia denied the plaintiff's Motion to Compel. *See* Order. The Order provides, in relevant part: "If a re-filed motion to compel becomes necessary, it must be filed by November 27, 2024. Motions to compel that are filed after that date may be summarily denied."

On November 19, 2024, the parties attended a meet and confer. During the meet and confer, it became apparent that there was uncertainty among the parties with respect to the Order's language providing that any motions to compel filed after November 27 may be summarily denied.

Accordingly, the parties respectfully request that the Court clarify whether the November 27th deadline imposed by the Order applies solely to the plaintiff's re-filing of his Motion to Compel, or whether the Order requires that all motions to compel in the case from any party be filed by November 27.

{N6031774}

        Respectfully submitted,

        Yale University, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Peter Salovey, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg

By:   /s/ *Maria L. Laurato*
        Giovanna Tiberii Weller (ct11187)
        Maria L. Laurato (ct31443)
        Carmody Torrance Sandak & Hennessy LLP
        195 Church Street
        P.O. Box 1950
        New Haven, CT 06509
        Phone: 203-777-5501
        Fax: 203-784-3199
        Email: gweller@carmodylaw.com
        Email: mlaurato@carmodylaw.com

        Plaintiff,
        Saifullah Khan

By:   /s/ *Alexander T. Taubes*
        Alexander T. Taubes
        Taubes Law
        470 James Street
        Suite 007
        New Haven, CT 06513
        Phone: 203-9090048
        Email: alextt@gmail.com

        Defendant,
        Jane Doe

By:   /s/ *Brendan N. Gooley*
        James M. Sconzo (ct04571)
        Brendan N. Gooley (ct30584)
        CARLTON FIELDS, P.A.
        One State Street, Suite 1800
        Hartford, CT 06103
        Tel.: 860-392-5000
        Fax: 860-392-5058
        Email: jsconzo@carltonfields.com
                bgooley@carltonfields.com

## CERTIFICATION OF SERVICE

     I hereby certify that on November 19, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ *Maria L. Laurato*_____
                                               Maria L. Laurato