UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:19-cv-01966-KAD |
| V. | : | |
| YALE UNIVERSITY, ET AL.,<br>Defendants. | : | NOVEMBER 20, 2024 |

### RESPONSE TO COURT'S ORDER REGARDING TRANSCRIPT

Jane's understanding regarding the current official transcript is consistent with the Court's understanding: The transcript redacts Jane's last name in a few places but otherwise leaves the entire name unredacted.

Jane further agrees that submission of the current official transcript would be consistent with Judge Garcia's Order insofar as Judge Garcia noted that she would not disturb what the Connecticut Superior Court deemed to be the official transcript even though Judge Garcia, and Jane, apparently incorrectly believed that the official transcript had been fully redacted.

Jane and Plaintiff continue to dispute whether the "official transcript" should be redacted. Jane maintains that, pursuant to Connecticut General Statutes § 54-86e, her name should be redacted from the official transcript. As this Court and the Second Circuit point out, that is an issue for the Connecticut Superior Court. Jane believes that the appropriate way to determine whether the transcript should be redacted is to submit the issue to a Judge of the Superior Court. Plaintiff's counsel has also stated that would be the best course. (**Exhibit A** ("[Plaintiff] intends to file a motion in Connecticut Superior Court to have the criminal case put back on the docket so as to correct the improper and illegal alterations to the transcript.").)

Despite the foregoing, Jane again tried to work out the dispute with Plaintiff and has offered to provide a redacted transcript, but Plaintiff refuses. (**Exhibit B**.)

Jane requests the opportunity to brief the other issues raised in Plaintiff's Emergency Supplement to Rule 72.2 Objection (ECF 226) if the Court is considering any ruling that would affect the Court's Orders concerning the publication of Jane's name outside the context of USCIS. Jane is prepared to brief those issues expeditiously if needed.

                                DEFENDANT JANE DOE,

                      By: */s/ Brendan N. Gooley*
                          James M. Sconzo (ct04571)
                          Brendan N. Gooley (ct30584)
                          CARLTON FIELDS, P.A.
                          One State Street, Suite 1800
                          Hartford, CT  06103
                          Tel.: 860-392-5000
                          Fax: 860-392-5058
                          Email: jsconzo@carltonfields.com
                                        bgooley@carltonfields.com

                          Her Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 20th day of November 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brendan N. Gooley*
　　　　　　　　　　　　　　　　　　　　　　　Brendan N. Gooley