# EXHIBIT B

**From:** Gooley, Brendan N. [mailto:BGooley@carltonfields.com]
**Sent:** Monday, November 18, 2024 8:45 AM
**To:** Mario Cerame
**Cc:** Giovanna Tiberii Weller; Patrick M. Noonan; Sconzo, James M.
**Subject:** Khan

Hi Mario:

Please see the attached letter and let us know.

Best,

Brendan



**Brendan N. Gooley**
Attorney at Law

One State Street
Suite 1800
Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058

BGooley@carltonfields.com | www.carltonfields.com
bio | vcard

**Carlton Fields is ISO 27001:2022 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-527-9973, and immediately delete this message and all of its attachments.



ATTORNEYS AT LAW

One State Street | Suite 1800
Hartford, Connecticut 06103-3102
860.392.5000 | fax 860.392.5058
www.carltonfields.com

Atlanta
Florham Park
**Hartford**
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Brendan N. Gooley
Shareholder
(860) 392 - 5036 Direct Dial
bgooley@carltonfields.com

November 18, 2024

Via Email: mcerame@brignole.com

Mario Cerame, Esq.
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106

Re:    *Khan v. Yale University*, No. 3:19-cv-01966-KAD

Dear Mario:

In light of Friday's Order from the Second Circuit, we once again suggest ways to resolve the issue with USCIS. We suggest Mr. Khan obtain clarification from USCIS that he can submit a redacted transcript. If USCIS will accept that, we can supply you with a redacted transcript prior to November 25, which will resolve the USCIS issue, provided that we receive a response from Mr. Khan no later than noon on November 20, 2024.

Please let us know.

Very truly yours,

Brendan N. Gooley

Carlton Fields, P.A.P.C.
Carlton Fields, P.A.P.C. practices law in California through Carlton Fields, LLP.

| | |
|---|---|
| From: | Mario Cerame |
| To: | Gooley, Brendan N. |
| Cc: | Giovanna Tiberii Weller; Patrick M. Noonan; Sconzo, James M. |
| Subject: | RE: Khan |
| Date: | Monday, November 18, 2024 1:43:55 PM |
| Attachments: | image002.png |
| | image003.png |

**EXTERNAL SENDER: This Message is from outside the organization.**

Attorney Gooley,

Do you practice immigration law? Do you have any experience whatsoever in this area? It is a genuine question.

Nonetheless, it seems you do not understand the situation. I have made this issue clear in filings. *Merely raising such a question may delay my client's petition for three more years.*

Yesterday, I met with a colleague who does practice immigration law (and from whom I learned everything I know about the culture of that system). He did not disagree with me.

I feel I am talking to stones. *Just asking for an accommodation could create a problem.* I have made this abundantly clear.

**I have also requested, and I request again, that you refrain from offering any advice concerning immigration law.** Or—clarify to me that you have substantial experience in this area of the law. It is otherwise insulting. I would consider advice from someone who actually practices this law. Candidly, I do take such advice from people who actually practice such law, and my position is informed by these conversations.

Yours sincerely,

Mario Cerame
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106
Phone: (860) 527-9973
Fax: (860) 527-5929

