UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | |
| | : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL. | : | December 3, 2024 |
| | : | |
| DEFENDANT | : | |
| | : | |

## <u>YALE DEFENDANTS' MOTION TO SEAL</u>

Pursuant to Local Rule 5(e) and this Court's Orders holding that the defendant, Jane Doe, is entitled to anonymity in this action (*e.g.*, ECF 12, ECF 91, ECF 119), Yale University and the twelve individual Yale defendants (collectively, "Yale"), respectfully move to file under seal unredacted copies of Exhibits E, I, J, K, and Q to their Memorandum in Opposition to Plaintiff's Motion to Compel ("Opposition").

<u>Exhibit E</u> to Yale's Opposition is an email from Attorney Taubes dated July 22, 2024, attaching the plaintiff's list of proposed custodians and search terms. The attachment includes multiple references to Jane Doe's first and last names, it identifies multiple members of her family, and it includes the names of hundreds of former Yale students.

<u>Exhibit I</u> is an email from Attorney Taubes that includes additional proposed custodians and search terms, including, again, references to Jane Doe's real name.

<u>Exhibits J, K, and Q</u> are emails and documents that contain proposed and agreed-upon custodians, search terms, and date ranges, all of which include information pertinent to Yale's UWC proceedings involving the plaintiff and Jane Doe and which may lead to the identification of Jane Doe.

{N6031814}

Good cause therefore exists to seal Exhibits E, I, J, K, and Q because they contain information that would allow individuals who read them to identify Jane Doe and thereby violate the anonymity to which this Court has determined that parties is entitled.

WHEREFORE, Yale respectfully requests that its Motion to Seal be granted and that the Court seal Exhibits E and I to Yale's Memorandum in Opposition to Plaintiff's Motion to Compel.

Respectfully submitted,

Yale University, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Peter Salovey, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg

By: _____
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

{N6031814}

## CERTIFICATION OF SERVICE

I hereby certify that on December 3, 2024, a copy of the foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing.  Notice of this

filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or

by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic

Filing.  Parties may access this filing through the Court's CM/ECF System.

_____

Maria L. Laurato

{N6031814}