UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL. | : | December 3, 2024 |
| | : | |
| DEFENDANT | : | |

## AFFIDAVIT OF MARIA L. LAURATO

I, Maria L. Laurato, having been duly sworn depose and say:

1. I am over the age of 18 years, and I believe in the obligations of an oath.

2. I make this statement of my own personal knowledge.

3. I am an attorney with the law firm of Carmody Torrance Sandak & Hennessey LLP, counsel to the defendant Yale University and the twelve individual Yale defendants in the above-captioned matter.

4. Attached to Yale's Memorandum in Opposition to the Motion to Compel ("Opposition") as Exhibit A is a true and accurate copy of an email from Attorney Weller, dated February 8, 2024.

5. Attached to Yale's Opposition as Exhibit B is a true and accurate copy of an email from Attorney Taubes, dated June 21, 2024.

6. Attached to Yale's Opposition as Exhibit C is a true and accurate copy of an email from Attorney Weller, with redactions applied, dated July 10, 2024.

7. Attached to Yale's Opposition as Exhibit D is a true and accurate copy of an email from Attorney Taubes, dated July 19, 2024.

{N6033436}

8. Exhibit E to Yale's Opposition, filed under seal, is a true and accurate copy of an email from Attorney Taubes, dated July 22, 2024.

9. Attached to Yale's Opposition as Exhibit F is a true and accurate copy of an email from Attorney Weller, dated July 31, 2024.

10. Attached to Yale's Opposition as Exhibit G is a true and accurate copy of an email exchange between Attorneys Taubes and Weller, spanning from July 10, 2024 through August 5, 2024.

11. Attached to Yale's Opposition as Exhibit H is a true and accurate copy of excerpts of the hearing transcript from the July 25, 2024 oral argument before Judge Dooley.

12. Exhibit I to Yale's Opposition, filed under seal, is a true and accurate copy of an email from Attorney Taubes, dated August 6, 2024.

13. Exhibit J to Yale's Opposition, filed under seal, is a true and accurate copy of an email from Attorney Weller, dated August 16, 2024.

14. Exhibit K to Yale's Opposition, filed under seal, is a true and accurate copy of an email from Attorney Taubes, dated September 12, 2024.

15. Attached to Yale's Opposition as Exhibit L is a true and accurate copy of an email from Attorney Weller, dated September 16, 2024.

16. Attached to Yale's Opposition as Exhibit M is a true and accurate copy of an email from Attorney Taubes, dated October 16, 2024.

17. Attached to Yale's Opposition as Exhibit N is a true and accurate copy of an email from Attorney Taubes, dated October 16, 2024.

18. Attached to Yale's Opposition as Exhibit O is a true and accurate copy of an email from Attorney Weller, dated October 21, 2024.

{N6033436}

19. Attached to Yale's Opposition as <u>Exhibit P</u> is a true and accurate copy of an email from Attorney Weller, dated October 23, 2024.

20. <u>Exhibit Q</u> to Yale's Opposition, filed under seal, is a true and accurate copy of the agreed-upon ESI proposal with custodians, search terms, and date ranges.

21. Attached to Yale's Opposition as <u>Exhibit R</u> is a true and accurate copy of Yale's Supplemental Responses to Plaintiff's Requests for Production, dated November 25, 2024.

22. Yale engaged TransPerfect, a third-party ESI vendor, to assist with processing and reviewing the data exported from the inboxes of the sixteen custodians Yale agreed to search.

_____
Maria L. Laurato

STATE OF CONNECTICUT )
                     ) ss: New Haven
COUNTY OF NEW HAVEN  )

SUBSCRIBED AND SWORN TO before me this 3rd day of December 2024.

_____
Karin d. Pitison
Notary Public
My Commission Expires: 7/31/2027

{N6033436}