# EXHIBIT B

1  UNITED STATES COURT OF APPEALS

2  FOR THE SECOND CIRCUIT

3  _____

4  Thurgood Marshall US Courthouse
   40 Foley Square
5  New York, New York 10007

6  DOCKET No. 24-2794

7  EMERGENCY PETITION FOR MANDAMUS
   November 12, 2024
8
   SAIFULLAH KHAN
9  Plaintiff-Appellant

10  v.

11  YALE UNIVERSITY, PETER SALOVEY, ET AL.,
    Defendants
12
    &
13
    JANE DOE
14  Defendant/Appellee

15  Circuit Judge Panel:

16      SENIOR CIRCUIT JUDGE DENNIS JACOBS
        CIRCUIT JDUGE REENA RAGGI
17      CIRCUIT JUDGE MYRNA PEREZ

18

19
    (Transcription from Electronic Sound Recording.)
20

21       BRANDON LEGAL TECH, LLC
         37 Pinnacle Mountain Road
22       Simsbury, CT 06070
         860.528.2244
23       www.BrandonLT.com

24

25

| | |
|---|---|
| 1 | (Proceedings commenced at 10:00 a.m.) |
| 2 | |
| 3 | JUDGE PEREZ: 24-2794, that's in regarding |
| 4 | Saifullah Khan. I'm sitting with Judge Jacobs and Raggi, |
| 5 | and you pronounce my last name Perez. |
| 6 | Mr. Cerame, you're first. Am I pronouncing |
| 7 | your name correctly, sir? |
| 8 | MR. CERAME: I was surprised, yes, your Honor. |
| 9 | Cerame. I'm from western New York so it's a little bit |
| 10 | through the nose. |
| 11 | JUDGE PEREZ: Okay, great. So you've got five |
| 12 | minutes sir. |
| 13 | MR. CERAME: Your Honors, may it please the |
| 14 | Court, first thing I want to note is that although on |
| 15 | pages 6, 8 and 31 my adversaries suggest that there's a |
| 16 | safety interest here, there's no evidence -- this case |
| 17 | would be different if there was evidence that my client's |
| 18 | speech was -- posted imminent physical harm or imminent |
| 19 | physical danger to Doe. There's no evidence in the |
| 20 | record as to that. |
| 21 | Principally I'm here to answer your questions. |
| 22 | JUDGE PEREZ: So you filed an objection to the |
| 23 | magistrate's order at this time? |
| 24 | MR. CERAME: If I could hear -- |
| 25 | JUDGE PEREZ: Have you filed an objection to |

CERTIFICATE

I hereby certify that the foregoing 19 pages are a complete and accurate transcription to the best of my ability of the Emergency Petition for Mandamus in re: Saifullah Khan vs. Yale University, Docket number 24-2794, held before the United States Court of Appeals Second Circuit at Thurgood Marshall US Courthouse, 40 Foley Square, New York, New York on November 12, 2024.

_____

Suzanne Benoit, Transcriber        Date: 11/24/24