# EXHIBIT C

Video available by clicking [here](here).

Additional video available by clicking [here](here).