UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | DECEMBER 5, 2024 |

**MOTION FOR EXTENSION OF TIME**
**WITHIN WHICH TO HOLD MEET AND CONFER**

Plaintiff respectfully moves, on consent, to extend the time within which the parties will meet and confer regarding discovery, ECF No. 242, by one day, to December 12, 2024. The reason for this extension is that December 12 is the first date that agrees with the schedules of all counsel. All parties consent to this extension. The parties are not seeking an extension of the deadline within which to file the Joint Status Report or any other deadlines. Accordingly, the motion should be granted.

Respectfully submitted,

PLAINTIFF

By: __/s/__Alexander T. Taubes
Alexander T. Taubes
470 James Street
Suite 007
New Haven, CT 06513
(203) 909-0048
alextt@gmail.com