UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF : | |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY, ET AL. : | December 6, 2024 |
| : | |
| DEFENDANT : | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO COMPLY WITH COURT'S ORDER (ECF 242)**

Yale University respectfully moves, on consent, to extend the time to Monday, December 9, 2024, within which to provide the Court with its proposed schedule for production with supporting declarations, as required by ECF 242. Undersigned counsel has been working diligently with Yale's IT department and its e-discovery vendor to provide the information requested by the Court, and, by Monday, will have the clarity necessary to provide a more certain proposal. All parties consent to this extension. Accordingly, Yale respectfully requests that the Court grant its Motion.

Respectfully submitted,
Yale University

By: _____
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com

{N6034506}

Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on December 6, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Maria L. Laurato