UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN<br><br>　　　　　PLAINTIFF<br><br>v.<br><br>YALE UNIVERSITY, ET AL.<br><br>　　　　　DEFENDANT | DOCKET NO. 3:19-cv-01966(KAD)<br><br><br><br>December 9, 2024 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO COMPLY WITH COURT'S ORDER (ECF 242)**

Yale University respectfully moves, on consent, to extend the time to Tuesday, December 10, 2024, within which to provide the Court with its proposed schedule for production with supporting declarations, as required by ECF 242. Good cause exists to grant this Motion.

On December 6, 2024, Yale completed the data exports of all 16 agreed-upon custodians and uploaded that data to the e-discovery vendor, TransPerfect's, Secure File Transfer Protocol.[1] On Monday, December 9, 2024, TransPerfect informed undersigned counsel that, despite working diligently all weekend to process the custodians' data, TransPerfect would not be able to complete that processing until late Monday evening. TransPerfect further informed undersigned that it could not apply search terms until the processing is complete.

TransPerfect has informed undersigned counsel that it will have completed processing the data for all 16 agreed-upon custodians and applied the agreed-upon search terms by Tuesday, December 10, 2024, so that Yale may reasonably provide an informed production completion date.

---

[1] Yale has a final executed declaration from Thomas Castiello, Information Security Engineer at Yale University, dated December 6, 2024, to submit in support of Yale's proposed production schedule.

{N6035538}

Based on the assurances of its e-discovery vendor, Yale submits that, by Tuesday, December 10, it will be in a position to provide the Court with a more certain proposal. All parties consent to this extension. Accordingly, Yale respectfully requests that the Court grant its Motion.

Respectfully submitted,
Yale University

By: *[signature]*

Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on December 9, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[signature]*

Maria L. Laurato