UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY, ET AL. | : | December 10, 2024 |
| DEFENDANT | : | |

## YALE DEFENDANTS' PROPOSED PRODUCTION SCHEDULE

Yale University and the twelve individual Yale defendants hereby provide their proposed production schedule in response to the Court's Order (ECF 242).

### Status of Rolling Production

On Monday, November 25, 2024, Yale made a supplemental production of more than 3,000 pages responsive to plaintiff's discovery requests. Yale further intends to produce additional documents by the end of this month. Moreover, to the extent practicable, Yale will also produce its e-discovery production on a rolling basis. Should Yale identify additional responsive documents not contained in its e-discovery production, it will continue to honor its duty to supplement its production.

### Complete Production of Agreed-Upon Discovery

On Friday, December 6, 2024, Yale completed its collection of data for each of the 16 agreed-upon custodians and uploaded that data to a TransPerfect File Transfer Protocol (FTP). *See* Declaration of Thomas Castiello, Information Security Engineer at Yale University, at ¶ 10, a copy of which is appended hereto as Exhibit A; *see also* Declaration of Joseph Chaput, Senior Forensic Examiner at TransPerfect, at ¶ 11, a copy of which is appended hereto as Exhibit B. By

Monday, December 9, 2024, TransPerfect had completed processing a majority of the 800GB of data for the additional 13 custodians. See Exhibit B, Chaput Decl. at ¶ 12. By Tuesday, December 10, 2024, TransPerfect had completed processing the data for each of the 16 agreed-upon custodians. Id. at ¶ 13. TransPerfect applied the agreed-upon search terms to the data and deduped the files, resulting in a total of 7,817 documents comprising 20.69 gigabytes. Id.

Based on the foregoing, Yale is committed to finalizing production as soon as possible and expects that it will be substantially complete by January 15, 2025, and final production complete by January 31, 2025.

Respectfully submitted,

Yale University, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Peter Salovey, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg

By: _____
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on December 10, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Maria L. Laurato