# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY, ET AL. | : | December 6, 2024 |
| DEFENDANT | : | |

## DECLARATION OF THOMAS CASTIELLO

I, Thomas Castiello, hereby declare under penalty of perjury as follows:

1. I am over eighteen years of age, of sound mind, have never been convicted of a felony, and am competent in all respects to make this declaration. The facts stated herein are within my personal knowledge and are all true and correct.

2. I am an Information Security Engineer at Yale University.

3. Over the course of the summer, at the direction of Yale's attorneys, I began searching for and collecting data from the electronic mail accounts of various potential custodians for use in this matter.

4. On November 18, 2024, I was alerted that the e-discovery vendor, TransPerfect, was having issues working with the exports I had collected. Based on the vendor's needs, it was determined that I would need to re-run the exports.

5. On November 21, 2024, I spoke with members of the TransPerfect team and others to discuss the data collection, transfer efforts, and needs moving forward.

6. By November 26, 2024, I had re-exported and transferred all of the data to TransPerfect's forensics team.

7. On December 2, 2024, I learned that TransPerfect continued to have issues with the format and data sources for the exports I provided.

8. The following day I again spoke with the TransPerfect team and others to discuss these issues. They informed me that multiple custodians could not be included in a single file as this caused them to experience issues with processing, and that I would need to break these up into individual exports. By the end of the night, I was able to complete the individual exports for three custodians and uploaded the files to TransPerfect's secure file transfer protocol ("SFTP") site.

9. On December 5, 2024, I completed the exports of 10 more custodians and uploaded those files to TransPerfect's SFTP site.

10. On the morning of December 6, 2024, I completed the exports of the remaining three custodians and uploaded those files to TransPerfect's SFTP site. The exports of all 16 agreed-upon custodians are complete and all data for each of these custodians has been uploaded to TransPerfect's SFTP site.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 6th day of December, 2024, in New Haven, Connecticut.

_____
Thomas Castiello