# **EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN : | |
| : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF : | |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY, ET AL. : | December 10, 2024 |
| : | |
| DEFENDANT : | |

## DECLARATION OF JOSEPH CHAPUT

I, Joseph Chaput, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 years, of sound mind, have never been convicted of a felony, and am competent in all respects to make this declaration. The facts stated herein are within my personal knowledge and are all true and correct.

2. I am a Senior Forensic Examiner at TransPerfect Legal (TransPerfect), Forensic Consulting and Technology.

3. TransPerfect was engaged to provide e-discovery services for the above-referenced matter. We immediately began exchanging information about the collection process and project details with Carmody, Torrance, Sandak & Hennessey LLP.

4. On or about November 6, 2024, we received a Share file link containing approximately 314 gigabytes (zipped) of custodian data.

5. TransPerfect began the process of reviewing the received data files shortly thereafter. Unfortunately, we found that the majority of the data was not exported in a format from the M365 and Google tools that could be ingested into TransPerfect's processing platform.

{N6034217}

6. TransPerfect worked with members of Yale's IT department and others to address the export and formatting issues with the initial data collection and transfer efforts and how we might remedy those issues moving forward. TransPerfect determined that Yale's IT department needed to re-export the custodians.

7. On November 26, 2024, TransPerfect received a OneDrive link from Thomas Castiello, Yale IT that contained the new custodian M365 and Google exports. TransPerfect analyzed the data and unfortunately found that there continued to be issues with the export format and sources that prevented us from moving forward with processing the data.

8. On December 3, 2024, TransPerfect spoke with Thomas Castiello and others to discuss what type of formatting issues we were seeing in the data exports and worked with Yale IT to establish a plan moving forward. It was determined that Yale would rerun the exports in a format that TransPerfect could process.

9. On December 4, 2024, TransPerfect was notified that Thomas Castiello transferred data for three custodians to a TransPerfect File Transfer Protocol (FTP). TransPerfect began the download of this data from the FTP to local storage media for review.

10. On December 6, 2024, TransPerfect was able to complete the processing for the data for the three custodians. TransPerfect applied the agreed-upon search terms that were provided by Carmody, Torrance, Sandak & Hennessey LLP to the data and deduped the files, resulting in a total of 1,664 documents comprising 14.9 gigabytes.

11. On December 6, 2024, TransPerfect also received data from Yale IT for the 13 additional custodians that needed to be re-exported, totaling 267 gigabytes (zipped).

12. By mid-day on Monday, December 9, 2024, TransPerfect had completed processing a majority of the data for the additional 13 custodians. The total volume of data for

{N6034217}

the 13 custodians amounted to more than 800GB, which resulted in a longer processing time than initially projected.

13. By Tuesday, December 10, 2024, TransPerfect had completed processing the data for each of the 16 agreed-upon custodians. TransPerfect applied the agreed-upon search terms to the data and deduped the files, resulting in a total of 7,817 documents comprising 20.69 gigabytes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 10th day of December, 2024, in Boston, Massachusetts.

_/s/ Joseph Chaput_
Joseph Chaput

{N6034217}