UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | |
| | : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL. | : | December 17, 2024 |
| | : | |
| DEFENDANT | : | |
| | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated December 4, 2024 (ECF 242), the parties respectfully submit this Joint Status Report to advise the Court of the parties' plans to address outstanding discovery issues.

On December 12, 2024, the parties met, via Zoom, for approximately 1.5 hours to confer in good faith to address their outstanding discovery disputes. The parties worked through numerous issues, including search terms to be applied to plaintiff's and Jane Doe's respective inboxes, objections to the plaintiff's discovery requests, and the plaintiff's outstanding discovery compliance owed to both Yale and Jane Doe. Many of these issues were resolved. On the same date, Yale also served supplemental production of approximately 200 pages of documents.

With respect to the search of the plaintiff's inboxes and social media accounts, the parties agreed to most of the search terms proposed to date and are working together to propose additional terms and reach a compromise on the remaining terms. As for Yale's objections to the plaintiff's written production, served in 2020 and 2024, the parties acknowledged that their joint efforts over the past six months on an ESI proposal were undertaken to address and resolve those objections. Defendants believe that the ESI proposal reasonably addressed the objections to the

{N6037150}

plaintiff's requests for production. Plaintiff believes it is premature to reach that conclusion without reviewing the documents produced as a result of the ESI proposal. Plaintiff reserved the right to seek additional documents based on the documents produced as a result of the ESI proposal.

Plaintiff's position is that there remains an open issue concerning Yale's objections to the plaintiff's interrogatories. Plaintiff challenges the objections to certain, numerous interrogatories, which challenges were conveyed to Yale on December 16, 2024, in a separate communication. Yale's position is that there is no open issue and that the parties' joint efforts to resolve discovery objections included objections to interrogatories. Nonetheless, the parties propose that Yale will have an appropriate time to review and respond to these specific challenges and that a subsequent meet and confer will be scheduled no later than January 10, 2025.

        Respectfully submitted,

        Yale University, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Peter Salovey, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg

By: ‎ /s/ *Maria L. Laurato*
    Patrick M. Noonan (ct00189)
    Giovanna Tiberii Weller (ct11187)
    Maria L. Laurato (ct31443)
    Carmody Torrance Sandak & Hennessy LLP
    195 Church Street
    P.O. Box 1950
    New Haven, CT 06509
    Phone: 203-777-5501
    Fax: 203-784-3199
    Email: pnoonan@carmodylaw.com
    Email: gweller@carmodylaw.com
    Email: mlaurato@carmodylaw.com

        Plaintiff,
        Saifullah Khan

By:   /s/ *Alexander T. Taubes*
       Alexander T. Taubes
       Taubes Law
       470 James Street
       Suite 007
       New Haven, CT 06513
       Phone: 203-9090048
       Email: alextt@gmail.com

       Defendant,
       Jane Doe

By:   /s/ *Brendan N. Gooley*
       James M. Sconzo (ct04571)
       Brendan N. Gooley (ct30584)
       CARLTON FIELDS, P.A.
       One State Street, Suite 1800
       Hartford, CT 06103
       Tel.: 860-392-5000
       Fax: 860-392-5058
       Email: jsconzo@carltonfields.com
              bgooley@carltonfields.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on December 17, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/ *Maria L. Laurato*
                        Maria L. Laurato