UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | |
| | : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL. | : | January 13, 2025 |
| | : | |
| DEFENDANT | : | |
| | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated December 18, 2024 (ECF 253), the parties respectfully submit this Joint Status Report to advise the Court of the parties' plans to address outstanding discovery issues.

On January 10, 2025, the parties met, via WebEx, for approximately 1.5 hours to confer in good faith to address their outstanding discovery disputes. The parties worked through several issues, including challenges to Yale's objections to the plaintiff's discovery requests, the sufficiency of certain of the plaintiff's interrogatory responses, the search of plaintiff's and Jane Doe's respective inboxes, and the plaintiff's outstanding discovery compliance owed to both Yale and Jane Doe. On the same date, the Yale Defendants also served substantial production of the ESI search conducted on the inboxes of the agreed-upon custodians.

As it concerns Yale's objections to the plaintiff's written discovery, the parties agreed that Yale would supplement its answer to Interrogatory No. 5, as that interrogatory has been modified by the plaintiff. Similarly, the parties agreed that the plaintiff would supplement and/or clarify his responses to Interrogatory Nos. 1–4, as those interrogatories have been modified by Yale, as well

{N6041716}

as Interrogatory Nos. 5(a)–(d), 6(a)–(c), and 9(c). The parties request 30 days to supplement their responses.

An outstanding issue remains as to the search terms to be applied to Jane Doe's inbox and to the plaintiff's inboxes and social media accounts. A subsequent meet and confer is needed to discuss these issues. Jane believes that she will be in a position to discuss search terms by January 17, 2025, and serve substantial production of documents regarding agreed upon search terms on or around January 24, 2025. There also may be an open issue concerning how the search of plaintiff's inboxes is conducted. By the January 14, 2025, status conference, however, the parties will be prepared to discuss whether they were able to reach an agreement on the process issue.

    Respectfully submitted,

    Yale University, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Peter Salovey, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg

By:   /s/ *Maria L. Laurato*
    Patrick M. Noonan (ct00189)
    Giovanna Tiberii Weller (ct11187)
    Maria L. Laurato (ct31443)
    Carmody Torrance Sandak & Hennessy LLP
    195 Church Street
    P.O. Box 1950
    New Haven, CT 06509
    Phone: 203-777-5501
    Fax: 203-784-3199
    Email: pnoonan@carmodylaw.com
    Email: gweller@carmodylaw.com
    Email: mlaurato@carmodylaw.com

                Plaintiff,
                Saifullah Khan

By:   /s/*Alexander T. Taubes*
      Alexander T. Taubes
      Taubes Law
      470 James Street
      Suite 007
      New Haven, CT 06513
      Phone: 203-9090048
      Email: alextt@gmail.com

                Defendant,
                Jane Doe

By:   /s/ *Brendan N. Gooley*
      James M. Sconzo (ct04571)
      Brendan N. Gooley (ct30584)
      CARLTON FIELDS, P.A.
      One State Street, Suite 1800
      Hartford, CT 06103
      Tel.: 860-392-5000
      Fax: 860-392-5058
      Email: jsconzo@carltonfields.com
             bgooley@carltonfields.com

## **CERTIFICATION OF SERVICE**

    I hereby certify that on January 13, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/ *Maria L. Laurato*
                        Maria L. Laurato