# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

**Date:** 1/23/2025

**Case #:** 3:19-cv-01966 (KAD)

**Honorable Judge:** Maria E. Garcia

**Deputy Clerk:** Sarah Santos

Saifullah Khan
Vs.
Yale University et al

**Counsel for Pla(s):** Alexander T. Taubes

**Counsel for Dft(s):** Weller, Laurato, Noonan & Gooley

**Start Time:** 11:07 am  **End Time:** 11:48 am

**Reporter/ECRO/Courtsmart:** Courtsmart

Recess (if more than ½ hr) _____ to _____

Interpreter _____ Language _____

**Total Time:** ___ hour(s) **41** minute(s)

**Hearing held:** ☐ in person  ☑ by video  ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ___ | ☐ Show Cause Hearing ___ | ☐ Evidentiary Hearing ___ |
| ☐ Judgment Debtor Exam ___ | ☐ Pretrial Conference ___ | ☐ Scheduling Conference ___ |
| ■ Status Conference **41** | ☐ Settlement Conference ___ | ☐ Other: _____ ___ |

## MOTIONS

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

## NOTES

Rev. 3/21/24