UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | FEBRUARY 4, 2025 |

## JOINT STATUS REPORT

Pursuant to this Court's Order (ECF 262), the Parties respectfully submit this Joint Status Report. Plaintiff and Yale are working to supplement the interrogatories that they have agreed to supplement by February 12, 2025. (*See* ECF 257; *see also, e.g.*, ECF 255.) Defendants are awaiting Plaintiff's production and supplemental privilege logs, which are due February 21, 2025. (*See* ECF 262; *see also* ECF 266.) Plaintiff's production of emails and other ESI is being delayed by an issue that was not previously discussed, who will pay for the search of the Plaintiff's Yale University email inbox. Accordingly, the Plaintiff doubts a production can be completed by February 21 unless these issues are resolved forthwith. Plaintiff is reviewing Defendants' privilege logs and document production and may raise issues related to that. (*See* ECF 266.)

RESPECTFULLY SUBMITTED,

Plaintiff,
Saifullah Khan

By: /s/ *Alexander T. Taubes*
    Alexander T. Taubes
    Taubes Law
    470 James Street, Suite 007
    New Haven, CT 06513
    Phone: 203-9090048
    Email: alextt@gmail.com

        Defendant,
        Yale University

By: */s/ Giovanna Tiberii Weller*
        Patrick M. Noonan (ct00189)
        Giovanna Tiberii Weller (ct11187)
        Maria L. Laurato (ct31443)
        Carmody Torrance Sandak & Hennessy LLP
        195 Church Street
        P.O. Box 1950
        New Haven, CT 06509
        Phone: 203-777-5501
        Fax: 203-784-3199
        Email: pnoonan@carmodylaw.com
        Email: gweller@carmodylaw.com
        Email: mlaurato@carmodylaw.com


        Defendant,
        Jane Doe

By: */s/ Brendan N. Gooley*
        James M. Sconzo (ct04571)
        Brendan N. Gooley (ct30584)
        CARLTON FIELDS, P.A.
        One State Street, Suite 1800
        Hartford, CT 06103
        Tel.: 860-392-5000
        Fax: 860-392-5058
        Email: jsconzo@carltonfields.com
        Email: bgooley@carltonfields.com

## CERTIFICATION OF SERVICE

This is to certify that on this 4th day of February 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                */s/ Brendan N. Gooley*
                                                  Brendan N. Gooley