# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **2/7/2025**

**Saifullah Khan**

Vs.

**Yale University et al**

Start Time: **10:33 a.m.**  End Time: **10:47 a.m.**

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) **14** minute(s)

Case #: **3:19-cv-01966-KAD**

Honorable Judge: **Maria E. Garcia**

Deputy Clerk: **Sarah Santos**

Counsel for Pla(s): **Alexander T. Taubes**

Counsel for Dft(s): **Laurato, Weller & Gooley**

Reporter/ECRO/Courtsmart: **Courtsmart**

Interpreter: _____ Language: _____

Hearing held: ☐ in person ☑ by video ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ■ Status Conference **14** | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

## NOTES

**Follow-up discovery status conference has been scheduled for February 24, 2025, at 4:00 p.m. via Zoom.**

Rev. 3/21/24