UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | FEBRUARY 18, 2025 |

## JOINT MOTION FOR EXTENSION OF TIME

The Parties respectfully request that the Court extend (1) the deadline for Plaintiff to produce responsive documents and a privilege log (*see* ECF 262) by one week, from February 21, 2025 to February 28, 2025, (2) the deadline for the Parties to meet and confer regarding outstanding discovery issues (*see* ECF 271) by one week, from February 21, 2025 to February 28, 2025, (3) the deadline to file Motions to Compel on outstanding items and the deadline to respond to such Motions (*see* ECF 267; *see also* ECF 266) by one week each, from February 28, 2025 and March 6, 2025, respectively, to March 7, 2025 and March 13, 2025, respectively, and (4) the deadline for Defendants to disclose experts by nine days, from Saturday, February 22, 2025, to Monday, March 3, 2025. Good cause exists to extend the deadlines based on the following.

Plaintiff has been working diligently to produce responsive documents and a privilege log, but does not believe that he will be able to complete the production by February 21, 2025. Plaintiff respectfully requests and additional week, until February 28, 2025, to complete the production and produce his privilege log. Defendants consent to this request, which is Plaintiff's first.

The Parties agree that it does not make sense to meet and confer before Plaintiff has produced his forthcoming production and privilege log and therefore request that the deadline for that meet and confer also be extended one week, from February 21, 2025 to February 28, 2025. All Parties consent to this request, which is their first request to amend this deadline.

The Parties also agree that a one-week extension of the deadlines associated with remaining Motions to Compel is warranted to allow Plaintiff to focus on completing his production and privilege log and to allow Defendants to review that production and privilege log before they are required to file Motions to Compel. All Parties consent to this request, which is their first request related to this specific deadline (the deadline for remaining Motions to Compel – the Parties previously sought, and the Court granted, an extension past the original Motion to Compel deadline of January 31, 2025 for the Parties to file certain other Motions to Compel (*see* ECF 266 & 267)).

Finally, Defendants request that their deadline to disclose experts be extended by nine days, from Saturday, February 22, 2025 to Monday, March 3, 2025, in order to ensure that their disclosure deadline remains after Plaintiff's deadline to disclose additional documents such that putative experts can review additional documents if need be. In addition, a potential defense expert had surgery on February 7, 2025 and has been unavailable since then as a result. An extension is warranted to allow the expert to review additional material produced since February 7, 2025, including the transcripts Plaintiff produced on February 12, 2025. Plaintiff consents to this request, which is Defendants' first of this deadline (Defendants previously sought, and the Court granted, a stay of their prior expert disclosure deadline (*see* ECF 262)).

The Parties therefore respectfully request that the Court extend the following deadlines:

- <u>Plaintiff's Production/Privilege Log</u>:  From February 21, 2025 to February 28, 2025

- <u>Meet And Confer</u>:  From February 21, 2025 to February 28, 2025

- <u>Remaining Motions To Compel</u>:  February 28, 2025 to March 7, 2025

- <u>Responses To Remaining Motions To Compel</u>:  March 6, 2025 to March 13, 2025

- <u>Defendants' Expert Disclosure Deadline</u>:  February 22, 2025 to March 3, 2025

RESPECTFULLY SUBMITTED,

Plaintiff,
Saifullah Khan

By: /s/ *Alexander T. Taubes*
    Alexander T. Taubes
    Taubes Law
    470 James Street, Suite 007
    New Haven, CT 06513
    Phone: 203-9090048
    Email: alextt@gmail.com

Defendant,
Yale University

By: */s/ Giovanna Tiberii Weller*
    Patrick M. Noonan (ct00189)
    Giovanna Tiberii Weller (ct11187)
    Maria L. Laurato (ct31443)
    Carmody Torrance Sandak & Hennessy LLP
    195 Church Street
    P.O. Box 1950
    New Haven, CT 06509
    Phone: 203-777-5501
    Fax: 203-784-3199
    Email: pnoonan@carmodylaw.com
    Email: gweller@carmodylaw.com
    Email: mlaurato@carmodylaw.com

Defendant,
Jane Doe

By: /s/ *Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS, P.A.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
    Email: bgooley@carltonfields.com

**CERTIFICATION OF SERVICE**

    This is to certify that on this 18th day of February 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                  */s/ Brendan N. Gooley*
                                                    Brendan N. Gooley