UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | FEBRUARY 25, 2025 |

## JANE DOE'S MOTION TO SEAL EXHIBITS TO RESPONSE TO SHOW CAUSE ORDER

Defendant Jane Doe respectfully moves to seal the Exhibits to her Response to the Court's Show Cause Order (ECF 269). The Exhibits are redacted versions of documents under seal that Jane believes can be partially unsealed. In light of the fact that the documents are currently sealed, and in order to give the Court and Parties the opportunity to evaluate Jane's proposed redactions, Jane believes that it is appropriate to submit her redacted versions under seal. Jane therefore respectfully requests that the Court grant this Motion and permit the Exhibits to remain under seal pending input from the Parties and a decision by the Court regarding unsealing them.

                                        Defendant,
                                        Jane Doe

                     By: /s/ *Brendan N. Gooley*
                          James M. Sconzo (ct04571)
                          Brendan N. Gooley (ct30584)
                          CARLTON FIELDS, P.A.
                          One State Street, Suite 1800
                          Hartford, CT 06103
                          Tel.: 860-392-5000
                          Fax: 860-392-5058
                          Email: jsconzo@carltonfields.com
                          Email: bgooley@carltonfields.com

## **CERTIFICATION OF SERVICE**

This is to certify that on this 25th day of February 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                */s/ Brendan N. Gooley*
                                                Brendan N. Gooley