UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN <br> Plaintiff, | CIVIL ACTION NO. <br> 3:19-cv-01966-KAD |
| V. | |
| YALE UNIVERSITY, ET AL., <br> Defendants. | FEBRUARY 25, 2025 |

## YALE DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

Yale University and the twelve individual Yale University defendants (collectively, "Yale Defendants"), respectfully submit the following Response to the Court's Order to Show Cause (ECF 269). The Yale Defendants incorporate by reference and adopt the arguments in Jane Doe's Response to Order to Show Cause, dated February 25, 2025 (ECF 277, "Jane's Response"), requesting that the Court seal information that could be used to identify and/or harass Jane Doe by maintaining ECF 75-10, ECF 103-7, and ECF 123-2 under seal and publicly posting only redacted versions of ECF 75, ECF 103-1, ECF 114-4, ECF 123-1, ECF 157-2, and ECF 166.

In addition to the reasons provided in Jane's Response, the sealing and redactions that the Yale Defendants seek are also vital to ensure that the protections afforded under the University's UWC confidentiality procedures are maintained in these proceedings and others. The fear that one's confidentiality or anonymity might be destroyed as soon as they leave the classroom and enter the courtroom will undoubtedly discourage the University's students from reporting allegations of sexual misconduct. *See Doe v. Rector & Visitor's of George Mason Univ.*, 179 F. Supp. 3d 583, 593 (E.D. Va. 2016) (compromising the confidentiality afforded through the Title IX process "may discourage victims from reporting sexual misconduct in the first instance"); *see also Doe v. Mass. Inst. of Tech.*, 46 F.4th 61, 74 (1st Cir. 2022) (citing 34 C.F.R. § 106.71, the

{N6051001}

First Circuit acknowledged that the Title IX regulations seek to protect sensitive information about students, stating that "the Department's regulations implementing Title IX require universities to 'keep confidential the identity of any individual who has made a report or complaint of sex discrimination' . . . subject to a few exceptions" and concluding that "it is evident . . . that federal law aims to keep such proceedings largely under wraps").

For these reasons, and those in Jane's Response, the Yale Defendants respectfully request that the Court maintain ECF 75-10, ECF 103-7, and ECF 123-2 under seal and publicly post only redacted versions of ECF 75, ECF 103-1, ECF 114-4, ECF 123-1, ECF 157-2, and ECF 166.

Respectfully submitted, Yale Defendants

By: _____
Patrick M. Noonan (ct00289)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on February 25, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Maria L. Laurato
Maria L. Laurato