UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | FEBRUARY 25, 2025 |

### JANE DOE'S MOTION FOR ORDER REQUIRING CERTAIN DISCUSSION OF DOCUMENTS SUBJECT TO POTENTIAL UNSEALING TO BE FILED UNDER SEAL

Pursuant to the Court's Order to Show Cause (ECF 269 ("Order")), Defendant Jane Doe has requested that this Court maintain certain documents and/or information in documents under seal. (*See* ECF 277 ("Jane's Response To Court's Order").) Jane anticipates that Plaintiff may respond to her arguments by discussing on the public record the documents and/or information at issue. Jane is concerned that publicly filing certain information about the documents and/or information at issue could defeat the purpose of Jane's request that the documents and/or information remain under seal by revealing what Jane seeks to maintain under seal. Jane therefore asks the Court to Order that any briefing related to unsealing documents that (1) could allow anyone to identify Jane or (2) substantively discusses the information in ECF 114-4 that Jane seeks to maintain under seal be filed under seal. Examples of such information would include, but not be limited to, identifying the names or social media handles of individuals who posted identifying information about Jane or where such information was posted, as well as describing the substance of the information in ECF 114-4. The Court should grant this Motion to allow it to rule on what information will be publicly available on the docket in due course without that information prematurely appearing on the public docket.

                      Defendant,
                      Jane Doe

By: /s/ *Brendan N. Gooley*
     James M. Sconzo (ct04571)
     Brendan N. Gooley (ct30584)
     CARLTON FIELDS, P.A.
     One State Street, Suite 1800
     Hartford, CT 06103
     Tel.: 860-392-5000
     Fax: 860-392-5058
     Email: jsconzo@carltonfields.com
     Email: bgooley@carltonfields.com

## **CERTIFICATION OF SERVICE**

This is to certify that on this 25th day of February 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                    */s/ Brendan N. Gooley*
                                                    Brendan N. Gooley