UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | FEBRUARY 27, 2025 |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant Jane Doe respectfully requests that the Court extend the deadline for her to disclose one of her potential experts by four (4) days from March 3, 2025 to March 7, 2025. As previously noted (*see* ECF 274), the potential expert had surgery on February 7, 2025 and was unavailable for a period of time as a result. The expert has resumed work, but requires a short amount of additional time to complete their work as a result of the interruption caused by the surgery. The other Parties consent to this request, which is Jane's second request of this deadline (prior to Jane's first request, Defendants previously sought, and the Court granted, a stay of their prior expert disclosure deadline (*see* ECF 262)). The requested extension is minimal and will not impact the case schedule. Jane therefore respectfully requests that the Court grant this Motion and extend the deadline for this expert by four (4) days from March 3, 2025 to March 7, 2025.

        RESPECTFULLY SUBMITTED,

        Defendant,
        Jane Doe

By: /s/ *Brendan N. Gooley*
        James M. Sconzo (ct04571)
        Brendan N. Gooley (ct30584)
        CARLTON FIELDS, P.A.
        One State Street, Suite 1800
        Hartford, CT 06103
        Tel.: 860-392-5000
        Fax: 860-392-5058
        Email: jsconzo@carltonfields.com
        Email: bgooley@carltonfields.com

## CERTIFICATION OF SERVICE

This is to certify that on this 27th day of February 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                  */s/ Brendan N. Gooley*
                                                  Brendan N. Gooley