UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | MARCH 4, 2025 |

**JOINT STATUS REPORT AND MOTION FOR EXTENSION OF TIME**

The Parties respectfully wish to update the Court on recent case developments and to request an extension of the deadline for the remaining Motions to Compel, which are currently due on March 7, 2025, as well as the deadline for responses to the remaining Motions to Compel, which are currently due March 13, 2025. (*See* ECF 275.) This is the Parties' second request for an extension of these specific deadlines (the deadlines for remaining Motions to Compel and responses thereto (*see* ECF 274) — the Parties previously sought, and the Court granted, an extension past the original Motion to Compel deadline of January 31, 2025, for the Parties to file certain other Motions to Compel (*see* ECF 266 & 267). The Parties are not including requested new deadlines because they believe they need to discuss those deadlines with the Court at the Status Conference this Friday, March 7, 2025. (*See* ECF 276.)

On February 27, 2025, Plaintiff produced 70,306 pages of additional documents and emailed Defendants about alleged deficiencies in Defendants' production and the Yale Defendants' June 6, 2024 Objections to Plaintiff's second set of written discovery. Defendants are concerned about both the volume and substance of Plaintiff's recent production and the timing and substance of the alleged deficiencies raised in the email. Plaintiff is concerned about the adequacy of Defendants' production and the search parameters.

The Parties have also discussed the impact the production will have on the deposition

1

schedule. Moreover, with respect to the depositions, Plaintiff's counsel has been called for jury selection on March 17 – 20, which are dates reserved for depositions in this matter.

The parties have met and conferred on these issues on Friday, February 28, 2025, Tuesday, March 4, 2025, and scheduled a third meet and confer for Thursday, March 6, at noon. The Parties agree that they need to discuss these issues with the Court at the status conference scheduled for Friday, March 7, 2025, at 10:00 am or when directed by the Court.

RESPECTFULLY SUBMITTED,

Plaintiff,
Saifullah Khan

By: /s/ *Alexander T. Taubes*
Alexander T. Taubes
Taubes Law
470 James Street, Suite 007
New Haven, CT 06513
Phone: 203-9090048
Email: alextt@gmail.com

Defendant,
Yale University

By: /s/ *Giovanna Tiberii Weller*
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

        Defendant,
        Jane Doe

By: /s/ *Brendan N. Gooley*
        James M. Sconzo (ct04571)
        Brendan N. Gooley (ct30584)
        CARLTON FIELDS, P.A.
        One State Street, Suite 1800
        Hartford, CT 06103
        Tel.: 860-392-5000
        Fax: 860-392-5058
        Email: jsconzo@carltonfields.com
        Email: bgooley@carltonfields.com