UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | MARCH 18, 2025 |

## JOINT STATUS REPORT AND MOTION FOR CONTINUANCE

The Parties respectfully wish to update the Court on recent case developments and to request an extension of the deadlines to (1) meet and confer and (2) submit a proposed revised Scheduling Order. They also respectfully request that the Status Conference scheduled for March 19, 2025 be rescheduled for on or around March 26, March 27, or March 28, 2025.

Plaintiff has produced his Supplemental Privilege Log and Defendants are reviewing that. Jane has disclosed her additional expert. (*See* ECF 285.)

On March 7, 2025, the Court Ordered the Parties to (1) "meet and confer at least two times" on certain topics and (2) "file a proposed scheduling order prior to the next [Status] [C]onference." (ECF 285.) The Court scheduled the next Status Conference for March 19, 2025. (ECF 285.)

The Parties met and conferred on March 17, 2025 and discussed a proposed Scheduling Order. The Parties are conferring with their clients regarding the proposed Scheduling Order, but will be unable to complete that process by March 19, 2025. The Parties scheduled a second meet and confer for March 18, 2025, but cancelled it due to counsel suffering an illness. The Parties will therefore not be able to meet and confer on all of the issues the Court identified before the March 19, 2025 Status Conference. Counsel for Yale is also out of state on a personal matter on March 20 and 21, 2025 and the Parties will therefore not be able to meet and confer until at least March 24, 2025.

The Parties therefore respectfully request that the Court (1) continue their deadline to hold the second meet and confer until March 25, 2025 and (2) continue their deadline to submit a proposed Scheduling Order until March 21, 2025. They also respectfully request that the Court reschedule the Status Conference to March 26, March 27, or March 28, 2025. The Parties anticipate being able to discuss the Scheduling Order and meet and confer issues by that time.

This is the Parties' first request for an extension of these deadlines. The Parties did not file this Motion sooner because they did not foresee the need for these extensions (including the illness) until shortly before they filed this Motion.

                    RESPECTFULLY SUBMITTED,

                    Plaintiff,
                    Saifullah Khan

By: /s/ *Alexander T. Taubes*
     Alexander T. Taubes
     Taubes Law
     470 James Street, Suite 007
     New Haven, CT 06513
     Phone: 203-9090048
     Email: alextt@gmail.com


                    Defendant,
                    Yale University

By: /s/ *Giovanna Tiberii Weller*
     Patrick M. Noonan (ct00189)
     Giovanna Tiberii Weller (ct11187)
     Maria L. Laurato (ct31443)
     Carmody Torrance Sandak & Hennessy LLP
     195 Church Street
     P.O. Box 1950
     New Haven, CT 06509
     Phone: 203-777-5501
     Fax: 203-784-3199
     Email: pnoonan@carmodylaw.com
     Email: gweller@carmodylaw.com
     Email: mlaurato@carmodylaw.com

Defendant,
Jane Doe

By: /s/ *Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT 06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
Email: bgooley@carltonfields.com

## CERTIFICATION OF SERVICE

This is to certify that on this 18th day of March 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                        */s/ Brendan N. Gooley*
                                           Brendan N. Gooley