## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | MARCH 19, 2025 |

### AFFIDAVIT CERTIFYING COMPLIANCE WITH LOCAL RULE 37

I, Alexander T. Taubes, counsel for the Plaintiff in this action, hereby do state under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I have conferred with counsel for Yale University in good faith to resolve by agreement the issues raised by the motion to compel filed today, March 19, 2025, without the intervention of the Court. Our last meet and confer, which covered the issues in this motion, was held on Monday, March 17, 2025.

2. Despite our efforts, we have been unable to reach such an agreement.

3. None of the issues raised by the motion have been resolved by the agreement. All of the issues remain unresolved.

/s/Alexander T. Taubes
Alexander T. Taubes
ct30100

Dated this 19th day of March, 2025, at New Haven, Connecticut.