## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | MARCH 19, 2025 |

## **PROPOSED ORDER**

The Court enters the following discovery orders:

(1) Yale's objections to the Plaintiff's discovery requests are overruled;

(2) Yale shall fully and fairly comply with Plaintiff's discovery requests within 30 days of this order;

(3) Yale shall use the following custodians to search for ESI: Peter Salovey, Jonathan Holloway, Margaret Clark, Surjit Chandhoke, Sarah Worley, Howard Zonana, Madelon Baranoski, Etienne Greenlee, Stephanie Spangler, Leah Cohen, Omer Bajwa, Susan Sawyer, Alexander Dreier, Harold Rose, Lani Danilowitz, Asha Rangappa, Ben Della Rocca, Britton O'Daly, Hailey Fuchs, Serena Cho, Alice Park, Ruiyan Wang, Jever Mariwala, Avigayil Halpern, Leland Strange, Alayna Lee, Jingyi Cui, Amelia Neirenberg, Khue Tran, Tristan Hernandez, Sonia Ruiz, Adam Walker, Finnegan Schick, Alex Bavalsky, Nikhe Braimah, Naina Agrawal-Hardin, Violet Barnett, Justin Crosby, Josephine Cureton, Hannah Figueroa Velazquez, Michael Garman, Lauren Hartz, Jack Maketa, Adam Tufts, Edos Herwegh Vonk, Aja Feranda, Tabitha Spencer-Salmon, Annemarie McDaniel, Keni Sabath, Reid Dibech, Richard Gayler, Dzelila Siljak, Julian Wise, Ahron Singer, Nicole Cai, Nicole Minkina, and Michael Della Rocca.

(4) Yale shall use the following additional search terms for ESI:  "Jane Doe," "Title IX," "UWC," "sexual misconduct complaint," "cat costume," "Yale Daily News, "Halloween AND (Party OR symphony OR concert OR YSO) AND (2015 OR "October 31")," "Rape OR 'sexual assault' OR 'non-consensual,'" "Expel OR Expulsion OR Suspend OR Suspension," "Complaint AND 'sexual misconduct,'" "'Jon Andrews' OR 'Jonathan Andrews' OR 'Jonathon Andrews,'" "Intoxicated OR vomit OR drunk OR drinking w/10 "sexual misconduct" OR "non-consensual" OR rape," "Police OR YPD OR 'Yale Police' w/10 "sexual misconduct" OR "non-consensual" OR rape," "Yale AND (Counsel* OR SHARE OR "Sexual Harassment and Assault Response & Education")," "FACE AND ((Title IX) OR (Families advocating FOR Campus Equality))" "BBC OR Documentary OR Louis Theroux", "Guilty OR Not Guilty", "Petition" "Elon OR Musk" "NYT OR New York Times"

(5) Any of the foregoing search terms or custodians may be altered with the consent of all parties.

(5) Yale shall use the following date ranges for ESI: January 1, 2012 to the present.

(6) All custodians shall provide a declaration, averring under oath that they have provided access to all devices and social media accounts that have potentially discoverable ESI to counsel for the defendants for extraction and search of ESI; and

 (7) the Plaintiff shall be awarded his reasonable attorney's fees for bringing the motion to compel, fees to be determined by fee affidavit submitted no later than 30 days after the issuance of this order.