UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | MARCH 21, 2025 |

## JOINT PROPOSED SCHEDULING ORDER

The Parties have met and conferred to discuss a realistic schedule pursuant to the Court's Orders (*see, e.g.*, ECF 289) and propose the following amendments to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Update Initial Disclosures | N/A | April 30, 2025 |
| Remaining Motions to Compel | N/A[1] | April 30, 2025 |
| Responses to Remaining Motions to Compel | N/A[2] | May 21, 2025 |
| Depositions Of Defendants' Experts | April 15, 2025[3] | April 18, 2025 |
| Disclosure Of Plaintiff's Rebuttal Experts | April 15, 2025 | May 19, 2025 |
| Fact Depositions (Other Than Jane[4]) | April 15, 2025 | July 15, 2025 |
| Supplementation Of Expert Reports | N/A | July 31, 2025 |
| Depositions Of Rebuttal Experts | April 15, 2025 | August 30, 2025 |
| *Daubert*/Expert Motions | N/A | September 30, 2025 |
| Close Of Discovery (Jane's Deposition) | April 15, 2025 | October 15, 2025 |
| Filing Of Dispositive Motions | June 15, 2025 | December 17, 2025 |
| Opposition To Dispositive Motions | N/A | February 4, 2026 |
| Replies Regarding Dispositive Motions | N/A | February 25, 2026 |

The Parties believe that this schedule is realistic taking into account the status of the case, what needs to be completed, and the schedules of the Parties and their counsel.

The Parties respectfully request that the Court approve this Proposed Scheduling Order.

---

[1] The Court recently suspended the prior deadline of March 7, 2025.

[2] The Court recently suspended the prior deadline of March 13, 2025.

[3] April 15, 2025 is the current deadline for the close of all discovery. (*See* ECF 68.)

[4] The Parties agreed that Jane has conflicting engagements that preclude her deposition from occurring at the time of the other fact depositions. The Parties have agreed her deposition will occur by October 15, 2025.

RESPECTFULLY SUBMITTED,

Plaintiff,
Saifullah Khan

By: /s/ *Alexander T. Taubes*
Alexander T. Taubes
Taubes Law
470 James Street, Suite 007
New Haven, CT 06513
Phone: 203-9090048
Email: alextt@gmail.com


Defendant,
Yale University

By: /s/ *Giovanna Tiberii Weller*
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com


Defendant,
Jane Doe

By: /s/ *Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT 06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
Email: bgooley@carltonfields.com

2

## CERTIFICATION OF SERVICE

This is to certify that on this 21st day of March 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                */s/ Brendan N. Gooley*
                                                Brendan N. Gooley