**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **3/27/2025** _____

_____
**Saifullah Khan**

Vs.

_____
**Yale University, et al**

Start Time **10:01 am** ___ End Time **10:52 am** ____

Recess (if more than ½ hr) _____ to _____

Total Time _____hour(s) **51** _____minute(s)

Case # **3:19-cv-01966-KAD** _____

Honorable Judge **Maria E. Garcia** _____

Deputy Clerk **Sarah Santos** _____

Counsel for Pla(s) **Alexander T. Taubes** _____

Counsel for Dft(s) **Weller, Noonan, Laurato  & Gooley** _____

Reporter/ECRO/Courtsmart **Courtsmart** _____

Interpreter_____ Language _____

Hearing held   ☐ in person   ☑ by video   ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ◼ Status Conference 51 | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

**A follow-up discovery status conference will be scheduled at a later date.**

Rev. 3/21/24