UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | APRIL 23, 2025 |

## JOINT STATUS REPORT AND MOTION FOR EXTENSION

The Parties respectfully wish to update the Court on recent case developments and to request an extension of the deadlines for (1) Responses to Plaintiff's Motion to Compel (ECF 294) and (2) Remaining Motions to Compel and Responses to Remaining Motions to Compel.

The Parties have met and conferred twice. They have discussed, among other things, depositions and outstanding discovery. They plan to meet again to continue these discussions.

Plaintiff's deposition is tentatively scheduled for May 23, 2025 and June 3, 2025. Those dates are contingent on the Parties agreeing to resolve discovery disputes regarding additional documents Defendants seek from Plaintiff. The main dispute concerns documents on plaintiff's privilege log. If the Parties cannot reach an agreement on those disputes Plaintiff's deposition will need to be scheduled for later dates to allow for adjudication by the Court of outstanding issues and the production of any documents ordered produced

The following Yale depositions are tentatively scheduled:

| Name | Date | Length | Remote/In person |
|---|---|---|---|
| Jasmina Besirevic-Regan | May 27, 2025 | 5-7 Hours | In Person |
| Ann Kuhlman | June 4, 2025[*] | 5-7 Hours | In Person |
| Paul Genecin | June 26, 2025 | 5-7 Hours | In Person |
| David Post | July 22, 23, or 24, 2025 | 5-7 Hours | In Person |
| Carole Goldberg | July 25 | 5-7 Hours | In Person |

---

[*] This deposition is tentative due to potential scheduling conflicts.

The Parties have partially discussed Plaintiff's Motion to Compel. They spent over two-and-a-half hours on April 22, 2025 meeting and conferring, largely on Plaintiff's individual Requests for Production. The Parties are not through all of the Requests for Production raised in Plaintiff's Motion to Compel. They believe that some disputes are irreconcilable, but they also believe that they have been and may be able to resolve certain disputes without Court intervention. They request a short extension for Defendants to respond to Plaintiff's Motion, from April 28, 2025 to May 7, 2025, in order to hopefully narrow the issues. This is the Parties' first request for an extension of this deadline. All Parties consent. The extension will not cause any delay: This deadline pertains to a response to a Motion to Compel and the proposed deadline is before the current deadline for responses to the remaining yet-to-be-filed Motions to Compel. (ECF 297.)

The Parties have also discussed Plaintiff's privilege log at the meet and confers held on April 18 and April 22, 2025. Plaintiff has agreed to produce a new privilege log removing certain entries from his privilege log and producing responsive documents related to the removed entries. Defendants will then review Plaintiff's updated privilege log. The Parties cannot yet say whether they will be able to resolve all disputes regarding Plaintiff's privilege log without Court intervention, but they expect the disputes will at least be narrowed as a result of the process just outlined. In order to allow that process to play out and hopefully narrow disputes related to the privilege log, the Parties request a short extension of the deadline to file Remaining Motions to Compel (from April 30, 2025 to May 7, 2025) and request a short extension of the deadline to file Responses to Remaining Motions to Compel (from May 21, 2025 to May 28, 2025). This is the Parties' first request for an extension of this deadline although prior deadlines related to the Remaining Motions to Compel have previously been extended. All Parties consent. The extension will not cause any delay as depositions (other than Jane's deposition) need not be completed under

the current Order until August 15, 2025.

The Parties respectfully request that the Court extend the deadlines for (1) Responses to Plaintiff's Motion to Compel (ECF 294) from April 28, 2025 to May 5, 2025 and (2) Remaining Motions to Compel and Responses to Remaining Motions to Compel from April 30, 2025 to May 5, 2025 and May 21, 2025 to May 28, 2025, respectively.

                            RESPECTFULLY SUBMITTED,

                            Plaintiff,
                            Saifullah Khan

By: /s/ *Alexander T. Taubes*
       Alexander T. Taubes
       Taubes Law
       470 James Street, Suite 007
       New Haven, CT 06513
       Phone: 203-9090048
       Email: alextt@gmail.com


                            Defendant,
                            Yale University

By: */s/ Giovanna Tiberii Weller*
       Patrick M. Noonan (ct00189)
       Giovanna Tiberii Weller (ct11187)
       Maria L. Laurato (ct31443)
       Carmody Torrance Sandak & Hennessy LLP
       195 Church Street
       P.O. Box 1950
       New Haven, CT 06509
       Phone: 203-777-5501
       Fax: 203-784-3199
       Email: pnoonan@carmodylaw.com
       Email: gweller@carmodylaw.com
       Email: mlaurato@carmodylaw.com

       Defendant,
       Jane Doe

     By: /s/ *Brendan N. Gooley*
       James M. Sconzo (ct04571)
       Brendan N. Gooley (ct30584)
       CARLTON FIELDS, P.A.
       One State Street, Suite 1800
       Hartford, CT 06103
       Tel.: 860-392-5000
       Fax: 860-392-5058
       Email: jsconzo@carltonfields.com
       Email: bgooley@carltonfields.com

## CERTIFICATION OF SERVICE

This is to certify that on this 23rd day of April 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

>        */s/ Brendan N. Gooley*
>         Brendan N. Gooley