**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **4/24/2025**

**Saifullah Khan**

Vs.

**Yale University, et al**

Start Time **10:03 am**    End Time **10:16 am**

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) **13** minute(s)

Case # **3:19-cv-01966-KAD**
Honorable Judge **Maria E. Garcia**
Deputy Clerk **Sarah Santos**
Counsel for Pla(s) **Alexander T. Taubes**
Counsel for Dft(s) **Noonan, Laurato & Gooley**
Reporter/ECRO/Courtsmart **Courtsmart**
Interpreter _____ Language _____
Hearing held ☐ in person ☑ by video ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ■ Motion/Oral Argument **3** | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ■ Status Conference **10** | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

■ Motion **for Extension (#304)** _____ filed by ☐ Pla ■ Dft ■ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

**Follow-up discovery status conference to be calendared.**

Rev. 3/21/24