UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Saifullah Khan,<br><br>      Plaintiff,<br>v.<br><br><br>Yale University, et al.,<br><br>      Defendants. | Civ. No. 3:19-cv–01966-KAD<br><br><br><br>May 6, 2025 |

## JOINT MOTION FOR EXTENSION OF TIME

The parties respectfully request that the Court extend (1) the deadline to file Motions to Compel on outstanding items (*see* ECF 305) from May 7, 2025, to May 12, 2025, and (2) the deadline to file a Joint Status Report from May 8, 2025, to May 13, 2025. Moreover, the parties seek to reschedule the follow-up Discovery Status Conference currently scheduled for May 9, 2025, until after these Motions to Compel have been filed. Good cause exists to extend the deadlines based on the following.

The parties have been meeting and conferring to address issues raised in Plaintiff's Motion to Compel, including Yale's objections to the 43 requests for production challenged therein, and issues Defendants have raised with respect to Plaintiff's privilege log. Yale intends to file a Motion to Compel regarding certain documents listed on Plaintiff's privilege log. Plaintiff's counsel was endeavoring to produce an updated privilege log by May 6, 2025, which may have addressed some of the issues Yale has raised. To that end, the parties scheduled a meet and confer for May 6, 2025 at 2:30 pm, at which they intended to conclude their discussion on Plaintiff's Motion to Compel and to address outstanding issues concerning Plaintiff's privilege log. Prior to the meet and confer, Plaintiff's counsel indicated that the updated privilege log

would not be finalized until later in the evening. The parties, therefore, were unable to meet and confer on these issues at 2:30. They did, however, conclude their discussion on the issues raised in Plaintiff's Motion to Compel.

To allow Defendants time to review Plaintiff's updated privilege log, the parties agreed to meet and confer at 10:30 am on Wednesday, May 7, 2025, to address any outstanding issues concerning Plaintiff's privilege log. They have also discussed setting aside additional time on Thursday, May 8, if needed, to conclude their discussions. In addition to the issues with Plaintiff's privilege log, Plaintiff's counsel recently raised issues with Yale's privilege log on which the parties need to meet and confer. Plaintiff also intends to file a Motion to Compel certain discovery from Jane Doe and has recently raised several issues on which the parties need to meet and confer.

Because these ongoing discussions will continue into, and likely past, the current May 7, 2025, deadline to file remaining Motions to Compel, the parties request that the deadline for the filing of these motions be extended until Monday, May 12, 2025. The parties also agree that, should the Court grant this Joint Motion, it makes sense to extend the deadline to file their Joint Status Report from May 8, 2025, to May 13, 2025, and to reschedule the follow-up discovery status conference scheduled for May 9, 2025, to another time as scheduled by the Court. All parties consent to the requested extensions.

This Motion was not filed sooner because the parties hoped to complete their discussions and comply with the current deadlines, but have recently determined that will, unfortunately, not be possible.

RESPECTFULLY SUBMITTED,

    Plaintiff,
    Saifullah Khan

By: /s/ *Alexander T. Taubes*
    Alexander T. Taubes
    Taubes Law
    470 James Street, Suite 007
    New Haven, CT 06513
    Phone: 203-9090048
    Email: alextt@gmail.com


    Defendant,
    Yale University

By: */s/ Giovanna Tiberii Weller*
    Patrick M. Noonan (ct00189)
    Giovanna Tiberii Weller (ct11187)
    Maria L. Laurato (ct31443)
    Carmody Torrance Sandak & Hennessy LLP
    195 Church Street
    P.O. Box 1950
    New Haven, CT 06509
    Phone: 203-777-5501
    Fax: 203-784-3199
    Email: pnoonan@carmodylaw.com
    Email: gweller@carmodylaw.com
    Email: mlaurato@carmodylaw.com


    Defendant,
    Jane Doe

By: /s/ *Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS, P.A.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
    Email: bgooley@carltonfields.com

**CERTIFICATION OF SERVICE**

  This is to certify that on this 6th day of May 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                 */s/ Giovanna Tiberii Weller*
                 Giovanna Tiberii Weller