UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN<br><br>PLAINTIFF<br><br>v.<br><br>YALE UNIVERSITY, ET AL.<br><br>DEFENDANT | DOCKET NO. 3:19-cv-01966(KAD)<br><br><br><br>May 7, 2025 |

## AFFIDAVIT OF MARIA L. LAURATO

Pursuant to 28 U.S.C. § 1746, I, Maria L. Laurato, declare as follows:

1.  I make this statement of my own personal knowledge.

2.  I am an attorney with the law firm of Carmody Torrance Sandak & Hennessey LLP, counsel to the defendant Yale University and the twelve individual Yale defendants in the above-captioned matter.

3.  Attached to Yale's Memorandum in Opposition to Plaintiff's Motion to Compel ("Opposition") as Exhibit A is a true and accurate copy of an email from Attorney Weller, dated February 8, 2024.

4.  Attached to Yale's Opposition as Exhibit B is a true and accurate copy of Yale's responses and objections to Plaintiff's 2020 Interrogatories and Requests for Production.

5.  Attached to Yale's Opposition as Exhibit C is a true and accurate copy of Yale's responses and objections to Plaintiff's 2024 Interrogatories and Requests for Production.

6.  Attached to Yale's Opposition as Exhibit D is a true and accurate copy of an email from Attorney Weller, dated July 10, 2024.

{N6066963}

7. Attached to Yale's Opposition as <u>Exhibit E</u> is a true and accurate copy of an email from Attorney Taubes, dated July 19, 2024.

8. <u>Exhibit F</u> to Yale's Opposition, filed under seal, is a true and accurate copy of an email from Attorney Taubes, dated July 22, 2024.

9. Attached to Yale's Opposition as <u>Exhibit G</u> is a true and accurate copy of an email exchange between Attorneys Taubes and Weller, spanning from July 10, 2024 through August 5, 2024.

10. <u>Exhibit H</u> to Yale's Opposition, filed under seal, is a true and accurate copy of an email from Attorney Taubes, dated August 6, 2024.

11. <u>Exhibit I</u> to Yale's Opposition, filed under seal, is a true and accurate copy of an email from Attorney Weller, dated August 16, 2024.

12. <u>Exhibit J</u> to Yale's Opposition, filed under seal, is a true and accurate copy of an email from Attorney Taubes, dated September 12, 2024.

13. Attached to Yale's Opposition as <u>Exhibit K</u> is a true and accurate copy of an email from Attorney Weller, dated October 16, 2024.

14. Attached to Yale's Opposition as <u>Exhibit L</u> is a true and accurate copy of an email from Attorney Taubes, dated October 16, 2024.

15. Attached to Yale's Opposition as <u>Exhibit M</u> is a true and accurate copy of an email from Attorney Weller, dated October 21, 2024.

16. Attached to Yale's Opposition as <u>Exhibit N</u> is a true and accurate copy of an email from Attorney Taubes, dated October 21, 2024.

17. Attached to Yale's Opposition as <u>Exhibit O</u> is a true and accurate copy of an email from Attorney Weller, dated October 23, 2024.

18. <u>Exhibit P</u> to Yale's Opposition, filed under seal, is a true and accurate copy of the agreed-upon ESI proposal with custodians, search terms, and date ranges.

19. Attached to Yale's Opposition as <u>Exhibit Q</u> is a true and accurate copy of the Declaration of Nina Cortiella, TransPerfect.

20. Attached to Yale's Opposition as <u>Exhibit R</u> is a true and accurate copy of the Declaration of Thomas Castiello, Yale's IT Security Engineer

21. Attached to Yale's Opposition as <u>Exhibit S</u> is a true and accurate copy of Yale's Supplemental Response to Plaintiff's 2020 Interrogatory 5(a), dated February 12, 2025.

22. On December 18, 2024, the Court ordered that Yale complete its ESI production by January 20, 2024, which deadline was subsequently extended by one day to January 21, 2024. (ECF 253 and 260). To meet the Court's deadline, I, along with two other attorneys and one paralegal from my law firm, worked diligently to review the records collected from the initial 16 custodians, make privilege determinations and redactions, and prepare rolling and final productions.

23. If the Court orders a review of an exponentially larger number of custodians across an expanded timeframe, counsel will need an adequate amount of time to conduct the review and analysis of the documents collected.

Maria L. Laurato

STATE OF CONNECTICUT )
                                )    ss: New Haven
COUNTY OF NEW HAVEN )

SUBSCRIBED AND SWORN TO before me this 7th day of May 2025.

*Karin A. Peterson*
Notary Public
My Commission Expires: 7/31/2027

{N6066963}      4