# EXHIBIT A

## Giovanna Tiberii Weller

| | |
|---|---|
| **From:** | Giovanna Tiberii Weller |
| **Sent:** | Thursday, February 8, 2024 10:55 AM |
| **To:** | Norm Pattis |
| **Cc:** | James M. Sconzo (jsconzo@carltonfields.com); Brendan Gooley (bgooley@carltonfields.com); Patrick M. Noonan |
| **Subject:** | Yale University's Interrogatories and Requests for Production to Plaintiff |
| **Attachments:** | 0022_001.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Norm,

As you know, I am working on this matter with Pat. I attach the written discovery Pat had served on the plaintiff in September 2020, before the case was stayed. It is updated to reflect today's date. Please let me know if you would like it in Word. Regards, Giovanna

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510
Direct: 203-575-2651 | Fax: 203-784-3199
GWeller@carmodylaw.com | www.carmodylaw.com
Preferred Pronouns: she, her, hers

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

1