# **EXHIBIT D**

# Maria L. Laurato

| | |
|---|---|
| **From:** | Giovanna Tiberii Weller |
| **Sent:** | Wednesday, July 10, 2024 5:30 PM |
| **To:** | Brendan Gooley (bgooley@carltonfields.com); Alex Taubes |
| **Cc:** | Mario Cerame; Patrick M. Noonan; James M. Sconzo (jsconzo@carltonfields.com) |
| **Subject:** | Yale/Kahn - Meet and Confer Notes |
| **Attachments:** | Yale-Kahn - Meet and Confer-Notes.docx |

All,

Thanks for a productive meet/confer meeting today. I attach a copy of the notes Jennifer has taken to memorialize our discussions. If you see anything that does not comport with your understanding of our discussions, please let me know as soon as possible. Happy to discuss further.

Once again, thanks for coming to our office in New Haven for a productive meeting.

Best, Giovanna

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510
Direct: 203-575-2651 | Fax: 203-784-3199
GWeller@carmodylaw.com | www.carmodylaw.com
Preferred Pronouns: she, her, hers

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

1

7/10/2024

Yale/Kahn - Meet and Confer Meeting Notes

Giovanna Weller
Alexander Taubes
Brendan Gooley
Jennifer Peschell

**Protective order:**

- We agreed to some things, but could not agree on what a final draft protective order should look like.
- Doe and Plaintiff will each prepare their own version of the draft protective order. Separate revisions:
    - Par. 4 - Alex agreed that before he submits his version of paragraph 4 he will change would to could " the disclosure of which the plaintiff "could" cause significant harm or prejudice to the designating party" .
    - Par. 9 - Yale agreed to delete clause "in light of plaintiff's misconduct in this case".
    - Par. 9 – Brendan to shorten from 15 days to 5 business days.
- Parties agreed to the language in Exhibit 1.
- Brendon will circulate draft joint memorandum on the protective order 7/11, noting that the parties met and conferred and what the parties were able to agree to.
- Alex noted: Parties can mark Docs "atty's eyes only" – under current protective order until Judge issues new protective order.
- Absent another extension of time, the proposed submission is due Friday, 7/12.

**Medical record/Authorizations:**



▮▮▮▮▮▮ – Alex to confirm location of practice and dates of visits (confirmation that he is with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

▮▮▮▮▮▮ – reference to appointment for ▮▮▮▮ - Alex will confirm that Khan saw this doctor and the dates of treatment.

▮▮▮▮▮▮▮▮ - Alex will confirm which office or offices ▮▮▮▮▮▮ at and the dates of treatment.

Yale - ▮▮▮▮▮▮▮▮▮▮ - if additional authorization is required, Alex agreed to provide new authorization.

**Parties agree that whatever records are received by one party will be circulated to all parties.**

**Discovery Issues Discussion ESI:**

- Agreed to try to reach common ground on ESI (custodians/dates/search terms). Alex will confer with Khan.

- By July 19 Alex to provide his ESI lists to both Yale and Jane Doe. Yale and Doe will review and counter by 8/2. Then parties will meet to discuss on 8/8 at 2:00 in the New Haven office of Carmody.
- Format of production - PDF searchable images and native files for excel, powerpoint, audio/video, etc.
- All parties reserve the all rights and nothing is waived if agreement cannot be reached on ESI.

**Giovanna followed up on outstanding discovery:**

Alex agreed to provide:

- Text messages with Khan. Will talk to client and produce what he can. To get a more comprehensive production, we have agreed to come up with search terms to be applied, if needed.
- Social Media: What's App, updated Twitter archive, Facebook, Instagram. Parties agree that this may not be the complete list.
- Criminal trial exhibits – Alex will reach out to Norm's office to obtain sharefile link to send to all parties.