# **EXHIBIT E**

**Maria L. Laurato**

| | |
|---|---|
| **From:** | Alex Taubes <alextt@gmail.com> |
| **Sent:** | Friday, July 19, 2024 2:38 PM |
| **To:** | Giovanna Tiberii Weller |
| **Cc:** | Brendan Gooley (bgooley@carltonfields.com); James M. Sconzo (jsconzo@carltonfields.com); Mario Cerame; Patrick M. Noonan |
| **Subject:** | [EXTERNAL] Re: Yale/Kahn - Meet and Confer Notes |

Dear Counsel,

I am writing to follow up on our meet and confer discussion from July 10, 2024 regarding the ESI protocol. Per our agreement, I was to provide Plaintiff Saifullah Khan's proposed ESI custodians, date ranges, and search terms to Yale and Jane Doe by today, July 19.

In reviewing the matter further with my client, I believe a few additional days would be beneficial to fully develop our ESI proposal. As such, I respectfully request your consent to extend the deadline for Plaintiff to provide his ESI lists from July 19 to Monday, July 22. This brief extension will allow us to thoughtfully consider the relevant custodians, date ranges, and search terms.

If you are amenable to this adjustment, I propose a corresponding extension for Yale and Jane Doe to provide their response, moving that date from August 2 to August 5. We would still plan to meet and confer to discuss any areas of disagreement on August 8 at 2:00pm at the Carmody office in New Haven, as previously scheduled.

Please let me know if you consent to this slight modification of the ESI exchange deadlines. I appreciate your anticipated courtesy and cooperation as we work to find a mutually agreeable approach to ESI discovery in this matter.

Best regards,

Attorney Alexander Taubes

On Wed, Jul 10, 2024 at 5:30 PM Giovanna Tiberii Weller <GWeller@carmodylaw.com> wrote:

All,

Thanks for a productive meet/confer meeting today. I attach a copy of the notes Jennifer has taken to memorialize our discussions. If you see anything that does not comport with your understanding of our discussions, please let me know as soon as possible. Happy to discuss further.

Once again, thanks for coming to our office in New Haven for a productive meeting.

Best, Giovanna

1

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510
Direct: 203-575-2651 | Fax: 203-784-3199
GWeller@carmodylaw.com | www.carmodylaw.com
Preferred Pronouns: she, her, hers

---------------------------------
This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com
---------------------------------

--
**Alexander T. Taubes**
**470 James Street, Suite 007**
**New Haven, CT 06513**
**(203) 909-0048 » alextt@gmail.com » taubeslaw.com**
*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*