# EXHIBIT L

## Maria L. Laurato

| | |
|---|---|
| **From:** | Alex Taubes <alextt@gmail.com> |
| **Sent:** | Wednesday, October 16, 2024 3:58 PM |
| **To:** | Giovanna Tiberii Weller |
| **Cc:** | Brendan Gooley (bgooley@carltonfields.com); Jennifer R. Peschell |
| **Subject:** | Re: [EXTERNAL] Summary/notes of our last meeting |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thanks Giovanna. We agree to the parameters of the ESI you have provided, on the condition that we agree to a post-production schedule that still enables us to make follow-up requests and provides sufficient time for both sides to take depositions.

Best regards,
Attorney Alex Taubes

On Wed, Oct 16, 2024 at 3:54 PM Giovanna Tiberii Weller <GWeller@carmodylaw.com> wrote:

Hi and thanks! The vacation was terrific.

I did speak with Pat. He wants to know whether we have an agreement on the ESI before committing to any requested post-production schedule change. I think you were good with our offer but wanted to speak with Khan.

Best, Giovanna

**From:** Alex Taubes <alextt@gmail.com>
**Sent:** Wednesday, October 16, 2024 3:33 PM
**To:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Cc:** Brendan Gooley (bgooley@carltonfields.com) <BGooley@carltonfields.com>; Jennifer R. Peschell <JPeschell@carmodylaw.com>
**Subject:** Re: [EXTERNAL] Summary/notes of our last meeting

Thanks Giovanna. I figured that, and held off on contacting you because I knew you had a vacation. I hope your vacation went well. Have you spoken with Pat regarding a post-production schedule so we can go forward with exchanging ESI?

Best regards,

Attorney Alex Taubes

1