# EXHIBIT M

## Maria L. Laurato

**From:** Giovanna Tiberii Weller
**Sent:** Monday, October 21, 2024 5:42 PM
**To:** Alex Taubes
**Cc:** Brendan Gooley (bgooley@carltonfields.com); Jennifer R. Peschell; Patrick M. Noonan
**Subject:** RE: [EXTERNAL] Summary/notes of our last meeting

Hi Alex,

Thank you for your note. I cannot agree to tying the plaintiff's acceptance of the ESI proposal to the condition that we agree to request a post-production schedule. At a minimum, I believe such a request is premature because the close of discovery is presently in April 2025.

Please confirm whether you there is anything in the summary/notes of our meet and confer to which you do not agree so that we may proceed accordingly.

Best, Giovanna

**From:** Alex Taubes <alextt@gmail.com>
**Sent:** Monday, October 21, 2024 4:23 PM
**To:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Cc:** Brendan Gooley (bgooley@carltonfields.com) <BGooley@carltonfields.com>; Jennifer R. Peschell <JPeschell@carmodylaw.com>
**Subject:** Re: [EXTERNAL] Summary/notes of our last meeting

Dear Giovanna,

I'm respectfully requesting an update on this. Thanks,

Attorney Alex Taubes

On Wed, Oct 16, 2024 at 3:57 PM Alex Taubes <alextt@gmail.com> wrote:

Thanks Giovanna. We agree to the parameters of the ESI you have provided, on the condition that we agree to a post-production schedule that still enables us to make follow-up requests and provides sufficient time for both sides to take depositions.

Best regards,
Attorney Alex Taubes

On Wed, Oct 16, 2024 at 3:54 PM Giovanna Tiberii Weller <GWeller@carmodylaw.com> wrote:

Hi and thanks! The vacation was terrific.

I did speak with Pat. He wants to know whether we have an agreement on the ESI before committing to any requested post-production schedule change. I think you were good with our offer but wanted to speak with Khan.

1