# **EXHIBIT N**

## Giovanna Tiberii Weller

| | |
|---|---|
| **From:** | Alex Taubes <alextt@gmail.com> |
| **Sent:** | Monday, October 21, 2024 5:48 PM |
| **To:** | Giovanna Tiberii Weller |
| **Cc:** | Brendan Gooley (bgooley@carltonfields.com); Jennifer R. Peschell; Patrick M. Noonan |
| **Subject:** | Re: [EXTERNAL] Summary/notes of our last meeting |
| **Attachments:** | Yale-Khan - 9.25.24 Meet and Confer notes (N6022005) att eds.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Giovanna,

That is very different than what you said during our last meet and confer. In fact, I found much of your notes to be inaccurate. We did not agree to any more follow-up requests from Yale and Doe when Doe has produced 0 documents and Yale has produced less than 1,000 pages. I have attempted to add in some details into the attached, but given that you failed to circulate the meeting notes in a timely manner, it is nearly impossible to reconstruct what we discussed at this point. I reserve the right to check my handwritten notes for more corrections of your summary. I have held off on this point at expressing my disappointment in the untimely nature of your communications in the hopes that we would reach an agreement that you personally assured me in person would be feasible. Now that you have reneged on that, I am afraid that we need to pivot toward court filings. Please advise on when Yale will produce ESI as it is long overdue. If you are standing on your objections of timeliness or whatever other objections you have reserved, please advise immediately so we can seek court intervention for the failures under Rule 26. We will be seeking fees under Rule 37.

Best regards,
Attorney Alex Taubes

On Mon, Oct 21, 2024 at 5:42 PM Giovanna Tiberii Weller <GWeller@carmodylaw.com> wrote:

Hi Alex,

Thank you for your note. I cannot agree to tying the plaintiff's acceptance of the ESI proposal to the condition that we agree to request a post-production schedule. At a minimum, I believe such a request is premature because the close of discovery is presently in April 2025.

Please confirm whether you there is anything in the summary/notes of our meet and confer to which you do not agree so that we may proceed accordingly.

1

Best, Giovanna

---

**From:** Alex Taubes <alextt@gmail.com>
**Sent:** Monday, October 21, 2024 4:23 PM
**To:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Cc:** Brendan Gooley (bgooley@carltonfields.com) <BGooley@carltonfields.com>; Jennifer R. Peschell <JPeschell@carmodylaw.com>
**Subject:** Re: [EXTERNAL] Summary/notes of our last meeting

Dear Giovanna,

I'm respectfully requesting an update on this. Thanks,

Attorney Alex Taubes

On Wed, Oct 16, 2024 at 3:57 PM Alex Taubes <alextt@gmail.com> wrote:

> Thanks Giovanna. We agree to the parameters of the ESI you have provided, on the condition that we agree to a post-production schedule that still enables us to make follow-up requests and provides sufficient time for both sides to take depositions.
>
> Best regards,
>
> Attorney Alex Taubes
>
> On Wed, Oct 16, 2024 at 3:54 PM Giovanna Tiberii Weller <GWeller@carmodylaw.com> wrote:
>
>> Hi and thanks! The vacation was terrific.
>>
>> I did speak with Pat. He wants to know whether we have an agreement on the ESI before committing to any requested post-production schedule change. I think you were good with our offer but wanted to speak with Khan.

2

Best, Giovanna

**From:** Alex Taubes <alextt@gmail.com>
**Sent:** Wednesday, October 16, 2024 3:33 PM
**To:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Cc:** Brendan Gooley (bgooley@carltonfields.com) <BGooley@carltonfields.com>; Jennifer R. Peschell <JPeschell@carmodylaw.com>
**Subject:** Re: [EXTERNAL] Summary/notes of our last meeting

Thanks Giovanna. I figured that, and held off on contacting you because I knew you had a vacation. I hope your vacation went well. Have you spoken with Pat regarding a post-production schedule so we can go forward with exchanging ESI?

Best regards,

Attorney Alex Taubes

On Wed, Oct 16, 2024 at 3:31 PM Giovanna Tiberii Weller <GWeller@carmodylaw.com> wrote:

Hi Alex,

I had hoped to send my notes of our 9/25 meet and confer before I left for vacation but was unable to do so. I returned to the office yesterday and reviewed my notes. You will also see that I added a couple of updates (in red). Please let me know if the summary/notes comport with your understanding of our discussion. If they do, I ask that you provide the agreed-upon information as soon as possible and I will do the same.

Best, Giovanna

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510
Direct: 203-575-2651 | Fax: 203-784-3199

3

GWeller@carmodylaw.com | www.carmodylaw.com
Pronouns: she, her, hers

**From:** Alex Taubes <alextt@gmail.com>
**Sent:** Monday, October 14, 2024 3:52 PM
**To:** Brendan Gooley (bgooley@carltonfields.com) <bgooley@carltonfields.com>; Giovanna Tiberii Weller <GWeller@carmodylaw.com>; Jennifer R. Peschell <JPeschell@carmodylaw.com>
**Subject:** [EXTERNAL] Summary/notes of our last meeting

Hi Brendan and Giovanna,

Unless I missed it, I haven't seen a summary/notes from our last meeting. If you have, can you please send them around?

Best regards,

Attorney Alex Taubes

--

**Alexander T. Taubes**

**470 James Street, Suite 007**

**New Haven, CT 06513**

**(203) 909-0048** » **alextt@gmail.com** » **taubeslaw.com**

*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

----------------------------

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

----------------------------

--

4

Alexander T. Taubes

470 James Street, Suite 007

New Haven, CT 06513

(203) 909-0048 » alextt@gmail.com » taubeslaw.com

*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

--

Alexander T. Taubes

470 James Street, Suite 007

New Haven, CT 06513

(203) 909-0048 » alextt@gmail.com » taubeslaw.com

*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

--

Alexander T. Taubes

470 James Street, Suite 007

New Haven, CT 06513

(203) 909-0048 » alextt@gmail.com » taubeslaw.com

*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

--
Alexander T. Taubes
470 James Street, Suite 007
New Haven, CT 06513
(203) 909-0048 » alextt@gmail.com » taubeslaw.com
*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*