# **EXHIBIT O**

# Maria L. Laurato

| | |
|---|---|
| **From:** | Giovanna Tiberii Weller |
| **Sent:** | Wednesday, October 23, 2024 9:53 AM |
| **To:** | Alex Taubes |
| **Cc:** | Giovanna Tiberii Weller; Patrick M. Noonan; Brendan Gooley; Jennifer R. Peschell |
| **Subject:** | Yale/ Khan: ESI |

Good morning, Alex. I write concerning ESI.

Preliminarily, I note that this email is not part of Monday's email string. This is because my intent is to provide information and advise you of Yale's intended next steps, and not to engage in a debate with you. Please do not take the lack of a direct response to those emails as any agreement; I do not agree with your assessment of our meet and confer discussions. I do note only that you appear to have rescinded your preliminary agreement to Yale's ESI counterproposal because we will not tie the proposal to any request to extend the scheduling order at this time. That is, of course, your choice.

Nonetheless, I am now able to advise you of our anticipated time frame for ESI production. We are working on the collection of data and aim for production by mid-January 2025. If we are unable to meet this timeframe, we will notify you. If we are unable to meet this timeframe, we are willing to engage in discussions about a mutual request to extend post-production deadlines of the scheduling order.

Finally, so that there is no ambiguity, please note that we are proceeding with the ESI search as follows:

- Collection of data from the 16 custodians, as discussed at the September 25 meet and confer,
- Use of the search term, "Khan" and its variations articulated in my email to you on August 16, 2024, and
- Use of timeframes provided in my email to you on August 16, 2024

Thank you. Best, Giovanna

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510
Direct: 203-575-2651 | Fax: 203-784-3199
GWeller@carmodylaw.com | www.carmodylaw.com
Pronouns: she, her, hers

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

1