**EXHIBIT Q**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAIFULLAH KHAN | : |
|               PLAINTIFF | :    DOCKET NO. 3:19-cv-01966(KAD) |
| v. | : |
| YALE UNIVERSITY, ET AL. | :    May 7, 2025 |
|               DEFENDANT | : |

## **DECLARATION OF NINA Y. CORTIELLA**

Pursuant to 28 U.S.C. § 1746, I, Nina Y. Cortiella, declare as follows:

1. I make this statement of my own personal knowledge.

2. I am an eDiscovery Senior Project Manager at TransPerfect Legal.

3. On or about October 30, 2024, TransPerfect was engaged to provide e-discovery services for the above-referenced matter.

4. In December of 2024, TransPerfect worked with Yale IT and others to process data for 16 custodians.

5. The total volume of data for the 16 custodians, before we applied search terms, amounted to 916 GB, representing 3,073,035 total records.

6. This data took approximately six days to process due to delays in transfer method, collection format, and the pre-processing analysis of the raw data in order to capture all parent-family relationships.

7. To date, TransPerfect has invoiced Yale for its electronic data-housing services and related production and support costs in the total amount of $65,957.98.

8. TransPerfect learned that the plaintiff in this matter is now seeking an order directing that Yale conduct a search into the records of 67 additional custodians over an approximate 13-year period. Yale informed TransPerfect that the estimated size of data for this search amounts to approximately 23 TB.

9. Using the processing speeds from the original 916 GBs as a baseline, and barring any additional technical delays, it will take TransPerfect up to 153 days to process the data and perform pre-processing and post-processing steps. Depending on the volume, loading and indexing the data for review could take up to 3-4 days. Additionally, post-load and pre-review steps may add another 1-2 days before delivery to the case team.

10. The charges associated with this processing alone, based on these estimates, would amount to approximately $345,000.00.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of May, 2025, in Washington, District of Columbia.

_____
Nina Y. Cortiella