# EXHIBIT R

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | DOCKET NO. 3:19-cv-01966(KAD) |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY, ET AL. | : | May 6, 2025 |
| DEFENDANT | : | |

**DECLARATION OF THOMAS CASTIELLO**

Pursuant to 28 U.S.C. § 1746, I, Thomas Castiello, declare as follows:

1.     I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by Yale University.

2.     I am an Information Security Engineer at Yale University.

3.     By November of 2024, at the direction of Yale's attorneys, I had searched for and collected data from 16 custodians for use in this matter.

4.     To assist in this process, Yale's outside counsel provided me a list of the 16 custodians whose accounts were to be searched and the timeframes to be applied to the search of each of those custodians' files.

5.     The data I collected included both M365 and Google exports.

6.     Around this same time, I learned that Yale's e-discovery vendor, TransPerfect, had issues working with the exports I had collected. Based on the vendor's needs, it was determined that I would need to re-run the exports.

{N6066339}

7.    I was informed that the vendor's technology could not support, and that the vendor could not process, data for multiple custodians included in a single file. I would, therefore, need to run an individual export for each custodian.

8.    Running individual exports requires additional work and generally takes a longer time than collections that are grouped together.

9.    Multiple tasks were required to prepare the data in a format compatible with TransPerfect's technology. First, I had to create individual collections for each of the custodians. I then had to apply date filters to each collection. Next, I had to export the completed collections from Yale's eDiscovery tools. I then created checksums for each collection so that TransPerfect could ensure the files it received were identical to what Yale's eDiscovery tools produced and that errors were not introduced as part of the transfer. The last step was to upload each of the 16 collections to TransPerfect.

10.    It took approximately 16 hours over the course of three (3) days to complete these tasks for the 16 custodians. This was in addition to the multiple days it took Yale's eDiscovery tools to process and export the collections.

11.    The data collected for the 16 custodians over the relevant timeframes, which generally covered a two-year period from September 1, 2015 to September 1, 2016, and September 1, 2018 to September 1, 2019, totaled 916 GB.

12.    In April of 2025, I was informed that the plaintiff in this case was requesting that Yale conduct an additional search into the records of 67 additional custodians. Upon information and belief, one of the custodians the plaintiff requested was not a Yale employee nor a student, and therefore was not under the control or custody of Yale.

13.     For dates, I was told that the requested search would span the period of 2012 to the present.

14.     To estimate the amount of data this search would likely return, I used the data points from the initial search of 16 custodians and extrapolated that data across the files of 66 additional custodians (to account for the requested custodian not under Yale's custody or control) for the expanded timeframe.

15.     Sixty-six custodians represent more than a four-fold increase in the number of files to be searched as compared to the initial search of 16, and the period from 2012 to the present represents a six-fold increase in the time period to be searched across as compared to the initial two-year search. Using the 916 GB of data that was collected for the initial search as a starting point, it can be reasonably estimated that a search for and collection of data from 66 additional custodians across an approximate 13-year period would return nearly 23 terabytes (TB) of data.

16.     One TB of data is equivalent to approximately 6.5 million document pages.

17.     The collection of 23 TB of data is estimated to take upwards of approximately 150 hours. Because I would need to perform this work while handling my other day-to-day responsibilities, I would reasonably estimate the process to take approximately 10 weeks.

18.     There are many outside factors that could also delay the collection time and require the exports to be rerun. For example, a recent project I worked on was delayed by 4 days because Microsoft experienced a global outage to its eDiscovery platform.

19.     I declare under penalty of perjury that the foregoing is true and correct.

{N6066339}                                         3

Executed this 6th day of May, 2025, in New Haven, Connecticut.

Thomas Castiello