# EXHIBIT S

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Saifullah Khan,<br><br>        Plaintiff,<br>v.<br><br>Yale University, et al.,<br><br>        Defendants. | Civ. No. 3:19-cv–01966-KAD<br><br><br><br>February 12, 2025 |

## YALE UNIVERSITY'S SUPPLEMENTAL RESPONSE TO INTERROGATORY 5(a)

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, and this Court's Order (ECF 257), Yale University hereby supplements its responses to Interrogatory 5(a), subject to and without waiving its objections, as follows:

    5. (a) Describe all methods and procedures by which members of the Yale UWC are "trained" to perform the services their membership requires, specifically listing the course work, if any, the identity and credentials of those providing the training for the years 2011-2016, the hours of training involved and the methods by which the success of the training are measured; and (b) Provide the identities and credentials of those suggesting "other topics" from "experts from within and outside the University," as referenced in Sec. 2.4 of the UWC Procedures, and a list of such other topics as implemented in training by the UWC between 2011 and 2016.

**OBJECTION: 5(a) The defendant objects to this Interrogatory because it is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Since the plaintiff has not asserted any allegations regarding the training received by the UWC members addressing Ms. Doe's complaint of sexual misconduct against the plaintiff, the requested information is not "relevant to any party's claim or defense," nor is it "proportional to the needs of the case" when considering the "importance of the discovery in resolving the issues" in this action. See FRCP 26(b)(1). Moreover, the UWC has approximately 45 members and members leave and join the UWC each year. For this reason, the identities of the trainers and materials used by those trainers also change from time to time. Complying with this Interrogatory would entail searching each trainer's computer, documents, emails and text messages for information related to training of UWC members over a six-year period. Engaging in that search will be extremely time consuming**

{N6047391}

1

and expensive, but it will not produce any evidence that is relevant or admissible, nor would it lead to the discovery of relevant evidence. It would be more efficient to pose this question at the depositions of the members of the UWC Panel that considered the complaint brought against the plaintiff.

ORIGINAL RESPONSE: Without waiving said objection, the University states the following: At the beginning of each academic year, UWC members receive training regarding the requirements of Title IX, Yale's procedures, and subjects required by the State of Connecticut in a two-day session lasting about 10 hours. Trainers include UWC staff members, Title IX Office staff members, Yale attorneys, and outside experts. The training is conducted in person with handouts, PowerPoint slides, and oral presentations. Persons unable to attend the training can view recordings of the session.

SUPPLEMENTAL RESPONSE:

Without waiving its Objection, and as narrowed by the agreement of the parties at a meet and confer conference, which was held on January 10, 2025, to provide additional information on the training provided by the UWC in 2018, Yale supplements its response as follows:

The UWC conducted in-person training on Friday, September 21, 2018, from 8:00 am to 12:45 pm, and on Friday, October 5, 2018, from 8:00 am to 1:30 pm at the Greenberg Conference Center. The topics addressed and discussed on September 21, 2018, were:

- *Welcome / UWC and Title IX Framework*, presented by Mark Solomon, Professor of Molecular Biophysics and Biochemistry and UWC Chair, and Stephanie Spangler, Deputy Provost and University Title IX Coordinator;
- *Sexual Harassment: Dynamics and Response Strategies*, presented by Melanie Boyd, Assistant Dean of Student Affairs, Yale College, and Stephanie Spangler, Deputy Provost and University Title IX Coordinator;
- *Relationship between Alcohol and Sexual Assault: A Research Overview*, presented by Melanie Boyd, Assistant Dean of Student Affairs, Yale College;
- *Sexual Harassment: Dynamics and Response Strategies*, presented by Melanie Boyd, Assistant Dean of Student Affairs, Yale College;
- *Clery Act Compliance,* presented by Caroline Hendel, Senior Associate General Counsel, Office of the General Counsel, and Lisa Skelly-Byrnes, Director of Compliance and Strategic Initiatives, Yale Police Department; and,
- *Interpreting Social Media Exchanges,* presented by Katrina Garry, Student Affairs Fellow, and Yonas Takele, Student Affairs Fellow.

The topics addressed and discussed on October 5, 2018, were:

- *Recognizing and Responding to Intimate Partner Violence and Stalking on Campus*, presented by Tami Sullivan, Associate Professor of Psychiatry & Director of Family Violence Research and Programs;

{N6047391}

- *Effective and Sensitive Approaches to Interviewing Complainants, Respondents and Witnesses: A Practice Exercise*, presented by Ksenia Sidorenko, Title IX Coordinator, Yale College;
- *Title IX: A Historical Perspective*, presented by Rora Brodwin, YC '18;
- *Active Listening in Your Roles as Title IX Coordinator, UWC Members and Fact-Finders*, presented by Sharon Kugler, University Chaplin.

THE DEFENDANT,
YALE UNIVERSITY

By: _____
Giovanna Tiberii Weller (ct11187)
Patrick M. Noonan (ct00189)
Maria L. Laurato (ct 31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: gweller@carmodylaw.com
Email: pnoonan@carmodylaw.com
Email: mlaurato@carmodylaw.com

{N6047391}

3

## CERTIFICATION OF SERVICE

This is to certify that on February 12, 2025, the foregoing was served by e-mail and/or regular mail, on all counsel of record, as follows:

Alexander T. Taubes
470 James Street, Suite 007
New Haven, CT 06513
alextt@gmail.com

Mario Cerame
Brignole, Bush & Lewis LLC
73 Wadsworth Street
Hartford, CT 06106
mario@brignole.com

James M. Sconzo, Esq.
Brendan N. Gooley, Esq.
Carlton Fields, P.A.
One State Street, Suite 1800
Hartford, CT 06103
jsconzo@carltonfields.com
bgooley@carltonfields.com

/s/ Maria L. Laurato
Maria L. Laurato

{N6047391}

4

## OATH PAGE

I, <u>Nancy Myers, Director, Office of the University-Wide Committee on Sexual Misconduct</u>, hereby certify that I have reviewed the above supplemental interrogatory response and believe that it is true and accurate to the best of my knowledge and belief.

_____
Nancy Myers

Subscribed and sworn to before me this 10th day of February, 2025.

_____
Maria L. Laurato
*Commissioner of the Superior Court*

{N6047395}