UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | MAY 16, 2025 |

**JOINT STATUS REPORT**

The Parties respectfully wish to update the Court on recent case developments.

The Parties continue to attempt to work through discovery disputes and recently met and conf250erred on several such outstanding disputes and filed Motions on issues they could not resolve.

Plaintiff's Motion to Compel as to claims concerning ESI and other discovery from Yale is fully briefed.  (ECF 294, 311, 313, 314, 326.)

Defendants have filed Motions to Compel the entries on Plaintiff's privilege log related to Peter Roe.  (ECF 322, 324, 325.)

Plaintiff has filed a Motion to Compel certain entries on Yale's privilege log.  (ECF 327.)

Eight of the nine depositions of Yale witnesses have now been scheduled as follows:

| Name | Date | Length | Remote/In person |
|---|---|---|---|
| Jasmina Besirevic-Regan | August 14, 2025 | 5-7 Hours | In Person |
| Ann Kuhlman | June 4, 2025 | 5-7 Hours | In Person |
| Peter Salovey | June 6, 2025 | 5-7 Hours | In Person |
| Sarah Demers | June 24, 2025 | 5-7 Hours | In Person |
| Paul Genecin | June 26, 2025 | 5-7 Hours | In Person |
| David Post | July 24, 2025 | 5-7 Hours | In Person |
| Carole Goldberg | July 25, 2025 (tentative) | 5-7 Hours | In Person |
| Joe Gordon | August 13, 2025 | 5-7 Hours | In Person |

Yale scheduled Plaintiff's deposition for May 23, 2025, and June 3, 2025, but has marked off the deposition.  The Parties are discussing proposed dates in July for Plaintiff's deposition.

{N6069128}                                  139770333.1

RESPECTFULLY SUBMITTED,

Plaintiff,
Saifullah Khan

By: /s/ *Alexander T. Taubes*
Alexander T. Taubes
Taubes Law
470 James Street, Suite 007
New Haven, CT 06513
Phone: 203-9090048
Email: alextt@gmail.com

Defendant,
Yale University

By: */s/ Giovanna Tiberii Weller*
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

        Defendant,
        Jane Doe

By: /s/ *Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS, P.A.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
    Email: bgooley@carltonfields.com