# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **5/19/2025**

**Saifullah Khan**

Vs.

**Yale University et al**

Start Time: **2:03 p.m.**   End Time: **2:22 p.m.**

Recess (if more than ½ hr) _____ to _____

Total Time ____ hour(s) **19** minute(s)

Case #: **3:19-cv-01966 (KAD)**
Honorable Judge: **Maria E. Garcia**
Deputy Clerk: **Sarah Santos**
Counsel for Pla(s): **Alexander T. Taubes**
Counsel for Dft(s): **Noonan, Laurato, Weller & Gooley**
Reporter/ECRO/Courtsmart: **Courtsmart**
Interpreter: _____ Language: _____
Hearing held: ☐ in person  ☑ by video  ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☑ Status Conference **19** | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Rev. 3/21/24