UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | MAY 21, 2025 |

## JANE DOE'S MOTION TO COMPEL
## COMPLETE AND UNDERSTANDABLE MESSAGES

Defendant Jane Doe ("Jane") respectfully moves to compel, in an understandable, complete, and readable format, certain messages Plaintiff has made related to this case. As set forth in detail in the accompanying Memorandum of Law, Plaintiff has produced certain electronic messages in a manner that establishes that there are other relevant messages that were not produced and/or in a manner that prevents Defendants' review of the messages. The Court should grant this Motion and Order that Plaintiff review message strings that are within the agreed upon search parameters (*i.e.*, that have a responsive search term) for twenty-four hours before and twenty-four hours after each responsive term and produce all relevant communications in that range.

                                                                         Defendant,
                                                                         Jane Doe

By: /s/ *Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT 06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
Email: bgooley@carltonfields.com

## CERTIFICATION OF SERVICE

This is to certify that on this 21st day of May 2025, a copy of the foregoing was filed electronically and served on all counsel of record via the Court's electronic filing system.

>          */s/ Brendan N. Gooley*
>          Brendan N. Gooley