UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, <br> Plaintiff, | : <br> : <br> : | CIVIL ACTION NO. <br> 3:19-cv-01966-KAD |
| V. | : <br> : | |
| YALE UNIVERSITY, ET AL., <br> Defendants. | : <br> : | MAY 21, 2025 |

## DECLARATION OF BRENDAN GOOLEY

Pursuant to 28 U.S.C. § 1746, I, Brendan Gooley, say:

1. I am over the age of twenty-one and believe in and understand the obligations of an oath.

2. I am an attorney at Carlton Fields P.A.P.C., which represents Defendant Jane Doe.

3. I have personal knowledge of the facts set forth below.

4. The Parties have discussed at meet and confers issues with Plaintiff's production of messages, including issues associated with the manner in which the messages were produced, in a good faith effort to resolve this issue.

5. The Parties have not been able to reach an agreement on how to proceed with this issue – the principal dispute between the Parties seems to concern who will pay for processing the messages in a way that renders them complete and understandable.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2025

_____
Brendan Gooley