UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | June 9, 2025 |

**AFFIDAVIT CERTIFYING COMPLIANCE WITH LOCAL RULE 37**

I, Alexander T. Taubes, counsel for the Plaintiff in this action, hereby do state under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I have conferred with counsel for Jane Doe in good faith to resolve by agreement the issues raised by the motion to compel filed today, June 9, 2025, without the intervention of the Court. Our last meet and confer, which covered the issues in this motion, was held on Friday, June 6, by email, with an additional email exchange today, on June 9.

2. Despite our efforts, we have been unable to reach such an agreement, except that Jane Doe has agreed to supplement her responses to two of the Plaintiff's interrogatories.

3. All other issues in the motion remain unresolved.

/s/Alexander T. Taubes
Alexander T. Taubes
ct30100

Dated this June 9, 2025, at New Haven, Connecticut.