Message

**From:** Jane Doe [@gmail.com]
**Sent:** 11/4/2018 3:57:01 PM
**To:** keni.sabath@gmail.com
**Subject:** Fact Finder's Report
**Attachments:** Fact-Finders Report.pdf; Fact-Finders Report.pdf

**CONFIDENTIAL**    **JANE360**