there is now some issue about that; the complainant stated that she is not comfortable committing to the interview. I will let you know when I have a clear picture with respect to the interview.

In the meantime, please do let me know if the complainant may bring along a friend, in a addition to her advisor, to the interview. Again, my understanding is that the advisor will attend via Skype.

Best,
Sarah

Sarah E. Worley, Esquire
**Sarah E. Worley Conflict Resolution, P.C**
50 Milk Street, 16th Floor, Boston, MA, 02109
P: 617-419-1900/f: 508-230-5310
sarah@worleyconflictresolution.com
Click my logo to download my contact information

On Jun 29, 2018, at 9:04 PM, Sarah Worley <sarah@worleyconflictresolution.com> wrote:

Dear Anita,

It has been a process to try and arrange an interview with the complainant in this matter. As of this evening, she and I are meeting in Fall River, Massachusetts on July 11, 2018 at 2pm and her advisor is joining us by Skype.

Her advisor asked if the complainant could have a friend attend the interview with her as a support. I wanted to check with you to ascertain as to whether this is acceptable under the UWC procedures. The interview will be conducted by me in person.

Best,
Sarah

Sarah E. Worley, Esquire
**Sarah E. Worley Conflict Resolution, P.C**
50 Milk Street, 16th Floor, Boston, MA, 02109
P: 617-419-1900/f: 508-230-5310
sarah@worleyconflictresolution.com
Click my logo to download my contact information

3

"CONFIDENTIAL" SUBJECT TO PROTECTIVE ORDER

YALE-008000