Jane Doe's Attorney-Client and Work Product Privileged Communications

| Log Number | Type Of Document | General Subject Matter | Privilege Reason | Date | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|
| 1 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 4/22/2016 - 4/27/2016 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 2 | Email Chain | Email chain between Jane and her counsel providing and seeking legal advice. | Attorney Client Communication; Attorney Work Product | 3/28/2016 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 3 | Email Chain | Email chain between Jane and her counsel providing Jane with information about case. | Attorney Client Communication; Attorney Work Product | 3/3/2016 - 3/4/2016 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 4 | Email Chain | Email chain between Jane and her counsel providing and seeking legal advice. | Attorney Client Communication; Attorney Work Product | 12/31/2015 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 5 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 12/4/2015 - 12/28/2015 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 6 | Email Chain | Email chain between Jane and her counsel seeking legal advice. | Attorney Client Communication | 12/4/2015 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 7 | Email Chain | Email chain between Jane and her counsel seeking legal advice. | Attorney Client Communication | 8/2/2018 - 11/4/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 8 | Email Chain | Email chain with counsel conveying documents necessary to providing legal advice. | Attorney Client Communication | 10/29/2018 - 10/30/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 9 | Email Chain | Email chain between Jane and her counsel seeking legal advice. | Attorney Client Communication | 10/12/2018 - 10/15/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |

| Log Number | Type Of Document | General Subject Matter | Privilege Reason | Date | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|
| 10 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 12/5/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 11 | Email Chain | Email chain between Jane and her counsel seeking legal advice. | Attorney Client Communication | 6/11/2018 - 6/25/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 12 | Email | Email forwarding documents necessary to providing legal advice. | Attorney Client Communication | 6/29/2018 | Jane Doe | Maura Crossin, Esq. |
| 13 | Email | Email from Victim Rights Center forwarding documents. | Attorney Client Communication; Attorney Work Product | 4/5/2018 | Victim Rights Center | Jane Doe |
| 14 | Email | Email forwarding documents necessary to providing legal advice. | Attorney Client Communication | 6/26/2018 | Maura Crossin, Esq. | Jane Doe |
| 15 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 3/16/2018 - 3/20/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 16 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 3/12/2018 - 3/14/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 17 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 5/22/2018 - 7/9/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 18 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 5/22/2018 - 6/29/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |

Jane Doe's Attorney-Client and Work Product Privileged Communications

| Log Number | Type Of Document | General Subject Matter | Privilege Reason | Date | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|
| 19 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 5/22/2018 - 6/29/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 20 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 5/22/2018 - 6/27/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 21 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 5/22/2018 - 6/26/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 22 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 5/22/2018 - 6/26/2018 | Maura Crossin, Esq.; Jane Doe | Jane Doe; Maura Crossin, Esq. |
| 23 | Email | Email forwarding documents necessary to providing legal advice. | Attorney Client Communication; Attorney Work Product | 3/22/2018 | Maura Crossin, Esq. | Jane Doe |
| 24 | Document Attached To Email | Document prepared by Jane's counsel and conveyed to Jane in prior privilege log entry for discussion with Jane. | Attorney Client Communication; Attorney Work Product | 3/22/2018 | Maura Crossin, Esq. | Jane Doe |
| 25 | Email Chain | Email chain between Jane and her counsel seeking legal advice. | Attorney Client Communication | 6/8/2017 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 26 | Email | Email forwarding documents necessary to providing legal advice. | Attorney Client Communication | 6/8/2017 | Jane Doe | Hannah Reischer, Esq. |
| 27 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 10/16/2018 - 10/17/2018 | Jane Doe; Allison Roach, Esq.; Maura Crossin, Esq. | Allison Roach, Esq.; Marua Crossin, Esq.; Jane Doe |

Jane Doe's Attorney-Client and Work Product Privileged Communications

| Log Number | Type Of Document | General Subject Matter | Privilege Reason | Date | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|
| 28 | Email | Email forwarding documents necessary to providing legal advice. | Attorney Client Communication | 7/2/2018 | Maura Crossin, Esq. | Jane Doe |
| 29 | Email | Email forwarding documents necessary to providing legal advice. | Attorney Client Communication | 7/2/2018 | Jane Doe | Maura Crossin, Esq. |
| 30 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 6/6/2017 - 6/21/2017 | Hannah Resicher, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 31 | Email | Email forwarding documents necessary to providing legal advice. | Attorney Client Communication | 11/15/2015 | Jane Doe | Jim Clark, Esq. |
| 32 | Email | Email from Jane's counsel to Jane attaching documents necessary for representation. | Attorney Client Communication | 11/20/2015 | Hannah Reischer, Esq. | Jane Doe |
| 33 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 11/22/2015 - 12/3/2015 | Hannah Reischer, Esq.; J. Clark, Esq. Jane Doe | Jane Doe; Hannah Reischer, Esq.; J. Clark, Esq. |
| 34 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 12/31/2015 - 1/7/2015 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 35 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 12/31/2015 - 1/20/2015 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 36 | Email Chain | Email between Jane and her attorney regarding discussing case. | Attorney Client Communication; Attorney Work Product | 2/5/2016 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |

Jane Doe's Attorney-Client and Work Product Privileged Communications

| Log Number | Type Of Document | General Subject Matter | Privilege Reason | Date | Author(s) | Recipient(s) |
|---|---|---|---|---|---|---|
| 37 | Email Chain | Email between Jane and her attorney regarding discussing case. | Attorney Client Communication; Attorney Work Product | 3/3/2016 - 3/14/2016 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 38 | Email Chain | Email chain between Jane and her counsel seeking and providing legal advice. | Attorney Client Communication; Attorney Work Product | 4/7/2016 - 4/13/2016 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 39 | Email Chain | Email chain between Jane and her counsel providing legal advice. | Attorney Client Communication; Attorney Work Product | 5/9/2016 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 40 | Email Chain | Email between Jane and her attorney regarding discussing case. | Attorney Client Communication; Attorney Work Product | 8/11/2016 - 8/12/2016 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 41 | Email | Email between Jane and her attorney regarding discussing case. | Attorney Client Communication | 11/7/2016 | Hannah Reischer, Esq. | Jane Doe |
| 42 | Email Chain | Email between Jane and her attorney regarding discussing case. | Attorney Client Communication; Attorney Work Product | 11/7/2016 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |
| 43 | Email Chain | Email between Jane and her attorney regarding discussing case. | Attorney Client Communication; Attorney Work Product | 1/25/2017 - 1/27/2017 | Hannah Reischer, Esq.; Jane Doe | Jane Doe; Hannah Reischer, Esq. |