# EXHIBIT A

# EXHIBIT A

## Maria L. Laurato

| | |
|---|---|
| **From:** | Maria L. Laurato |
| **Sent:** | Monday, April 28, 2025 5:02 PM |
| **To:** | Alex Taubes; Brendan Gooley (bgooley@carltonfields.com) |
| **Cc:** | James M. Sconzo (jsconzo@carltonfields.com); mariokcerame@gmail.com; Patrick M. Noonan; Giovanna Tiberii Weller; Barbara D. Flanigan |
| **Subject:** | Khan – Yale's Supplemental Production |
| **Attachments:** | Yale – Khan – Yale's Supplemental Responses to Requests for Production (N6065031).PDF |

Good afternoon,

Yale's supplemental production, YALE-009543 – YALE-009768, is accessible at the following link (password to be provided in a separate email):

> https://carmodylaw.sharefile.com/d-sb11dfd8231c64b82b8ff0be6f9a7ed2d

We've updated our privilege log consistent with the supplemental production. A copy of the updated log is also accessible via the link.

Please let me know if you have any issues accessing the files.

All the best,
Maria

**Maria L. Laurato** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street. | New Haven, CT 06510
Direct: 203-784-3157 | Fax: 203-784-3199
MLaurato@carmodylaw.com | www.carmodylaw.com



This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com