# EXHIBIT B

Yale Privilege Log - 4.28.2025

| No. | ProdBegBates | ProdEndBates | Type | Date | Author | Recipients | Subject | Subject Matter | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Email Email_Attachment | 8/4/2014 | Michael Della Rocca Jason Killheffer | Caroline Hendel;Jason Killheffer;Stephanie Spangler; Aley Menon;David Post;Susan Sawyer | Re: CONFIDENTIAL: Revised UWC case summaries for the semi-annual report with attached draft case summaries | Email chain with attachment discussing information necessary to render legal advice regarding UWC case summaries and reflecting revisions to same by Yale University Office of the General Counsel ("OGC") | A/C, W/P, FERPA |
| 2 | | | Email | 11/6/2015 | David Post | Aley Menon;Angela Gleason;Jason Killheffer;Stephanie Spangler;Susan Sawyer | Re: updates | Email discussing confidential information regarding unrelated UWC complaint and reflecting confidential information regarding Jane Doe's communication with SHARE counselor. | A/C, psychotherapist-patient privilege, FERPA |
| 3 | YALE-007096 | YALE-007096 | Email | 11/6/2015 | Susan Sawyer | David Post; Aley Menon;Anita Sharif-Hyder | Re: Formal Complaint | Email chain with OGC discussing information necessary to render legal advice regarding Jane Doe's formal complaint. | A/C |
| 4 | YALE-009657 | YALE-009661 | Email | 11/7/2015 | Jasmina Besirevic-Regan | Joseph W Gordon; Burgwell Howard;Margaret Clark;Mark Schenker;Susan Sawyer | Re: emergency suspension | Email chain with attachment drafted by OGC discussing information necessary to render legal advice regarding plaintiff's emergency suspension and reflecting counsel's impressions of same. | A/C, W/P |
| 5 | | | Email | 11/7/2015 | Stephanie Spangler | Susan Sawyer; Aley Menon;Angela Gleason;David Post;Jason Killheffer;Stephanie Spangler | Re: emergency suspension | Email chain with OGC providing update on plaintiff's emergency suspension and counsel's drafting of correspondence regarding same. | A/C, W/P |
| 6 | YALE-009655 | YALE-009656 | Email | 11/7/2015 | Jasmina Besirevic-Regan | Susan Sawyer; Margaret Clark; Burgwell Howard; Mark Schenker; Joseph Gordon | Re: emergency suspension | Email chain with OGC providing legal advice regarding plaintiff's suspension. | A/C |

Yale Privilege Log - 4.28.2025

| 7 | YALE-009662 | YALE-009670 | Email | 11/8/2015 | Jasmina Besirevic-Regan | Margaret Clark; Joseph Gordon; Susan Sawyer; Mark Schenker; Burgwell Howard | RE: More thoughts | Email chain with attachment drafted by OGC discussing information necessary to render legal advice regarding plaintiff's emergency suspension and reflecting counsel's impressions and opinions of same. | A/C |
|---|---|---|---|---|---|---|---|---|---|
| 8 | YALE-009681 | YALE-009704 | Email | 11/8/2015 | Jasmina Besirevic-Regan | Margaret Clark; Joseph Gordon; Susan Sawyer; Mark Schenker; Burgwell Howard; Ronnell Higgins; Martha Highsmith | RE: More thoughts | Email chain with attachment drafted by OGC discussing information necessary to render legal advice regarding plaintiff's emergency suspension and reflecting counsel's impressions and opinions of same. | A/C |
| 9 | | | Email | 11/8/2015 | Jasmina Besirevic-Regan | Mark Schenker; Howard Burgwell;Joseph W Gordon;Margaret Clark;Martha Highsmith;Ronnell Higgins;Susan Sawyer | Re: More thoughts | Email chain with attachment drafted by OGC discussing information necessary to render legal advice regarding plaintiff's emergency suspension and reflecting counsel's impressions of same. | A/C, W/P |
| 10 | YALE-009705 | YALE-009734 | Email | 11/8/2015 | Jasmina Besirevic-Regan | Joseph W Gordon;Mark Schenker;Ronnell Higgins; Burgwell Howard;Margaret Clark;Martha Highsmith;Susan Sawyer | RE: More thoughts | Email chain with attachment drafted by OGC discussing information necessary to render legal advice regarding plaintiff's emergency suspension and reflecting counsel's impressions and opinions of same. | A/C, W/P |
| 11 | YALE-009671 | YALE-009680 | Email | 11/8/2015 | Jasmina Besirevic-Regan | Joseph W Gordon | Re: emergency suspension | Email chain with attachment drafted by OGC discussing information necessary to render legal advice regarding plaintiff's emergency suspension and reflecting counsel's impressions and opinions of same. | A/C, W/P |

Yale Privilege Log - 4.28.2025

| 12 | | | Email | 11/8/2015 | Susan Sawyer | Aley Menon;Angela Gleason; David Post;Jason Killheffer;Stephanie Spangler | Re: emergency suspension | Email chain with OGC providing legal advice regarding plaintiff's emergency suspension. | A/C, W/P |
|----|---|---|-------|-----------|--------------|---------------------------------|--------------------------|-----------------------------------|-----------|
| 13 | | | Email | 11/8/2015 | Jasmina Besirevic-Regan | Susan Sawyer | RE: charging letter | Email chain seeking legal advice from OGC regarding draft letter to plaintiff and counsel's impressions of same. | A/C, W/P |
| 14 | YALE-006845 YALE-007205 | YALE-006846 YALE-007206 | Email | 11/8/2015 | Aley Menon | Anita Sharif-Hyder; David Post | Re: charging letter | Email chain seeking legal advice from OGC regarding draft letter to plaintiff. | A/C |
| 15 | | | Email | 11/9/2015 | Jasmina Besirevic-Regan | Susan Sawyer; Ann Kuhlman;Burgwell Howard;Jonathan Holloway;Joseph W Gordon;Lara Beise;Margaret Clark;Mark Schenker;Martha Highsmith;Ronnell Higgins;Stephanie Spangler | Re: Saif Kahn left the college | Email chain with OGC providing legal advice regarding plaintiff's suspension and information to Jane Doe. | A/C |
| 16 | | | Email | 11/9/2015 | Jasmina Besirevic-Regan | Susan Sawyer | | Email seeking legal advice from OGC regarding scheduling meeting with plaintiff. | A/C |
| 17 | YALE-009024 YALE-009303 YALE-009334 | YALE-009025 YALE-009304 YALE-009335 | Email | 11/10/2015 | David Post | Aley Menon;Anita Sharif-Hyder; Susan Sawyer; Caroline Hendel;David Post;Martha Highsmith | Fwd: Re: As per advice from rabbi hecht | Email chain seeking legal advice from OGC regarding plaintiff's request and counsel's legal advice regarding same. | A/C |
| 18 | YALE-007351 YALE-007400 | YALE-007352 YALE-007401 | Email | 11/12/2015 | David Post | Anita Sharif-Hyder | Re: Fwd: UWC Fact finder | Email chain discussing issues necessitating OGC's involvement and advice. | A/C |

Yale Privilege Log - 4.28.2025

| 19 | YALE-006968 YALE-006974 YALE-009296 YALE-009336 YALE-008765 | YALE-006968 YALE-006975 YALE-009297 YALE-009336 YALE-008766 | Email | 11/12/2015 | Anita Sharif-Hyder | Susan Sawyer; Anita Sharif-Hyder; David Post; Pat Noonan; Aley Menon; Angela Gleason; Jonathan Holloway; Stephanie Spangler; Hannah Stollerman | Fwd: Formal Requeset for Administrative Suspension on Behalf of Saifullah Khan | Email chain seeking legal advice regarding plaintiff's request for administrative suspension and OGC's advice regarding same. | A/C |
|----|----|----|----|----|----|----|----|----|----|
| 20 | YALE-009252 | YALE-009252 | Email | 11/12/2015 | Anita Sharif-Hyder | Aley Menon | FW: Khan | Email chain reflecting OGC's impressions of impact of Plaintiff's arrest on UWC proceeding and providing legal advice regarding same. | A/C, W/P |
| 21 | | | Email | 11/13/2015 | Lara Beise | Susan Sawyer; David Post;Jonathan Holloway | RE: Confidential letter from Pattis Law Firm re: Khan | Email chain discussing letter from plaintiff's counsel and reflecting OGC's impressions of same. | A/C, W/P |
| 22 | YALE-008740 YALE-009112 YALE-009197 YALE-009253 YALE-009366 | YALE-008740 YALE-009112 YALE-009197 YALE-009254 YALE-009366 | Email | 11/14/2015 | Anita Sharif-Hyder | David Post;Susan Sawyer; Aley Menon | Fwd: advisor | Email chain seeking legal advice regarding plaintiff's request for UWC advisor and OGC's advice regarding same. | A/C |
| 23 | | | Email | 11/17/2015 | Anita Sharif-Hyder | David Post;Susan Sawyer | RE: Draft email to Khan | Email chain seeking OGC's advice regarding draft response to plaintiff's request for advisor and reflecting counsel's impressions and advice regarding same. | A/C, W/P |
| 24 | YALE-009305 | YALE-009306 | Email | 11/18/2015 | David Post | Susan Sawyer | Re: Khan Case | Email chain with OGC discussing information necessary to render legal advice. | A/C |

Yale Privilege Log - 4.28.2025

| 25 | | | Email | 11/23/2015 | Anita Sharif-Hyder | Susan Sawyer; David Post | Re: Letter to Daniel Irwin re Khan request | Email chain with attachments drafted by OGC in response to plaintiff's request for advisor and discussion of information necessary to render legal advice. | A/C, W/P |
| 26 | YALE-009341 | YALE-009342 | Email | 11/23/2015 | David Post | Anita Sharif-Hyder;Susan Sawyer | Re: advisor | Email chain discussing information necessary to render legal advice. | A/C, W/P |
| 27 | | | Email | 12/8/2015 | Anita Sharif-Hyder | Susan Sawyer; David Post | Re: Khan Administrative Suspension | Email chain with attachment drafted by OGC regarding plaintiff's requested administrative suspension and reflecting legal advice regarding effects of administrative suspension on UWC proceeding. | A/C, W/P |
| 28 | YALE-009255 | YALE-009255 | Email | 12/8/2015 | Anita Sharif-Hyder | Aley Menon | Fwd: Victims Rights Law Center | Email chain reflecting counsel's impressions regarding UWC advisor and legal advice regarding same. | A/C, W/P |
| 29 | YALE-009026 YALE-009116 | YALE-009027 YALE-009117 | Email | 12/9/2015 | Anita Sharif-Hyder | Aley Menon | Re: Khan Administrative Suspension and draft emails to parties | Email chain with attachments drafted by OGC in response to plaintiff's request for advisor and discussion of information necessary to render legal advice. | A/C, W/P |
| 30 | | | Email | 12/10/2015 | David Post | Anita Sharif-Hyder;Susan Sawyer | Re: Please review this draft to Jane Doe instead | Email chain seeking OGC's advice regarding draft emails to Jane Doe and plaintiff concerning the UWC status and reflecting counsel's impressions and legal advice regarding same. | A/C, W/P |

Yale Privilege Log - 4.28.2025

| 31 | | | Email<br>Email_Attachment | 12/10/2015 | Anita Sharif-Hyder<br>Aley Menon | Susan Sawyer; David Post | RE: Draft emails to parties re UWC postponement with attached draft | Email chain with attachment seeking OGC's advice regarding draft letter to Jane Doe concerning the UWC status and reflecting counsel's impressions and legal advice regarding same. | A/C, W/P |
| 32 | | | Email | 3/16/2016 | Susan Sawyer | David Post; Aley Menon; Harold Rose | Re: YDN Inquiry | Email chain reflecting OGC's draft response to inquiry concerning UWC information and discussing information necessary to render legal advice. | A/C, W/P, FERPA |
| 33 | YALE-009331 | YALE-009332 | Email | 10/11/2016 | Susan Sawyer | Anita Sharif-Hyder; David Post | RE: Requesting a meeting: Yale's University-Wide Committee on Sexual Misconduct | Email chain seeking legal advice concerning issues related to criminal case. | A/C |
| 34 | YALE-009333 | YALE-009333 | Email | 10/12/2016 | Anita Sharif-Hyder | David Post | Quick update | Email discussing issues necessitating OGC's involvement and advice. | A/C |
| 35 | | | Email | 10/27/2016 | Anita Sharif-Hyder | Aley Menon; David Post | Fwd: Quick update - Khan | Email chain discussing information necessary to render legal advice regarding conversation with Prosecutor and OGC's update regarding same. | A/C, W/P |
| 36 | | | Email | 11/8/2017 | David Post | Jason Killheffer; Stephanie Spangler; Susan Sawyer | Re: Yale Daily News (request for comment) | Email chain seeking OGC's advice regarding inquiry into Title IX complaint and discussion of information necessary to render legal advice. | A/C |
| 37 | YALE-007374<br>YALE-007377<br>YALE-007376 | YALE-007375<br>YALE-007377<br>YALE-007376 | Email<br>Email_Attachment | 11/9/2017 | Stephanie Spangler | David Post; Jason Killheffer; Karen Peart; Susan Sawyer; Thomas Conroy; Stephanie Spangler | FW: Yale Daily News (request for comment) with attached draft | Email chain seeking OGC's legal advice regarding draft response to Yale Daily News inquiry. | A/C |

Yale Privilege Log - 4.28.2025

| 38 | | | Email | 11/15/2017 | Susan Sawyer | Anita Sharif-Hyder; David Post | RE: UWC - Khan | Email chain seeking advice from OGC regarding notifying Jane Doe and plaintiff as to UWC status and reflecting counsel's advice of same. | A/C, W/P |
|----|---|---|-------|-----------|-------------|-------------------------------|----------------|---------------------------------|----------|
| 39 | | | Email | 12/1/2017 | David Post | Aley Menon;Susan Sawyer; Anita Sharif-Hyder | Re: Question about commenting | Email chain seeking advice from OGC regarding Yale College Council and reflecting counsel's legal advice regarding same. | A/C, W/P, FERPA |
| 40 | | | Email | 2/6/2018 | David Post | Aley Menon;Anita Sharif-Hyder;Harold Rose;Susan Sawyer | Re: YDN Story about Saifullah Khan Case | Email chain seeking OGC's legal advice regarding media inquiry and reflecting counsel's legal advice regarding same. | A/C, W/P, FERPA |
| 41 | | | Email Email_Attachment | 2/7/2018 | Susan Sawyer | David Post | FW: | Email with attachment from OGC regarding criminal case and discussing information necessary to render legal advice. | A/C, W/P |
| 42 | | | Email | 2/20/2018 | David Post | Anita Sharif-Hyder;Susan Sawyer;Vannesa Martinez Cecchini; Caroline Hendel;Pat Noonan | Re: State v. Saifullah Khan Subpoenas | Email chain regarding subpoenas in criminal case and OGC's legal advice regarding same. | A/C, W/P |
| 43 | | | Email | 2/20/2018 | Pat Noonan | David Post | Re: State v. Saifullah Khan Subpoenas | Email chain regarding subpoenas in criminal case and outside counsel's legal advice regarding same. | A/C, W/P |
| 44 | YALE-009319 YALE-009323 | YALE-009319 YALE-009324 | Email | 2/20/2018 | Susan Sawyer | Anita Sharif-Hyder;David Post; Caroline Hendel;Pat Noonan;Vannesa Martinez Cecchini | FW: State v. Saifullah Khan Subpoenas | Email chain with attachments regarding subpoenas in criminal case and reflecting OGC's impressions regarding same. | A/C, W/P |
| 45 | | | Email | 2/21/2018 | Susan Sawyer | Pat Noonan; David Post;Vannesa Martinez Cecchini | Re: State v. Saifullah Khan Subpoenas | Email chain regarding subpoenas in criminal case and discussions between OGC and outside counsel reflecting counsel's impressions of same. | A/C, W/P |

Yale Privilege Log - 4.28.2025

| 46 | | | Email | 2/25/2018 | David Post | Pat Noonan | Re: State v. Khan | Email chain with outside counsel providing updates on criminal case and reflecting counsel's impressions of same. | A/C, W/P |
|---|---|---|---|---|---|---|---|---|---|
| 47 | | | Email | 3/1/2018 | David Post | Anita Sharif-Hyder;Pat Noonan;Susan Sawyer; Aley Menon | Re: Khan | Email chain with outside counsel providing updates on criminal case and reflecting counsel's impressions of same. | A/C, W/P |
| 48 | | | Email | 3/4/2018 | Vannesa Martinez Cecchini | Pat Noonan; Anita Sharif-Hyder;David Post;Susan Sawyer | Re: State v Khan | Email chain with outside counsel providing updates on criminal case and reflecting counsel's impressions of same. | A/C, W/P |
| 49 | | | Email | 3/8/2018 | David Post | Anita Sharif-Hyder;Susan Sawyer; Aley Menon | Re: Complainant in Khan Case | Email chain reflecting OGC's legal advice regarding Jane Doe's UWC complaint and discussing information necessary to render legal advice. | A/C, W/P |
| 50 | | | Email | 3/20/2018 | Eileen OConnor | David Post; Alexander Dreier;Harold Rose;Stephanie Spangler;Susan Sawyer;Thomas Conroy | Re: Seeking comment on Saifullah Khan verdict, future Yale proceedings, criticisms of Yale | Email chain discussing information necessary to render legal advice regarding response to inquiry from news outlet and reflecting OGC's draft response to same. | A/C, W/P, FERPA |
| 51 | | | Email | 3/20/2018 | Stephanie Spangler | David Post;Eileen Oconnor; Alexander Dreier;Harold Rose;Susan Sawyer;Thomas Conroy | RE: Seeking comment on Saifullah Khan verdict, future Yale proceedings, criticisms of Yale | Email chain discussing information necessary to render legal advice regarding response to inquiry from news outlet and reflecting OGC's draft response to same. | A/C, W/P, FERPA |
| 52 | YALE-008741 | YALE-008741 | Email | 3/22/2018 | Aley Menon | Denise Gilmore | Re: meeting please | Email chain with OGC requesting information necessary to render legal advice. | A/C |
| 53 | | | Email Email_Attachment | 4/4/2018 | Aley Menon | Susan Sawyer | draft ltr to Khan | Email with attachment seeking legal advice from OGC regarding draft of letter to plaintiff. | A/C |

Yale Privilege Log - 4.28.2025

| 54 | YALE-009259 YALE-007355 YALE-009213 | YALE-009259 YALE-007355 YALE-009214 | Email | 4/20/2018 | Susan Sawyer | Aley Menon;David Post; Pat Noonan; Hannah Stollerman | RE: question about student going through UWC process? | Email chain seeking legal advice from OGC regarding response to inquiry and providing information necessary to render legal advice. | A/C |
|---|---|---|---|---|---|---|---|---|---|
| 55 | YALE-009308 | YALE-009310 | Email | 5/3/2018 | David Post | Karen Peart; Harold Rose;Stephanie Spangler;Susan Sawyer;Thomas Conroy | Re: time sensitive request re: Saifullah Khan sexual misconduct hearing | Email chain seeking legal advice from OGC regarding interview request, counsel's legal advice regarding same, and discussion of information necessary to render legal advice. | A/C, W/P |
| 56 | YALE-009311 YALE-009312 | YALE-009311 YALE-009312 | Email Email_Attachment | 5/7/2018 | David Post | Susan Sawyer | Fwd: Fwd: Letter to Yale (May 7th 2018) | Email chain with attachment seeking legal advice from OGC regarding plaintiff's May 7, 2018 letter. | A/C |
| 57 | | | Email | 5/15/2018 | Susan Sawyer | Paul McKinley; Marvin Chun | Re: Care2 petition concerning Saifullah Khan | Email chain seeking legal advice from OGC regarding response to inquiry concerning UWC proceeding and requesting information necessary to render legal advice. | A/C |
| 58 | | | Email Email_Attachment | 5/15/2018 | Susan Sawyer | Aley Menon; Denise Gilmore | DRAFT REPLY | Email with attachment drafted by OGC regarding response to plaintiff and requesting information necessary to render legal advice. | A/C, W/P |
| 59 | | | Email Email_Attachment | 5/17/2018 | Susan Sawyer Aley Menon | Aley Menon | Some changes | Email with attachment reflecting revisions by OGC regarding response to plaintiff. | A/C, W/P |
| 60 | YALE-008746 | YALE-008746 | Email | 5/29/2018 | Aley Menon | David Post | FW: Letter Re: 2017 DCL and Questions | Email chain discussing information necessary to render legal advice. | A/C |
| 61 | | | Email Email_Attachment Email_Attachment Email_Attachment | 6/4/2018 | Ksenia Sidorenko Jason Killheffer Jason Killheffer Jason Killheffer | Susan Sawyer; Jason Killheffer | Confidential: incident report forms | Email chain with attachments provided to OGC for the purpose of providing information necessary to render legal advice. | A/C, FERPA |

Yale Privilege Log - 4.28.2025

| 62 | | | Email | 6/5/2018 | David Post | Aley Menon;Susan Sawyer | Re: response to Khan | Email chain with attachment seeking legal advice from OGC regarding response to plaintiff and counsel's impression of same. | A/C, W/P |
|---|---|---|---|---|---|---|---|---|---|
| 63 | YALE-008268 | YALE-008268 | Email | 6/5/2018 | Susan Sawyer | Marvin Chun; Denise Gilmore | Khan May 28 Letter | Email requesting information necessary to render legal advice regarding plaintiff's request to lift administrative suspension. | A/C |
| 64 | | | Email | 6/8/2018 | Susan Sawyer | Aley Menon; David Post | RE: State vs. Khan- Court Transcripts | Email chain between OGC and outside counsel discussing criminal transcripts and internal discussions reflecting counsel's impressions of same. | A/C, W/P |
| 65 | | | Email Email_Attachment | 6/8/2018 | Susan Sawyer | Aley Menon; David Post | Draft Reply to S. Khan May 28 Letter | Email with attachment drafted by OGC regarding response to plaintiff. | A/C, W/P |
| 66 | YALE-008255 | YALE-008255 | Email | 6/13/2018 | Marvin Chun | Alexander Dreier;Susan Sawyer; Eileen OConnor;Harold Rose;Thomas Conroy | Re: Urgent | Email chain discussing information necessary to render legal advice. | A/C |
| 67 | | | Email | 6/13/2018 | Marvin Chun | Alexander Dreier;Susan Sawyer;Thomas Conroy; Eileen OConnor;Harold Rose | Re: Urgent | Email chain discussing information necessary to render legal advice regarding responding to plaintiff and reflecting counsel's impressions of same. | A/C, W/P |
| 68 | | | Email | 6/15/2018 | Thomas Conroy | Susan Sawyer; Alexander Dreier;Eileen OConnor;Harold Rose;Marvin Chun | Re: Urgent | Email chain discussing information necessary to render legal advice regarding responding to plaintiff and reflecting counsel's impressions of same. | A/C, FERPA |
| 69 | | | Email | 6/19/2018 | David Post | Susan Sawyer | Re: Khan | Email chain discussing information necessary to render legal advice regarding status of UWC proceeding. | A/C, W/P |

Yale Privilege Log - 4.28.2025

| 70 | YALE-007413 YALE-007416 YALE-007419 | YALE-007413 YALE-007416 YALE-007419 | Email_Attachment | 6/26/2018 | Anne-Marie Cicarella | Denise Gilmore;Susan Sawyer; Colleen Davis | State vs. Khan- Court Transcript | Email chain between OGC and outside counsel discussing criminal transcripts for use in connection with UWC proceeding. | W/P |
|----|----|----|----|----|----|----|----|----|----|
| 71 | YALE-007425 YALE-007428 | YALE-007425 YALE-007428 | Email_Attachment | 6/26/2018 | Anne-Marie Cicarella | Susan Sawyer; Colleen Davis;Denise Gilmore | State v Khan- March 5 | Email chain between OGC and outside counsel discussing criminal transcripts for use in connection with UWC proceeding. | W/P |
| 72 | YALE-006895 YALE-009119 YALE-009199 YALE-009438 YALE-009450 YALE-009501 | YALE-006897 YALE-009120 YALE-009199 YALE-009440 YALE-009452 YALE-009503 | Email | 7/2/2018 | Mark Solomon | Aley Menon; Susan Sawyer | Re: Final complaint | Email chain seeking legal advice from OGC regarding Jane Doe's complaint and discussing information necessary to render legal advice. | A/C |
| 73 | YALE-009039 | YALE-009040 | Email | 7/8/2018 | Susan Sawyer | Aley Menon; Mark Solomon | Re: Confidential: UWC | Email chain requesting information necessary to render legal advice. | A/C |
| 74 | | | Email | 7/10/2018 | Mark Solomon | Aley Menon; Susan Sawyer | Re: Confidential: UWC | Email chain seeking legal advice from OGC regarding response to plaintiff's email and providing information necessary to render legal advice. | A/C |
| 75 | | | Email | 7/10/2018 | Susan Sawyer | Aley Menon;Mark Solomon | RE: Confidential: UWC | Email chain seeking legal advice from OGC regarding response to plaintiff's email and reflecting revisions to same by counsel. | A/C , W/P |
| 76 | YALE-009041 YALE-009260 YALE-009262 YALE-009280 YALE-009420 YALE-009441 YALE-009469 | YALE-009042 YALE-009469 YALE-009264 YALE-009281 YALE-009422 YALE-009443 YALE-009470 | Email | 7/23/2018 | Mark Solomon | Aley Menon; Susan Sawyer | Re: UWC Independent Fact-Finder: Jane Doe/Khan | Email chain seeking legal advice from OGC regarding response to fact-finder's email. | A/C |

Yale Privilege Log - 4.28.2025

| 77 | YALE-009453 YALE-009454 | YALE-009453 YALE-009460 | Email Email_Attachment | 7/23/2018 | Aley Menon | Susan Sawyer; Mark Solomon | FW: CONFIDENTIAL - UWC | Email chain with attachment seeking legal advice from OGC regarding plaintiff's email. | A/C |
|---|---|---|---|---|---|---|---|---|---|
| 78 | YALE-009355 | YALE-009355 | Email | 7/30/2018 | Susan Sawyer | Anita Sharif-Hyder | FW: Khan Case Reports | Email chain discussing information necessary to render legal advice. | A/C, W/P |
| 79 | YALE-009043 | YALE-009043 | Email | 8/6/2018 | Aley Menon | Harold Rose | FW: Follow up Concerning Saifullah Khan | Email chain seeking legal advice from OGC regarding email from other complainant. | A/C |
| 80 | YALE-008274 YALE-006367 YALE-008665 | YALE-008275 YALE-006369 YALE-008666 | Email | 8/7/2018 | Susan Sawyer | Marvin Chun | RE: Report of Action by the Committee on Honors and Academic Standing (Half Sheet) | Email chain seeking legal advice from OGC, reflecting counsel's advice, and implementing same. | A/C |
| 81 | | | Email | 8/7/2018 | Ksenia Sidorenko | Susan Sawyer; Jason Killheffer;Vannesa Martinez Cecchini | Re: Introduction | Email chain discussing information necessary to provide legal advice and reflecting OGC's legal advice regarding other complainant. | A/C, W/P |
| 82 | | | Email | 8/7/2018 | Aley Menon | Harold Rose; Ksenia Sidorenko;Mark Solomon | Re: draft response | Email chain seeking legal advice from OGC regarding draft response to other complainant and counsel's impressions of same. | A/C, W/P |
| 83 | | | Email | 8/8/2018 | Caroline Hendel | Ksenia Sidorenko;Susan Sawyer; Harold Rose;Jason Killheffer;Vannesa Martinez Cecchini | RE: Confidential: Yale UWC no contact | Email chain seeking legal advice from OGC regarding skype call with plaintiff and his counsel, and reflecting OGC's impressions and legal advice regarding same. | A/C, W/P |
| 84 | | | Email | 8/17/2018 | Ksenia Sidorenko | Harold Rose;Jason Killheffer | Re: Confidential: Draft email | Email chain seeking legal advice from OGC regarding draft email to plaintiff and reflecting counsel's impressions of and revisions to same. | A/C, W/P |
| 85 | YALE-007632 | YALE-007633 | Email | 8/20/2018 | Jason Killheffer | Ksenia Sidorenko | Fwd: Title IX reports from you and KSenia | Email chain requesting information necessary to render legal advice. | A/C |

Yale Privilege Log - 4.28.2025

| 86 | | | Email | 8/28/2018 | Susan Sawyer | Aley Menon; Mark Solomon | RE: Training materials | Email chain seeking legal advice from OGC regarding plaintiff's request for information and reflecting proposed response drafted by counsel. | A/C, W/P |
| 87 | YALE-009200 | YALE-009200 | Email | 9/12/2018 | Aley Menon | Susan Sawyer | FW: timeline | Email seeking legal advice from OGC regarding responding to plaintiff's email. | A/C |
| 88 | | | Email | 9/13/2018 | Aley Menon | Susan Sawyer | Re: draft email update to parties | Email chain seeking legal advice from OGC regarding draft emails to Jane Doe and plaintiff and reflecting revisions to same by counsel. | A/C, W/P |
| 89 | YALE-009282 | YALE-009284 | Email | 9/16/2018 | Susan Sawyer | Aley Menon | Re: Follow up Concerning Saifullah Khan | Email chain providing information necessary to render legal advice. | A/C |
| 90 | YALE-008752 YALE-009044 YALE-009122 YALE-009201 YALE-009202 | YALE-008752 YALE-009044 YALE-009122 YALE-009201 YALE-009202 | Email | 9/16/2018 | Ksenia Sidorenko | Aley Menon; Susan Sawyer;Thomas Conroy; Ksenia Sidorenko | Re: Comment on Saif Khan, Peter Roe | Email chain reflecting OGC's legal advice regarding response to email. | A/C |
| 91 | | | Email | 9/16/2018 | Susan Sawyer | Aley Menon; Ksenia Sidorenko;Thomas Conroy | RE: Comment on Saif Khan, Peter Roe | Email requesting information necessary to render legal advice regarding Peter Roe allegations. | A/C |
| 92 | | | Email | 9/16/2018 | Stephanie Spangler | Alexander Dreier;Susan Sawyer;Thomas Conroy; Jason Killheffer;Stephanie Spangler | Heads up on British Documentary | Email providing information necessary to render legal advice regarding BBC documentary. | A/C, FERPA |
| 93 | YALE-007711 | YALE-007712 | Email | 9/26/2018 | Jason Killheffer | Ksenia Sidorenko | Fwd: Britton O'daly | Email chain seeking legal advice from OGC regarding plaintiff's email and discussing counsel's position. | A/C |

| 94 | | | Email | 9/27/2018 | Susan Sawyer | Aley Menon; Mark Solomon | RE: Saifullah Khan - Request for Accommodations | Email chain seeking legal advice from OGC regarding draft message to plaintiff's UWC advisor and reflecting revisions to same by counsel. | A/C, W/P |
| 95 | YALE-008715 | YALE-008715 | Email | 10/5/2018 | Stephanie Spangler | Jason Killheffer;Susan Sawyer; Ksenia Sidorenko | RE: YDN | Email chain requesting information necessary to render legal advice. | A/C |
| 96 | YALE-006673 | YALE-006674 | Email | 10/5/2018 | Lorraine Siggins | Carole Goldberg | Re: Checking In | Email discussing confidential information related to the administration of the SHARE Center. | Psychotherapist-patient privilege, FERPA |
| 97 | | | Email | 10/6/2018 | Alexander Dreier | Marvin Chun;Peter Salovey; Joy McGrath | RE: Reporting an incident Saif Khan should not be allowed in Yale common areas | Email chain discussing information necessary to render legal advice and reflecting OGC's impressions and conclusions concerning reported incident involving plaintiff. | A/C, FERPA |
| 98 | | | Email | 10/6/2018 | Ronnell Higgins | Alexander Dreier;Joy McGrath;Peter Salovey; Marvin Chun | Re: Reporting an incident Saif Khan should not be allowed in Yale common areas | Email to OGC providing information necessary to render legal advice concerning reported incident involving plaintiff. | A/C, FERPA |
| 99 | | | Email | 10/6/2018 | Marvin Chun | Alexander Dreier;Dreier;Joy McGrath;McGrath;Peter Salovey;Salovey | RE: Reporting an incident Saif Khan should not be allowed in Yale common areas | Email chain discussing information necessary to render legal advice and reflecting OGC's impressions and conclusions concerning reported incident involving plaintiff. | A/C, FERPA |
| 100 | | | Email | 10/6/2018 | Margaret Clark | Marvin Chun;Stephanie Spangler;Surjit Chandhoke;Susan Sawyer; Camille Lizarribar;Mark Schenker | Re: Reporting an incident Saif Khan should not be allowed in Yale common areas | Email chain discussing information necessary to render legal advice and reflecting OGC's impressions and conclusions concerning reported incident involving plaintiff. | A/C, FERPA |

Yale Privilege Log - 4.28.2025

| 101 | | | Email | 10/6/2018 | Marvin Chun | Margaret Clark | Re: Fwd: Reporting an incident - Saif Khan should not be allowed in Yale common areas | Email chain discussing information necessary to render legal advice and reflecting OGC's impressions and conclusions concerning reported incident involving plaintiff. | A/C, FERPA |
| 102 | | | Email Email_Attachment | 10/6/2018 | Marvin Chun Barbara Voiges | Alexander Dreier; Caroline Hendel;Harold Rose; Susan Sawyer | Re: Attorney-Client Privileged -- Letter to S Khan | Email chain with attachment drafted by OGC regarding plaintiff's suspension and discussing information necessary to render legal advice. | A/C, W/P |
| 103 | | | Email | 10/6/2018 | Marvin Chun | Alexander Dreier; Susan Sawyer; Caroline Hendel | RE: Attorney-Client Privileged -- Letter to S Khan | Email chain with attachment drafted by OGC regarding plaintiff's suspension and reflecting counsel's legal advice concerning said suspension. | A/C, W/P |
| 104 | | | Email | 10/6/2018 | Alexander Dreier | Marvin Chun;Peter Salovey; Harold Rose | Attorney-Client Privileged -- Saif Khan | Email from OGC advising of plaintiff's suspension and reflecting legal advice regarding same. | A/C |
| 105 | | | Email | 10/7/2018 | Camille Lizarribar | Marvin Chun; Alexander Dreier;Caroline Hendel;Harold Rose;Surjit Chandhoke;Susan Sawyer | Re: Confidential: Request from Saif's Lawyer | Email chain regarding request from plaintiff's attorney to allow for continued studies, reflecting counsel's impressions and legal advice regarding same, and discussing information necessary to render legal advice. | A/C |
| 106 | | | Email | 10/7/2018 | Marvin Chun | Peter Salovey; Alexander Dreier;Joy McGrath | Re: Confidential: Meeting with Saif Khan | Email chain regarding plaintiff's suspension, reflecting counsel's impressions and legal advice concerning same, and discussing information necessary to render legal advice. | A/C |

| 107 | | | Email | 10/7/2018 | Camille Lizarribar | Harold Rose; Alexander Dreier;Margaret Clark;Marvin Chun;Surjit Chandhoke;Susan Sawyer | Re: Confidential: Meeting with Saif Khan | Email chain regarding plaintiff's suspension, reflecting counsel's impressions and legal advice concerning same, and providing additional information necessary to render legal advice. | A/C |
| 108 | | | Email | 10/7/2018 | Marvin Chun | Camille Lizarribar;Harold Rose;Lizarribar; Alexander Dreier;Caroline Hendei;Chandhoke; Surjit Chandhoke;Susan Sawyer | Re: Confidential: Draft Letter to Saif Kahn | Email chain reflecting message drafted by OGC to plaintiff regarding emergency suspension and legal advice regarding same. | A/C, W/P |
| 109 | | | Email | 10/8/2018 | Stephanie Spangler | Aley Menon;Jason Killheffer;Karen Peart;Mark Solomon;Susan Sawyer; Stephanie Spangler | RE: Yale Daily News Interview on UWC procedures | Email chain seeking legal advice from OGC regarding response to YDN request for comment. | A/C |
| 110 | YALE-008739 | YALE-008739 | Email | 10/8/2018 | Ann Kuhlman | Caroline Hendel;Susan Sawyer | Fwd: Student Visa Status | Email seeking legal advice from OGC regarding response to inquiry concerning plaintiff's Visa status. | A/C |
| 111 | | | Email | 10/9/2018 | Caroline Hendel | Jason Killheffer;Karen Peart;Stephanie Spangler;Susan Sawyer;Thomas Conroy | RE: Yale Daily News Comment Urgent! | Email chain seeking legal advice from OGC regarding response to YDN inquiry and reflecting counsel's advice to same. | A/C |
| 112 | | | Email | 10/10/2018 | Aley Menon | Susan Sawyer | Re: Draft Email | Email chain reflecting OGC's draft message regarding prospective UWC panelists. | A/C, W/P |
| 113 | | | Email | 10/11/2018 | Marvin Chun | Alexander Dreier;Harold Rose;Joy McGrath;Thomas Conroy; Yun Xie | Re: Op ed this morning | Email chain seeking legal advice from OGC regarding claims raised YDN op-ed. | A/C |
| 114 | | | Email | 10/11/2018 | Susan Sawyer | Mark Solomon | Re: CONFIDENTIAL-- UWC | Email chain seeking advice from OGC regarding draft response to plaintiff's objections to UWC panelists. | A/C |

Yale Privilege Log - 4.28.2025

| 115 | YALE-008624<br>YALE-008625<br>YALE-008276<br>YALE-008627 | YALE-008624<br>YALE-008626<br>YALE-008276<br>YALE-008627 | Email | 10/15/2018 | Joy McGrath | Harold Rose;Marvin Chun; Pat Noonan | FW: Reporting an incident - Saif Khan should not be allowed in Yale common areas | Email chain seeking legal advice from OGC regarding response to reported incident involving plaintiff; communication during pendency of plaintiff's injunction action against university. | A/C, FERPA |
|---|---|---|---|---|---|---|---|---|---|
| 116 | | | Email<br>Email_Attachment | 10/17/2018 | Susan Sawyer<br>Mark Solomon | Mark Solomon | RE: CONFIDENTIAL--UWC | Email chain with attachments drafted by OGC regarding plaintiff's objection to UWC panelists; communication during pendency of plaintiff's injunction action against university. | A/C, W/P |
| 117 | | | Email | 10/17/2018 | Margaret Clark | Camille Lizarribar;Martha Schall;Marvin Chun;Ronnell Higgins;Surjit Chandhoke;Susan Sawyer; Harriet Cooper | Re: Confidential: Important Legal Information | Email chain with OGC providing legal advice regarding plaintiff's challenge to emergency suspension; communication concerning plaintiff's injunction action against university. | A/C, W/P |
| 118 | | | Email | 10/17/2018 | Susan Sawyer | Aley Menon; Mark Solomon | RE: Confidential - UWC | Email chain reflecting OGC's draft message to plaintiff regarding UWC hearing and reflecting counsel's impression of effect of further revisions thereto; communication during pendency of plaintiff's injunction action against university. | A/C, W/P |
| 119 | YALE-009473 | YALE-009475 | Email | 10/17/2018 | Mark Solomon | | Re: Confidential - UWC | Email chain reflecting OGC's draft message to plaintiff regarding UWC hearing and discussing position on legal advice; communication during pendency of plaintiff's injunction action against university. | A/C, W/P |

Yale Privilege Log - 4.28.2025

| 120 | YALE-008759 | YALE-008761 | Email | 10/19/2018 | Susan Sawyer | Mark Solomon; Aley Menon | RE: Confidential - UWC | Email chain providing information necessary to render legal advice regarding plaintiff's request for attorney advisor; communication during pendancy of plaintiff's injunction action against university. | A/C |
|---|---|---|---|---|---|---|---|---|---|
| 121 | | | Email | 10/22/2018 | Aley Menon | Susan Sawyer | Re: Confidential - UWC | Email chain seeking legal advice from OGC regarding draft reply to plaintiff's request for attorney advisor and discussing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 122 | | | Email | 10/23/2018 | Caroline Hendel | Melanie Boyd; Jason Killheffer;Stephanie Spangler;Susan Sawyer | Re: Yale Daily News interview -- urgent! | Email chain seeking legal advice from OGC regarding commenting on YDN article and discussing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 123 | | | Email | 10/23/2018 | Susan Sawyer | Melanie Boyd;Stephanie Spangler;Thomas Conroy; Aley Menon;Caroline Hendel;Jason Killheffer;Karen Peart;Mark Solomon | RE: Yale Daily News interview -- urgent! | Email chain seeking legal advice from OGC regarding commenting on YDN article, discussing information necessary to render legal advice, and reflecting counsel's impressions of same; communication during pendancy of plaintiff's injunction action against university. | A/C |

Yale Privilege Log - 4.28.2025

| 124 | YALE-008727 | YALE-008728 | Email | 10/23/2018 | Stephanie Spangler | Aley Menon;Caroline Hendel;Jason Killheffer;Karen Peart;Mark Solomon;Melanie Boyd;Susan Sawyer;Thomas Conroy; Stephanie Spangler | FW: Yale Daily News Story -- urgent! | Email chain seeking legal advice from OGC regarding commenting on YDN article and discussing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 125 | | | Email | 10/24/2018 | Mark Solomon | Melanie Boyd; Aley Menon;Caroline Hendel;Jason Killheffer;Karen Peart;Stephanie Spangler;Susan Sawyer;Thomas Conroy | Re: Yale Daily News interview -- urgent! | Email chain seeking legal advice from OGC regarding commenting on YDN article, discussing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 126 | | | Email Email_Attachment | 10/25/2018 | Aley Menon Sarah Worley | Pat Noonan | Re: draft report | Email chain with attachment with outside counsel providing information necessary to render legal advice regarding UWC hearing; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |
| 127 | | | Email | 10/25/2018 | Marvin Chun | Julie Sweigard | Fwd: *Privileged and Confidential: Khan Litigation Phone Conference with Attorney Noonan | Email chain with OGC regarding plaintiff's challenge to emergency suspension in court and reflecting counsel's impressions of same; communication concerning plaintiff's injunction action against university. | A/C |

Yale Privilege Log - 4.28.2025

| 128 | | | Email | 10/26/2018 | Aley Menon | Pat Noonan; Harold Rose;Susan Sawyer | Re: Draft Fact-finder's report 10.25.18 | Email chain with attachments with oustide counsel and OGC regarding UWC fact-finder report and discussing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |
|---|---|---|---|---|---|---|---|---|---|
| 129 | YALE-009132 | YALE-009132 | Email | 10/30/2018 | Aley Menon | Harold Rose;Susan Sawyer | FW: threatening mail | Email seeking legal advice from OGC regarding plaintiff's email; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 130 | YALE-009207 | YALE-009208 | Email | 10/31/2018 | Aley Menon | Mark Solomon; Susan Sawyer | Re: Confidential - UWC | Email chain seeking legal advice from OGC regarding response to plaintiff's request concerning UWC panelists; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 131 | | | Email | 11/1/2018 | Aley Menon | Susan Sawyer; Mark Solomon | Re: Confidential - UWC | Email chain seeking legal advice from OGC regarding draft response to plaintiff and reflecting counsel's impressions of same; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 132 | | | Email | 11/1/2018 | Susan Sawyer | Marvin Chun | Draft of Recusal Request | Email reflecting OGC's draft message regarding recusal of UWC decision maker; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |

Yale Privilege Log - 4.28.2025

| 133 | | | Email | 11/2/2018 | Susan Sawyer | Lynn Cooley | RE: Confidential: UWC | Email chain seeking legal advice from OGC regarding proposed response to questions concerning UWC hearing and reflecting counsel's impressions of same; communication during pendancy of plaintiff's injunction action against university. | A/C |
|---|---|---|---|---|---|---|---|---|---|
| 134 | | | Email | 11/2/2018 | Susan Sawyer | Mark Solomon; Aley Menon | RE: Confidential - UWC | Email chain seeking legal advice from OGC regarding response to plaintiff's attorney's email and reflecting counsel's draft response and revisions to same; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |

Yale Privilege Log - 4.28.2025

| 135 | YALE-007323<br>YALE-009396<br>YALE-009400<br>YALE-009404<br>YALE-009408<br>YALE-009412<br>YALE-009416<br>YALE-009446<br>YALE-009465<br>YALE-009478<br>YALE-009507<br>YALE-009511<br>YALE-009517<br>YALE-009520<br>YALE-009524<br>YALE-009528<br>YALE-009532<br>YALE-009536<br>YALE-009436 | YALE-007326<br>YALE-009399<br>YALE-009403<br>YALE-009407<br>YALE-009411<br>YALE-009415<br>YALE-009419<br>YALE-009449<br>YALE-009468<br>YALE-009481<br>YALE-009510<br>YALE-009514<br>YALE-009519<br>YALE-009523<br>YALE-009527<br>YALE-009531<br>YALE-009535<br>YALE-009539<br>YALE-009437 | Email | 11/2/2018 | Mark Solomon | Susan Sawyer; Aley Menon | Re: Confidential - UWC | Email chain seeking legal advice from OGC regarding response to plaintiff's attorney's email and reflecting counsel's draft response; communication during pendency of plaintiff's injunction action against university. | A/C, W/P |
| 136 | | | Email | 11/4/2018 | Marvin Chun | Pat Noonan | Fw: Privileged and Confidential: Emergency Suspension | Email chain with outside counsel discussing information necessary to render legal advice regarding plaintiff's emergency suspension and pending injunction action against university. | A/C, FERPA |
| 137 | | | Email | 11/4/2018 | Marvin Chun | Pat Noonan | Fw: Privileged and Confidential: Emergency Suspension | Email chain with oustide counsel discussing information necessary to render legal advice regarding plaintiff's emergency suspension and pending injunction action against university. | A/C |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 138 | | | Email | 11/4/2018 | Marvin Chun | Pat Noonan | Fw: Letter Re: Emergency Suspension | Email chain with outside counsel seeking legal advice regarding response to plaintiff's letter concerning his suspension and reflecting counsel's impressions and legal advice regarding same; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 139 | | | Email | 11/4/2018 | Marvin Chun | Pat Noonan | Fw: Draft Letter to Khan | Email chain provided to outside counsel for the purposes of rendering legal advice and reflecting OGC's draft letter to plaintiff and internal discussion of information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |
| 140 | | | Email | 11/4/2018 | Marvin Chun | Pat Noonan | Fw: Confidential: Saif Khan | Email chain provided to outside counsel for the purposes of rendering legal advice and reflecting OGC's legal advice regarding plaintiff's pending preliminary injunction action; communication concerning plaintiff's injunction action against the university. | A/C |

Yale Privilege Log - 4.28.2025

| 141 | | | Email | 11/4/2018 | Marvin Chun | Pat Noonan | Fw: Confidential: Concerning Saifullah Khan | Email chain provided to outside counsel for the purposes of rendering legal advice and reflecting OGC's legal advice regarding response to plaintiff's suspension; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 142 | YALE-008668 | YALE-008668 | Email | 11/4/2018 | Marvin Chun | Pat Noonan | Fw: Concerning Saifullah Khan | Email with oustide counsel seeking legal advice regarding response to Peter Roe email concerning plaintiff's suspension; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 143 | | | Email Email_Attachment | 11/4/2018 | Marvin Chun | Pat Noonan | Fw: Attorney-Client Privileged -- Letter to S Khan | Email chain reflecting letter drafted by OGC regarding emergency suspension and discussing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |
| 144 | YALE-008247 | YALE-008247 | Email | 11/4/2018 | Marvin Chun | Pat Noonan | Fw: Another issue | Email chain with outside counsel providing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C, FERPA |

Yale Privilege Log - 4.28.2025

| 145 | YALE-008262 | YALE-008262 | Email | 11/8/2018 | Anne-Marie Cicarella | Marvin Chun | Location of Courtroom for Hearing- Khan v YU | Email from outside counsel providing information for client consideration regarding pending injunction action against university; communication concerning plaintiff's injunction action against university. | A/C, W/P |
|---|---|---|---|---|---|---|---|---|---|
| 146 | | | Email | 11/9/2018 | Anne-Marie Cicarella | Marvin Chun | RE: Privileged and Confidential * Urgent- Please Review | Email chain with outside counsel regarding temporary injunction hearing and reflecting counsel's impressions of same; communication concerning plaintiff's injunction action against university. | A/C, W/P |
| 147 | YALE-007696 | YALE-007699 | Email | 11/9/2018 | Susan Sawyer | Ksenia Sidorenko | RE: Follow up Concerning Saifullah Khan | Email chain reflecting response to Peter Roe drafted by OGC and discussing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |
| 148 | | | Email | 11/13/2018 | Susan Sawyer | Marvin Chun | RE: Mental Health Coverage | Email chain reflecting OGC's impressions and legal advice regarding continuation of plaintiff's mental health services during suspension; communication during pendancy of plaintiff's injunction action against university. | A/C |

25

Yale Privilege Log - 4.28.2025

| 149 | YALE-008248 YALE-008263 YALE-008278 | YALE-008249 YALE-008263 YALE-008278 | Email | 11/15/2018 | Susan Sawyer | Marvin Chun | RE: Reinstatement | Email chain reflecting response to plaintiff's email drafted by OGC and providing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |
| 150 | | | Email | 11/15/2018 | Susan Sawyer | Marvin Chun | RE: Re: Reinstatement | Email chain seeking legal advice from OGC regarding medical evaluation of plaintiff and reflecting counsel's impressions of same; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 151 | | | Email | 11/15/2018 | Aley Menon | Susan Sawyer | Re: draft | Email chain seeking legal advice from OGC regarding draft response to plaintiff's objection to UWC decisionmaker and reflecting counsel's advice; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 152 | | | Email | 11/15/2018 | Aley Menon | Susan Sawyer | Re: draft | Email chain seeking legal advice from OGC regarding draft response to plaintiff advising of timing of UWC panel report and reflecting counsel's advice regarding same; communication during pendancy of plaintiff's injunction action against university. | A/C |

Yale Privilege Log - 4.28.2025

| 153 | | | Email | 11/16/2018 | Susan Sawyer | Mark Solomon; Aley Menon | RE: Confidential: UWC | Email chain seeking legal advice from OGC regarding draft response to plaintiff's objection to UWC decisionmaker and reflecting counsel's revisions to same; communication during pendency of plaintiff's injunction action against university. | A/C, W/P |
|---|---|---|---|---|---|---|---|---|---|
| 154 | | | Email | 11/16/2018 | Aley Menon | Susan Sawyer | Re: Confidential: UWC | Email chain seeking legal advice from OGC regarding draft response to plaintiff's concerns of UWC delays and reflecting revisions to same by counsel; communication during pendency of plaintiff's injunction action against university. | A/C, W/P |
| 155 | YALE-009050 YALE-009137 | YALE-009051 YALE-009137 | Email | 11/16/2018 | Aley Menon | Susan Sawyer | Re: Confidential: UWC | Email chain seeking legal advice from OGC regarding draft response to plaintiff's concerns of UWC delays and providing information necessary to render legal advice; communication during pendency of plaintiff's injunction action against university. | A/C |
| 156 | | | Email Email_Attachment | 11/19/2018 | Ksenia Sidorenko Jason Killheffer | Pat Noonan;Susan Sawyer | PRIVILEGED AND CONFIDENTIAL: Incident report form attached | Email with attachment provided to OGC and outside counsel for the purposes of rendering legal advice concerning other complaints against plaintiff; communication during pendency of plaintiff's injunction action against university. | A/C, FERPA |

Yale Privilege Log - 4.28.2025

| 157 | YALE-009052 | YALE-009054 | Email | 11/30/2018 | Susan Sawyer | Aley Menon | RE: draft | Email chain seeking legal advice from OGC regarding draft update to plaintiff and Jane Doe regarding timing of UWC panel report and reflecting counsel's advice regarding same; communication during pendancy of plaintiff's injunction action against university. | A/C |
|---|---|---|---|---|---|---|---|---|---|
| 158 | | | Email | 12/3/2018 | Pat Noonan | Ksenia Sidorenko | RE: Khan v YU | Email chain with attachments from outside counsel provided for client consideration and comment regarding other incidents involving plaintiff and discussing information necessary to render legal advice; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |
| 159 | | | Email | 12/4/2018 | Ann Kuhlman | Susan Sawyer | Re: Request for Teleconference | Email chain reflecting outside counsel's request for information necessary to render legal advice and seeking legal advice from OGC regarding same; communication concerning plaintiff's injunction action against university. | A/C, W/P |

Yale Privilege Log - 4.28.2025

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 160 | | | Email Email_Attachment | 12/4/2018 | Ksenia Sidorenko Doug Nichols | Pat Noonan | Re: eval | Email chain with outside counsel requesting information necessary to render legal advice concerning other complaints against plaintiff and reflecting counsel's legal advice and impressions of same; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |
| 161 | | | Email | 12/10/2018 | Pat Noonan | Ksenia Sidorenko | RE: Khan | Email chain with outside counsel requesting information necessary to render legal advice regarding other complaints against plaintiff; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P |
| 162 | | | Email Email_Attachment | 12/11/2018 | Sarah Demers Writing Center | Susan Sawyer | Privileged and Confidential | Email with attachment providing information necessary to render legal advice regarding UWC panel report; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 163 | | | Email | 12/14/2018 | Ann Kuhlman | Anne-Marie Cicarella | RE: Request for Meeting | Email chain with outside counsel requesting information necessary to render legal advice concerning plaintiff's pending temporary injunction action. | A/C, W/P |

| 164 | | | Email | 12/17/2018 | Susan Sawyer | Marvin Chun | Pat Noonan Meeting | Email from OGC requesting information necessary to render legal advice concerning plaintiff's challenge to emergency suspension; communication concerning plaintiff's injunction action against university. | A/C |
|---|---|---|---|---|---|---|---|---|---|
| 165 | | | Email | 12/18/2018 | Paul Genecin | Susan Sawyer; Denise Gilmore;Pat Noonan | RE: UWC Case | Email chain with OGC discussing information necessary to render legal advice regarding anticipated litigation; communication during pendancy of plaintiff's injunction action against university. | A/C |
| 166 | | | Email | 12/18/2018 | Susan Sawyer | David Post | RE: Meeting with Pat | Email from OGC requesting information necessary to render legal advice concerning plaintiff's challenge to emergency suspension and discussing outside counsel's position on same; communication concerning plaintiff's injunction action against university. | A/C, W/P |
| 167 | | | Email Email_Attachment | 12/19/2018 | Aley Menon | Susan Sawyer;Vannesa Martinez Cecchini | winter break | Email with attachment providing information necessary to render legal advice regarding key dates in UWC process and seeking counsel's advice regarding same; communication during pendancy of plaintiff's injunction action against university. | A/C |

| 168 | YALE-008694<br>YALE-008695 | YALE-008694<br>YALE-008695 | Email_Attachment | 12/19/2018 | Denise Gilmore | Amy Justice;Anjelica Gonzalez;Etienne Greenlee; Pat Noonan;Susan Sawyer; Sarah Demers; Paul Genecin; Denise Gilmore | RE: UWC Case | Emails with OGC discussing information necessary to render legal advice regarding anticipated litigation concerning plaintiff's suspension; communication during pendency of plaintiff's injunction action against university. | A/C |
|---|---|---|---|---|---|---|---|---|---|
| 169 | | | Email | 12/21/2018 | Susan Sawyer | Aley Menon | Re: Email | Email chain reflecting outside counsel's request for information necessary to render legal advice regarding relevant communications with plaintiff and internal discussion of same with OGC; communication during pendency of plaintiff's injunction action against university. | A/C , W/P, FERPA |
| 170 | YALE-009109 | YALE-009109 | Email | 12/24/2018 | Aley Menon | Pat Noonan; Susan Sawyer | Re: response to panel report | Email chain providing OGC and outside counsel information necessary to render legal advice regarding plaintiff's response to UWC panel report; communication during pendency of plaintiff's injunction action against university. | A/C, W/P |
| 171 | | | Email | 12/29/2018 | Lynn Cooley | Susan Sawyer | Re: Panel Clarification | Email chain seeking legal advice from OGC regarding UWC process and reflecting message to UWC fact finder drafted by OGC; communication during pendency of plaintiff's injunction action against university. | A/C, W/P |

| 172 | YALE-008671 | YALE-008671 | Email | 12/30/2018 | Susan Sawyer | Lynn Cooley | McDaniel's Testimony | Email with attachment from OGC discussing information necessary to render legal advice; communication during pendency of plaintiff's injunction action against university. | A/C |
| 173 | | | Email | 1/1/2019 | Susan Sawyer | Lynn Cooley | Confidential DRAFT Decision Letter | Email with attachment from OGC discussing information necessary to render legal advice and referencing prior privileged communications with OGC; communication during pendency of plaintiff's injunction action against university. | A/C |
| 174 | | | Email | 1/2/2019 | Susan Sawyer | Marvin Chun | RE: Question about Khan hearing | Email chain seeking legal advice from OGC regarding response to inquiry concerning scheduling of UWC hearing and reflecting counsel's advice regarding same; communication during pendency of plaintiff's injunction action against university. | A/C |
| 175 | YALE-008241 YALE-008267 | YALE-008241 YALE-008267 | Email | 1/2/2019 | Marvin Chun | Susan Sawyer | Fwd: Question about Khan hearing | Email chain seeking legal advice from OGC regarding response to email inquiry; communication during pendency of plaintiff's injunction action against university. | A/C |
| 176 | | | Email Email_Attachment | 1/2/2019 | Susan Sawyer | Lynn Cooley | Confidential: Revised Decision | Email with attachment from OGC discussing information necessary to render legal advice regarding UWC decision; communication during pendency of plaintiff's injunction action against university. | A/C |

Yale Privilege Log - 4.28.2025

| 177 | | | Email | 1/3/2019 | Ann Kuhlman | Pat Noonan; Anne-Marie Cicarella;Denise Gilmore;Susan Sawyer | Re: Khan v. Yale | Email chain with outside counsel providing update regarding hearing on plaintiff's injunction action and reflecting counsel's impressions of same; communication concerning plaintiff's injunction action against university. | A/C, W/P |
| 178 | YALE-009649 | YALE-009654 | Email Email_Attachment Email_Attachment Email_Attachment | 1/3/2019 | Lynn Cooley | Pat Noonan | Re: Khan | Email chain with outside counsel providing update regarding withdrawal of plaintiff's injunction action and reflecting counsel's impressions of same; communication concerning plaintiff's injunction action against university. | A/C, W/P |
| 179 | | | Email | 1/4/2019 | Susan Sawyer | Aley Menon;Amy Justice;Anjelica Gonzalez;David Post;Sarah Demers;Etienne Greenlee;Mark Solomon;Marnie Robbins Hoffman;Marvin Chun;Paul Genecin;Stephanie Spangler; Pat Noonan | Khan Temporary Injunction | Email from OGC regarding anticipated litigation in federal court, and reflecting counsel's impressions and legal advice regarding same. | A/C, W/P |
| 180 | | | Email | 1/16/2019 | Surjit Chandhoke | Camille Lizarribar;Joel Silverman; Aley Menon;Gregg Peeples;Mark Schenker | (Confidential) RE: expulsion letter | Email reflecting and implementing legal advice of OGC. | A/C , FERPA |

Yale Privilege Log - 4.28.2025

| 181 | | | Email | 12/12/2019 | Susan Sawyer | Ann Kuhlman;Carole Goldberg;David Post;Sarah Demers;Joseph W Gordon;Lynn Cooley;Mark Solomon;Paul Genecin;Stephanie Spangler; Alexander Dreier;Karen Peart;Nathaniel Nickerson | Anticipated Lawsuit from Saifullah Khan | Email from OGC regarding plaintiff's anticipated lawsuit and counsel's impressions of same. | A/C, W/P |
| 182 | | | Email | 9/26/2018 | Surjit Chandhoke | Susan Sawyer; Camille Lizarribar; Margaret Clark | Confidential: Saif Khan TC" 19 | Email chain seeking legal advice from OGC regarding advising plaintiff as to UWC proceeding and reflecting counsel's impressions and legal advice regarding same. | A/C, W/P |
| 183 | | | Email | 10/5/2018 | Susan Sawyer | Caroline Hendel; Harold Rose | Fwd: Confidential: Fwd | Email chain reflecting OGC's draft response to plaintiff's email concerning YDN article and internal discussion of same among OGC. | A/C, W/P |
| 184 | | | Email | 10/5/2018 | Susan Sawyer | Harold Rose; Caroline Hendel; Alexander Drier | FW: urgent question regarding student | Email chain providing information necessary to render legal advice regarding student concern of plaintiff. | A/C, W/P, FERPA |
| 185 | | | Email | 10/17/2018 | Ronnell Higgins | Harold Rose; Susan Sawyer | RE: Confidential: Saif Khan | Email chain providing information necessary to render legal advice concerning incident involving the plaintiff and reflecting OGC's impressions and legal advice regarding same; communication during pendancy of plaintiff's injunction action against university. | A/C, W/P, FERPA |

Yale Privilege Log - 4.28.2025

| 186 | | | Email | 10/19/2018 | Surjit Chandhoke | Susan Sawyer | Re: Khan | Email chain providing information necessary to render legal advice concerning the plaintiff's academic performance; communication during pendency of plaintiff's injunction action against university. | A/C |
| 187 | | | Email | 11/2/2018 | Jennifer Daigle | Joshua Knobe | Re: Also | Email chain providing information necessary to render legal advice concerning the plaintiff's academic performance; communication during pendency of plaintiff's injunction action against university. | A/C |
| 188 | | | Email | 12/21/2018 | Sarah Worley | Pat Noonan | Re: Independent Fact-Finding: Jane Doe/Khan | Compilation of emails provided at the request of outside counsel related to UWC proceeding; communication during pendency of plaintiff's injunction action against university. | A/C , W/P |
| 189 | | | Email | 8/28/2018 | Surjit Chandhoke | Margaret Clark; Susan Sawyer | RE: IMPORTANT: TRUMBULL ID ACCESS REQUEST | Email chain seeking legal advice from OGC regarding plaintiff's ID access to Trumbull and discussing information necessary to render legal advice regarding same. | A/C, W/P |
| 190 | | | Email | 10/7/2018 | Harold Rose | Susan Sawyer; Martha Schall; Kimberly Goff-Crews | Re: Confidential: Mr. Khan | Email chain reflecting OGC's draft response to plaintiff's request for archived files and discussing information necessary to render legal advice regarding same. | A/C, W/P |
| 191 | | | Email | 10/4/2018 | Margaret Clark | Susan Sawyer; Surjit Chandhoke | Re: Just a note | Email chain discussing information necessary to render legal advice regarding YDN article concerning the plaintiff. | A/C, W/P |

Yale Privilege Log - 4.28.2025

| 192 | | | Email | 10/5/2018 | Margaret Clark | Surjit Chandhoke; Susan Sawyer | Re: Kahn | Email chain discussing information necessary to render legal advice regarding YDN article concerning the plaintiff. | A/C |
| 193 | | | Email | 10/7/2018 | Harold Rose | Ronnell Higgins; Steven Woznyk; Alexander Drier; Susan Sawyer; Camille Lizarribar; Surjit Chandhoke | Confidential: Saif Khan | Email from OGC providing legal advice regarding plaintiff's suspension. | A/C |