# EXHIBIT C

| | |
|---|---|
| From: | Alex Taubes <alextt@gmail.com> |
| Sent: | Tuesday, April 29, 2025 3:12 PM |
| To: | Giovanna Tiberii Weller |
| Cc: | Brendan Gooley (bgooley@carltonfields.com); Maria L. Laurato |
| Subject: | [EXTERNAL] Re: Khan: Need to Meet and Confer |
| Attachments: | SAIFKHAN_00061938.htm; SAIFKHAN_00058938.pdf; SAIFKHAN_00060129.pdf; SAIFKHAN_00062096.pdf; SAIFKHAN_00062550.pdf; SAIFKHAN_00073618.pdf; SAIFKHAN_00077810.pdf; SAIFKHAN_00077811.png; SAIFKHAN_00073778.pdf; SAIFKHAN_00074810.pdf; SAIFKHAN_00075963.pdf; SAIFKHAN_00076543.pdf; SAIFKHAN_00077722.pdf; SAIFKHAN_00077355.pdf; SAIFKHAN_00076731.pdf; SAIFKHAN_00083197.pdf; SAIFKHAN_00063432.png; SAIFKHAN_00057150.htm |

Dear Giovanna,

Please see the following documents: ▮▮▮▮ (log entries 189, 215, 326, 338); ▮▮▮▮ (entries 392, 411, 412); Naomi Ruth Freeman (entry 393); ▮▮▮▮ (entries 397, 404, 405, 409); Lawrence Dressler (entries 407, 408); Sara Wahedi (entry 426); Cindy Garrett and Alison Scott (entry 346), entry with Marvin Chun (entry 315) and entry with Airbnb (entry 132).

Relatedly, on your privilege log, there appear to be entries with several individuals who appear to be attorneys, but I cannot determine from the current descriptions whether they were providing legal or other advice. Let's address this during our next meet and confer.

This week is very tough for me but I am trying to find availability within the times you mentioned.

Best,
Alex

On Mon, Apr 28, 2025 at 1:59 PM Giovanna Tiberii Weller <GWeller@carmodylaw.com> wrote:

> Hi Alex,
>
> Hope you had a good weekend. I write to schedule a meet and confer for this week. We need to discuss the remaining objections to the requests for production in your motion to compel. I believe there are about 15 remaining for discussion.
>
> We also need to conclude our discussions on the items in the plaintiff's privilege log that contain communications with non-counsel. I remain open to discussing a revised log and ask that you provide any revised log with enough time to review it before our meet and confer. Given the caselaw, it would be productive

1

if we discussed how these individuals acted as a "client representative" for, or agent to, Mr. Khan or his counsel such that the attorney-client privilege should apply to their communications, and whether there are any contemporaneous documents, e.g. a retainer agreement, that determined the nature of their relationship or engagement.

In addition to Peter Roe, who appears on 243 of 426 entries, there are other individuals we should discuss. They include ▓▓▓ (log entries 189, 215, 326, 338); ▓▓▓ (entries 392, 411, 412); Naomi Ruth Freeman (entry 393); ▓▓▓ (entries 397, 404, 405, 409); Lawrence Dressler (entries 407, 408); Sara Wahedi (entry 426); Cindy Garrett and Alison Scott (entry 346). There is an entry with Marvin Chun (entry 315) and an entry with Airbnb (entry 132). There are entries with several individuals who appear to be attorneys, but I cannot determine from the current descriptions whether they were providing legal or other advice.

Finally, please provide the estimate from TransPerfect for the cost of pulling email communications concerning Sally Roe 2 from Mr. Khan's Yale inbox between May 6, 2013 to May 14, 2013, with the search terms: (1) Sally Roe 2 actual first name, (2) Sally Roe 2 actual last name, (3) apolo*, and (4) sorry.

**I am available any time tomorrow (Tuesday) afternoon, on Wednesday before 11:30 and between 1 and 3 pm, and on Thursday before 2:30 pm.** Please let me know what works for you. Brendan, I ask that you also let us know your availability.

Best, Giovanna

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510
Direct: 203-575-2651 | Fax: 203-784-3199
GWeller@carmodylaw.com | www.carmodylaw.com
Pronouns: she, her, hers

**125 years** | Exceptional Client Service
carmodylaw.com

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

--
Alexander T. Taubes
470 James Street, Suite 007
New Haven, CT 06513
(203) 909-0048 » alextt@gmail.com » taubeslaw.com
*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*