# EXHIBIT E

## Maria L. Laurato

**From:** Maria L. Laurato
**Sent:** Thursday, May 8, 2025 6:12 PM
**To:** alextt@gmail.com; Gooley, Brendan N.
**Cc:** Giovanna Tiberii Weller
**Subject:** Yale's Privilege Log with Revised Descriptions
**Attachments:** Yale - Khan - Yale's Privilege Log with Revised Descriptions (N6067454).PDF

Hi Alex and Brendan,

I attach Yale's privilege log with revised descriptions for the entries we discussed at today's meet and confer. The attorneys in Yale's Office of the General Counsel who appear on the log include: Caroline Hendel, Susan Sawyer, Alexander Drier, Harold Rose, and Vannesa Martinez Cecchini.

Best,
Maria

**Maria L. Laurato** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street. | New Haven, CT 06510
Direct: 203-784-3157 | Fax: 203-784-3199
MLaurato@carmodylaw.com | www.carmodylaw.com



125 years | Exceptional Client Service | carmodylaw.com

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com