# **EXHIBIT H**

| | |
|---|---|
| RETURN DATE:   OCTOBER 30, 2018 | SUPERIOR COURT |
| SAIFULLAH KHAN,<br>    Plaintiff, | J.D. of NEW HAVEN<br>at NEW HAVEN |
| v. | |
| YALE UNIVERSITY,<br>MARVIN CHUN,<br>    Defendants. | OCTOBER 10, 2018 |

## VERIFIED COMPLAINT

1. On the basis of a piece of undergraduate reporting in its local campus newspaper, Yale University has suspended the plaintiff, who is in the midst of taking classes to complete his senior year of studies. The stated basis of the suspension is that the university needs time to investigate issues raised in the undergraduate reporting. The defendant refuses to take steps to permit the plaintiff to complete or attend classes. The plaintiff seeks an order of this Court enjoining the defendants from breaching their contract with him and requiring the defendant to permit the plaintiff to attend classes. The plaintiff will suffer irreparable harm that cannot be compensated in monetary terms in the absence of judicial relief.

2. The plaintiff, Saifullah Khan, is an undergraduate duly enrolled as a student in good standing at Yale University. He resides off campus.

3. Marvin Chun is the Dean of Yale College, an undergraduate college operating and organized within the overall administrative structure of Yale University.

4. Yale University, herein after "the university", is a private educational institution organized and incorporated in the State of Connecticut. It maintains a series

1

of undergraduate residential colleges for purposes of providing an undergraduate education to undergraduate students.

5. On or about October 5, 2018, the Yale Daily News published an article entitle "Khan and his consort." (Exhibit A) The piece recounted allegations made by a certain [Peter Roe], who contended he had a romantic relationship with Mr. Khan that involved Mr. Khan's sexually assaulting [Peter Roe] in a kinky bout of fetishistic role-playing with a pseudonymous woman in Washington, D.C., and that Mr. Khan committed an act of physical violence in the form of a slap to the face while Mr. Khan and [Peter Roe] were together in Indianapolis, Indiana. [Peter Roe] is portrayed as a sexually submissive homosexual in thrall to Mr. Khan. He contends that Mr. Khan and he would often engage in sexually provocative telephone conversations and text messaging.

6. There is nothing in the article by the Yale Daily News to suggest that Mr. [Peter Roe] ever set foot on the Yale campus or that he had any affiliation whatsoever with Yale.

7. As a direct and proximate result of the aforesaid reporting in the Yale Daily News, members of the Yale Police Department visited Mr. Khan on October 5, 2018, to determine whether the reporting had so distressed Mr. Khan that he needed or required professional help of any kind. Mr. Khan reported that he did not need help. Mr. Khan agreed to appear at the Yale infirmary for a mental health consultation.

2

8. Later in the day on October 5, 2018, Mr. Khan was contacted by two Yale administrators. Mr. Khan informed them that he was fine, had visited Yale's mental health clinic, and that he at no point considered harming himself or others. The administrators responded late in the evening of October 5, 2018, thanking him for his response and urging him to "get adequate sleep, eat well, and get some exercise." (Exhibit B)

9. On Sunday morning, October 7, 2018, at approximately 8 a.m., Mr. Khan was asked to come to campus to meet with members of the Yale administration. Mr. Khan informed the administrators he would not do so, and Dean Marvin Chun of Yale College caused a letter to be hand-delivered to Mr. Khan informing him that he was suspended effectively immediately from Yale College due to an "emergency." According to Dean Chun, the suspension "appears necessary for your physical and emotional safety and well-being and/or the safety and well-being of the university community." As a result of the suspension, Mr. Khan was barred from the campus and prohibited from attending any of the classes he had been attending for the previous month. (Exhibit C)

10. The university has since informed him that he will lose his coverage under the university's health plan effective November 1, 2018.

11. There is no credible evidence that permitting Mr. Khan to attend classes poses a threat of harm to himself or to anyone affiliated with Yale.

12. Mr. Khan's suspension is most likely pre-textual, and arises from a combination of factors including his unique history at Yale, the bitter

3

disappointment of many Yale students and faculty that Brett Kavanaugh was expected to be confirmed as a Justice on the United States Supreme Court, and prevailing culture of over-heated sensibilities regarding claims of sexual assault shared by many students at Yale. Even if Peter Roe ' claims were true, a contention the plaintiff denies, there is no reasonable basis to believe that Mr. Khan poses a threat of any kind to any person at Yale.(Exhibit D)

13. Mr. Khan first enrolled at Yale in 2012. He is an Afghan refugee who was recruited to attend Yale after he was identified as extremely gifted while residing in a Pakistani refugee camp after certain of his family members were killed by the Taliban.

14. In November 2015, during his senior year, a fellow Trumbull College resident accused him of sexually assaulting her in her dormitory room at Trumbull College. The university suspended him without notice or a hearing while criminal charges were pending against him. The university also stayed any disciplinary proceedings against him arising under the university's University-Wide Committee on Sexual Misconduct.

15. Mr. Khan was tried before a jury of six on the claims that he had engaged in sexual misconduct against a fellow student in Trumbull College. The alleged victim testified in the New Haven Superior Court for the Judicial District of New Haven over the course of three days. The jury rejected her testimony and promptly returned a verdict of not guilty on all counts IN March 2018.

4

16. The verdict exonerating Mr. Khan outraged many at Yale, and around the country, and occasioned commentary in such publications as The New York Times and Time Magazine.

17. A petition was circulated to register the opinion of those who believed that the university should not re-admit Mr. Khan as a student. The Yale Daily News reported that as of August 9, 2018, 78,000 people had signed the petition. (Exhibit E)

18. As of the time of his most-recent suspension, the university had still not convened a hearing on the claims of a classmate that Mr. Khan had assaulted her. Upon information and belief, the alleged accuser does not wish to appear on the Yale campus after having been found to be lacking in credibility by a jury of her peers. The university has been placed on notice that Mr. Khan intends to seek both judicial relief and an investigation from the federal Department of Education for violations of the law arising under Title IX.

19. The university has permitted Mr. Khan to resume attending classes in the fall of 2018, but has denied him the opportunity to live on campus, effectively ostracizing him and holding him out to be a subject of scorn.

20. Mr. Khan has requested permission to attend classes with an escort in order to address any concerns the university may have about his safety due to the hostility of his classmates, and to assure that he does not pose a risk of harm to others. The university has denied this request.

21. The university's actions in regard to the October 2018 suspension are pre-textual and are designed to placate a climate of opinion in which allegations

of sexual assault are to be believed upon being made, in which the accused has no meaningful right to defend and in which the voices of those raised in solidarity with the accused drown out any semblance of due process and orderly fact-finding. Mr. Khan liked beer; he still likes beer.

22. As a direct and proximate result of the university's summary suspension of Mr. Khan, he is unable to finish the classes that he began in August, stands to lose education opportunity the university is contractually obligated to provide, and suffers further stigmatization.

WHEREFORE, the plaintiff requests the following relief pending full adjudication on the merits of the aforesaid claims:

A. An order requiring the university to permit Mr. Khan to attend the classes in which he is currently enrolled;

B. An order requiring the university to provide Mr. Khan an escort and/or bodyguard to protect him from fellow students, staff and faculty;

C. An order directing defendant Chun to require the agents, servants and employees to cease and desist from harassing Mr. Khan on account of the highly dubious claims of a disappointed lover in the campus newspaper;

D. Such other relief as the Court deems fair and equitable.

I have reviewed the claims in the above-complaint and attached documents. They documents are true and accurate copies both correspondence and news stories

6

reported in the Yale Daily News, and the general facts are true, or supported by reasonable belief.

_____
SAIFULLAH KHAN

Subscribed to before me, this 9th day of October, 2018

_____
Notary Public

Donna L. Peat
Notary Public - Connecticut
My Commission Expires
January 31, 2023

THE PLAINTIFF

BY: _____
NORMAN A. PATTIS / Juris 408681
Pattis & Smith, LLC
383 Orange Street, 1st Floor
New Haven, CT 06511
203-393-39017
npattis@pattisandsmith.com

## CERTIFICATION

This is to certify that the foregoing was delivered this 10th day of October 2018 to Caroline Hendel, Senior Associate General Counsel, Yale University, Office of the Vice President and General Counsel, 2 Whitney Avenue, 6th Floor, New Haven, CT 06510

_____
NORMAN A. PATTIS

7