UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | JUNE 24, 2025 |

### JOINT STATUS REPORT

The Parties submit this Joint Status Report pursuant to the Court's Order (ECF 351 and 353).

### DEFENDANTS' POSITION

Defendants' Motions to Compel are not moot. Plaintiff's production of the documents at issue is (1) incomplete and (2) establishes that Plaintiff asserted privilege over unquestionably unprivileged documents.

First, there are twenty-two (22) documents listed on Plaintiff's privilege log concerning Peter Roe that were not produced. *See* ECF 324, Exhibit A, filed under seal, at entries 14, 98–118. Therefore, the production is not complete, and the relief Defendants seek is not moot. Second, most of the communications with Peter Roe that Plaintiff has produced are lengthy message strings that do not appear to be even arguably privileged, even under Plaintiff's expansive theory of privilege. *See e.g., id.,* at entries 30, 50, and 80. Third, Plaintiff's response improperly clings to the notion that he and Mr. Roe shared some sort of privilege. They did not. Instead, the production establishes that the idea to call Mr. Roe a "paralegal" was formulated by Plaintiff, not the attorney, to hide their communications under the cloak of privilege. *See id.*, at entry 79. As such, Defendants believe sanctions are warranted and the Motions are not moot.

In addition, Plaintiff's production of the Peter Roe documents also revealed the existence

of additional categories of documents that Defendants did not previously know about, and that have not been produced but should have been. Defendants will seek to address these issues with Plaintiff at a meet and confer and, if unsuccessful, will file appropriate motion(s).

Finally, Defendants sought to raise these issues with Plaintiff's counsel at the court-ordered meet and confer; Plaintiff's counsel, however, did not respond to Defendants' repeated attempts to schedule the meeting. (*See*, Declaration of Maria Laurato, at ¶¶ 6–9). At 1:42 PM on June 24, 2025, Plaintiff's counsel finally responded that he was "not available today." *Id.*, at ¶ 10.

Defendants intend to keep the Court apprised of continuing developments.

**PLAINTIFF'S POSITION**

Defendants' motion to compel is moot. All of the documents have been produced to Defendants, with the apparent exception of documents that Plaintiff is willing to produce if they were inadvertently omitted from the Plaintiff's production. Defendants did not notify Plaintiff that they believed any documents were missing until Plaintiff received Defendants' position at 4:15pm today and the parties have not conferred regarding same. Defendants seek "sanctions" but do not specify a sanction they are seeking in their position statement. Accordingly, no real controversy exists and the motions are moot.

RESPECTFULLY SUBMITTED,

Plaintiff,
Saifullah Khan

By: /s/ *Alexander T. Taubes*
Alexander T. Taubes
Taubes Law
470 James Street, Suite 007
New Haven, CT 06513
Phone: 203-9090048
Email: alextt@gmail.com

    Defendant,
    Yale University

By: */s/ Giovanna Tiberii Weller*
    Patrick M. Noonan (ct00189)
    Giovanna Tiberii Weller (ct11187)
    Maria L. Laurato (ct31443)
    Carmody Torrance Sandak & Hennessy LLP
    195 Church Street
    P.O. Box 1950
    New Haven, CT 06509
    Phone: 203-777-5501
    Fax: 203-784-3199
    Email: pnoonan@carmodylaw.com
    Email: gweller@carmodylaw.com
    Email: mlaurato@carmodylaw.com


    Defendant,
    Jane Doe

By: */s/ Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS, P.A.
    One State Street, Suite 1800
    Hartford, CT 06103
    Tel.: 860-392-5000
    Fax: 860-392-5058
    Email: jsconzo@carltonfields.com
    Email: bgooley@carltonfields.com

## CERTIFICATION OF SERVICE

This is to certify that on this 24th day of June 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                          */s/ Maria L. Laurato*
                                          Maria L. Laurato