**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Saifullah Khan,<br><br>　　　　Plaintiff,<br>v.<br><br>Yale University, et al.,<br><br>　　　　Defendants. | Civ. No. 3:19-cv–01966-KAD<br><br><br>June 24, 2025 |

## DECLARATION OF MARIA L. LAURATO

Pursuant to 28 U.S.C. § 1746, I, Maria L. Laurato, declare as follows:

1.　I am over the age of twenty-one and believe in and understand the obligations of an oath.

2.　I am an attorney with the law firm of Carmody Torrance Sandak & Hennessey LLP, counsel to the defendant Yale University and the twelve individual Yale defendants in the above-captioned matter.

3.　On Wednesday, June 18, 2025, the Court ordered that the parties meet and confer and file a Joint Status Report by the close of business on Friday, June 20, 2025. ECF 351.

4.　On Thursday, June 19, 2025, the parties sought an extension to comply with the Court's Order at ECF 351 by the close of business on Tuesday, June 24, 2025. ECF 352.

5.　On Friday, June 20, 2025, the Court granted the parties' request. ECF 353.

6.　On Monday, June 23, 2025, Attorney Brendan Gooley sent an email to Attorneys Taubes, Weller, and Laurato proposing to schedule a meet and confer for noon the following day, among other things. A true and accurate copy of the June 23, 2025 email is appended hereto as Exhibit A.

7. Plaintiff's counsel responded to that email to address another issue Attorney Gooley had raised, but did not respond to the portion of the email regarding the meet and confer. *Id.*

8. Later that afternoon, undersigned counsel sent a follow-up email to Attorney Taubes asking whether he was available to meet and confer at the proposed time. Plaintiff's counsel did not respond. *Id.*

9. At 8:40 AM on the morning of July 24, 2025, Attorney Gooley sent another email to Attorney Taubes asking whether he was available to meet and confer at noon. *Id.*

10. At 1:42 PM, Plaintiff's counsel responded: "I am not available today, and we need to mark off Thursday's deposition." *Id.*

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2025

_____
Maria L. Laurato