# EXHIBIT A

**Maria L. Laurato**

| | |
|---|---|
| **From:** | Alex Taubes <alextt@gmail.com> |
| **Sent:** | Tuesday, June 24, 2025 1:42 PM |
| **To:** | Gooley, Brendan N. |
| **Cc:** | Maria L. Laurato; Giovanna Tiberii Weller |
| **Subject:** | Re: [EXTERNAL] Re: Khan |

I'm not available today, and we need to mark off Thursday's deposition.

Best,
Attorney Alex Taubes

On Tue, Jun 24, 2025 at 8:40 AM Gooley, Brendan N. <BGooley@carltonfields.com> wrote:

> Hi:
>
>
> Alex: Does noon work? I think we should also discuss our positions regarding the Motion for Order regarding the D.C. records.
>
>
> Brendan
>
>
> **Brendan N. Gooley**
> Attorney at Law | Carlton Fields
> One State Street
> Suite 1800 | Hartford, Connecticut 06103
> Direct: 860.392.5036 | Fax: 860.392.5058
> BGooley@carltonfields.com
>
>
> **From:** Maria L. Laurato <MLaurato@carmodylaw.com>
> **Sent:** Monday, June 23, 2025 2:46 PM
> **To:** Alex Taubes <alextt@gmail.com>; Gooley, Brendan N. <BGooley@carltonfields.com>
> **Cc:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
> **Subject:** RE: [EXTERNAL] Re: Khan
>
>
> **EXTERNAL SENDER: This Message is from outside the organization.**
>
>
> Hi Brendan,

1

No objection to the Motion. Tomorrow at noon works for me. Alex, are you free then?

Thank you,

Maria

**Maria L. Laurato** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street. | New Haven, CT 06510
Direct: 203-784-3157 | Fax: 203-784-3199
MLaurato@carmodylaw.com | www.carmodylaw.com

125 years | Exceptional Client Service
carmodylaw.com

**From:** Alex Taubes <alextt@gmail.com>
**Sent:** Monday, June 23, 2025 12:07 PM
**To:** Gooley, Brendan N. <BGooley@carltonfields.com>
**Cc:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>; Maria L. Laurato <MLaurato@carmodylaw.com>
**Subject:** [EXTERNAL] Re: Khan

We object.

On Mon, Jun 23, 2025 at 11:56 AM Gooley, Brendan N. <BGooley@carltonfields.com> wrote:

Hi:

Can you please let me know your position on the attached Motion?

Also, does noon tomorrow work for our meet and confer?

Brendan

2



**Brendan N. Gooley**
Attorney at Law

One State Street
Suite 1800
Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058

BGooley@carltonfields.com | www.carltonfields.com
bio | vcard

**Carlton Fields is ISO 27001:2022 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*

--

**Alexander T. Taubes**

**470 James Street, Suite 007**

**New Haven, CT 06513**

(203) 909-0048 » alextt@gmail.com » taubeslaw.com

*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

--

**Alexander T. Taubes**
**470 James Street, Suite 007**
**New Haven, CT 06513**
(203) 909-0048 » alextt@gmail.com » taubeslaw.com
*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

3