UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | JUNE 26, 2025 |

### REDACTED COPIES OF EXHIBITS I, J, AND P TO YALE UNIVERSITY'S MEMORANDUM IN OPPOSITION, PREVIOUSLY FILED UNDER SEAL AT ECF 314

Pursuant to the Court's Order (ECF 355), Yale University hereby files redacted copies of Exhibits I, J, and P to its Memorandum in Opposition to Plaintiff's Motion to Compel (ECF 311), previously filed under seal at ECF 314.

Respectfully submitted,
Yale University

By: _____
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

## CERTIFICATION OF SERVICE

  I hereby certify that on June 26, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Maria L. Laurato*
Maria L. Laurato