# **EXHIBIT I**

**Maria L. Laurato**

| | |
|---|---|
| **From:** | Giovanna Tiberii Weller |
| **Sent:** | Friday, August 16, 2024 1:59 PM |
| **To:** | Alex Taubes |
| **Cc:** | Brendan Gooley (bgooley@carltonfields.com); Mario Cerame; James M. Sconzo (jsconzo@carltonfields.com); Patrick M. Noonan; Jennifer R. Peschell |
| **Subject:** | Khan / Yale: ESI Counterproposal: Confidential and For Discussion Only |
| **Attachments:** | Khan v. Yale- ESI Counterproposal (N6014585).DOCX |

Alex,

I attach Yale's ESI counterproposal. This is, as we've discussed, in furtherance of our joint efforts to reach a good faith resolution of our objections to your written discovery. In doing so, we have put together a list that we believe is comprehensive and fair. And, instead of a "one-size-fits-all" date range, I tied specific, relevant date ranges for each custodian.

With this, I think it makes sense for us to reschedule our next in-person meet and confer. I am flexible on the date and suggest you propose something that gives you sufficient time to review the counterproposal. I also plan to send you something, either today or Monday, on the plaintiff's outstanding discovery to Yale that I would like to discuss and wrap up at the meet and confer.

Finally, a couple of housekeeping notes on our agreed-to process. First, Jane's counsel has her own objections to your discovery requests to Yale as they pertain to her. To the extent Yale has agreed to custodians who may have information subject to Jane's objections, her counsel will need to review and weigh in on the production before disclosure. Next, if our good faith efforts to agree to an ESI proposal are unsuccessful, you have not waived your right to move to compel responses to your written discovery and Yale has not waived any of its objections thereto.

I look forward to discussing this at our meet and confer and I hope you have a good weekend.

Best, Giovanna

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510
Direct: 203-575-2651 | Fax: 203-784-3199
GWeller@carmodylaw.com | www.carmodylaw.com
Pronouns: she, her, hers

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

## Khan v. Yale et al
## ESI Counterproposal – Confidential For Discussion Purposes Only

### ESI Counterproposal – Custodians and Date Ranges:

1. Marvin Chun, Dean of Yale College- Date Range: 5/1/2018 to 11/30/2018
2. Jasmina Besirevic Reagan, Dean of ▉▉▉▉ College - Date Range: 8/1/2012 to 12/31/2015
3. Joe Gordon, Deputy Dean of Yale College -Date Range: 11/1/2015 to 11/30/2015
4. David Post, Faculty and Chair of UWC - Date Ranges: 11/1/2015 to 12/31/2015; June 1, 2018 to July 31, 2018
5. Mark Solomon, Faculty and Chair of UWC- Date Range: 6/1/2018 to 2/28/2019
6. Sarah Demers, Physics Professor and Chair of UWC Panel- Date Range: 9/1/2018 to 2/28/2019
7. Carole Goldberg, Clinical psychiatrist, and SHARE -Date Range: 11/1/2015 to 11/30/2015
8. Ksenia Sidorenko, UWC Coordinator - Date Range: 12/1/2017 to 1/31/2018; 5/1/2018 to 1/31/2019
9. Lynn Cooley, Dean of Graduate Students - Date Range: 10/1/2018 to 2/28/2019
10. Paul Genecin, Physician associated with Yale Health, UWC member -Date Range: 9/1/2018 to 2/28/2019
11. Ann Kuhlman, E.D., Yale's Office of International Students/Scholars- Date Ranges: 8/2012 to 12/31/2015
12. Aley Menon, Secretary, Office of Provost- Date Range: 11/1/2015 to 11/30/2015; 3/1/2018 – 1/30/2019
13. Anita Sharif-Hyder, Associate Secretary- Date Range: 11/1/2015 – 12/31/2015; 5/1/2018 to 2/28/2019
14. Angelica Gonzalez, Prof. of Biomedical Engineering, UWC member- Date Range: 9/1/2018 to 2/28/2019
15. Amy Justice, UWC member - Date Range: 9/1/2018 to 2/28/2019

### ESI Counterproposal –Search Terms:

1. Khan AND Saif OR Saifullah
2. Sjk68
3. Qimari
4. xmarai

{N6014585}