# EXHIBIT J

**Maria L. Laurato**

**Subject:**                    FW: [EXTERNAL] Re: Khan / Yale: ESI Counterproposal: Confidential and For Discussion Only

**From:** Alex Taubes <alextt@gmail.com>
**Sent:** Thursday, September 12, 2024 1:26 PM
**To:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Cc:** Brendan Gooley (bgooley@carltonfields.com) <BGooley@carltonfields.com>; Mario Cerame <mcerame@brignole.com>; James M. Sconzo (jsconzo@carltonfields.com) <JSconzo@carltonfields.com>; Patrick M. Noonan <PNoonan@carmodylaw.com>; Jennifer R. Peschell <JPeschell@carmodylaw.com>
**Subject:** [EXTERNAL] Re: Khan / Yale: ESI Counterproposal: Confidential and For Discussion Only

Dear Giovanna,

Thank you for sending Yale's ESI counterproposal and for working with us to finish the protective order. While I appreciate the effort to tailor the custodians and date ranges, the current proposal remains too narrow, especially in light of the significant disparity in document production. As you are aware, we have already produced over 10,000 pages, while Yale has only produced 419 pages.

First, the list of custodians in Yale's proposal omits several critical individuals. We believe that the YPD custodians, along with other key figures involved in Title IX and related matters, are indispensable to this discovery process. These individuals likely hold information that is crucial to fully understanding the case, and their inclusion is essential to moving forward in good faith. We have curtailed our list to request 11 additional custodians from your proposal. This includes three individuals who are party defendants, as well as YPD officers who testified at Mr. Khan's criminal trial.

Second, while we understand the rationale for narrowing the date ranges for each custodian, we must insist on slightly broader timeframes. The periods from September 1, 2015, to September 1, 2016, and September 1, 2018, to September 1, 2019, remain critical to ensuring that relevant documents are captured. A more restrictive date range risks omitting important context and continuity necessary for a comprehensive discovery process. Should these individuals have no involvement or communications related to Mr. Khan, given the severely circumscribed search terms, they will not be pulling in many documents during these expanded timeframes. If, however, there are responsive documents, these time frames are relevant.

Finally, we are requesting the inclusion of a few additional search terms that will better target key documents. These terms are carefully considered and should not impose an undue burden on Yale, but they are necessary to ensure the scope of discovery aligns with the needs of this case.

I believe we are nearing a workable framework for discovery, but further adjustments are necessary to ensure fairness and thoroughness. Our revised proposal is already significantly more limited than both our initial request and our subsequent counterproposal. I look forward to discussing these points in greater detail, and I am happy to reschedule our next meet and confer at your earliest convenience. At that time, I believe it is time for us to address revision of the scheduling order to allow for orderly production of documents followed swiftly by depositions.

I look forward to speaking with you soon.

Best regards,
Alex

**ESI Proposal 9/12/24 - Khan v. Yale, et al.**

Date ranges for proposed custodians and search terms:

1. **Marvin Chun, Dean of Yale College**
   - Date Range: 9/1/2015 to 9/1/2016; 5/1/2018 to 9/1/2019
2. **Jasmina Besirevic Reagan, Dean of ████████ College**
   - Date Range: 9/1/2015 to 9/1/2016
3. **Joe Gordon, Deputy Dean of Yale College**
   - Date Range: 9/1/2015 to 9/1/2016
4. **David Post, Faculty and Chair of UWC**
   - Date Range: 9/1/2015 to 9/1/2016; 6/1/2018 to 9/1/2019
5. **Mark Solomon, Faculty and Chair of UWC**
   - Date Range: 9/1/2015 to 9/1/2016; 6/1/2018 to 9/1/2019
6. **Sarah Demers, Physics Professor and Chair of UWC Panel**
   - Date Range: 9/1/2015 to 9/1/2016; 9/1/2018 to 9/1/2019
7. **Carole Goldberg, Clinical Psychiatrist, SHARE**
   - Date Range: 9/1/2015 to 9/1/2016; 9/1/2018 to 9/1/2019
8. **Ksenia Sidorenko, UWC Coordinator**
   - Date Range: 9/1/2015 to 9/1/2016; 5/1/2018 to 9/1/2019
9. **Lynn Cooley, Dean of Graduate Students**
   - Date Range: 9/1/2015 to 9/1/2016; 9/1/2018 to 9/1/2019
10. **Paul Genecin, Physician associated with Yale Health, UWC member**
    - Date Range: 9/1/2015 to 9/1/2016; 9/1/2018 to 9/1/2019
11. **Ann Kuhlman, Executive Director of Yale's Office of International Students & Scholars**
    - Date Range: 9/1/2015 to 9/1/2016; 9/1/2018 to 9/1/2019
12. **Aley Menon, Secretary, Office of Provost**
    - Date Range: 9/1/2015 to 9/1/2016; 9/1/2018 to 9/1/2019
13. **Anita Sharif-Hyder, Associate Secretary**
    - Date Range: 9/1/2015 to 9/1/2016; 5/1/2018 to 9/1/2019
14. **Angelica Gonzalez, Professor of Biomedical Engineering, UWC member**
    - Date Range: 9/1/2015 to 9/1/2016; 9/1/2018 to 9/1/2019
15. **Amy Justice, UWC member**
    - Date Range: 9/1/2015 to 9/1/2016; 9/1/2018 to 9/1/2019

Additional Yale Administration Custodians (for all additional custodians, requested time range of 9/1/15 to 9/1/16 and 9/1/18 to 9/1/19):

1. **Susan Sawyer** – General Counsel for Yale University.
2. **Harold Rose** – General Counsel for Yale University.
3. **Jason Killheffer** – Yale UWC Coordinator.
4. **Kimberly Goff-Crews** – Director of Student Life.
5. **Sarah Worley** – UWC Investigator.

Additional YPD Custodians:
1. **Detective Paul Sires** – YPD investigating officer
2. **Assistant/Chief Ronnell Higgins** – YPD chief at the time
3. **Assistant Chief Woznyk** – YPD assistant chief at the time
4. **Assistant Chief Patten** – YPD assistant chief at the time
5. **Marnie Robbins-Hoffman** – YPD member who testified at trial
6. **Lori Feola** – YPD member who testified at trial

Search terms proposed by Defendant Yale:

1. Khan AND Saif OR Saifullah
2. Sjk68
3. Qimari
4. xmarai

Additional search terms proposed by Plaintiff:
1. "Title IX" AND Khan OR Saif!
2. "University-Wide Committee" OR UWC AND Khan OR Saif!
3. Complaint OR investigation OR hearing AND Khan OR Saif!
4. "due process" AND Khan OR Saif!
5. "suspension" OR "emergency" AND Khan OR Saif!
6. "sexual harassment" OR "sexual misconduct" AND Khan OR Saif!
7. Training OR handbook OR guidelines OR compliance AND Khan OR Saif!
8. Witness* AND (statement OR interview OR testimony) AND Khan OR Saif!

On Fri, Aug 16, 2024 at 1:59 PM Giovanna Tiberii Weller <GWeller@carmodylaw.com> wrote:

Alex,

I attach Yale's ESI counterproposal. This is, as we've discussed, in furtherance of our joint efforts to reach a good faith resolution of our objections to your written discovery. In doing so, we have put together a list that we believe is comprehensive and fair. And, instead of a "one-size-fits-all" date range, I tied specific, relevant date ranges for each custodian.

With this, I think it makes sense for us to reschedule our next in-person meet and confer. I am flexible on the date and suggest you propose something that gives you sufficient time to review the counterproposal. I also plan to send you something, either today or Monday, on the plaintiff's outstanding discovery to Yale that I would like to discuss and wrap up at the meet and confer.

Finally, a couple of housekeeping notes on our agreed-to process. First, Jane's counsel has her own objections to your discovery requests to Yale as they pertain to her. To the extent Yale has agreed to custodians who may have information subject to Jane's objections, her counsel will need to review and weigh in on the production before disclosure. Next, if our good faith efforts to agree to an ESI proposal are unsuccessful, you have not waived your right to move to compel responses to your written discovery and Yale has not waived any of its objections thereto.

I look forward to discussing this at our meet and confer and I hope you have a good weekend.

Best, Giovanna

**Giovanna Tiberii Weller** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street | New Haven, CT 06510
Direct: 203-575-2651 | Fax: 203-784-3199
GWeller@carmodylaw.com | www.carmodylaw.com
Pronouns: she, her, hers

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

--
**Alexander T. Taubes**
**470 James Street, Suite 007**
**New Haven, CT 06513**
**(203) 909-0048 » alextt@gmail.com » taubeslaw.com**
*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*