# EXHIBIT P

| | Custodians | Date ranges proposed by Yale | Date ranges proposed by Khan | Final agreed-to Date ranges |
|---|---|---|---|---|
| 1 | Marvin Chun, Dean of Yale College | 5/1/2018 to 11/30/2018 | 9/1/2015 to 9/1/2016<br>5/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>5/1/2018 to 9/1/2019 |
| 2 | Jasmina Besirevic Reagan, Dean of ▬ College | 8/1/2012 to 12/31/2015 | 9/1/2015 to 9/1/2016 | 8/1/2012 to 12/31/2015<br>9/1/2015 to 9/1/2016 |
| 3 | Joe Gordon, Deputy Dean of Yale College | 11/1/2015 to 11/30/2015 | 9/1/2015 to 9/1/2016 | 9/1/2015 to 9/1/2016 |
| 4 | David Post, Faculty Chair of UWC | 11/1/2015 to 12/31/2015<br>6/1/2018 to 7/31/18 | 9/1/2015 to 9/1/2016<br>6/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>6/1/2018 to 9/1/2019 |
| 5 | Mark Solomon, Faculty Chair of UWC | 6/1/2018 to 2/28/2019 | 9/1/2015 to 9/1/2016<br>6/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>6/1/2018 to 9/1/2019 |
| 6 | Sarah Demers, Physics Professor Chair of UWC Panel | 9/1/2018 to 2/28/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 |
| 7 | Carole Goldberg, Clinical psychiatrist, SHARE | 11/1/2015 to 11/30/2015 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 |
| 8 | Ksenia Sidorenko, UWC Coordinator | 12/1/2017 to 1/31/2018<br>5/1/2018 to 1/31/2019 | 9/1/2015 to 9/1/2016<br>5/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>12/1/2017 to 1/31/2018<br>5/1/2018 to 9/1/2019 |
| 9 | Lynn Cooley, Dean of Graduate Students | 10/1/2018 to 2/28/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 |
| 10 | Paul Genecin, Physician associated with Yale Health, UWC member | 9/1/2018 to 2/28/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 |
| 11 | Ann Kuhlman, E.D., Yale's Office of International Students/Scholars | 8/1/2012 to 12/31/2015 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 | 8/1/2012 to 9/1/2016<br>9/1/2018 to 9/1/2019 |
| 12 | Aley Menon, Secretary, Office of Provost | 11/1/2015 to 11/30/2015<br>3/1/2018 – 1/30/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>3/1/2018 to 9/1/2019 |
| 13 | Anita Sharif-Hyder, Associate Secretary | 11/1/2015 – 12/31/2015<br>5/1/2018 to 2/28/2019 | 9/1/2015 to 9/1/2016<br>5/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>5/1/2018 to 9/1/2019 |
| 14 | Angelica Gonzalez, Prof. of Biomedical Engineering, UWC member | 9/1/2018 to 2/28/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 |
| 15 | Amy Justice, UWC member | 9/1/2018 to 2/28/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 |
| 16 | Jason Kilheffer, Yale UWC Coordinator (New custodian requested by Khan) | | | 9/1/2015 to 9/1/2016<br>9/1/2018 to 9/1/2019 |
| | **Search Terms** | | | |
| 1 | Khan AND Saif OR Saifullah | | | |
| 2 | Sjk68 | | | |
| 3 | Qimari | | | |
| 4 | xmarai | | | |
| 5 | "Title IX" AND Khan OR Saif! | | | |
| 6 | "University-Wide Committee" OR UWC AND Khan OR Saif! | | | |
| 7 | Complaint OR investigation OR hearing AND Khan OR Saif! | | | |
| 8 | "due process" AND Khan OR Saif! | | | |
| 9 | "suspension" OR "emergency" AND Khan OR Saif! | | | |
| 10 | "sexual harassment" OR "sexual misconduct" AND Khan OR Saif! | | | |
| 11 | Training OR handbook OR guidelines OR compliance AND Khan OR Saif! | | | |

| 12 | Witness* AND (statement OR interview OR testimony) AND Khan OR Saif! | | | |
|---|---|---|---|---|