UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JUNE 27, 2025 |

**MOTION FOR CLARIFICATION
AND, IF NECESSARY, EXTENSIONS OF TIME**

The Parties respectfully request clarification regarding whether the Court would like them to continue briefing discovery motions in light of the Court's stay. (ECF 361.) If the Court would like the Parties to continue briefing discovery motions, the Parties request extensions to do so.

The Court stayed discovery on June 25, 2025, noting that "[a]ll previously set deadline are suspended" with "[n]ew deadlines [to] be set, as may be necessary or appropriate, following adjudication of the motion to dismiss." (ECF 361.) The Parties were in the process of briefing several discovery motions (listed below) at the time the Court issued its stay Order.

The Parties are unclear as to whether the Court would like them to finish briefing the discovery motions at this time or if briefing is stayed as well.

To the extent that the Court would like the Parties to finish briefing the discovery motions, the Parties respectfully request extensions of their deadlines as follows:

| **Filing** | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Objection To Plaintiff's Motion to Compel As To Jane (ECF 344) | July 1, 2025 | Fourteen Days After The Court Rules On This Motion For Clarification (If Needed) |
| Plaintiff's Reply In Further Support Of Motion to Compel As To Jane (ECF 344) | July 14, 2025 | Twenty-Eight Days After The Court Rules On This Motion For Clarification (If Needed) |
| Plaintiff's Reply In Further Support Of Motion To Compel Re Yale's Privilege Log (ECF 327) | July 1, 2025 | Twelve Days After The Court Rules On This Motion For Clarification (If Needed) |

| Defendants Replies In Further Support Of Their Motions to Compel Plaintiff-Roe Messages (ECF 322 & ECF 325) | July 1, 2025 | Twelve Days After The Court Rules On This Motion For Clarification (If Needed) |
|---|---|---|

This is the first request for the extension of these deadlines. All Parties consent to the requested extensions. Good cause exists to grant the requested extensions because, among other reasons, the Parties have been devoting their time to briefing other issues in this case and, at least with respect to Jane, stopped work on the relevant filing under the belief that the Court's stay Order stayed briefing on discovery motions.

The Parties respectfully request that the Court advise them as to whether they should continue briefing the pending discovery motions. If the Court would like the Parties to continue briefing the pending discovery motions, the Parties respectfully request that the Court approve the extensions noted above.

RESPECTFULLY SUBMITTED,

Plaintiff,
Saifullah Khan

By: /s/ *Alexander T. Taubes*
Alexander T. Taubes
Taubes Law
470 James Street, Suite 007
New Haven, CT 06513
Phone: 203-9090048
Email: alextt@gmail.com

        Defendant,
        Yale University

By: */s/ Giovanna Tiberii Weller*
        Patrick M. Noonan (ct00189)
        Giovanna Tiberii Weller (ct11187)
        Maria L. Laurato (ct31443)
        Carmody Torrance Sandak & Hennessy LLP
        195 Church Street
        P.O. Box 1950
        New Haven, CT 06509
        Phone: 203-777-5501
        Fax: 203-784-3199
        Email: pnoonan@carmodylaw.com
        Email: gweller@carmodylaw.com
        Email: mlaurato@carmodylaw.com

        Defendant,
        Jane Doe

By: */s/ Brendan N. Gooley*
        James M. Sconzo (ct04571)
        Brendan N. Gooley (ct30584)
        CARLTON FIELDS, P.A.
        One State Street, Suite 1800
        Hartford, CT 06103
        Tel.: 860-392-5000
        Fax: 860-392-5058
        Email: jsconzo@carltonfields.com
        Email: bgooley@carltonfields.com

4

**CERTIFICATION OF SERVICE**

    This is to certify that on this 27th day of June 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                                      */s/ Brendan N. Gooley*
                                                                         Brendan N. Gooley