UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JULY 10, 2025 |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

The Defendants respectfully request permission to file a Supplemental Brief further supporting their Motion for Judgment of Dismissal (ECF 333 ("Motion")) to apprise the Court of additional misconduct that has occurred and/or come to light since they filed their Motion. The Court should grant this Motion because it is important for the Court to have as complete a picture of Plaintiff's misconduct as possible when it decides Defendants' Motion and Defendants could not have included the misconduct at issue in their Motion because it had not occurred or come to light at the time of filing. Defendants' Proposed Supplemental Brief is attached as **Exhibit 1**.

DEFENDANT JANE DOE

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
       bgooley@carltonfields.com

Her Attorneys


DEFENDANT YALE UNIVERSITY

By: */s/ Giovanna Tiberii Weller*
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

## CERTIFICATION OF SERVICE

This is to certify that on this 10th day of July 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

                                                */s/ Brendan N. Gooley*
                                                Brendan N. Gooley