# EXHIBIT A

| | |
|---|---|
| Subject: | Sally Roe/Peter Roe/Sophie |
| Date: | 1/15/2025 4:01 PM |
| From: | "Gooley, Brendan N." <BGooley@carltonfields.com> |
| To: | "Alex Taubes" <alextt@gmail.com> |
| Cc: | "Giovanna Tiberii Weller" <GWeller@carmodylaw.com> |

Alex:

We may revise this proposal, but in the interest of moving things forward as quickly as possible I wanted to send you the following proposed search terms for the Sally Roe/Peter Roe/Sophie matters:

- Sally Roe 1 (from February 1, 2013 until March 1, 2015 and November 1, 2018 through November 30, 2018)
    - Sally Roe 1's First Name
    - Sally Roe 1's Last Name
    - Criscuolo
    - SHARE Center
    - SHARE Office
    - Bleed OR blood (from February 1, 2013 through June 30, 2013)
    - Counsel! OR train! (from February 1, 2013 through June 30, 2013)
- Sally Roe 2 (from May 15, 2013 through June 15, 2013 and November 1, 2018 through November 30, 2018)
    - Sally Roe 2's First Name
    - Sally Roe 2's Last Name
    - Apolo!
    - Sorry
- Sally Roe 3 (from February 19, 2014 through July 22, 2014 and November 1, 2018 through November 30, 2018)
    - Sally Roe 3's First Name
    - Sally Roe 3's Last Name
    - Screw

- o Attack!
- o Futon
- o YCC
- o 
- o 
- o Schirmeister

* Sally Roe 4 (April 1, 2015 through April 30, 2015, November 15, 2017 through January 31, 2018, and November 1, 2018 through November 30, 2018)

    - o Sally Roe 4's First Name
    - o Sally Roe 4's Last Name

* Sally Roe 5 (from August 1, 2014 through September 30, 2014, from March 1, 2018 through June 30, 2018, and November 1, 2018 through November 30, 2018)

    - o Sally Roe 5's First Name
    - o Sally Roe 5's Last Name

* Sally Roe 6 (from March 1, 2018 through June 30, 2018 and November 1, 2018 through November 30, 2018)

    - o Sally Roe 6's First Name
    - o Sally Roe 6's Last Name
    - o Bikini

* Sally Roe 7 (from February 1, 2018 through September 1, 2018 and November 1, 2018 through November 30, 2018)

    - o Sally Roe 7's First Name
    - o Sally Roe 7's Last Name
    - o Elevator

* Peter Roe (from May 1, 2018 through November 30, 2018)

    - o Peter Roe's Last Name
    - o Peter Roe's Full First Name AND Peter Roe's Last Name

- o Alternate Spelling Of Peter Roe's First Name ▮ instead of ▮) AND Peter Roe's Last Name

- o Abbreviated (▮▮▮▮▮ Version) Of Peter Roe's First Name AND Peter Roe's Last Name

- Sophie (from May 1, 2018 through November 30, 2018)

  - o Sophie's First Name

  - o Sophie's Last Name

Best,

Brendan



**Brendan N. Gooley**
Attorney at Law

One State Street
Suite 1800
Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058

BGooley@carltonfields.com | www.carltonfields.com
bio | vcard

**Carlton Fields is ISO 27001:2022 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*