# EXHIBIT B

**Thread Participants:** Peter Roe; Saif Khan
**ThreadFirst:** 2018-05-23 10:29:09
**ThreadLast:** 2018-05-23 21:08:53

Saif Khan

**Saif Khan** 5/23/2018 10:29:09 AM
Good morning

Peter Roe

**Peter Roe** 5/23/2018 11:04:35 AM
Morning

Peter Roe

**Peter Roe** 5/23/2018 11:06:21 AM
🙂

Peter Roe

**Peter Roe** 5/23/2018 11:21:05 AM
Just locked down someone for the 6th and 7th btw 😉

Peter Roe

**Peter Roe** 5/23/2018 11:21:19 AM She has a boyfriend. That made it even better

Peter Roe

**Peter Roe** 5/23/2018 11:26:01 AM
Who's your daddy... i mean... khasegi

Saif Khan

**Saif Khan** 5/23/2018 11:26:26 AM
Why did margaret cc you in that email btw

Saif Khan

**Saif Khan** 5/23/2018 11:26:29 AM
Oh nice

Peter Roe

**Peter Roe** 5/23/2018 11:26:34 AM
Idk

Saif Khan

**Saif Khan**  5/23/2018 11:26:34 AM
That should be fun

Peter Roe

**Peter Roe**  5/23/2018 11:27:47 AM  Yeah she seems great. Into spanking, gagging, pain, nipple play, breath play, bondage, discipline, and "spit for lube"

Peter Roe

**Peter Roe**  5/23/2018 11:28:25 AM


Peter Roe

**Peter Roe**  5/23/2018 11:31:42 AM  She is excited ill be her first intentional encounter with a woman

Peter Roe

**Peter Roe**  5/23/2018 11:31:49 AM
Which is cute

Saif Khan

**Saif Khan**  5/23/2018 11:33:36 AM
wait i dont understand that statement

Peter Roe

**Peter Roe**  5/23/2018 11:34:02 AM
As in this will be the first time ive intentionally had a sexual experience with a woman..

Saif Khan

**Saif Khan**  5/23/2018 11:34:39 AM
ah okay

Peter Roe

**Peter Roe**  5/23/2018 11:34:55 AM
You dont seem nearly as excited as i was hoping you would be lol

Saif Khan

**Saif Khan** 5/23/2018 11:35:24 AM
i am

Saif Khan

**Saif Khan** 5/23/2018 11:35:25 AM
just busy

Saif Khan

**Saif Khan** 5/23/2018 11:35:33 AM
didnt sleep well

Peter Roe

**Peter Roe** 5/23/2018 11:35:37 AM
Why

Saif Khan

**Saif Khan** 5/23/2018 11:35:47 AM
i guess posture etc

Saif Khan

**Saif Khan** 5/23/2018 11:35:49 AM
thoughts

Peter Roe

**Peter Roe** 5/23/2018 11:36:10 AM Okay.
Maybe you should set aside some time
for a nap today?

Peter Roe


Photo Of Sophie

Peter Roe



Photo Of Sophie

Peter Roe

**Peter Roe** 5/23/2018 11:41:50 AM
Her name is Sophie she is Age short, thin, brunette obviously.

Peter Roe

**Peter Roe** 5/23/2018 11:42:18 AM
Very sorority ish

Saif Khan

**Saif Khan** 5/23/2018 11:42:40 AM
yeah very cute

Peter Roe

**Peter Roe** 5/23/2018 11:43:49 AM
We're working out meeting for drinks before hand.. of course my drink will be club soda 😋

Peter Roe

**Peter Roe** 5/23/2018 11:45:29 AM
She's a journalist btw haha and has her masters... aaaaand she started an all girl feminist book club in college. In other words, im only going to share obscure pictures of you 😋

Saif Khan

**Saif Khan** 5/23/2018 11:46:47 AM
that's fucking amazing

Saif Khan

**Saif Khan** 5/23/2018 11:46:53 AM
she sounds like the type

Peter Roe

**Peter Roe** 5/23/2018 11:46:58 AM
And and and

Peter Roe

**Peter Roe** 5/23/2018 11:47:07 AM She has been looking for a male couple to cuckold.

Peter Roe

**Peter Roe** 5/23/2018 11:47:18 AM She wants me to "eat her pussy while he fucks me"

Saif Khan

**Saif Khan** 5/23/2018 11:47:24 AM
that is crazy hot

Peter Roe

**Peter Roe**  5/23/2018 11:47:40 AM
Im a little proud of myself
😊

Peter Roe

**Peter Roe**  5/23/2018 11:48:20 AM She
asked if it was okay if she degraded me
too

Peter Roe

**Peter Roe**  5/23/2018 11:48:28 AM
I said yes 😉

Saif Khan

**Saif Khan**  5/23/2018 11:49:30 AM
Why is she so perfect for this lol

Peter Roe

**Peter Roe**  5/23/2018 11:49:40 AM
Idk but im into it

Peter Roe

**Peter Roe**  5/23/2018 11:49:49 AM
Hardcore into it

Peter Roe

**Peter Roe**  5/23/2018 11:50:02 AM
We are talking on kik right now

Peter Roe

**Peter Roe**  5/23/2018 11:51:38 AM
She wants to know if you want to get into
a group chat 😋

Saif Khan

**Saif Khan**  5/23/2018 11:59:16 AM
sure

Saif Khan

**Saif Khan**  5/23/2018 11:59:23 AM
does she know my name etc?

Peter Roe

**Peter Roe**  5/23/2018 11:59:28 AM
Not yet lol

Peter Roe

**Peter Roe**  5/23/2018 11:59:49 AM She has seen one picture of you that i think you sent from connecticut a long time ago

Peter Roe

**Peter Roe**  5/23/2018 12:00:05 PM
Do you have kik?

Saif Khan

**Saif Khan**  5/23/2018 12:01:02 PM
Xmarai

Peter Roe

**Peter Roe**  5/23/2018 12:01:50 PM
There

Peter Roe

**Peter Roe**  5/23/2018 12:04:38 PM
I assume we are going to tell her your name?

Saif Khan

**Saif Khan**  5/23/2018 12:04:51 PM
Saif is good

Peter Roe

**Peter Roe**  5/23/2018 12:08:27 PM She covers health issues i guess. Im in the middle of scheduling congress meetings

Peter Roe

**Peter Roe**  5/23/2018 12:18:12 PM
She hasnt seen my 1v1 messages yet so my guess is she is also busy

Saif Khan

**Saif Khan**  5/23/2018 12:18:21 PM
No probs

Peter Roe

**Peter Roe**  5/23/2018 1:03:18 PM
I sent megan an email btw

Peter Roe

**Peter Roe**  5/23/2018 1:03:23 PM
She was busy when i called

Peter Roe

**Peter Roe**  5/23/2018 1:03:52 PM
Ill try back later this afternoon though

Peter Roe

**Peter Roe**  5/23/2018 1:04:06 PM
What are you doing btw?

Saif Khan

**Saif Khan**  5/23/2018 1:04:14 PM
i have a throbbing headache

Saif Khan

**Saif Khan**  5/23/2018 1:04:20 PM
i dont usually have headaches

Saif Khan

**Saif Khan**  5/23/2018 1:04:28 PM
last time was like more than a year ago

Saif Khan

**Saif Khan**  5/23/2018 1:04:32 PM
i got ibuprofen and water

Peter Roe

**Peter Roe**  5/23/2018 1:04:40 PM
id rub your head if i was there 😊

Peter Roe

**Peter Roe** 5/23/2018 1:06:43 PM
You should go lay down in a dark room

Saif Khan

**Saif Khan** 5/23/2018 1:07:20 PM
ill manage for now

Peter Roe

**Peter Roe** 5/23/2018 1:08:03 PM Awe
saif. I dont want you to just be
managing. Do you need me to do
anything? I obviously cant help with the
headache but of youre working on
something you need help with or
something..

Saif Khan

**Saif Khan** 5/23/2018 1:08:29 PM
it's all good. i will keep thinking about the
letters and play some rocket league to
focus

Peter Roe

**Peter Roe** 5/23/2018 1:08:45 PM Okay. If
you need anything im here for you.

Peter Roe

**Peter Roe** 5/23/2018 1:09:03 PM
I want you to take care of yourself.
Remember what you always tell me
😊

Peter Roe

**Peter Roe** 5/23/2018 1:39:59 PM
I didnt think that one was sappy enough
to ignore 😊

Peter Roe

**Peter Roe** 5/23/2018 1:45:36 PM
Guess so.

Peter Roe

**Peter Roe**  5/23/2018 1:50:28 PM
Well alright. Guess it's nap time then

Peter Roe

**Peter Roe**  5/23/2018 1:50:46 PM
TTYL

Peter Roe

**Peter   Roe**  5/23/2018   2:01:09   PM
Or.. i was going to nap. Until Sophie ███████
resurfaced

Peter Roe

**Peter Roe**  5/23/2018 2:02:21 PM
Oh and Megan liked the idea

Peter Roe

**Peter Roe**  5/23/2018 2:02:47 PM



Peter Roe

**Peter Roe**  5/23/2018 2:03:29 PM
Setting up a specific date now. And apparently staying awake. So... coffee time 😑😑😑

Peter Roe

**Peter Roe**  5/23/2018 2:06:41 PM
Im just assuming that at this point youve just fallen asleep.

Saif Khan

**Saif Khan**  5/23/2018 2:06:59 PM
You just woke me u

Saif Khan

**Saif Khan**  5/23/2018 2:07:02 PM
Be patient

Peter Roe

**Peter Roe**  5/23/2018 2:07:12 PM
I am patient. I just have updates

Peter Roe

**Peter Roe**  5/23/2018 2:07:24 PM
I do this shit live 😋

Saif Khan

**Saif Khan**  5/23/2018 2:08:15 PM
Tell her to drive to me I guess

Saif Khan

**Saif Khan**  5/23/2018 2:08:26 PM
We can go around for a short hike/walk

Peter Roe

**Peter Roe**  5/23/2018 2:08:43 PM
I was just going to pay for you to uber half
way. Youre a little far from her

Saif Khan

**Saif Khan**  5/23/2018 2:08:58 PM
Okay. Whatever works well

Peter Roe

**Peter Roe**  5/23/2018 2:11:50 PM
Alright

Peter Roe

**Peter Roe** 5/23/2018 2:12:49 PM
I need to get my steps in too. I swesr there arent enough hours in a day. Whore wrangler, personal assistant, scheduler, lobbyist, event planner, paralegal. I need a salary 😊

Saif Khan

**Saif Khan** 5/23/2018 2:13:08 PM
Hahaha :)

Peter Roe

**Peter Roe** 5/23/2018 2:13:33 PM Glad to finally add whore wrangler to my list of titles though. That feels good. 😊

Peter Roe

**Peter Roe** 5/23/2018 2:15:07 PM
I wonder if she will want to interview you after i finish sucking your load out of her 😊

Saif Khan

**Saif Khan** 5/23/2018 2:27:19 PM
That would be hilarious

Peter Roe

**Peter Roe** 5/23/2018 2:29:21 PM
Im actually more excited than i thought it would be.

Saif Khan

**Saif Khan** 5/23/2018 2:29:46 PM
It would be so much fun. Especially if both of your mouths are covered with cum while she interviews me

Peter Roe

**Peter Roe** 5/23/2018 2:30:07 PM Haha. Whatever you ask of me, ill make it happen 😊

Peter Roe

**Peter Roe**  5/23/2018 2:35:41 PM
Once I finish cleaning her we could always make out (😄) that would get some cum on her mouth 😊

Saif Khan

**Saif Khan**  5/23/2018 2:36:08 PM
I bet you'd be too greedy to let her have some

Peter Roe

**Peter Roe**  5/23/2018 2:36:15 PM
Heheh

Peter Roe

**Peter Roe**  5/23/2018 2:36:16 PM
Well

Peter Roe

**Peter Roe**  5/23/2018 2:36:25 PM
Im sharing everything else

Peter Roe

**Peter Roe**  5/23/2018 2:36:30 PM
😊

Peter Roe

**Peter Roe**  5/23/2018 2:37:59 PM
Ill spit it into her mouth. As long as she gives it back 😊

Peter Roe

**Peter Roe** 5/23/2018 2:39:27 PM



*<30831865_162647981240965_6368771024850255872_n_10160232457375532.gif>*

Peter Roe

**Peter Roe** 5/23/2018 2:39:32 PM
The things i do for love

Saif Khan

**Saif Khan** 5/23/2018 2:39:59 PM
Hahaha

Peter Roe

**Peter Roe** 5/23/2018 2:41:15 PM
I just hope you appreciate it 😛

Saif Khan

**Saif Khan** 5/23/2018 2:41:29 PM
I do :)

Saif Khan

**Saif Khan** 5/23/2018 2:41:37 PM
Headache is 95% gone

Peter Roe

**Peter Roe** 5/23/2018 2:41:50 PM
Good... and good 😊

Peter Roe

**Peter Roe**  5/23/2018 2:42:21 PM



*<21753775_10155763113979481_90025
15489825488896_n_1016023246733053
2.gif>*

Saif Khan

**Saif Khan**  5/23/2018 2:43:35 PM
She's a good type btw

Peter Roe

**Peter Roe**  5/23/2018 2:43:59 PM
I think she's pretty cute too. I knew when i
saw her that she would be down

Saif Khan

**Saif Khan**  5/23/2018 2:44:20 PM
Someday you should tell me how you
found her

Peter Roe

**Peter Roe**  5/23/2018 2:44:25 PM
I guess it helps that she specified she
wanted a male-male bi or gay couple.
Which... close enough.

Peter Roe

**Peter Roe**  5/23/2018 2:47:39 PM
She isnt the only one I have on retainer,
just the first to say yes to meeting. She
was very easy to convince. And i when i
mentioned cuckholding she was sold.

Peter Roe

**Peter Roe**  5/23/2018 2:47:56 PM
I think we could potentially reuse her in
the future too

**Saif Khan**  5/23/2018 2:48:01 PM
Retainer? She's a prostitute? Lol

Peter Roe

**Peter Roe**  5/23/2018 2:48:07 PM
Lmao no

Peter Roe

**Peter Roe**  5/23/2018 2:48:13 PM
That was a joke

Saif Khan

**Saif Khan**  5/23/2018 2:48:25 PM
Funny eitherway

Peter Roe

**Peter Roe**  5/23/2018 2:48:40 PM
I wouldnt even know where to find a prostitute. Im an alabaster white goodie two shoes, saif 😊

Peter Roe

**Peter Roe**  5/23/2018 2:48:47 PM
Youre the only corruption in my life

Peter Roe

**Peter Roe**  5/23/2018 2:51:20 PM
I might need a special drinking dispensation that night. And you and i should figure out what else we want to do.

She and i talked about some things but i told her youd probably be fine just talking about it in person which is what she prefers.

Saif Khan

**Saif Khan**  5/23/2018 2:52:22 PM
Okay good :)

Saif Khan

**Saif Khan**  5/23/2018 2:52:32 PM
Bitch is getting con non con

Peter Roe

**Peter Roe**  5/23/2018 2:52:46 PM
Con non con?

Saif Khan

**Saif Khan**  5/23/2018 2:53:43 PM
Non consensual

Peter Roe

**Peter Roe**  5/23/2018 2:54:12 PM
Well here are her fetishes

Peter Roe



**Peter Roe**  5/23/2018 2:54:15 PM

Peter Roe

**Peter Roe**  5/23/2018 2:54:25 PM
A non exhaustive but comprehensive list

Peter Roe

**Peter Roe**  5/23/2018 2:56:56 PM
Her only concern was that you may be too dominant because she wanted to be serviced too. Which... i can take care of that

Peter Roe

**Peter Roe**  5/23/2018 2:57:01 PM



*<21126046_1810119769028850_618462 4353573863424_n_10160232509555532 .gif>*

Saif Khan

**Saif Khan**  5/23/2018 2:57:50 PM
Well, I do abuse sluts and do a bit of after care

Peter Roe

**Peter Roe**  5/23/2018 2:58:27 PM
Well as long as I can balance it out i think it will be fine.

Peter Roe

**Peter Roe**  5/23/2018 2:58:49 PM
Taking one for the team is my forte

Saif Khan

**Saif Khan**  5/23/2018 2:59:12 PM


Peter Roe

**Peter Roe**  5/23/2018 2:59:52 PM
I never thought id be preparing to eat a girl out to keep her satisfied while my... daddy? fucked her. But we all gotta grow up sometimes.

Peter Roe

**Peter Roe**  5/23/2018 3:00:07 PM
Oh... and while she verbally degrades me

Saif Khan

**Saif Khan**  5/23/2018 3:00:11 PM
Hahaha I can imagine this playing out

Peter Roe

**Peter Roe**  5/23/2018 3:00:18 PM
Yeah. So can i.

Peter Roe

**Peter Roe**  5/23/2018 3:00:45 PM
Im gonna need a lot of hemp oil.

Peter Roe

**Peter Roe**  5/23/2018 3:00:49 PM


Peter Roe

**Peter Roe**  5/23/2018 3:01:27 PM
Im kidding mostly haha. Like Im nervous
and borderline disgusted. But all that
matters is you end up busting your load
and feeling satisifed ;P

Saif Khan

**Saif Khan**  5/23/2018 3:02:04 PM
June sounds exciting

Peter Roe

**Peter Roe**  5/23/2018 3:02:17 PM
It will be fun, I promise

Peter Roe

**Peter Roe**  5/23/2018 3:02:32 PM Im
gonna make up for that weekend
which we need not speak of :p

Peter Roe

**Peter Roe**  5/23/2018 3:03:18 PM
This new method I have of finding girls like her is going to come in handy for us.

Saif Khan

**Saif Khan**  5/23/2018 3:03:37 PM
Yeah I bet. It seems to be awesome

Peter Roe

**Peter Roe**  5/23/2018 3:03:51 PM
Yeah well, Khasegi trade secret :P

Saif Khan

**Saif Khan**  5/23/2018 3:04:03 PM
Good :)

Peter Roe

**Peter Roe**  5/23/2018 3:04:35 PM
I think now I have almost fulfilled all of my promises to you. I'll have to make a new batch of promises soon :P

Peter Roe

**Peter Roe**  5/23/2018 3:05:25  PM
But, you really are happy with this?

Saif Khan

**Saif Khan**  5/23/2018 3:05:42 PM
Yeah it sounds dreamy

Peter Roe

**Peter Roe**  5/23/2018 3:05:51 PM
Okay

Peter Roe

**Peter Roe**  5/23/2018 3:05:52 PM
Good

Peter Roe

**Peter Roe**  5/23/2018 3:05:57 PM
All that matters to me.

Peter Roe

**Peter Roe**  5/23/2018 3:06:36 PM
Oh my god. ....she has a strapon

Saif Khan

**Saif Khan** 5/23/2018 3:06:50 PM
Perfect

Peter Roe

**Peter Roe**  5/23/2018 3:07:08 PM
Haha maybe I won't go unsatisfied after all 😛

Peter Roe

**Peter Roe**  5/23/2018 3:09:42 PM
So what are you doing?

Saif Khan

**Saif Khan**  5/23/2018 3:09:54 PM
Trying to nap

Peter Roe

**Peter Roe**  5/23/2018 3:09:58 PM
oh lol

Peter Roe

**Peter Roe**  5/23/2018 3:10:08  PM Well before you do, what day did Bajwa see your message to him?

Peter Roe

**Peter Roe**  5/23/2018 3:10:17 PM
Im going to work on that while you do

Saif Khan

**Saif Khan**  5/23/2018 3:10:21 PM
Don't remember

Peter Roe

**Peter Roe**  5/23/2018 3:10:32 PM go to the messages, click on the message you sent him

Peter Roe

**Peter Roe** 5/23/2018 3:10:38 PM
it will say "Seen... blah blah blah"

Saif Khan

**Saif Khan** 5/23/2018 3:11:09 PM
April 18 3:05 pm

Peter Roe

**Peter Roe** 5/23/2018 3:11:15 PM
thank you

Peter Roe

**Peter Roe** 5/23/2018 3:11:22 PM
text me when you're back up and feeling
better

Peter Roe

**Peter Roe** 5/23/2018 3:46:41 PM
I was going to ask where she went to
school.. because Im genuinely curious.
But that may be a good topic to avoid lol

Saif Khan

**Saif Khan** 5/23/2018 3:46:50 PM
Yeah lol

Peter Roe

**Peter Roe** 5/23/2018 3:47:24 PM middle
eastern and saif is easy to hide. middle
eastern, saif, and yale is a little on the
nose for an east coast journalist lol

Saif Khan

**Saif Khan** 5/23/2018 3:47:33 PM
Yep

Saif Khan

**Saif Khan** 5/23/2018 3:48:57 PM
They deleted one of the recent comments
on shicks article

Peter Roe

**Peter Roe**  5/23/2018 3:49:10 PM
the monster article?

Saif Khan

**Saif Khan**  5/23/2018 3:49:19 PM
The one where they called out Schick for
saying that about an innocent man

Saif Khan

**Saif Khan**  5/23/2018 3:49:20 PM
Yes

Peter Roe

**Peter Roe**  5/23/2018 3:50:41 PM
Hmm I'll go look in a minute

Peter Roe

**Peter Roe**  5/23/2018 3:50:49 PM Should I
bring the paddle in June do you think?

Peter Roe

**Peter Roe**  5/23/2018 3:50:57 PM


Peter Roe

**Peter Roe**  5/23/2018 3:51:40 PM
actually

Peter Roe

**Peter Roe**  5/23/2018 3:55:00 PM
I want to get her talking about it because I
know it will make you hard :p

Peter Roe

**Peter Roe**  5/23/2018 3:55:12 PM
and that makes me hard lol

Peter Roe

**Peter Roe** 5/23/2018 4:02:30 PM



*<21297252_10156410948474460_91762
87787857477632_n_1016023269186553
2.gif>*

Peter Roe

**Peter Roe** 5/23/2018 4:02:36 PM
me reading her list

Peter Roe

**Peter Roe** 5/23/2018 4:04:45 PM
WELL I THOUGHT IT WAS FUNNY

Saif Khan

**Saif Khan** 5/23/2018 4:04:58 PM
Lol it was

Peter Roe

**Peter Roe** 5/23/2018 4:05:17 PM
Im playing dumb. I want her to fuck me
with the strapon but i want her to be
excited about it 😊

Saif Khan

**Saif Khan** 5/23/2018 4:05:28 PM
I noticed

Peter Roe

**Peter Roe** 5/23/2018 4:05:38 PM
Is that not a good idea?

Saif Khan

**Saif Khan** 5/23/2018 4:05:55 PM
It is. Be as gay as you want lol

Peter Roe

**Peter Roe**  5/23/2018 4:07:40 PM
Ive never been more glad to know you lol

Peter Roe

**Peter Roe**  5/23/2018 4:08:03 PM
Haha imagining you coaching her on how to fuck me

Peter Roe

**Peter Roe**  5/23/2018 4:10:52 PM Well
Im glad you two are bonding over something XD

Saif Khan

**Saif Khan**  5/23/2018 4:11:48 PM
Yeah that's what I'll be doing

Saif Khan

**Saif Khan**  5/23/2018 4:11:55 PM
Teaching her how to fuck you

Peter Roe

**Peter Roe**  5/23/2018 4:13:39 PM
She is going to destroy me saif

Saif Khan

**Saif Khan**  5/23/2018 4:19:42 PM
There you go

Saif Khan

**Saif Khan**  5/23/2018 4:19:47 PM
I made her super excited

Saif Khan

**Saif Khan**  5/23/2018 4:19:50 PM
Watch her response

Peter Roe

**Peter Roe**  5/23/2018 4:20:20 PM
Oh that's what you were doing. I looked up from writing and thought I'd become a third wheel

Saif Khan

**Saif Khan**  5/23/2018 4:20:42 PM
Yeah she now wants to meet me

Peter Roe

**Peter Roe**  5/23/2018 4:20:56 PM
Well good

Peter Roe

**Peter Roe**  5/23/2018 4:23:46 PM
Though, I suppose I AM the third wheel now

Peter Roe

**Peter Roe**  5/23/2018 4:23:56 PM
I need you to read something for me

Peter Roe

**Peter Roe**  5/23/2018 4:25:43 PM  When you find yourself with a free moment that is

Saif Khan

**Saif Khan**  5/23/2018 4:26:06 PM
Sure

Saif Khan

**Saif Khan**  5/23/2018 4:26:09 PM
I'm back on PC

Peter Roe

**Peter Roe**  5/23/2018 4:26:21 PM
cool