# EXHIBIT G

**Peter Roe** 6/5/2018 7:50:32 PM



<20952740_1699969236703573_346852 7120513236992_n_10160281175520532. gif>

Saif Khan

**Saif Khan** 6/5/2018 7:51:05 PM
You can. Kinda. Billionaire security people have amazing tech

Saif Khan

**Saif Khan** 6/5/2018 7:51:10 PM
Secret service has it best

Peter Roe

**Peter Roe** 6/5/2018 7:52:40 PM Wow idk why im telling you this but anyway I felt like if I did that it would be a breach of the trust I have in you so I didnt pay for it 😊 It wasnt malicious. But still. There are some bridges I wouldnt cross

Peter Roe

**Peter Roe** 7:53:12 PM
Im taking a tiny break to make coffee and like... not be thinking intently for a second.

Peter Roe

**Peter Roe** 7:56:57 PM Btw have you looked at our new upgraded room yet?

**Peter Roe** 6/5/2018 7:58:00 PM
600 square feet, two levels

Peter Roe

**Peter Roe** 8:00:42 PM
We were supposed to have the congressional penthouse wjich is 2000sq ft. But some bitch is having a bridal thing

Saif Khan

**Saif Khan** 6/5/2018 8:02:03 PM
Hahaha don't worry. This plenty huge already

Saif Khan

**Saif Khan** 6/5/2018 8:02:13 PM
We can fill it with locked up bitches

Peter Roe

**Peter Roe** 8:04:40 PM You forgot to switch from the company

uber to my personal card saif 😑

Saif Khan

**Saif Khan** 6/5/2018 8:09:18 PM
Blob is super excited to see me

Saif Khan

**Saif Khan** 6/5/2018 8:09:28 PM
Oops. Didn't see that well enough

Peter Roe

**Peter Roe** 8:16:23 PM
I bet he is! 😁

And it's okay I fixed it but it was a little... interesting to explain lol

Saif Khan

**Saif Khan** 6/5/2018 8:17:15 PM
😂😂😂