# EXHIBIT I

Peter Roe

**Peter Roe**  5/11/2018 10:53:43 AM
Damn

Saif Khan

**Saif Khan**  5/11/2018 10:53:58 AM
Also because burnt vegetables get thrown away

Peter Roe

**Peter Roe**  5/11/2018 10:54:17 AM
GOD DAMN. Double smackdown

Peter Roe

**Peter Roe**  5/11/2018 10:54:32 AM



*<21753622_10155171993658250_72763 97889096515584_n_1016019022154553 2.gif>*

Saif Khan

**Saif Khan**  5/11/2018 10:55:06 AM
If I had $5 for every gender, I would have 10 dollars and a lot of counterfeit money.

Peter Roe

**Peter Roe**  5/11/2018 10:55:21 AM
Lmao

Saif Khan

**Saif Khan**  5/11/2018 11:01:45 AM
Peter!

Saif Khan

**Saif Khan**  5/11/2018 11:01:56 AM
I'm not racist. Some of my best slaves are black.

Peter Roe

Peter Roe    5/11/2018 11:01:57 AM
SAIF!

Peter Roe

Peter Roe    5/11/2018 11:02:02 AM
Same

Saif Khan

**Saif Khan** 5/11/2018 11:02:03 AM
😆

Peter Roe

Peter Roe    5/11/2018 11:03:03 AM
I mean... I'm not racist, I just wouldnt let one in my house 🤷‍♂️

Saif Khan

**Saif Khan** 5/11/2018 11:03:36 AM
😂😂

Peter Roe

Peter Roe    5/11/2018 11:03:58 AM
I have let a few in through the back door though....

Saif Khan

**Saif Khan** 5/11/2018 11:05:37 AM
If I had 5 dollars for every gender, I would have 5 dollars coz women are objects.

Peter Roe

Peter Roe    5/11/2018 11:07:25 AM
I have another quick call at 1115 about the alcohol issue

Peter Roe

Peter Roe    5/11/2018 11:53:47 AM
I won 😊 jk