# EXHIBIT J

**Saif Khan** 5/11/2018 6:17:02 PM
It's still a good thing :)

**Peter Roe** 5/11/2018 6:17:31 PM
I know 😊that's why I tell you. 😛

**Peter Roe** 5/11/2018 6:18:09 PM Did I ever tell you about getting in touch with ashe?

**Saif Khan** 5/11/2018 6:18:16 PM
No. What happened

**Peter Roe** 5/11/2018 6:19:02 PM
I just made sure to schedule some private interview time for june. She's thrilled

**Saif Khan** 5/11/2018 6:24:41 PM
She's a great back up to Candice

**Peter Roe** 5/11/2018 6:25:23 PM
I feel like she'd definitely be down to have a faggot eat her out after she's just had her brains fucked out by an alpha rapist 😊

**Saif Khan** 5/11/2018 6:25:38 PM
That's so hot

**Peter Roe** 5/11/2018 6:25:47 PM
I bet she'd let you do violent things to her too

**Saif Khan** 5/11/2018 6:26:07 PM
I want to pull a Harry Potter on her

Peter Roe

**Peter Roe** 5/11/2018 6:26:08 PM I'd love to watch you smack her pussy and tits.

Saif Khan

**Saif Khan** 5/11/2018 6:26:10 PM
I'm going to take sugar

Saif Khan

**Saif Khan** 5/11/2018 6:26:14 PM
Put it in a pill

Saif Khan

**Saif Khan** 5/11/2018 6:26:23 PM
And tell her "let me buy you a drink"

Saif Khan

**Saif Khan** 5/11/2018 6:26:39 PM
Locking eyes with her, empty the sugar into her drink

Saif Khan

**Saif Khan** 5/11/2018 6:26:42 PM
Give it to her

Saif Khan

**Saif Khan** 5/11/2018 6:26:51 PM
Get her into a placebo mental state

Saif Khan

**Saif Khan** 5/11/2018 6:26:53 PM
And fuck her up

Saif Khan

**Saif Khan** 5/11/2018 6:26:59 PM
I bet she would let loose intentionally

**Peter Roe**

**Peter Roe** 5/11/2018 6:27:52 PM Haha God. I'd love to watch a girl lose control completely. Lay helplessly while you plow her and all she can do is whimper

Saif Khan

**Saif Khan** 5/11/2018 6:28:08 PM Fuck...

Peter Roe

**Peter Roe** 5/11/2018 6:29:20 PM She wont be able to say no. I'll be holding her mouth for you.

Saif Khan

**Saif Khan** 5/11/2018 6:29:37 PM doesn't matter if she screams

Saif Khan

**Saif Khan** 5/11/2018 6:29:42 PM so let her mouth be open

Peter Roe

**Peter Roe** 5/11/2018 6:29:51 PM Haha poor ben

Saif Khan

**Saif Khan** 5/11/2018 6:29:55 PM i got my fingers to push into her throat

Peter Roe

**Peter Roe** 5/11/2018 6:31:30 PM So hot

Peter Roe

**Peter Roe** 5/11/2018 6:36:14 PM I just want to serve them all up to you. Undress them, make sure their pussy is wet for you, hold their hands, eat your cum out of them, kick them out and bring in the next one.