# EXHIBIT K

**Thread Participants:** Peter Roe ;Saif Khan
**ThreadFirst:** 2018-03-26 15:10:14
**ThreadLast:** 2018-03-26 22:34:43

Peter Roe

Peter Roe — 3/26/2018 3:10:14 PM

"I promise I ain't spending no more than $50 at the store."
Cashier: "That will be $215.95"
Me:



<366372756_2570873416413448_4599185287860032356_n_10160015938740532.jpg>

Peter Roe

Peter Roe — 3/26/2018 3:13:25 PM
Relevant because Im on my way to the store btw.

Peter Roe

Peter Roe — 3/26/2018 3:14:06 PM
and I've already spent 560 today. :)

**Saif Khan** 3/26/2018 3:16:36 PM
On what? Damn

**Peter Roe** 3/26/2018 3:20:47 PM
Paid an extra tax bill I got slapped with when I sold some of the stock I own and didn't even know you got taxed for that tbh. Then I paid my phone bill. Then I did some things for you.

**Saif Khan** 3/26/2018 3:21:11 PM
Ah okay

**Saif Khan** 3/26/2018 3:21:21 PM
Don't sell stock right now...

**Saif Khan** 3/26/2018 3:21:23 PM
Bad timing

**Saif Khan** 3/26/2018 3:21:35 PM
Have you checked markets recently

**Peter Roe** 3/26/2018 3:23:34 PM
No, I dont manage it, my grandparents pay someone to do that for me lol

**Peter Roe** 3/26/2018 3:24:00 PM
My australian grandma. ▓▓▓▓ married a guy who works for like ▓▓▓▓

**Peter Roe** 3/26/2018 3:24:35 PM
s biggest ▓▓▓▓ company and they bought stock for me and my sister and the other grandkids at the time.

**Peter Roe** 3/26/2018 3:24:39 PM
So I sold part of it at a profit

**Peter Roe** 3/26/2018 3:24:57 PM
It was when I thought I had to pay for my own school.

**Peter Roe** 3/26/2018 3:26:04 PM
I just googled it and now I know what capitol gains tax is. so.

**Peter Roe** 3/26/2018 3:27:56 PM
Oh wait... maybe it was shares I sold. Is that the same thing? I really shouldn't be in charge of my own finances.

**Saif Khan** 3/26/2018 3:28:28 PM
Yeah...you need someone better to manage it

**Peter Roe** 3/26/2018 3:30:09 PM
Well I don't directly do anything with my stock. My sister and I both have shares of that company and stock in some sort of oil thing? I told my grandparents I needed money and they said I could sell because shares were up so our broker did that. Then I found out my scholarship money actually resulted in a refund on top of what I started drawing from savings. Which is why I always have so much money to blow. :)

**Peter Roe** 3/26/2018 3:36:36 PM
Do you know anything about finances? I could hire you to do it if you promise not to steal from me lol because I just realized I fucked up my taxes apparently.

**Saif Khan** 3/26/2018 3:37:52 PM
I love finances (well technically behavior of masses and stock market is one major example of it. And how different entities invest. I love the Swenson model)

**Saif Khan** 3/26/2018 3:38:05 PM
You should read some of the ydn problems they had with Swenson

Peter Roe 3/26/2018 3:38:26 PM
I dont know what any of this means. I'll send you my stock tinder profile or whatever it is. List of assets or whatever. Im sure that's a thing.

**Saif Khan** 3/26/2018 3:38:30 PM
And basically Swenson wrote to the ydn saying "bitches, I know my shit. Cut it out and don't interfere with me"

**Saif Khan** 3/26/2018 3:38:43 PM
Stock portfolio...

Peter Roe 3/26/2018 3:38:46 PM
Yup that

**Saif Khan** 3/26/2018 3:38:48 PM
Not tinder profile lol

Peter Roe 3/26/2018 3:40:02 PM
Why do they make you pay taxes on interest you get from savings? That seems like robbery. And Im all about big government. I have enough money right now to rightfully be required to pay a lot in taxes but not enough to avoid paying them lol

**Saif Khan** 3/26/2018 3:49:58 PM
Coz people can take advantage of that

**Peter Roe** 3/26/2018 3:50:32 PM
So explain interest. I always thought interest was like an incentive to keep your money in the bank

**Peter Roe** 3/26/2018 3:50:48 PM
like just the dumbest explanation. To think I got out of econ with an a

**Saif Khan** 3/26/2018 3:51:08 PM
Wait. In Rock league

**Saif Khan** 3/26/2018 3:53:28 PM
Fuck I just finished the overtime with a sexy goal

**Saif Khan** 3/26/2018 3:53:53 PM
Anyway yes that's exactly what it is, incentive to keep your money with people who are looking for investments

**Saif Khan** 3/26/2018 3:54:22 PM
But they're taking the risk of "I bet I can make more than this interest percentage with the money doing this other business venture"

**Saif Khan** 3/26/2018 3:55:16 PM
While investors who simply seek interest rate are saying "I want little risk and I will take XYZ as collateral if you can't pay me back. I'd rather have consistent predetermined amount over time as earnings"

Saif Khan

**Saif Khan** 3/26/2018 3:55:43 PM
Whereas the businessman is saying "I'll take the risk and let's shoot for the money and anything above the interest rate is mine"

Saif Khan

**Saif Khan** 3/26/2018 3:57:22 PM
Bank is just a centralized place, like a stock market, to connect investors and businessmen. Some businessmen end up making no profit, they just pay the bank (for example, mortgages. They don't make money off the homes, they do rarely. But most people just want a home and they pay off the interest)

Saif Khan

**Saif Khan** 3/26/2018 3:57:34 PM
And that mortgage is paid by bank using investor money

Peter Roe

Peter Roe   3/26/2018 3:57:43 PM



<20952520_1496004380434975_7926526852468834304_n_10160016099120532.gif>

Saif Khan

**Saif Khan** 3/26/2018 3:58:06 PM
Fuck. Blonde bimbos is my fetish

**Saif Khan** 3/26/2018 3:58:10 PM
I want to choke them

Peter Roe 3/26/2018 3:58:15 PM
that is a man in a wig.

**Saif Khan** 3/26/2018 3:58:20 PM
Hahahaha

**Saif Khan** 3/26/2018 3:58:22 PM
Nice

Peter Roe 3/26/2018 3:58:29 PM
Um okay so hang on

**Saif Khan** 3/26/2018 3:58:31 PM
You know I like trans?

Peter Roe 3/26/2018 3:58:56 PM
Yeah I know but he is ugly

Peter Roe 3/26/2018 3:59:04 PM
So I made about 8k in interest last year

Peter Roe 3/26/2018 3:59:17 PM
and I had to pay

**Saif Khan** 3/26/2018 3:59:24 PM
Wait why? You shouldn't be making money off interest.

**Saif Khan** 3/26/2018 3:59:32 PM
Interest from what

**Peter Roe** 3/26/2018 3:59:42 PM
my savings account

**Peter Roe** 3/26/2018 3:59:59 PM
I dont know how it works

**Saif Khan** 3/26/2018 4:00:16 PM
That's terrible. Why put money in savings account? Diversify into an etf with a few key risky bets

**Peter Roe** 3/26/2018 4:00:24 PM
but I've also had this account... since I was born

**Saif Khan** 3/26/2018 4:00:27 PM
Savings account give horrible returns

**Peter Roe** 3/26/2018 4:01:09 PM
because 1 I wasnt allowed to mess with the money until I turned 21 and 2 I dont know a single solitary fuck about any of this\

**Saif Khan** 3/26/2018 4:01:15 PM
Okay. Well the details of that fund should be seen in detail. Because when it matures, it seems it has, it might be better for you to either keep it all there and wait a few more years or throw it into a new vehicle

**Saif Khan** 3/26/2018 4:01:26 PM
Okay well it has matured then

**Saif Khan** 3/26/2018 4:02:11 PM
Finances is one area where super close attention to detail should be given

Peter Roe 3/26/2018 4:02:13 PM
I dont know anything about interest rates or why they are a thing but I think ours is pretty high

**Saif Khan** 3/26/2018 4:02:18 PM
Way too many people lose quickly

**Saif Khan** 3/26/2018 4:02:27 PM
How much is it?

Peter Roe 3/26/2018 4:02:35 PM
wait what is apy?

Peter Roe 3/26/2018 4:02:38 PM
is that interest?

Peter Roe 3/26/2018 4:02:46 PM
cause then it is 1.95

**Saif Khan** 3/26/2018 4:02:55 PM
It's the yield

**Saif Khan** 3/26/2018 4:03:07 PM
Yeah you're better off in the stock market

**Peter Roe** 3/26/2018 4:03:10 PM



<19299090_1615626551802655_307861
3947679506432_n_10160016120580532
.gif>

**Saif Khan** 3/26/2018 4:03:12 PM
1.95 is low

**Peter Roe** 3/26/2018 4:03:29 PM
isn't the average .06% though? So how is that bad?

**Peter Roe** 3/26/2018 4:03:39 PM
I should have never even looked at any of this.

**Peter Roe** 3/26/2018 4:03:57 PM
I feel like I'm doing everything wrong and Im gonna like.... touch the wrong button and destroy everything I love

**Saif Khan** 3/26/2018 4:03:57 PM
Because no real wealthy person keeps cash on themselves or in savings account

**Peter Roe** 3/26/2018 4:04:22 PM
Well I'm not real wealthy lol

**Saif Khan** 3/26/2018 4:04:42 PM
This isn't the same league as UHNW (ultra high net worth) but it's half a million off the top of my head. But it can certainly made into a million or more through proper investing

**Peter Roe** 3/26/2018 4:04:55 PM
I have.. inheritance which is very different to me because this is like.... how I eventually avoid disaster not just spending money.

**Saif Khan** 3/26/2018 4:05:20 PM
This isn't inheritance. Right? This is the trust fund?

**Saif Khan** 3/26/2018 4:06:59 PM
There are various techniques on how to reduce paying taxes by taking out from the trust fund and putting into a reliable source of investment. Because your current burn rate of 48k a year will get you broke in 14/15 years.

**Saif Khan** 3/26/2018 4:09:51 PM
You'd have to talk to the lawyer that created it. If he isn't alive, hopefully someone who is available. But know this, trust funds are a huge pain to deal with in terms of paperwork

**Peter Roe** 3/26/2018 4:10:15 PM
idk I was always told it came from inheritance but maybe they meant money my grandpa inherited.

**Saif Khan** 3/26/2018 4:10:34 PM
Yeah check the details and consult with me

**Saif Khan** 3/26/2018 4:10:49 PM
Don't go broke thinking you have a lot and not knowing how to spend properly

Peter Roe 3/26/2018 4:10:57 PM
when I started drawing out money I had ███

**Saif Khan** 3/26/2018 4:11:14 PM
██ k?

Peter Roe 3/26/2018 4:11:17 PM
Yes

Peter Roe 3/26/2018 4:11:26 PM
... It is.... less now...

**Saif Khan** 3/26/2018 4:11:26 PM
In the fund or in your bank

Peter Roe 3/26/2018 4:11:33 PM
Bank

Peter Roe 3/26/2018 4:11:43 PM
I've drawn about ██ k

**Saif Khan** 3/26/2018 4:11:45 PM
The bank money doesn't matter

**Saif Khan** 3/26/2018 4:11:53 PM
That's already with you.

**Saif Khan** 3/26/2018 4:12:08 PM
Keep about 5k in a bank with you at all times. In case of emergency

**Saif Khan** 3/26/2018 4:12:23 PM
The rest should be put in investments that give you dividends

**Peter Roe** 3/26/2018 4:12:23 PM
The more I learn about this all though the more I think I might be wealthy. But we always lived very poor

**Peter Roe** 3/26/2018 4:12:30 PM
I never had anything growing up.

**Saif Khan** 3/26/2018 4:12:32 PM
Frugal*

**Saif Khan** 3/26/2018 4:12:34 PM
Not poor

**Peter Roe** 3/26/2018 4:12:42 PM
My family is full of tight asses.

**Saif Khan** 3/26/2018 4:12:48 PM
That's a good thing

**Peter Roe** 3/26/2018 4:12:50 PM
Except my cousin ▮ she has already blown hers.

**Peter Roe** 3/26/2018 4:13:01 PM
cause she's a ho

**Thread Participants:** Peter Roe ; Saif Khan
**ThreadFirst:** 2018-04-17 07:14:29
**ThreadLast:** 2018-04-17 22:41:23

---

Peter Roe

Peter Roe  4/17/2018 7:14:29 AM
lol so our water heater burst this morning and it flooded my sister's room so we have no water and have to... somehow fix the flooding before the repair man gets here. XD Best morning ever.

Saif Khan

Saif Khan  4/17/2018 8:46:49 AM
Good morning

Peter Roe

Peter Roe  4/17/2018 8:47:05 AM
Sup dawg

Peter Roe

Peter Roe  4/17/2018 8:57:37 AM

<19148177_480572742299122_590276262364 8137216_n_10160102671660532.gif>

Saif Khan

Saif Khan  4/17/2018 8:58:03 AM
that gif is hilarious

**Peter Roe**

**Peter Roe** 4/17/2018 8:58:23 AM
Yes it is.... soooo what's up....dawg?

**Peter Roe**

**Peter Roe** 4/17/2018 9:03:07 AM
Well.. I'm updating my resume and applying for a job I saw that I liked.

Saif Khan

**Saif Khan** 4/17/2018 9:04:31 AM
Good job!

Saif Khan

**Saif Khan** 4/17/2018 9:04:36 AM
That's a good thing to do

Saif Khan

**Saif Khan** 4/17/2018 9:04:45 AM
Try the FIRE internship as well

Saif Khan

**Saif Khan** 4/17/2018 9:04:50 AM
I hear it is selective

**Peter Roe**

**Peter Roe** 4/17/2018 9:05:00 AM
Boy you better answer my question lol

Saif Khan

**Saif Khan** 4/17/2018 9:07:09 AM
What question

**Peter Roe**

**Peter Roe** 4/17/2018 9:07:16 AM
What's up lol

Saif Khan

**Saif Khan** 4/17/2018 9:10:07 AM
Not much

**Saif Khan** 4/17/2018 9:10:12 AM
Just playing with the baby

**Saif Khan** 4/17/2018 9:10:19 AM
He picks a fight with some material everyday

**Saif Khan** 4/17/2018 9:10:30 AM
Today he is fighting with a green piece of paper

Peter Roe 4/17/2018 9:10:36 AM
Same

Peter Roe 4/17/2018 9:11:00 AM
Except that green piece of paper is actually existentialism

**Saif Khan** 4/17/2018 9:12:55 AM
Hey

**Saif Khan** 4/17/2018 9:12:57 AM
Peter

Peter Roe 4/17/2018 9:13:03 AM
Yes sir

**Saif Khan** 4/17/2018 9:13:07 AM
There are a few windows broken in the home

**Saif Khan** 4/17/2018 9:13:14 AM
Like the glass part was broken by kids

**Saif Khan** 4/17/2018 9:13:21 AM
What is that contract job called

**Saif Khan** 4/17/2018 9:13:27 AM
And how do I find a person to fix it

**Saif Khan** 4/17/2018 9:13:31 AM
Glazing?

Peter Roe 4/17/2018 9:13:53 AM
Uh either window installer or glazier

Peter Roe 4/17/2018 9:14:11 AM
But it's America so probably window installer

Peter Roe 4/17/2018 9:14:17 AM
I can find one for you

**Saif Khan** 4/17/2018 9:14:23 AM
Please do

**Saif Khan** 4/17/2018 9:14:28 AM
Near this address

Peter Roe 4/17/2018 9:14:51 AM
Oh really?I thought maybe I could send my friend Rick over from down the street

Peter Roe 4/17/2018 9:14:55 AM
? ?