# EXHIBIT L

**Saif Khan** 4/16/2018 3:01:35 PM
This week

Peter Roe 4/16/2018 3:01:50 PM
For you?

**Saif Khan** 4/16/2018 3:02:26 PM
Yes.

**Saif Khan** 4/16/2018 3:02:32 PM
And also you being her paralegal

**Saif Khan** 4/16/2018 3:02:54 PM
Between me and Margaret

Peter Roe 4/16/2018 3:02:57 PM
I dont think it will necessarily be phrased like that. Just that I am providing material assistance

**Saif Khan** 4/16/2018 3:03:14 PM
Material assistance?

Peter Roe 4/16/2018 3:03:28 PM
Documents and financial support as required

Peter Roe 4/16/2018 3:03:34 PM
Fees that arise

**Saif Khan** 4/16/2018 3:03:38 PM
What does documents mean

**Saif Khan** 4/16/2018 3:03:44 PM
No. Keep these two separate

Peter Roe 4/16/2018 3:03:49 PM
What I've been doing from the beginning

Peter Roe 4/16/2018 3:04:21 PM
I'm compiling documents and keeping track of them.

**Saif Khan** 4/16/2018 3:04:28 PM
Then word it as paralegal or assistant or support. Don't connect it with financials at all

**Saif Khan** 4/16/2018 3:04:39 PM
Keep those two separate.

Peter Roe 4/16/2018 3:04:40 PM
I cant call myself a paralegal

**Saif Khan** 4/16/2018 3:04:52 PM
Okay. Asssistant

**Saif Khan** 4/16/2018 3:05:27 PM
But definitely have her be signed on with me directly if she is to go ahead with this

Peter Roe 4/16/2018 3:05:32 PM
Okay. You need to be pushing for a retainer too btw otherwise she will think you dont want one. She already has an agreement ready