# EXHIBIT M

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|     Defendants. | : | MAY 17, 2024 |

**RESPONSES TO DEFENDANT JANE DOE'S FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF**

Pursuant to the Federal Rules of Procedure and the Local Rules of this Court, the Plaintiff, Saifullah Khan, hereby responds to the Defendant's discovery requests. In responding to these requests, the plaintiff responds with the qualification that he is responding to the best of his knowledge, belief, and memory, after a reasonable investigation, and that his investigation is ongoing through the process of discovery in this matter. To the extent that the plaintiff is unable to provide, for example, a witness's address or phone number, their name is included. To the extent that their address or phone number or another detail is learned it will be disclosed. Discovery is ongoing. Accordingly, the plaintiff reserves the right to amend, revise, correct, modify, supplement or clarify all of the responses provided herein, upon discovering additional information, up through the close of discovery.

**INTERROGATORIES**

1.      Please state your full legal name, any other names by which you have been or are now known, date of birth, your present home address, prior home addresses, and all addresses you have stayed at and/or resided at since October 31, 2015.

    **ANSWER:**

Full Legal Name: Saifullah Juma Khan

Nickname: Saif

civil litigation and public engagement, as these are essential steps toward recovering my personal and professional standing and moving forward with my life.

6.     Please identify all counseling (including but not limited to counseling and/or support groups for alcohol and/or drug use), therapy, psychiatric treatment, or other mental health treatment you have had and placement on any kind of medication for any type of emotional distress, stress, anxiety, depression, or any other mental or emotional illness since October 31, 2010.  Please state the dates of said treatment, the person(s), doctor(s), or institution(s) from whom such treatment was received, and the nature of said treatment

**ANSWER:**

Doctor Howard Zonana; fall and winter of 2018
Madelon Baranoski; fall and winter of 2018
Debra Gregory; fall of 2018
Anna Ostrovskaya; fall of 2018
Dr. Ben Cocchiaro; summer of 2023; ketamine prescription for PTSD treatment
Dr. Loren Soeiro; fall of 2023; about 5/6 sessions for therapy
Dr. Waqar Siddiqui; winter of 2024 assessment of Autism
Dr. Michal Assaf; autism study at hartford Olin Centre
and some random therapist at Yale Health in 2013 after the death of my uncle, Arsala Jamal.

7.     Identify all individuals who you believe may be witnesses in this case and/or who witnessed and/or have knowledge concerning this case or the facts underlying it and for each such individual briefly describe the knowledge and/or information each such individual has.

**ANSWER:**

15

## CERTIFICATION OF PLAINTIFF

I Saifullah Khan, being duly sworn, hereby depose and say:

1. I am the Plaintiff in the above-referenced matter and am familiar with the facts above.

2. I have read the foregoing responses to Jane Doe's First Set of Interrogatories and hereby verify that the foregoing answers are true to the best of my knowledge and belief.

_____
Saifullah Khan

Subscribed and sworn to before me this __17__ day of __May_____, 2024

_Manisha_____
Notary Public

My commission expires: March 31, 2027

Manisha Amatya
Commonwealth of Virginia
Notary Public
Commission No. 7826271
My Commission Expires 3/31/2027

22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Saifullah Khan,<br><br>              Plaintiff,<br>v.<br><br><br>Yale University, et al.,<br><br>              Defendants. | Civ. No. 3:19-cv–01966-KAD<br><br><br><br><br>May 17, 2024 |

## PLAINTIFF'S RESPONSES AND OBJECTIONS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION FROM YALE UNIVERSITY

Pursuant to the Federal Rules of Procedure and the Local Rules of this Court, the Plaintiff, Saifullah Khan, hereby responds to the Defendant's Interrogatories and Requests for Production. In responding to these interrogatories, the plaintiff responds to all of the interrogatories with the qualification that he is responding to the best of his knowledge, belief, and memory, after a reasonable investigation, and that his investigation is ongoing through the process of discovery in this matter. To the extent that the plaintiff is unable to provide, for example, a witness's address or phone number, their name is included. To the extent that their address or phone number is learned it will be ███████ ████████████████████████████████████ supplement or clarify all of the responses provided herein, upon discovering additional information, up through the close of discovery.

### INTERROGATORIES

1. Please identify by name, address, and telephone number all individuals who witnessed and/or have knowledge concerning any and all of your interactions with Jane Doe from August 15, 2012 to the present.

Stacey Miranda

Michael Pepper

Office of the Chief State's Attorney Rocky Hill, Connecticut

1



Bruce Gressin

Arif Pazhwak

Jacob Orrin

Doctor Howard Zonana

Madelon Baranoski

Debra Gregory

Anna Ostrovskaya

Dr. Ben Cocchiaro

Dr. Loren Soeiro

Dr. Waqar Siddiqui


2.	Please identify by name, address, and telephone number all individuals who participated in any fashion in, or who have knowledge concerning, your suspension from Yale University in November, 2015 or the events which led to your suspension; and provide a description of each person's participation in, or knowledge of, your suspension or the events which led thereto.

Stacey Miranda

Michael Pepper

Office of the Chief State's Attorney Rocky Hill, Connecticut

(203) 503-6823

—

Detective Paul Sires

Sgt. Marnie Robbins-Hoffman

Detective Lori Feola

Detective Jennifer Herten

Detective Christophre Cofrancesco

Brian Donnelly (retired)

Yale University Police Department

101 Ashmun Street, New Haven, Connecticut

—

5

Dr. Waqar Siddiqui

     3.    Please identify by name, address, and telephone number all individuals who participated in any fashion in, or who have knowledge concerning, your suspension from Yale University in October, 2018 or the events which led to your suspension; and provide a description of each person's participation in, or knowledge of, your suspension or the events which led thereto.

—

Margaret Clark

David Post

Peter Salovey

Mark Schenker

Stephanie Spangler

Angela Gleason

Trumbull Dining Hall employees (2013 to 2015, especially "Ruby" who knew both Jane and I)

Sarah Demers

Amy Justice

Paul Genecin

Anjelica Gonzalez

Etienne Greenlee


Yale University

—

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

All interviewers, the interviews, and the viewers of said interviews are referred to in the complete Twitter thread and emails.

***All consumers of YDN, NYT, and a plethora of other outlets that discussed my case.***

Over 1000+ participants (parents, students, well-wishers, lawyers, and executive team) of Families Advocating for Campus Equality, and SAVE SERVICES.



And all other individuals that have learned of the issue through the defamatory and non-defamatory actions of Jane Doe.



Dr. Howard Zonana

Dr. Madelon Baranoski

Dr. Debra Gregory

Dr. Anna Ostrovskaya

Dr. Ben Cocchiaro

Dr. Loren Soeiro

Dr. Waqar Siddiqui

      4.    Please identify by name, address, and telephone number all individuals who participated in any fashion in, or who have knowledge concerning, your expulsion from Yale University in January, 2019 or the events which led to your expulsion; and provide a description of each person's participation in, or knowledge of, your expulsion or the events which led thereto.

Dr. Carole Goldberg

11

state expert witnesses for the DNA and for Rape Medical Kit utilized in State of Conn. v. Khan.

Doctor Howard Zonana; Medical tests and psychological evaluations

Madelon Baranoski; Medical tests and psychological evaluations

Debra Gregory; Medical tests and psychological evaluations

Anna Ostrovskaya; Medical tests and psychological evaluations

Dr. Ben Cocchiaro; Medical tests and psychological evaluations

Dr. Loren Soeiro; Medical tests and psychological evaluations

Dr. Waqar Siddiqui; Medical tests and psychological evaluations

8. Describe in detail each item of economic and non-economic damage you claim to have suffered as a result of the defendants' actions, and as to each such item, please:

a. identify by name, address and telephone number each person who has knowledge concerning each item of damage;
b. identify each document which refers or relates, directly or indirectly, to each item of damage;
c. describe in detail each item of damage you are claiming in this lawsuit; and
d. describe the method by which you have calculated each item of damages, including all assumptions you have made for purposes of computation with respect to projected life expectancy, projected work expectancy, retirement, promotion, pay increases, and any other factor.

a.

▇▇▇▇▇▇ (6197724287 plaintiff refers to his production for remainder)

▇▇▇▇▇▇ (contact info unavailable beyond that he is a Yale alum, and in plaintiffs productions)

▇▇▇▇▇▇ Merit CEO (contact info unavailable beyond what is provided in email)

▇▇▇▇▇▇ 161 west 15th street, New York NY 10011

▇▇▇▇▇▇ Merit COO (contact info unavailable)

Doctor Howard Zonana
and Dr. Madelon Baranoski
203.974.7158
howard.zonana@yale.edu
Psychiatry Conn. Mental Health Center, 34 Park St New Haven, CT 06519

Debra Gregory (Yale Health)

16

## CERTIFICATION OF PLAINTIFF

I Saifullah Khan, being duly sworn, hereby depose and say:

1. I am the Plaintiff in the above-referenced matter and am familiar with the facts above.

2. I have read the foregoing responses to Yale University's First Set of Interrogatories and hereby verify that the foregoing answers are true to the best of my knowledge and belief, subject to the qualifications above.

_____
Saifullah Khan

Subscribed and sworn to before me this  17  day of  May , 2024

_____
Notary Public

My commission expires: March 31, 2027

Manisha Amatya
Commonwealth of Virginia
Notary Public
Commission No. 7826271
My Commission Expires 3/31/2027

21