# EXHIBIT N

**Saif Khan** 5/30/2018 5:45:04 PM
I will change certain things. It's information. The reason I wanted to ask that was to help you feel better and get you to a better place.

Peter Roe 5/30/2018 5:46:05 PM
But you shouldn't have to change. The therapist I spoke to, her name is Sara Favorite, I cant remember if she was in Dallas. And I feel.. weak for reaching out to her but I felt like I needed to take concrete steps to change.

I decided a long time ago that good and bad, I wanted to find a way to be committed to you.

Peter Roe 5/30/2018 5:46:41 PM
So, it's on me to make corrections.

**Saif Khan** 5/30/2018 5:47:56 PM
Oh God

**Saif Khan** 5/30/2018 5:48:06 PM
That's the psychologist I told some deep dark stuff to

Peter Roe 5/30/2018 5:48:15 PM
She doesnt know it's you

Peter Roe 5/30/2018 5:48:31 PM
I would never give your name or identifying details.

**Saif Khan** 5/30/2018 5:48:48 PM
I understand that

**Saif Khan** 5/30/2018 5:48:54 PM
I'm saying it's funny that you chose her

**Saif Khan** 5/30/2018 5:49:14 PM
She told me that I am beyond fucked up. Like not normal fucked up. Like seriously deeply fucked up

**Saif Khan** 5/30/2018 5:49:18 PM
I was like I know

**Peter Roe** 5/30/2018 5:49:24 PM
... she said that to you?

**Saif Khan** 5/30/2018 5:49:28 PM
Yeah lol

**Saif Khan** 5/30/2018 5:49:31 PM
In a nicer way

**Saif Khan** 5/30/2018 5:49:35 PM
Nicer concerned way

**Peter Roe** 5/30/2018 5:49:39 PM
Well... I mean... lol

**Saif Khan** 5/30/2018 5:49:48 PM
She was very concerned for me

**Peter Roe** 5/30/2018 5:49:59 PM
From the vague descriptions of you I gave her she thought you sounded great lol