# EXHIBIT O

| | |
|---|---|
| **From:** | Maria L. Laurato |
| **To:** | Alex Taubes |
| **Cc:** | Gooley, Brendan N.; Patrick M. Noonan; Giovanna Tiberii Weller |
| **Subject:** | Search of plaintiff''s social media accounts |
| **Date:** | Tuesday, February 4, 2025 2:22:21 PM |
| **Attachments:** | 125cropped155px_f85acf57-7b0b-4923-b1c8-861db4bb52e9.png |

**EXTERNAL SENDER: This Message is from outside the organization.**

Hi Alex,

At the January 29th meet and confer, you requested that we send you a list of proposed social media accounts for you to search. Below is Yale's list:

1. SnapChat (█████)
2. Facebook (Including Facebook Messenger) (█████████)
3. LinkedIn (████████████)
4. Telegram (█████)
5. Signal (████████████)
6. Instagram (████████████)
7. Google Circles (████████████)
8. Quora (████████████)
9. Lichess (████████)
10. Tumblr
11. Reddit
12. Tinder
13. Bumble
14. Hinge
15. Grindr
16. Discord
17. WhatsApp
18. Signal
19. WeChat
20. Kik
21. Slack
22. GiveSendGo
23. Truth Social



Please let us know if the Plaintiff does not have an account for any of the above applications. Should there be any other messaging apps the Plaintiff has used to communicate about any facts or other information related to this case, we kindly ask that those apps also be included in your search.

Finally, we renew our request for the updated export of the Plaintiff's full ████████ account that you had previously agreed to provide.

Thank you,
Maria

**Maria L. Laurato** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street. | New Haven, CT 06510
Direct: 203-784-3157 | Fax: 203-784-3199
MLaurato@carmodylaw.com | www.carmodylaw.com



---------------------------
This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com
---------------------------