# EXHIBIT P

**Peter Roe** 3/13/2018 6:43:21 PM
why?

**Saif Khan** 3/13/2018 6:44:28 PM
Just wondering about schedule for June

**Peter Roe** 3/13/2018 6:45:26 PM
Oh okay. Well yup I forget what time I get in on the 6th. But we do have to find time to fit in the DoED meeting.

**Saif Khan** 3/13/2018 6:47:27 PM
Okay. Trump worries me every day lol

**Peter Roe** 3/13/2018 6:47:32 PM
Same.

**Saif Khan** 3/13/2018 6:47:34 PM
I hope he never fires Betsy

**Peter Roe** 3/13/2018 6:47:44 PM
I woke up to the Tillerson news and was like "Oh what fresh hell is this"

**Saif Khan** 3/13/2018 6:47:46 PM
And I hope he isn't kicked out in the next 18 months

**Peter Roe** 3/13/2018 6:49:31 PM
Also I dont think I told you this yet, but I fell asleep with you on discord last night. I also cant figure out how to end calls, side note. Anyway, I also woke up at like 4am to the sound of your snoring very very loudly. But I didn't hang up because it was cute. ? ?

**Peter Roe** 3/13/2018 9:40:38 PM
Why do computers take so long to update?

**Saif Khan** 3/13/2018 9:41:16 PM
Why

**Peter Roe** 3/13/2018 9:41:31 PM
Mine is taking a terribly long time to update 🫠 🫠

**Peter Roe** 3/13/2018 9:43:31 PM
Btw I've thought about it a lot today and I think we need to consider you going on the Megyn Kelly show first or potentially on the same day as the jury. I'll tell you why when you call. But it's a very well thought out reason

**Saif Khan** 3/13/2018 9:45:04 PM
Okay explain it over the phone

**Saif Khan** 3/13/2018 9:46:08 PM
Get on discord

**Peter Roe** 3/13/2018 9:48:53 PM
One sec my computer is restarting

**Saif Khan** 3/13/2018 9:49:30 PM
At first I thought your computer update was the leadup to a joke

**Peter Roe** 3/13/2018 9:49:55 PM
Lol I see how that would have been your thought process