# EXHIBIT E

| | |
|---|---|
| **From:** | Alex Taubes <alextt@gmail.com> |
| **Sent:** | Monday, June 2, 2025 12:19 PM |
| **To:** | Gooley, Brendan N. |
| **Cc:** | Maria L. Laurato; Giovanna Tiberii Weller; Patrick M. Noonan |
| **Subject:** | [EXTERNAL] Re: Call Re Khan Schedule |

Dear counsel,

As I believe you may know, Mr. Khan has been released from ICE detention. Although I believe this will aid in keeping our case on track, we will need to mark off Friday's deposition with President Salovey. We are looking to reschedule it for September.

Best regards,
Attorney Alex Taubes

On Thu, May 29, 2025 at 8:50 AM Gooley, Brendan N. <BGooley@carltonfields.com> wrote:

Hi:


The dates that I have are:


- Plaintiff's deadline to disclose his experts: 7/9
- Supplementation of Expert Reports: 9/3
- Depositions of Plaintiff's experts: 9/30
- *Daubert*/expert motions: 10/30


Brendan


**Brendan N. Gooley**
Attorney at Law | Carlton Fields
One State Street
Suite 1800 | Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058
BGooley@carltonfields.com


**From:** Alex Taubes <alextt@gmail.com>
**Sent:** Wednesday, May 28, 2025 1:47 PM
**To:** Gooley, Brendan N. <BGooley@carltonfields.com>
**Cc:** Maria L. Laurato <MLaurato@carmodylaw.com>; Giovanna Tiberii Weller <GWeller@carmodylaw.com>; Patrick M.

Noonan <PNoonan@carmodylaw.com>
**Subject:** Re: Call Re Khan Schedule

## EXTERNAL SENDER: This Message is from outside the organization.

Thank you all for the meeting today.

Brendan, when you get a chance, please send me the dates we agreed on for the expert extension.

Attached is a Notice of Deposition for Peter Salovey.

On Tue, May 27, 2025 at 6:23 PM Gooley, Brendan N. <BGooley@carltonfields.com> wrote:

Brendan Gooley is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

https://carltonfields.zoom.us/j/97813465772?pwd=qEC17g9MjCcctn5C7850l9DTN5SFht.1

Meeting ID: 978 1346 5772

Passcode: 614010

---

One tap mobile

+16465588656,,97813465772#,,,,*614010# US (New York)

+16469313860,,97813465772#,,,,*614010# US

---

Dial by your location

- +1 646 558 8656 US (New York)

- +1 646 931 3860 US

- +1 301 715 8592 US (Washington DC)

- +1 305 224 1968 US

- +1 309 205 3325 US

- +1 312 626 6799 US (Chicago)

- +1 253 205 0468 US

- +1 253 215 8782 US (Tacoma)

- +1 346 248 7799 US (Houston)

- +1 360 209 5623 US

- +1 386 347 5053 US

- +1 507 473 4847 US

- +1 564 217 2000 US

- +1 669 444 9171 US

- +1 669 900 9128 US (San Jose)

- +1 689 278 1000 US

- +1 719 359 4580 US

- 877 853 5247 US Toll-free

- 888 788 0099 US Toll-free

Meeting ID: 978 1346 5772

Passcode: 614010

Find your local number: https://carltonfields.zoom.us/u/auhYmtAXl

---

Join by SIP

97813465772@8.21.129.124

---

Join by H.323

• 8.21.129.124

Meeting ID: 978 1346 5772

Passcode: 614010

--

Alexander T. Taubes

470 James Street, Suite 007

New Haven, CT 06513

(203) 909-0048 » alextt@gmail.com » taubeslaw.com

*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

--
Alexander T. Taubes
470 James Street, Suite 007
New Haven, CT 06513
(203) 909-0048 » alextt@gmail.com » taubeslaw.com
*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

| | |
|---|---|
| **From:** | Alex Taubes <alextt@gmail.com> |
| **Sent:** | Wednesday, June 11, 2025 1:24 PM |
| **To:** | Maria L. Laurato |
| **Cc:** | Giovanna Tiberii Weller; Gooley, Brendan N.; Patrick M. Noonan |
| **Subject:** | [EXTERNAL] Re: Khan / Genecin and Demers Depositions |

Yes as to Genecin, no as to Demers. I'll send a notice.

Alex

On Wed, Jun 11, 2025 at 1:23 PM Maria L. Laurato <MLaurato@carmodylaw.com> wrote:

Hi Alex,


I hope that you are well.


I am writing to confirm whether you intend to move forward with the depositions of Sarah Demers and Paul Genecin, scheduled for June 24 and 26, respectively. If so, can you please send out notices?


Thank you,

Maria

**Maria L. Laurato** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street. | New Haven, CT 06510
Direct: 203-784-3157 | Fax: 203-784-3199
MLaurato@carmodylaw.com | www.carmodylaw.com


125 years | **Exceptional Client Service** carmodylaw.com

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

--
**Alexander T. Taubes**
**470 James Street, Suite 007**
**New Haven, CT 06513**
**(203) 909-0048 » alextt@gmail.com** » taubeslaw.com
*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

| | |
|---|---|
| **From:** | Alex Taubes <alextt@gmail.com> |
| **Sent:** | Tuesday, June 24, 2025 1:42 PM |
| **To:** | Gooley, Brendan N. |
| **Cc:** | Maria L. Laurato; Giovanna Tiberii Weller |
| **Subject:** | Re: [EXTERNAL] Re: Khan |

I'm not available today, and we need to mark off Thursday's deposition.

Best,
Attorney Alex Taubes

On Tue, Jun 24, 2025 at 8:40 AM Gooley, Brendan N. <BGooley@carltonfields.com> wrote:

Hi:

Alex: Does noon work? I think we should also discuss our positions regarding the Motion for Order regarding the D.C. records.

Brendan

**Brendan N. Gooley**
Attorney at Law | Carlton Fields
One State Street
Suite 1800 | Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058
BGooley@carltonfields.com

**From:** Maria L. Laurato <MLaurato@carmodylaw.com>
**Sent:** Monday, June 23, 2025 2:46 PM
**To:** Alex Taubes <alextt@gmail.com>; Gooley, Brendan N. <BGooley@carltonfields.com>
**Cc:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>
**Subject:** RE: [EXTERNAL] Re: Khan

## EXTERNAL SENDER: This Message is from outside the organization.

Hi Brendan,

1

No objection to the Motion. Tomorrow at noon works for me. Alex, are you free then?


Thank you,

Maria


**Maria L. Laurato** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
195 Church Street. | New Haven, CT 06510
Direct: 203-784-3157 | Fax: 203-784-3199
MLaurato@carmodylaw.com | www.carmodylaw.com

**125 years** | **Exceptional Client Service** carmodylaw.com

**From:** Alex Taubes <alextt@gmail.com>
**Sent:** Monday, June 23, 2025 12:07 PM
**To:** Gooley, Brendan N. <BGooley@carltonfields.com>
**Cc:** Giovanna Tiberii Weller <GWeller@carmodylaw.com>; Maria L. Laurato <MLaurato@carmodylaw.com>
**Subject:** [EXTERNAL] Re: Khan


We object.


On Mon, Jun 23, 2025 at 11:56 AM Gooley, Brendan N. <BGooley@carltonfields.com> wrote:

Hi:


Can you please let me know your position on the attached Motion?


Also, does noon tomorrow work for our meet and confer?


Brendan



**Brendan N. Gooley**
Attorney at Law

One State Street
Suite 1800
Hartford, Connecticut 06103
Direct: 860.392.5036 | Fax: 860.392.5058

BGooley@carltonfields.com | www.carltonfields.com
bio | vcard

**Carlton Fields is ISO 27001:2022 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*

--

**Alexander T. Taubes**

**470 James Street, Suite 007**

**New Haven, CT 06513**

**(203) 909-0048 » alextt@gmail.com » taubeslaw.com**

*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

-------------------------------

This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com

-------------------------------

--
**Alexander T. Taubes**
**470 James Street, Suite 007**
**New Haven, CT 06513**
**(203) 909-0048 » alextt@gmail.com » taubeslaw.com**
*My emails' contents are confidential. If you received this email by accident, please let me know and then delete it. Thank you.*

3