# EXHIBIT F

Saif Khan

**Saif Khan** 4/22/2018 6:34:27 PM
What would be seriously fucked up is if they have profiled me in depth to really know what they're dealing with

Saif Khan

**Saif Khan** 4/22/2018 6:34:50 PM
Yeah and a time crunch from extra #metoo complaints in the past few months

Peter Roe

Peter Roe 4/22/2018 6:35:23 PM
But you hide yourself too well, I think. And you know I have kept every detail of your secrets close to my heart. So unless you've divulged anything to others you're safe

Peter Roe

Peter Roe 4/22/2018 6:35:32 PM
Not even norm and Dan knew everything.

Saif Khan

**Saif Khan** 4/22/2018 6:35:51 PM
True

Peter Roe

Peter Roe 4/22/2018 6:35:57 PM
And what profile will they make? Haha

Peter Roe

Peter Roe 4/22/2018 6:36:07 PM
You lead a mundane life as far as anyone can tel

Peter Roe

Peter Roe 4/22/2018 6:36:42 PM
You spend most of your time playing video games, taking care of babies, and talking to me/others

**Peter Roe** 4/22/2018 6:36:54 PM
Dont let worry creep in.

Saif Khan

**Saif Khan** 4/22/2018 6:37:01 PM
I mean figuring it out through the pieces that have fell through the cracks over the past few years

Saif Khan

**Saif Khan** 4/22/2018 6:37:09 PM
Yeah true

Saif Khan

**Saif Khan** 4/22/2018 6:37:13 PM
I've kept it well

Saif Khan

**Saif Khan** 4/22/2018 6:37:21 PM
It's so damn tough to hide

Peter Roe

**Peter Roe** 4/22/2018 6:37:26 PM
Right, well then put your own profile together. You know best what has fallen through.

Peter Roe

**Peter Roe** 4/22/2018 6:37:57 PM
Do what you have me do, look at your actions objectively.

Peter Roe

**Peter Roe** 4/22/2018 6:38:20 PM
And start by assessing what level of threat Yale sees you as.

Saif Khan

**Saif Khan** 4/22/2018 6:39:18 PM
Well