# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Saifullah Khan,<br><br>　　　　　Plaintiff,<br>v.<br><br>Yale University, et al.,<br><br>　　　　　Defendants. | Civ. No. 3:19-cv–01966-KAD<br><br><br><br><br><br>May 20, 2024 |

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO**
**REQUESTS FOR PRODUCTION FROM YALE UNIVERSITY**

　　　　Pursuant to the Federal Rules of Procedure and the Local Rules of this Court, the Plaintiff, Saifullah Khan, hereby responds to the Defendant's Interrogatories and Requests for Production. In responding to these requests for production, the plaintiff responds to all of the requests for production with the qualification that he is responding to the best of his knowledge, belief, and memory, after a reasonable investigation, and that his investigation is ongoing through the process of discovery in this matter. As additional responsive documents are discovered or located or produced from third parties, they will be produced. Discovery is ongoing. Accordingly, the plaintiff reserves the right to amend, revise, correct, modify, supplement or clarify all of the responses provided herein, upon discovering additional information, up through the close of discovery.

　　　　**REQUESTS FOR PRODUCTION**

　　1.　Please provide a copy of each document identified in response to the foregoing interrogatories.
**RESPONSE:**

Not applicable.

　　2.　Please provide a copy of each document which refers or relates, directly or indirectly, to any communication between you and any defendant or agent of any defendant concerning your

1

suspension from Yale University in November, 2015, or the events that led thereto.

**RESPONSE:**

Provided (SAIFKHAN_000001-SAIFKHAN_010363); additional documents will be produced as discovered.

3. Please provide a copy of each document which refers or relates, directly or indirectly, to any communication between you and any defendant or agent of any defendant concerning your suspension from Yale University in October, 2018, or the events that led thereto.

**RESPONSE:**

Provided (SAIFKHAN_000001-SAIFKHAN_010363); additional documents will be produced as discovered.

4. Please provide a copy of each document which refers or relates, directly or indirectly, to any communication between you and any defendant or agent of any defendant concerning your expulsion from Yale University in January, 2019, or the events that led thereto.

**RESPONSE:**

Provided (SAIFKHAN_000001-SAIFKHAN_010363); additional documents will be produced as discovered.

5. Please provide a copy of each document and communication created by you, sent to you, or otherwise in your possession or control, which refers or relates to your suspension from Yale University in November, 2015, or the events that led thereto.

**RESPONSE:**

Provided (SAIFKHAN_000001-SAIFKHAN_010363); additional documents will be produced as discovered.

2

6. Please provide a copy of each document and communication created by you, sent to you, or otherwise in your possession or control, which refers or relates to your suspension from Yale University in October, 2018, or the events that led thereto.

**RESPONSE:**

Provided (SAIFKHAN_000001-SAIFKHAN_010363); additional documents will be produced as discovered.

7. Please provide a copy of each document and communication created by you, sent to you, or otherwise in your possession or control, which refers or relates to your expulsion from Yale University in January, 2019, or the events that led thereto.

**RESPONSE:**

Provided (SAIFKHAN_000001-SAIFKHAN_010363); additional documents will be produced as discovered.

8. Please provide a copy of each document, as previously defined, which refers or relates, directly or indirectly, to any communication between you and Ms. Doe.

**RESPONSE:**

Provided (SAIFKHAN_000001-SAIFKHAN_010363); additional documents will be produced as discovered.

9. Please provide a copy of each document and communication created by you, sent to you, or otherwise in your possession or control, which refers or relates to Ms. Doe.

**RESPONSE:**

Provided (SAIFKHAN_000001-SAIFKHAN_010363); additional documents will be produced as discovered.

10. Please provide a copy of each document concerning your efforts to complete your college education following your expulsion from Yale University, including, but not limited to, applications to colleges, universities or other educational institutions; offers of admission to colleges, universities or other educational institutions; your acceptance of admission to any colleges, universities or other educational institutions; and attendance of courses for credit.

**RESPONSE:**

Not applicable.

11. Please provide a copy of each document relating to your efforts to obtain employment following your expulsion from Yale University, including, but not limited to, applications, offers of employment, and acceptance of offers of employment.

**RESPONSE:**

See, e.g., SAIFKHAN_000001, 000035, 000047, 002805, 003986, 003954, 004017, 010364.

12. Please provide copies of all documents evidencing all money earned from any source from the time of your expulsion from Yale University to the date of trial.

**RESPONSE:**

Authorizations to seek records from the IRS provided.

13. Please provide a signed authorization for the defendant to obtain your tax returns for the period from three years prior to expulsion through the date of trial, by executing the IRS authorization attached hereto.

**RESPONSE:**

Enclosed with production.

14. Please provide a copy of each headline, article, and news and social media posting concerning the plaintiff's sexual misconduct, which is in your possession.

**RESPONSE:**

Please see enclosed production with links to articles enclosed therein.

15. Please provide a copy of each headline, article, and news and social media posting concerning the plaintiff's criminal trial, which is in your possession.

**RESPONSE:**

Please see enclosed production with links to articles enclosed therein.

16. Please provide a copy of each document offered as an exhibit during the plaintiff's criminal trial.

**RESPONSE:**

To be provided.

17. Please provide a copy of each headline, article, and news and social media posting concerning the plaintiff's suspensions and expulsion from Yale University, which is in your possession.

**RESPONSE:**

Please see enclosed production with links to articles enclosed therein.

18. Please provide a copy of each document, communication, and social media posting concerning the October 5, 2018 Yale Daily News article titled "Khan and his consort: Former confidant now accuses Khan of assault," and the events described therein.

**RESPONSE:**

Please see enclosed production with links to articles enclosed therein.

5

19. Please provide a copy of each document which refers or relates, directly or indirectly, to your claims for damages.

**RESPONSE:**

Provided (SAIFKHAN_000001-SAIFKHAN_010363); additional documents will be produced as discovered. See, e.g., SAIFKHAN_001606, 003945, 003877, 3868.

20. If you are claim physical, emotional or mental illness as a result of defendants' conduct, please provide a medical authorization in the form attached hereto.

**RESPONSE:**

See enclosed authorization.

21. Please provide copies of any and all statements made by you, any representative of the defendant or by any other person which refers or relates to the allegations of your complaint or the damage you claim to have suffered.

**RESPONSE:**

See enclosed production.

22. Please provide a copy of any memorandum, correspondence, transcript, audio or videotape recording or any other document or tangible item in plaintiff's custody or control which captures any conduct or conversation of any of the defendants or any agent, servant or employee of any of the defendants that is relevant or material to any of the allegations of plaintiff's complaint or to plaintiff's claim for damages.

**RESPONSE:**

See enclosed production.

PLAINTIFF SAIFULLAH KHAN,

      By: */s/ Alexander T. Taubes*
           Alexander T. Taubes (ct30100)
           LAW OFFICES OF
           ALEXANDER T. TAUBES, PLLC
           470 James St., Ste 007
           New Haven, CT 06513
           Tel.: 203-909-0048
           Email: alextt@gmail.com
           His Attorney

## CERTIFICATION OF SERVICE

This is to certify that on this 17th day of May 2024, a copy of the foregoing was served upon all counsel of record in the above-captioned case.

/s/Alexander T. Taubes
Alexander T. Taubes