# EXHIBIT I

**TO BE FILED UNDER SEAL**