UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|    Defendants. | : | JULY 11, 2025 |

## **MOTION TO SEAL**

Defendants respectfully move to seal (1) the unredacted version of their Reply in Further Support of their Motion for Judgment of Dismissal ("Reply") and (2) Exhibit I to their Reply.

Defendants are publicly filing a redacted version of their Reply that redacts information that could be used to identify Jane despite this Court's Orders protecting Jane's anonymity. Defendants are also submitting under seal an unredacted version of their Reply so that the Court can review all of the information therein. The Court should allow the unredacted version to remain under seal in order to avoid inadvertently compromising Jane's identity on the docket.

Exhibit I to the Reply is the transcript of the UWC Hearing in this case. It is important for the University to jealously safeguard documents related to UWC proceedings as those proceedings are by policy and practice confidential and in order to avoid inadvertently discouraging students from utilizing the UWC Process. *See, e.g.*, *Doe v. Massachusetts Inst. of Tech.*, 46 F.4th 61, 74 (1st Cir. 2022) (noting that confidentiality is an important aspect of Title IX and that Courts should consider that in making decisions about protecting the confidentiality of information in cases before them (in that case, the name of a party)). Exhibit I contains substantive confidential information that is not relevant to the purposes for which the exhibit is being submitted to the Court but that cannot be redacted without defeating the purposes of submitting Exhibit I. The Court should therefore seal Exhibit I.

DEFENDANT JANE DOE

By: */s/ Brendan N. Gooley*
James M. Sconzo (ct04571)
Brendan N. Gooley (ct30584)
CARLTON FIELDS, P.A.
One State Street, Suite 1800
Hartford, CT 06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com
           bgooley@carltonfields.com

Her Attorneys

DEFENDANT YALE UNIVERSITY

By: */s/ Giovanna Tiberii Weller*
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Maria L. Laurato (ct31443)
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203-784-3199
Email: pnoonan@carmodylaw.com
Email: gweller@carmodylaw.com
Email: mlaurato@carmodylaw.com

## CERTIFICATION OF SERVICE

This is to certify that on this 11th day of July 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

              */s/ Brendan N. Gooley*
              Brendan N. Gooley