## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KHAN | : | |
| v. | : | 3:19-cv-1966 (KAD) |
| YALE UNIVERSITY et al. | : | September 12, 2025 |

## MOTION TO WITHDRAW AS COUNSEL

In accordance with Local Rule 7(e), undersigned moves to withdraw as counsel to Plaintiff in the present case. Other counsel has already appeared for Plaintiff in this case. Plaintiff has actual notice of this motion by way of personal conversation. Plaintiff consents to this motion.

                Respectfully submitted,

                */s/ Mario Cerame ct30125*
                Mario Cerame

                311 Centerpoint Drive
                Middletown, Connecticut 06457
                T: 860.726.
                F: 860.527.5929
                E: mario@brignole.com

                HIS ATTORNEY

## **CERTIFICATION**

  I hereby certify that on September 12, 2025, a copy of the foregoing was filed electronically or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              /s/_____
              Mario Cerame