UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIFULLAH KHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-01966-KAD |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| Defendants. | : | September 22, 2025 |

**CONSENT MOTION TO CONTINUE**

Plaintiff Saifullah Khan, with the consent of all parties, moves to continue the hearing scheduled on September 29, 2025 concerning Defendants' motion for judgment. The reason for the motion is that the undersigned counsel has been assigned to argue a matter in the Hartford Superior Court on that morning that has already been rescheduled multiple times; and cannot get coverage for that argument. Counsel have been consulted on dates of availability and the soonest available date for all counsel is November 21, 2025.

Respectfully submitted,

/s/Alexander T. Taubes
470 James St., Ste 007, New Haven, CT 06513
alextt@gmail.com
(203) 909-0048
Ct30100

1