# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **12/22/2025**

Case #: **3:19-cv-01966-KAD**

**Khan** Vs. **Yale University et al**

Honorable Judge: **Kari A. Dooley**
Deputy Clerk: **Kristen Gould**
Counsel for Pla(s): **Alexander T. Taubes**
Counsel for Dft(s): **P. Noonan, M. Laurato, G. Weller, B. Gooley**
Reporter/ECRO/Courtsmart: **D. Huntington**, **J. Sconzo**

Start Time: **10 AM**   End Time: **12:58**
Recess (if more than ½ hr) ____ to ____
Total Time: **2** hour(s) **58** minute(s)

Interpreter: ____   Language: ____
Hearing held: ✔ in person ☐ by video ☐ by telephone

### HEARING AND TIME

- ■ Motion/Oral Argument — **168 Mins**
- ☐ Show Cause Hearing
- ■ Evidentiary Hearing — **10**
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: ____

### MOTIONS

- ■ Motion **for Judgment of Dismissal** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement
- ☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due ____   ☐ Proposed Findings due ____   Response due ____
- ☐ Status report due ____
- ☐ Hearing continued until ____ at ____

### NOTES

Witness: Saifullah Khan

Rev. 3/21/24