✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Khan

V.

Yale University et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:19-cv-01966-KAD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kari A. Dooley | A. Taubes | P. Taubes (See minutes for all.) |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/22/2025 | Diana Huntington | Kristen Gould |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/22/2025 | | | Witness: Saifullah Khan |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages